IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 18-1434-CFC |
| ELYSIUM HEALTH, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

WHEREAS, Defendant Elysium Health, Inc., filed a Motion to Stay (D.I. 13);

WHEREAS, the Court considers three factors when deciding a motion to stay: "(1) whether granting the stay will simplify the issues for trial; (2) the status of the litigation, particularly whether discovery is complete and a trial date has been set; and (3) whether a stay would cause the non-movant to suffer undue prejudice from any delay, or allow the movant to gain a clear tactical advantage." *Kaavo Inc. v. Cognizant Tech. Sols. Corp.*, 2015 WL 1737476, at *1 (D. Del. Apr. 9, 2015) (citations omitted); and

WHEREAS, the Court considered these factors when it reviewed the parties' filings related to Elysium's motion, D.I. 14, 19, 20, and heard oral argument on June 18, 2019;

IT IS HEREBY ORDERED that, for the reasons stated by the Court during oral argument held on June 18, 2019, Defendant Elysium's Motion to Stay (D.I. 13) is GRANTED IN PART AND DENIED IN PART, and the case is stayed pending the resolution of Elysium's patent misuse claim in *ChromaDex, Inc. v. Elysium Health, Inc.*, Case No. SACV 16-02277-CJC (DFMx) in the United States District Court for the Central District of California.

6·19·19
Date

United States District Judge