IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE,<br><br>   Plaintiffs,<br><br>   v.<br><br>ELYSIUM HEALTH, INC.,<br><br>   Defendant. | C.A. No. 18-1434-CFC |

## ELYSIUM HEALTH, INC.'S
## RULE 12(b)(1) MOTION TO DISMISS CHROMADEX, INC.'S CLAIMS

Defendant Elysium Health, Inc. hereby respectfully moves, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, to dismiss all claims of Plaintiff ChromaDex, Inc. for lack of subject matter jurisdiction.

The grounds for this motion are fully set forth in the accompanying Combined Opening Brief in Support of Defendant Elysium Health, Inc.'s Motion to Dismiss, and Answering Brief in Opposition to Plaintiffs' Motion for Leave to Amend Complaint.

|  |  |
|---|---|
| *Of Counsel:*<br><br>Donald R. Ware<br>dware@foleyhoag.com<br>Jeremy A. Younkin<br>jyounkin@foleyhoag.com<br>Marco J. Quina<br>mquina@foleyhoag.com<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts  02210<br>(617) 832-1000<br><br>Dated:  May 5, 2020 | ASHBY & GEDDES<br><br>*/s/ Steven J. Balick*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |