# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC., *et al.*,<br><br>                Plaintiffs,<br><br>    v.<br><br>ELYSIUM HEALTH, INC.,<br><br>                Defendants. | Civil Action No. 18-cv-1434 (CFC) |

## NOTICE OF SERVICE OF NON-PARTY THOMAS JEFFERSON UNIVERSITY'S RESPONSES AND OBJECTIONS TO DEFENDANT'S SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION OR OBJECTS

PLEASE TAKE NOTICE, that on May 28, 2020, *Non-Party Thomas Jefferson University's Responses and Objections to Defendant's Subpoena to Produce Documents, Information or Objects*, was served on the following counsel via e-mail:

| | |
|---|---|
| Marco J. Quina, Esq.<br>Jeremy A. Younkin, Esq.<br>FOLEY HOAG LLP<br>Seaport West<br>155 Seaport Blvd.<br>Boston, MA 02210<br>mquina@foleyhoag.com<br>jyounkin@foleyhoag.com | Steven J. Balick, Esq.<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19801<br>sbalick@ashbygeddes.com |

PHIL1 8933860v.1

|  |  |
|---|---|
| Dated: May 28, 2020 | **KLEHR HARRISON HARVEY BRANZBURG LLP**<br><br>/s/ Sean M. Brennecke<br>Sean M. Brennecke (Bar No. 4686)<br>919 Market Street, Suite 1000<br>Wilmington, DE  19801-3062<br>(302) 552-5508<br>(302) 426-9193 (Fax)<br>sbrennecke@klehr.com<br><br>William A. Harvey, Esq.<br>Lisa A. Lori, Esq.<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>1835 Market Street, Suite 1400<br>Philadelphia, PA 19103<br>(215) 569-2700 (telephone)<br>(215) 568-6603 (facsimile)<br>wharvey@klehr.com<br>llori@klehr.com<br><br>*Attorneys for Thomas Jefferson University* |