IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE,<br><br>  Plaintiffs,<br><br>  v.<br><br>ELYSIUM HEALTH, INC.,<br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-1434-CFC<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S MOTION FOR LEAVE
TO AMEND INVALIDITY CONTENTIONS**

Pursuant to Paragraphs 7 and 12 of the Court's Scheduling Order, (D.I. 40) Defendant Elysium Health, Inc. respectfully seeks leave to amend its invalidity contentions to assert U.S. Patent No. 5,736,529 as an additional prior art reference for the reasons set forth in the accompanying letter brief.

{01606511;v1 }

<table>
<tr><td>

*Of Counsel:*

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Marco J. Quina
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000

Dated:  September 11, 2020

</td><td>

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

</td></tr>
</table>