# EXHIBIT B



**Charles Brenner, PhD** @CharlesMBrenner · Jun 20
What surprises & disappoints me is that there are scientists who are complicit & who support the bad actors. There are universities who countenance bad actors. There are scientific conferences who invite bad actors to speak at mtgs /3

💬 2   🔁   ♡ 7   ⬆

Show this thread

**Charles Brenner, PhD** @CharlesMBrenner · Jun 20
There are scientists who have been asked to serve as expert witnesses claiming ridiculous things about the non-novelty of my discoveries /4

💬 1   🔁   ♡ 7   ⬆

Show this thread

**Charles Brenner, PhD** @CharlesMBrenner · Jun 20
And there is signed testimony out there from a prominent scientist claiming that my discoveries of the vitamin activity of NR and the NRK pathway in 2004 was obviated by the fact that Goldberger knew that skim milk can cure pellagra 100 yrs ago /5

💬 3   🔁   ♡ 6   ⬆

Show this thread





**Charles Brenner, PhD** @CharlesMBrenner · Jul 18

Legal challenges to my @Dartmouth inventions are very much alive & based on the concept that NR was active in milk. What is amazing is that the company behind this & the scientists who support it are still going to scientific mtgs as though they are decent community members 🎂



**Charles Brenner, PhD** @CharlesMBrenner · Jul 18

Yielding a payday for the expert witness (acknowledged in the declaration) and costing the field millions of dollars in legal fees. There has to be an honest way out of the dark place ppl got themselves into. I hope they find it



**Charles Brenner, PhD** @CharlesMBrenner · Jul 19

Can you imagine what their SAB members would do if a former customer of their exclusively licensed IP (responsible for revenue stream back to the U & the inventor) didn't pay for product & then pd a scientist to claim there was no invention? Worth a RT. Story is not well known ··

3





5

