# **CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1**

The undersigned hereby certifies, pursuant to Local Rule 7.1.1, and this Court's Discovery Dispute Procedures, that prior to filing the attached letter, national and Delaware counsel for Elysium Health, Inc. discussed the requested relief with Plaintiffs' national and Delaware counsel, but no agreement could be reached.

*/s/ Andrew C. Mayo*

Andrew C. Mayo (#5207)

{01606396;v1 }