IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1434-CFC |
| ELYSIUM HEALTH, INC., | ) ) | |
| Defendant. | ) ) | |

## ORDER

This _____ day of _____, 2020, Defendant Elysium Health, Inc.'s request for leave to amend its invalidity contentions to assert U.S. Patent No. 5,736,529 as an additional prior art reference is GRANTED.

_____
United States District Judge

{01606395;v1 }