# EXHIBIT A

US006337065B1

(12) **United States Patent**
Jacobson et al.

(10) **Patent No.:**  **US 6,337,065 B1**
(45) **Date of Patent:**  **Jan. 8, 2002**

(54) **METHOD FOR ENHANCING PROTECTIVE CELLULAR RESPONSES TO GENOTOXIC STRESS IN SKIN**

(75) Inventors: **Elaine L. Jacobson; Myron K. Jacobson**, both of Lexington, KY (US)

(73) Assignee: **University of Kentucky Research Foundation**, Lexington, KY (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **09/452,617**

(22) Filed: **Dec. 1, 1999**

**Related U.S. Application Data**

(60) Provisional application No. 60/110,482, filed on Dec. 1, 1998.

(51) Int. Cl.$^7$ ........................... **A61K 7/42**; A61K 7/00; A61K 31/44; A01N 43/40

(52) U.S. Cl. ........................ **424/59**; 424/401; 514/351; 514/353; 514/356

(58) Field of Search .................. 424/401, 59; 514/356, 514/351, 353

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,185,679 A | 5/1965 | Schindler et al. | |
| 3,276,960 A | 10/1966 | Laakso | |
| 4,246,285 A | 1/1981 | Van Duzee | |
| 4,329,338 A | 5/1982 | Szego et al. | |
| 4,459,153 A | 7/1984 | Mullins et al. | |
| 4,474,753 A | 10/1984 | Haslam et al. | |
| 4,607,101 A | 8/1986 | Brnstein | |
| 4,758,583 A | 7/1988 | Cerami et al. | |
| 4,847,260 A | 7/1989 | Abe et al. | |
| 4,849,418 A | 7/1989 | Lohner et al. | |
| 4,938,960 A | 7/1990 | Ismail | |
| 4,968,685 A | 11/1990 | Grollier | |
| 4,981,681 A | 1/1991 | Tosti | |
| 5,043,162 A | 8/1991 | Trager | |
| 5,053,396 A | * 10/1991 | Blass | ........................... 514/45 |
| 5,077,313 A | 12/1991 | Lubec | |
| 5,114,957 A | 5/1992 | Hendler et al. | |
| 5,129,360 A | 7/1992 | Ahern et al. | |
| 5,133,958 A | 7/1992 | Stuckler | |
| 5,232,935 A | 8/1993 | Colas et al. | |
| 5,236,950 A | 8/1993 | Aoyama et al. | |
| 5,238,963 A | 8/1993 | Cerami et al. | |
| 5,240,945 A | 8/1993 | Warshawl | |
| 5,250,290 A | 10/1993 | Giacomoni et al. | |
| 5,318,960 A | 6/1994 | Toppo | |
| 5,358,969 A | 10/1994 | Williamson et al. | |
| 5,449,688 A | 9/1995 | Wahl et al. | |
| 5,459,153 A | 10/1995 | Leung | |
| 5,496,827 A | 3/1996 | Patrick | |
| 5,519,039 A | 5/1996 | Leung | |
| 5,571,794 A | 11/1996 | Frome | |
| 5,595,730 A | 1/1997 | Bartolone et al. | |
| 5,607,921 A | 3/1997 | Bernard et al. | |
| 5,612,382 A | 3/1997 | Fike | |
| 5,635,497 A | 6/1997 | Molenaar | |
| 5,690,944 A | 11/1997 | Bartolone et al. | |
| 5,693,671 A | * 12/1997 | Niihara et al. | ............... 514/563 |
| 5,736,529 A | * 4/1998 | Adams et al. | ................. 514/46 |
| 5,747,049 A | 5/1998 | Tominaga | |
| 5,853,742 A | 12/1998 | Bartolone et al. | |
| 5,916,906 A | * 6/1999 | Shaskan | ................ 514/356 |
| 5,939,082 A | * 8/1999 | Oblong et al. | .............. 424/401 |
| 5,962,482 A | * 10/1999 | Bissett | ........................ 514/356 |
| 5,976,513 A | 11/1999 | Robinson | |
| 6,015,821 A | 1/2000 | Horrobin et al. | |
| 6,071,888 A | * 6/2000 | Rihova et al. | ................ 514/43 |
| 6,149,924 A | * 11/2000 | Paul | ............................ 424/401 |
| 6,174,890 B1 | * 1/2001 | Riga et al. | ................... 514/270 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| JP | 8301760 | 11/1996 |
| WO | WO-97/35597 A | * 10/1997 |

OTHER PUBLICATIONS

Gensler, et al. "Oral Niacin Prevents Photocarcinogenesis and Photoimmuno Suppression in Mice", Nutrition and Cancer, vol. 34, No. 1, 1999, pp. 36–41.
(Abstract) Chemoprevention by Niacin in a Mouse . . . uv–induced skin carcinogenesis, Jacobson, et al. vol. 37, 1996, p. 1900.
(Abstract) Modulation of Carcinogenic Processes by Niacin Status, Huang, vol. 59, No. 03–B, 1997, p. 1050.
Patent Abstracts of Japan, vol. 1997, No. 03, Mar. 31, 1997.
Male Rats Fed Methyl– and Folate–Deficient Diets . . . Polymerase Activity, Journal of Nutrition, vol. 127, No. 1, 1/97 (pp. 3–36).
(Abstract) The effects of Niacin Deficiency on NAD–plus, poly . . . ethylnitrosourea–treated rats, Proc. Annu. Meet. Am. Assoc. Cancer Res., vol. 37, 1996, p. A950.
A biomarker for the assessment of niacin . . . carcinogenesis, Jacobson, et al., Journal of Internal Medicine, vol. 233, No. 1, 1993, pp. 59–62.

* cited by examiner

*Primary Examiner*—José G. Dees
*Assistant Examiner*—Marina Lamm
(74) *Attorney, Agent, or Firm*—Fulbright & Jaworski, LLP

(57) **ABSTRACT**

The present invention is directed to methods of using pro-NAD agents capable of enhancing the dermal and epidermal skin cell NAD content. These pro-NAD agents may be administered topically, orally, or parenterally to enhance DNA repair and other protective responses to DNA damage. The invention further relates to pharmaceutical compositions comprising pro-NAD agents that effectively elevate intracellular NAD content. Finally, the invention relates to the method of using the pro-NAD agents to treat disorders such as sunburn and other skin deterioration that results from DNA damage in skin cells.

**18 Claims, 16 Drawing Sheets**



FIG. 1

Exhibit A 2

ELY_DEL0000608

FIG. 2

Exhibit A 3

ELY_DEL0000609



FIG. 3





*FIG. 4*

Exhibit A 5

ELY_DEL0000611



*FIG. 5*

Exhibit A 6

ELY_DEL0000612



NAD CONTENT OF NON-DISEASED SKIN FROM
HUMAN VOLUNTEERS

NON-DISEASED SKIN FROM INDIVIDUALS WITH
ACTINIC
KERATOSIS

SQUAMOUS
CELL
CARCINOMA

*FIG. 6*

Exhibit A 7

ELY_DEL0000613



FIG. 7

Exhibit A 8

ELY_DEL0000614



FIG. 8

Exhibit A 9

ELY_DEL0000615

.WESTERN BLOT ANALYSIS OF P53 IN CELL EXTRACTS
FROM CELLS WITH DECREASED NAD CONTENT

*FIG. 9A*

P53 STD        LOW NAD        NORMAL
                              NAD



INDUCTION OF P53 FOLLOWING DNA
DAMAGE

*FIG. 9B*





FIG. 10

ALTERNATIVE PATHWAYS OF NAD BIOSYNTHESIS

ABBREVIATIONS: PRPP, 5-PHOSPHORIBOSYL-1-PYROPHOSPHATE; R, RIBOSE; P, PHOSPHATE; Ad, ADENINE

Exhibit A 11

ELY_DEL0000617

**U.S. Patent**          Jan. 8, 2002          Sheet 11 of 16          US 6,337,065 B1



F16. 11

Exhibit A 12

ELY_DEL0000618

**U.S. Patent**      Jan. 8, 2002      Sheet 12 of 16      US 6,337,065 B1

ASSESSMENT OF DNA INTEGRITY IN HUMAN EPITHELIAL CELLS BY COMET ASSAY





*FIG. 12A*      □ TYPE 3      ▦ TYPE 4



*FIG. 12B*

Exhibit A 13

ELY_DEL0000619

*FIG. 13*

NICOTINIC ACID

METHYLNICOTINATE (C1)

ETHYLNICOTINATE (C2)

BUTYLNICOTINATE (C4)

HEXYLNICOTINATE (C6)

OCTYLNICOTINATE (C8)

TETRADECYLNICOTINATE (C14)

OCTADECYLNICOTINATE (C18)

Exhibit A 14

ELY_DEL0000620



*FIG. 14*

Exhibit A 15

ELY_DEL0000621



FIG. 15

Exhibit A 16

ELY_DEL0000622



FIG. 16

Exhibit A 17

ELY_DEL0000623

US 6,337,065 B1

1

# METHOD FOR ENHANCING PROTECTIVE CELLULAR RESPONSES TO GENOTOXIC STRESS IN SKIN

## CROSS REFERENCE TO RELATED APPLICATIONS

This application claims benefit of provisional patent application serial No. 60/110,482 filed Dec. 1, 1998. The entire disclosure of provisional patent application serial No. 60/110,482 is hereby incorporated by reference.

## BACKGROUND

### 1. Field of the Invention

The invention is directed to methods and composition of using organic molecules termed pro-NAD agents capable of enhancing dermal and epidermal skin cell NAD content with a resulting enhancement of DNA repair and other protective responses to genotoxic stress in skin.

### 2. Description of the Background

The present application relates to methods and compositions capable of modulating and upregulating the cellular nicotinamide-adenine-dinucleotide (NAD) content by the topical application of chemical agents for the purpose of enhancing natural protective responses of skin cells to DNA damage. The methods and compositions are effective for the prevention and treatment of skin deterioration that results from DNA damage to cells of the skin. The symptoms of such skin deterioration are many and typically include the loss of moisture, fine lines, deep lines, wrinkles, and loss of elasticity as well as atrophic sclerosis and other blemishes of skin. Skin deteriorates with age as a natural consequence of prolonged exposure to internal and external factors. Internal deterioration factors include natural metabolic byproducts such as free radicals which cause the aging of all tissues. External deterioration factors include ionizing radiation such as sunlight and chemical insults such as pollution and cigarette smoke. In theory, skin care methods and compositions should inhibit, or slow the process of skin deterioration by counteracting these internal and external factors. Unfortunately, current methods and compositions for skin care are generally reactive rather than proactive. That is, current methods and compositions reduce or obscure the signs of aging but have minimal or no effect on the underlying progressive and cumulative biochemical processes that cause skin deterioration. It is therefore desirable to have a skin care method and composition which not only reduce the symptoms of deterioration but also treat the underlying causes of skin deterioration in such a way that deterioration can actually be retarded. To understand the limitations of current methods and compositions, it is necessary to understand the function and structure of the skin and the mechanisms of skin deterioration.

At ten pounds, the skin is the largest organ in the body. FIG. 1 shows a diagram of skin marking the location of the two major cell types present in skin, namely fibroblasts located in the dermal layer of the skin and keratinocytes located in the epidermal layer of the skin. The skin provides the first line of defense between the body's interior and harmful environmental insults by well established physical and biochemical mechanisms. Physical protection mechanisms include the relatively impermeable barrier the skin provides. The skin can, to some extent, repel and absorb insults such as chemicals and ultraviolet light so that while the skin maybe damaged, the underlying tissue is preserved. Biochemical mechanisms include the innate and acquired immune systems. Microbiological pathogens are repelled by

2

immune responses at the epidermal level involving Langerhans cells, keratinocytes, cytokines, polynuclear cells, endothelial cells, mast cells, and lymphocytes.

Structurally, the skin comprises epithelial tissue (the epidermis) in the outer layer and beneath it, connective tissue (the dermis), and beneath that, the fatty tissue (hypodermis). The epidermis is not vascularized and regenerates every four to six weeks. Its primary function is to maintain the body's skin integrity, acting as a physical barrier to toxic agents, dirt, bacteria, microorganisms, and physical insults. The dermis is beneath the epidermis and functions by providing strength, support, blood, and oxygen to the skin. The principal cell components of the dermis are fibroblasts although it also contains sweat glands, sebaceous glands, hair follicles, and small fat cells. Hypodermis, also known as the superficial fascia, attaches the dermis to the underlying structures. Its function is to promote an ongoing blood supply to the dermis for regeneration.

The mechanisms of skin deterioration involve a gradual and progressive process that begins from birth. Internal factors that contribute to skin aging include toxic metabolic byproducts, autoimmune diseases, and genetic predisposition. The consequences of internal deterioration can be observed over the entire body from the skin to the internal organs. While the mechanisms of internal deterioration are not completely understood, somatic mutation has been shown to be a contributing factor. Under the somatic mutation theory, cells gradually lose their youthful characteristics and their capacity to divide by the accumulation of mutations (errors) in their genetic code. These mutations may be caused by free radicals or alkylating agents generated in metabolism that lead to unrepaired DNA damage. Over time, mutations accumulate in the body until the cell can no longer divide or produce functional proteins.

External factors such as chemical and physical agents in the environment can also cause DNA damage that leads to skin deterioration. The external factors include sunlight, pollution, and ingested chemicals from smoking or from food.

Deterioration of skin leads to changes in dermal thickness and elasticity due to increased crosslinking of collagen. Epidermal regeneration increases in activity while metabolism, sweat glands, and vascularization, all decrease in activity. The damage from internal and external factors is progressive and cumulative and results in the appearance of deterioration associated with aged skin.

Related to the somatic mutation theory, both internal and external factors contribute to oxidative stress, which in turn results in DNA damage. In humans, oxidative stress and DNA damage is caused by factors such as hyperbaric oxygen, gamma radiation, ultraviolet radiation, ozone, peroxides, free radicals, alkylating agents, and redox cycling drugs. While total oxidative stress and DNA damage may be reduced by living in a low pollution environment and avoiding sunlight, they cannot be eliminated. Some factors like ionizing radiation are present in all environments at a low level and other factors are byproducts of metabolism and cannot be totally eliminated. Further, urban environments have high levels of ground level pollution from a variety of sources that are not likely to be reduced in the near future. However, while DNA damage cannot be avoided, not all DNA damage leads to mutations.

DNA damage does not necessarily lead to mutation because a normal cell contains diverse and effective systems for repairing damaged DNA. There are at least 50, and possibly more than 100 genes involved in DNA repair. The

Exhibit A 18

ELY_DEL0000624

US 6,337,065 B1

3

importance of good DNA repair in retarding skin deterioration is most noticeable in patients that suffer from DNA repair defects such as xeroderma pigmentosum (XP). XP have early and accelerated skin deterioration, clearly demonstrating the importance of DNA repair to reducing deterioration of the skin. In addition to DNA repair, a normal cell also has systems that invoke "programmed cell death" by a process termed apoptosis. The process of apoptosis effectively "erases" cells damaged beyond the point of repair. These natural defense mechanisms of the skin have been ignored by current methods of preventing skin deterioration.

Many creams, lotions, bath oils, ointments, pastes, cleansers, covers, and powders claim to be effective in preventing skin deterioration. However, all current methods and compositions have severe disadvantages in that they are limited in their ability to retard skin deterioration. Most over the counter skin care products soften deteriorated skin or otherwise reduce the symptoms of deteriorated skin with no effect on the underlying biochemical processes involved in deterioration. Many existing skin care products and cosmetics function by providing moisture to the skin, preventing moisture loss, or providing cover to obscure the visible signs of deterioration. While traditional cosmetics may have effects on appearance, these effects are evanescent and any apparent improvement disappears as soon as the product use is discontinued. Further, traditional cosmetics' effectiveness decrease upon exposure to moisture and thus cosmetics must be reapplied after exercise, swimming, or any other exposure to moisture. Some cosmetics contain metals (e.g., iron and copper) which may actually increase skin levels of free radical formation and possibly promote deterioration. As the use of such products does not prevent deterioration, more and more of the product is needed as time progresses to obscure the increasing severe condition of the underlying skin.

Another method for treating aging skin is the use of alpha hydroxy acids (AHA) such as lactic acid, citric acid, glycolic acid, malic acids; beta hydroxy acids (BHA) such as salicylic acid; and retinoids (e.g. tretinoin (retin A), retinol and retinal), as exfoliants. These agents help remove the uppermost layer of skin to expose the more youthful underlying skin. However, there is a danger that by removing the outer layer of skin, AHA, BHA and retinoids can compromise the important barrier function of skin. It is possible that the use of these exfoliants may accelerate skin aging by removing the protective outer layer of skin. Exfoliants and other ingredients may also increase the skin's sensitivity to environmental conditions such as sunlight, wind, cold temperature and dry air, or to chemical agents such as antigens, or may exacerbate the irritation attributable to a pre-existing skin disease. Another disadvantage of AHA, BHA and retinoids is that these compounds are potential skin irritants which can induce side effects such as sore, red skin.

Another popular method for skin treatment is the use of sunblocks (i.e., sunscreen) refers to any chemical that when applied to the skin, reduces the amount of UV light that reaches the skin. By preventing UV absorptions that cause genomic mutations, sunblocks can decrease and retard skin deterioration. Sunblocks were originally designed to prevent sunburn (also known as erythema), an acute reaction to overexposure to the sun. The strength of sunblocks is measured by the SPF index (Sun Protection Factor). An SPF value of 15, for example, will provide 15 times the protection of bare skin to sunburns. However, it should be noted that the SPF values, which measures resistance to sunburn, cannot be extrapolated to photoaging protection, which is caused by constant low level environ-

4

mental insults. That is, a sunblock with an SPF factor of 15 will not reduce photoaging 15 fold. There is also a danger that chemicals in some sunblocks will increase DNA damage and contribute to skin deterioration. Finally, every major class of sunblock has been linked to skin allergies.

Finally, there are agents that are physical blends of existing agents. A physical blend is a mixture of two or more chemicals. Physical blends can be mixed powders, mixed solutions, mixed emulsions, mixed colloidal solutions, particles in solutions, and the like. An example of a physical blend may be a covering or coloring cosmetic mixed with a sunblock (titanium dioxide) and a hydroxy acid.

In summary, current methods of skin treatment are mostly reactive in that they treat the symptoms of deterioration after the damage is done. Current skin treatment methods do not reverse damage to the dermal tissue. There is a need for topical skin care products that are proactive rather than reactive. A proactive product is one that will assist the skin in resisting DNA damage by either preventing damage or assisting in repair of any damage.

SUMMARY OF THE INVENTION

The present invention overcomes many of the limitations, problems and disadvantages associated with current strategies and designs for preventing skin deterioration and provides methods and composition for the treatment of skin deterioration.

One object of the invention is directed to a method and composition for treating skin to prevent and slow the deterioration process.

It is another objective of the invention to provide a method to retard deterioration of the skin by enhancing the skin's natural DNA repair mechanism.

It is another object of the invention to provide a method for the sustained release of pro-NAD agents to skin cells.

Another object of the invention is directed to a composition for topical application comprising one or more pro-NAD agent that promote cellular DNA repair.

One embodiment of the invention is directed to a pharmaceutical composition for a subject in need of an elevation of intracellular NAD content. The pharmaceutical composition comprises a pro-NAD agent and a pharmaceutically acceptable carrier. The pro-NAD agent is present in the pharmaceutical composition at a concentration sufficient to elevate intracellular NAD in the subject. The pharmaceutical composition may be adapted for topical administration to the skin. Adaptation may included the inclusion of a pharmaceutically acceptable carrier which is suitable for use in topical applications.

The pro-NAD agents of the invention may comprise one or more compounds with the following formula:



where $R_1$ is a hydrogen or any chemical group that can be enzymatically or chemically removed to generate nicotinic acid following administration to said subject. A chemical group is any chemical molecule such as, for example, any branched or unbranched (straight) alkane, alkene, or alkyne group. In a preferred embodiment, the chemical group is a

Exhibit A 19

ELY_DEL0000625

US 6,337,065 B1

5

group such as an ester, that can be removed by an esterase following the administration of the pharmaceutical composition to the subject. Preferably, the esterase is an intracellular esterase such that the chemical group is not removed until the pro-NAD agent is inside a cell.

In a preferred embodiment, $R_1$ is an unbranched or branched chain alkane, alkene or alkyne of 1 carbon to about 30 carbon atoms, such as, for example between about 14 and about 22 carbons. $R_1$ may also contain one or more functional groups. A functional group is an atom or group of atoms acting as a unit, that has replaced a hydrogen atom in a hydrocarbon molecule and whose presence imparts characteristic properties to a molecule. Examples of functional groups that can be used include thiol, alcohol, amine, carboxylic acid, onium, carboxylic anhydride, carboxylic ester, acyl halide, amide, nitrile, aldehyde, ketone, imines, ethers, sulfide, halide, nitro, nitroso, azides, diazo, and a combination of these groups.

In a preferred embodiment, $R_1$ may be a chemical group that changes the log $P_{o/w}$ of said pro-NAD agent to between about 5 to about 20.

In a preferred embodiment, the pro-NAD agent has a log $P_{o/w}$ range between about 5 to about 20. More preferably, the pro-NAD agent has a log $P_{o/w}$ range between about 10 to about 15.

For example, the pro-NAD agent may be methylnicotinate, ethylnicotinate, butylnicotinate, hexylnicotinate, octylnicotinate, tetradecylnicotinate, octadecylnicotinate or a combination of these chemicals. A combination may be, for example, at least one chemical selected from the group consisting of methylnicotinate, ethylnicotinate, butylnicotinate, hexylnicotinate, octylnicotinate and at least one chemical selected from the group consisting of tetradecylnicotinate and octadecylnicotinate.

Alternatively, the pro-NAD agent may comprise one or more compounds with the following formula:



where $R_2$ is a hydrogen or a chemical group that can be enzymatically or chemically removed to generate nicotinamide after the pharmaceutical composition is administered. For example, $R_2$ may be a carboxylic acid containing an alkane, alkene or alkyne of about 1 to about 30 carbon atoms. Preferably, $R_2$ is a carboxylic acid containing an alkane R group with between 14 and 22 carbons. In addition $R_2$ also contains one or more functional groups. The functional group may be, for example, thiol, alcohol, amine, carboxylic acid, onium, carboxylic anhydride, carboxylic ester, acyl halide, amide, nitrile, aldehyde, ketone, imines, ethers, sulfide, halide, nitro, nitroso, azides, or diazo. Preferred functional groups include thiol, alcohol, amine, and carboxylic acid groups. $R_2$ may also have more than one functional group. Further, $R_2$ may be any chemical group that changes the log $P_{o/w}$ of said pro-NAD agent to between about 5 to about 20. Preferably, the pro-NAD agent has a log $P_{o/w}$ range between about 5 to about 20. More preferably, the pro-NAD agent has a log $P_{o/w}$ range between about 10 to about 15.

The pharmaceutical composition of the invention may have a pro-NAD agent concentration that is between about 0.001% to about 10% by weight. Preferably, the pro-NAD

6

agent is between about 0.01% and about 3% by weight. The pharmaceutical composition may further comprise an optional agent such as, for example, antioxidants, sunscreens, vitamins, a pH stabilizer, or a combination of these agents.

It is understood that the pharmaceutical composition of the invention may be used for treating a subject. The subject is an animal. The animal may be a unicellular or a multicellular animal such as, for example, a mammal. Further, the mammal may be a human. The subject may also be a cultured cell population, a cultured cell line, an egg, a sperm or a zygote.

Another embodiment of the invention is directed to a method for treating or for slowing skin deterioration. In the method, a pharmaceutical composition of the invention may be administered to a subject to treat, slow or reverse skin deterioration in the subject. Preferably, the method will increase the skin cell intracellular NAD concentration by at least about 50% over an untreated subject. More preferably, the method will increase the intracellular NAD concentration by an even greater amount such as, for example, by 100% over an untreated subject. It is understood that skin cell in this application refers to fibroblasts and/or keratinocytes. The administration may be applied topically, intradermally or subcutaneously. Topical administration may be via dermal patch or slow release mechanism to the layer of skin of the mammal. In addition, the administration may be oral or parenteral.

Another embodiment of the invention is directed to a process for achieving transdermal delivery of a pro-NAD agent. In the process, an effective amount of a topical composition comprising an effective amount of one or more pro-NAD agent is applied to the skin of a subject. The pro-NAD agent used in this process may be any pro-NAD agent discussed in this application.

Another embodiment of the invention is directed to a process for reducing the cytotoxic effects of DNA damage in the skin of a mammal by enhancing or elevating one or more skin cell intracellular proteins. The skin cells are the fibroblasts and/or keratinocytes in the skin. The process comprises applying to a layer of skin of the mammal an effective amount of a pharmaceutical composition of the invention. The intracellular protein may be p53. Alternatively, the intracellular protein may be PARP-1, PARP-2, PARP-3, tankyrase, V-PARP and telomerase.

Another embodiment of the invention is directed to a method for treating skin in order to inhibit skin deterioration due to UV exposure. In the method, a pharmaceutical composition of the invention is applied to the skin at a time sufficiently close to the time of UV exposure to inhibit UV-induced damage to the skin. The pharmaceutical composition may be applied before UV exposure. Alternatively, the pharmaceutical composition maybe applied after UV exposure. The time of application may be for example, less than 1 hour, less than 2 hour, less than 6 hour, less than 12 hour or less than 1 day before UV exposure. Alternatively, the time of application may be, for example, less than 5 minutes, less than 10 minutes, less than 20 minutes, less than 1 hour, less than 2 hours, less than 6 hours, less than 12 hours, less than 1 day, less than 2 days, or less than 5 days after UV exposure.

Other embodiments and advantages of the invention are set forth, in part, in the description which follows and, in part, will be obvious from this description and understood by the skilled artisan practicing this invention.

DESCRIPTION OF THE DRAWINGS

FIG. **1** depicts a diagram of skin marking the location of the two major cell types present in skin, namely fibroblasts

Exhibit A 20

ELY_DEL0000626

US 6,337,065 B1

7

located in the dermal layer of the skin and the keratinocytes located in the epidermal layer of the skin.

FIG. **2** depicts the reaction catalyzed by PARPs and the hydrolysis of ADPR polymers to free ADPR by poly(ADP-ribose) glycohydrolase (PARG).

FIG. **3** depicts an overview of the involvement of PARPs and PARG in protective cellular responses to genotoxic stress.

FIG. **4** depicts the decreased cellular NAD content in both human fibroblasts and keratinocytes that results from decreased niacin status.

FIG. **5** depicts a distribution of niacin number values in a population of 705 subjects in Malmö, Sweden.

FIG. **6** depicts the NAD content of non-diseased skin from individuals with severely deteriorated skin (squamous cell carcinoma) and mildly deteriorated skin (actinic keratosis).

FIG. **7** depicts the recovery of human skin fibroblasts and human skin keratinocytes with a reduced NAD after exposure to solar radiation provided by a solar simulator.

FIG. **8** depicts DNA integrity, as measured by the comet assay, of human cells as a function of NAD content both in the absence and following genotoxic stress.

FIG. **9** Panel A depicts the cellular content of p53 as a function of cellular NAD content. Panel B depicts the relative content of p53 following genotoxic stress in cells with a low or normal NAD content.

FIG. **10** depicts three possible biosynthetic pathways for the synthesis of NAD present in human cells.

FIG. **11** depicts experimental results which show that nicotinamide, nicotinic acid, and 4 different esters of nicotinic acid can be bioconverted to NAD by skin fibroblasts.

FIG. **12** Panel A compares DNA integrity in cells cultured in normal levels (50 micromolar) or high levels (500 micromolar) of nicotinamide following genotoxic stress. Panel B depicts the effects of high levels of nicotinamide or high levels of nicotinic acid on the p53-signaling pathway.

FIG. **13** depicts a series of pro-NAD agents.

FIG. **14** depicts a plot of log $P_{o/w}$ values versus ester chain length for a series of pro-NAD agents.

FIG. **15** depicts the results of experimental studies performed to elevate NAD levels in mouse skin by topical application of a pro-NAD agent.

FIG. **16** depicts the results of experimental studies showing the elevation of the NAD content of mouse skin as a function of the number of daily applications of a pro-NAD agent.

DESCRIPTION OF THE INVENTION

NAD has a direct and central involvement in the mechanisms that maintain genomic integrity as the substrate for the synthesis of ADP-ribose (ADPR) polymers by the action of poly(ADP-ribose) polymerases (PARPs) (Jacobson, M. K. and Jacobson, E. L. (1999) Trends Biochem. Sci. 24, 415–417). The reaction catalyzed by PARPs and the hydrolysis of ADPR polymers to free ADPR by poly(ADP-ribose) glycohydrolase (PARG) is shown in FIG. **2**. The involvement of PARPs and PARG in protective cellular responses to genotoxic stress is overviewed in FIG. **3**. NAD is used by PARPs, in concert with other DNA damage response proteins such as p53 and DNA protein kinase to initiate DNA damage response signaling pathways that lead to DNA repair and cellular recovery of normal cell function. In addition to the DNA repair function of NAD, in cases where more DNA damage occurs, as might be experienced

8

in skin cells following a severe sunburn, the DNA damage response proteins including PARPs can initiate response pathways that lead to programmed cell death, a process termed apoptosis. As this relates to skin, the apoptosis response has the effect of "erasing" badly damaged cells with the likely benefit of elimination of cells that may progress to cancer. Finally, massive doses of DNA damage lead to death by necrosis because the hyperactivation of PARPs results in depletion of the cellular NAD with a subsequent loss of all cellular energy-dependent functions. The extent of DNA damage that would result in necrosis is not likely to occur in normal skin but may occur in diseased skin or more likely in heart and brain tissue following heart attack or stroke.

Many enzymes that confer a protective cellular response to DNA damage utilize NAD. Of these enzymes, the best understood is PARP-1. The presence of DNA strand breaks strongly activates PARP-1 and many studies (reviewed in Pieper, A. A. et al. (1999) Trends Pharmacol.

Sci. 4, 171–181) have provided evidence that, in concert with other DNA break sensing proteins such as p53 and DNA protein kinase, PARP-1 participates in modulating the response pathways depicted in FIG. **3**.

Recently, another protein that uses NAD in response to DNA damage was discovered and termed PARP-2 (Berghammer, H. et al., (1999) FEBS Lett. 449, 259–263; Johansson, M. (1999) Genomics 57, 442–445; Amé, J.C. et al. (1999) J. Biol. Chem . 274,17860–17866). The nuclear location and activation of PARP-2 by DNA breaks suggest that it is also involved in the DNA response signaling pathways depicted in FIG. **3**. The presence of an additional protein with high sequence homology to PARP-2 (Johansson, M. (1999) Genomics 57, 442–445) may represent yet another NAD utilizing enzyme involved in protective cellular responses.

Two other proteins with PARP activity have been recently discovered (Smith, S et al., (1998) Science 282, 1484–1487; Kickhoefer, V. A. et al. (1999) J. Cell Biol. 146:917–928). One of these PARPs, termed tankyrase, is a component of chromosome termini termed telomeres (Smith, S et al., (1998) Science 282, 1484–1487). Telomeres are the terminal regions of chromosomes that contain unique repetitive DNA sequences and G-rich single stranded overhangs. In most human cells, telomeres shorten with each round of cell division because the enzymes of DNA replication are unable to completely replicate the chromosome ends. This process, termed "telomere erosion," limits the proliferation potential of normal cells because telomeres erosion ultimately reaches a point where cells are no longer able to divide and this accounts for cellular aging. Thus, optimal levels of NAD in the cell also facilitate the maintenance of telomeres and thus retard cell aging. Another PARP (Vault-PARP) has been recently identified as one of three proteins present in vaults, large ribonucleoprotein complexes of unknown function located primarily in the cytoplasmic compartment (Kickhoefer, V. A. et al. (1999) J. Cell Biol. 146:917–928). Vault-PARP also occurs in the mitotic spindle of chromosomes. Thus, NAD may function in the maintenance of genomic integrity by serving as the substrate for Vault PARP.

The involvement of PARP-1, PARP-2 and PARP-3, in protective cellular responses to genotoxic stress demonstrates a requirement for NAD in protective responses that repair or erase damage as appropriate. While NAD is an essential component of many cellular and DNA repair pathways, it was not clear from the prior art how these DNA repair pathways are controlled.

Exhibit A 21

ELY_DEL0000627

US 6,337,065 B1

9

As shown in the Examples section, it has been found that surprisingly, NAD is a limiting factor in the cellular response to genomic damage. The invention described here relates to (1) the discovery that protective cellular responses involving NAD are strongly dependent upon the NAD content of the cell at the time of the genotoxic stress; (2) that the NAD content of skin cells can be elevated by topical application of specific bioactive molecules; (3) that the elevation of intracellular NAD levels enhances the cellular DNA repair mechanism. These findings are discussed in the Example section.

One embodiment of the invention is directed to a pharmaceutical composition for a mammal in need of an elevation of intracellular NAD content. The pharmaceutical composition comprises a pro-NAD agent at a concentration sufficient to elevate intracellular NAD content and a pharmaceutically acceptable carrier.

Pharmaceutical composition refers to a composition suitable for pharmaceutical use in an animal or animal cell line. The animal may be a mammal, such as a human. A pharmaceutical composition of the invention comprises a pharmaceutically effective amount of a pro-NAD agent and a pharmaceutically acceptable carrier. "Pharmaceutically effective amount" refers to that amount of an agent effective to produce the intended effect of reducing, preventing and/or reversing skin deterioration. Skin deterioration may be caused by a number of environmental factors enumerated in the background section. Such factors include ultraviolet radiation sources such as sunlight, chemicals, and pollution. Other factors that cause skin deterioration include reactive oxygen species that are generated by environmental insults and/or metabolism.

The term "pro-NAD agent" refers to compounds which are NAD precursors which, following administration to a subject and subsequent absorption, are converted to an active species in vivo via some process, such as a metabolic process. Other products from the conversion process are easily disposed of by the body. More preferred pro-NAD agents produce products from the conversion process which are generally accepted as safe.

Pharmaceutically acceptable carriers maybe any carrier known in the field as suitable for pharmaceutical (i.e., topical, oral, and parenteral) application. Suitable pharmaceutical carriers and formulations are described, for example, in Remington's Pharmaceutical Sciences (19th ed.) (Genarro, ed. (1995) Mack Publishing Co., Easton, Pa.). Preferred pharmaceutical carriers depend upon the intended mode of administration of the active agent. Typical modes of administration include enteral (i.e., oral) or parenteral (i.e., subcutaneous, intramuscular, or intravenous intraperitoneal injection); or topical (transdermal, or transmucosal administration).

The pharmaceutically acceptable carrier may include, for example, emollients, humectants, thickeners, silicones and water. Suitable formulations that include pharmaceutically acceptable excipients for introducing pro-NAD agents to the bloodstream by other than injection routes can be found in Remington's Pharmaceutical Sciences (19th ed.) (Genarro, ed. (1995) Mack Publishing Co., Easton, Pa.). Specific examples of carriers include hydrocarbon oils and waxes such as mineral oil, petrolatum, paraffin, ceresin, ozokerite, microcrystalline wax, polyethylene, and perhydrosqualene; triglyceride such as vegetable oil, animal fats, castor oil, cocoa butter, safflower oil, cottonseed oil, corn oil, olive oil, cod liver oil, almond oil, avocado oil, palm oil, sesame oil, squalene, and maleated soybean oil; acetoglycerides, such as

10

acetylated monoglycerides; ethoxylated glycerides, such as ethoxylated glyceryl monostearate; alkyl esters of fatty acids such as methyl, isopropyl, and butyl, hexyl laurate, isohexyl laurate, isohexyl palmitate, isopropyl palmitate, decyl oleate, isodecyl oleate, hexadecyl stearate, decyl stearate, isopropyl isostearate, diisopropyl adipate, diisohexyl adipate, dihexyldecyl adipate, diisopropyl sebacate, lauryl lactate, myristyl lactate, and cetyl lactate esters of fatty acid; alkenyl esters of fatty acids such as oleyl myristate, oleyl stearate, and oleyl oleate; fatty acids such as pelargonic, lauric, myristic, palmitic, stearic, isostearic, hydroxystearic, oleic, linoleic, ricinoleic, arachidic, behenic, and erucic acids; fatty alcohols such as lauryl, myristyl, cetyl, hexadecyl, stearyl, isostearyl, hydroxystearyl, oleyl, ricinoleyl, behenyl, erucyl, and 2-octyl dodecanyl alcohols; fatty alcohol ethers such as lauryl, cetyl, stearyl, isostearyl, oleyl, and cholesterol alcohols, having attached thereto from 1 to 50 ethylene oxide groups or 1 to 50 propylene oxide groups; ether-esters such as fatty acid esters of ethoxylated fatty alcohols; lanolin and derivatives such as lanolin, lanolin oil, lanolin wax, lanolin alcohols, lanolin fatty acids, isopropyl lanolate, ethoxylated lanolin, ethoxylated lanolin alcohols, ethoxylated cholesterol, propoxylated lanolin alcohols, acetylated lanolin alcohols, lanolin alcohols linoleate, lanolin alcohols ricinoleate, acetate of lanolin alcohols ricinoleate, acetate of ethoxylated alcohols-esters, hydrogenolysis of lanolin, ethoxylated hydrogenated lanolin, ethoxylated sorbitol lanolin, and liquid and semisolid lanolin absorption bases; polyhydric alcohol esters such as ethylene glycol mono- and di-fatty acid esters, diethylene glycol mono- and di-fatty acid esters, polyethylene glycol (200–6000) mono- and di-fatty acid esters, propylene glycol mono- and di-fatty acid esters, polypropylene glycol 2000 mono- oleate, polypropylene glycol 2000 monostearate, ethoxylated propylene glycol monostearate, glyceryl mono- and di-fatty acid esters, polyglycerol polyfatty esters, ethoxylated glyceryl monostearate, 1,3-butylene glycol monostearate, 1,3-butylene glycol distearate, polyoxyethylene polyol fatty acid esters, sorbitan fatty acid esters, and polyoxyethylene sorbitan fatty acid esters are satisfactory polyhydric alcohol esters; waxs such as beeswax, spermaceti, myristyl myristate, stearyl stearate-polyoxyethylene sorbitol beeswax, carnauba and candelilla waxes; phospholipids such as lecithin and derivatives; sterols such as cholesterol and cholesterol fatty acid esters, amides such as fatty acid amides, ethoxylated fatty acid amides, and solid fatty acid alkanolamides.

In addition, the pro-NAD agent and the pharmaceutically acceptable carrier may be enclosed in a hard or soft shell gelatin capsule, compressed into tablets, or incorporated directly into the individual's diet. Specifically, the pro-NAD agent may be incorporated with excipients and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, and the like. When the pro-NAD agent is administered orally, it may be mixed with other food forms and pharmaceutically acceptable flavor enhancers. When the pro-NAD agent is administered enterally, they may be introduced in a solid, semi-solid, suspension, or emulsion form and may be compounded with any number of well-known, pharmaceutically acceptable additives. Sustained release oral delivery systems and/or enteric coatings for orally administered dosage forms are known in the art and also contemplated.

The pharmaceutical composition may be administered orally, topically or parenterally. Oral administration refers to the administration of the formulation via the mouth through ingestion, or via any other part of the gastrointestinal system

Exhibit A 22

ELY_DEL0000628

US 6,337,065 B1

11

including the esophagus or through suppository administration. Parenteral administration refers to the delivery of a composition, such as a composition comprising a pro-NAD agent by a route other than through the gastrointestinal tract (e.g., oral delivery). In particular, parenteral administration may be via intravenous, subcutaneous, intramuscular or intramedullary (i.e., intrathecal) injection. Topical administration refers to the application of a pharmaceutical agent to the external surface of the skin or the mucous membranes (including the surface membranes of the nose, lungs and mouth), such that the agent crosses the external surface of the skin or mucous membrane and enters the underlying tissues. Topical administration of a pharmaceutical agent can result in a limited distribution of the agent to the skin and surrounding tissues or, when the agent is removed from the treatment area by the bloodstream, can result in systemic distribution of the agent. In a preferred form of topical administration, the pharmaceutical agent is delivered by transdermal delivery. Transdermal delivery refers to the diffusion of an agent across the barrier of the skin. The skin (stratum corneum and epidermis) acts as a barrier and few pharmaceutical agents are able to penetrate intact skin. In contrast, the dermis is permeable to many solutes and absorption of drugs therefor occurs more readily through skin which is abraded or otherwise stripped of the epidermis to expose the dermis. Absorption through intact skin can be enhanced by placing the active agent in any oil vehicle before application to the skin (a process known as inunction). Passive topical administration may consist of applying the active agent directly to the treatment site in combination with emollients or penetration enhancers.

It will be appreciated that the unit content of active ingredient or ingredients contained in an individual dose of each dosage form need not in itself constitute an effective amount since the necessary effective amount can be reached by administration of a plurality of dosage units (such as capsules or tablets or combinations thereof). That is, the individual dose of oral pro-NAD agents need not provide sufficient elevation of intracellular NAD content. However, the continued dosage of oral pro-NAD agent over a period of time will result in an elevated intracellular NAD level. Similarly, an individual topical application of the pro-NAD agent may not elevate the skin cell intracellular NAD content to the desired level. However, the repeated application of the pro-NAD agent over a period of time will result in skin cells with elevated NAD content.

In a preferred embodiment, the pro-NAD agent contains one or more pro-NAD agents with the following formula:



R₁ may be a hydrogen or any group that can be enzymatically or chemically removed to generate nicotinic acid following administration. For example, R₁ may be an unbranched (i.e. straight or branched chain alkane, alkene or alkyne of up to 30 carbon atoms in length. For example, if R₁ is an unbranched alkane, it would have the formula —(CH₂)ₙ—CH₃, wherein n can be any integer from 0 to 29. R₁ may contain other functional groups such as, for example, OH groups, SH groups, COOH groups, NH₂ and the like. Specific examples of preferred pro-NAD agents include methylnicotinate, ethylnicotinate, butylnicotinate,

12

hexylnicotinate, octylnicotinate, tetradecylnicotinate, octadecylnicotinate. In a preferred embodiment, the pro-NAD agent has an octanol/water partition coefficient range wherein log Pₒ/w is between about 5 to about 20, more preferably between 10 and 15. Thus, R₁ comprising a straight chain alkane of 14 to 22 carbons (i.e., 14, 15, 16, 17, 18, 19, 20, 21 or 22 carbons) with log Pₒ/w values between 10 and 15 are most preferred.

In another preferred embodiment, the pro-NAD agent contains one or more pro-NAD agents with the following formula:



where R₂ may be a hydrogen or any group that can be enzymatically or chemically removed to generate nicotinamide following administration. For example, R₂ may be a carboxylic acid compound of the formula R₁—COOH wherein R₁ is as described above, and wherein said R₂ is linked in an amide linkage as shown below:



In a preferred embodiment, this class of pro-NAD agents has an octanol/water partition coefficient (Pₒ/w) range between log (Pₒ/w) of about 5 to about 20; more preferably between about 10 to about 15.

It is understood that the pro-NAD agent may comprise any combination of the preferred pro-NAD agents listed above. Thus, for example, the pharmaceutical composition may comprise tetradecylnicotinate, octadecylnicotinate or a combination of both chemicals. As another example, the pharmaceutical composition may contain one or more nicotinic acid derivative with the one or more compounds selected from nicotinamide or nicotinamide derivatives. As another example, the pharmaceutical composition may comprise one or more pro-NAD agents selected from the group consisting of methylnicotinate, ethylnicotinate, butylnicotinate, hexylnicotinate, octylnicotinate and one or more pro-NAD agents selected from the group consisting of tetradecylnicotinate and octadecylnicotinate. It is also understood that the pro-NAD agent may be a salt of the agents listed in this application. Preferably the salt is administered in soluble form.

Effective Dosage:

Pharmaceutical compositions suitable for use in the present invention include compositions wherein the active ingredients are contained in an effective amount to achieve its intended purpose. More specifically, a therapeutically effective amount means an amount effective to optimally elevate the skin cell NAD content to prevent development or to alleviate the existing symptoms of skin deterioration. It is understood that at some dosage levels, an effective amount may not show any measurable effect until after a week, a month, three months, or six months of usage. Further, it is understood that an effective amount may lessen the rate of the natural deterioration that comes with age but not reverse

Exhibit A 23

US 6,337,065 B1

13

the deterioration that has already occurred. Determination of the effective amounts is well within the capability of those skilled in the art, especially in light of the detailed disclosure provided herein.

It is understood, however, that the specific dose level for any particular user will depend upon a variety of factors including the activity of the specific pro-NAD agent employed, the age, the physical activity level, general health, and the severity of the skin problem. For example, an active person who perspires may require a more oily or waterproof formulation. A person with dry skin will require a more oily formulation while a person with oily skin may prefer a less oily suspension.

For any pro-NAD agent used in the method of the invention, the therapeutically effective dose can be estimated initially from cell culture assays or from animal testing. For example, a dose may be formulated in an animal skin test model to increase cellular NAD level by, for example, about 50%, about 100%, about 150%, about 200%, about 300% or about 500% over the normal NAD level. Such information can be used to more accurately determine the useful dose in a human.

A therapeutically effective dose also refers to that amount of the pro-NAD agent (or agents) that results in elevation of skin cell NAD content with amelioration of symptoms without unwanted or intolerable side effects. Toxicity and therapeutic efficacy of the pro-NAD agent can be determined by standard pharmaceutical procedures in cell cultures or experimental animals. Using standard methods, the dosage that shows effectiveness in about 50% of the test population, the $ED_{50}$, may be determined. Effectiveness may be any sign that the symptoms of skin deterioration (loss of moisture, fine lines, deep lines, wrinkles, and loss of elasticity as well as atrophic sclerosis and other blemishes of skin) are slowed, reduced, or reversed. Similarly, the dosage that produces an undesirable side effect to 50% of the population, the $SD_{50}$, can be determined. Undesirable side effects include death, burns, wounds, rashes, abnormal redness and the like. The dose ratio between side effect and therapeutic effects can be expressed as the therapeutic index and it can be expressed as a ratio between $SD_{50}$ and $ED_{50}$ (i.e., therapeutic index=$SD_5WED_{50}$). Pro-NAD agents with high therapeutic indexes are preferred. That is, pro-NAD agents that are effective at low dosage and which do not have undesirable side effects until very high doses are preferred. A preferred therapeutic index is greater than about 3, more preferably, the therapeutic index is greater than 10, most preferably the therapeutic index is greater than 25, such as, for example, greater than 50. Furthermore, pro-NAD agents that do not have side effects at any dosage levels are more preferred. Finally, pro-NAD agents that are effective at low dosages and do not have side effects at any dosage levels are most preferred. The exact formulation, route of administration and dosage can be chosen depending on the desired effect and can be made by those of skill in the art. For example, a skin cream for maintenance of youthful looking skin may have a lower dosage than a skin cream for the repair of sun or age damaged skin.

Dosage intervals can be determined by experimental testing. Pro-NAD agents should be administered using a regimen which maintains dermal cellular levels at about 50% above normal, about 100% above normal, preferably about 200% above normal, more preferably about 300% above normal and most preferably about 500% above normal skin cell samples not exposed to pro-NAD agents . The amount of NAD elevation will, of course, be dependent on the subject being treated, on the subject's exposure to the

14

environment, the severity of the damage to the skin, and the manner and composition of the composition. For example a fair skinned subject, an older subject or a subject with a high degree of sun exposure at work may require more NAD elevation.

In a preferred embodiment, the pharmaceutical composition of the invention may comprise a pro-NAD agent at a concentration of between about 0.001% to about 10%, preferably between about 0.01% and about 3%, such as, for example, about 1% by weight.

Optional agents

The composition of the invention may optionally comprise other agents known to have a cosmetic or beneficial effect on the skin. Such agents include, for example, antioxidants, sunscreens, a pH buffer and a combination thereof. While any antioxidant that is chemically compatible may be used, preferred antioxidants include amino acids such as glycine, histidine, tyrosine, and tryptophan; imidazoles such as urocanic acid; peptides such as D,L-carnosine, D-carnosine, L-carnosine and anserine; carotenoids; carotenes such as alpha-carotene, beta-carotene, and lycopene; lipoic acid such as dihydrolipoic acid; thiols such as aurothioglucose, propylthiouracil, thioredoxin, glutathione, cysteine, cystine, and cystamine; dilauryl thiodipropionate; distearyl thiodipropionate; thiodipropionic acid; sulphoximine compounds such as buthionine-sulphoximines, homocysteine-sulphoximine, buthionine-sulphones, penta-, hexa- and heptathionine-sulphoximine; metal chelating agents such as alpha-hydroxy-fatty acids, palmitic acid, phytic acid, lactoferrin EDTA and EGTA; alpha-hydroxy acids such as citric acid, lactic acid, and malic acid; unsaturated fatty acids such as gamma-linolenic acid, linoleic acid and oleic acid; folic acid; ubiquinone and ubiquinol; vitamin C and derivatives such as ascorbyl palmitate, Mg ascorbyl phosphate and ascorbyl acetate; tocopherols and derivatives such as vitamin E acetate; vitamin A and derivatives such as vitamin A palmitate; coniferyl benzoate of benzoin resin; rutic acid; alpha-glycosylrutin; ferulic acid; furfurylidene-glucitol; carnosine; butylhydroxytoluene; butylhydroxyanisole; nordihydroguaiac resin acid; nordihydroguaiaretic acid; trihydroxybutyrophenone; uric acid; mannose; zinc compounds such as ZnO, $ZnSO_4$; selenium; and stilbenes. In addition the antioxidant may include derivatives such as salts, esters, ethers, peptides, lipids, nucleotides, nucleosides of said antioxidants. The derivatives may include, for example, glycosyl, N-acetyl, methyl, ethyl, propyl, amyl, butyl and lauryl, palmitoyl, oleyl, γ-linoleyl, cholesteryl and glyceryl esters derivatives. Further, the antioxidants may be a combination, a physical blend, of salts of one or more antioxidants.

The amount of the abovementioned antioxidants (one or more compounds) in the formulations is preferably 0.001 to 30% by weight, particularly preferably 0.05–20% by weight, in particular 1–10% by weight, based on the total weight of the formulation.

Another optional agent is a sunblock. Sunblocks are any chemicals that can reduce ultraviolet light absorption by the skin. Sunblock may scatter, absorb or reflect ultraviolet radiation. The addition of a sunblock allows the cooperative and synergistic operation of the pro-NAD agent and provides added convenience for the consumer.

The specific type of sunblock is limited to those that will not interfere with the NAD promoting function of the pro-NAD agents. Sunblocks and ultraviolet light absorbing, reflecting, and scattering chemicals are known to those of skill in the art. Accordingly, while a number of sunblocks are listed below, the methods and compositions of the invention

Exhibit A 24

ELY_DEL0000630

US 6,337,065 B1

15

are not limited to these sunblocks. Chemicals that are useful as sunblocks comprise dioxybenzone, ethyl 4-[bis (hydroxypropyl)] aminobenzoate, glyceryl aminobenzoate, homosalate, menthyl anthranilate, octocrylene, octyl methoxycinnamate, octyl salicylate, oxybenzone, padimate O, red petrolatum, titanium dioxide, 4-menthylbenzylidene camphor, benzophenone-1, benzophenone-2, benzophenone-6, benzophenone-12, isopropyl dibenzoyl methane, butyl methoxydibenzoylmethane, zotocrylene, zinc oxide, para-aminobenzoic acid (PABA), cinnamate and derivatives, analogs and functional analogs of said chemicals. Sunblocks may also be physical blends or chemical combinations of one or more individual chemicals.

Optional pH buffers (pH stabilizers) include any known chemicals suitable for maintaining pH in a pharmaceutical composition. Such chemicals are known are listed, for example, in standard chemistry texts (e.g., Scopes, Protein Purification, Springer-Verlag, New York, N.Y. (1988); see, e.g., page 243).

In another embodiment, the composition may optionally comprise a topically active drug such as antifungal compounds; antibacterial compounds; anti-inflammatory compounds; topical anesthetics; skin disease and dermatitis medications; and anti-itch and irritation-reducing compounds; analgesics; antibiotics; antiseptics; antiparasitics. Further, the composition may comprise a dermatological drug such as an anti acne preparations; anti-inflammatory agents; depigmenting agents, such as monobenzone; dermatitis relief agents, such as the active steroid amcinonide, diflorasone diacetate, hydrocortisone, and the like; diaper rash relief agents, such as methylbenzethonium chloride and the like; emollients and moisturizers, such as mineral oil, PEG-4 dilaurate, lanolin oil, petrolatum, mineral wax and the like; fungicides, such as butocouazole nitrate, haloprogin, clotrimazole, and the like; herpes treatment drugs, such as O-[(2-hydroxyethoxy)-methyl]guanine; pruritic medications, such as alclometasone dipropionate, betamethasone valerate, isopropyl myristate MSD, and the like; psoriasis, seborrhea and scabicide agents, such as anthralin, methoxsalen, coal tar and the like; steroids, such as 2-(acetyloxy)-9-fluoro-1',2',3',4'-tetrahydro-11 - hydroxypregna-1,4-dieno[1 6, 17-b]naphthalene-3,20-dione and 21 -chloro-9-fluoro-1',2',3',4'-tetrahydro-11b- hydroxypregna-1,4-dieno[16z, 17-b]naphthalene-3,20- dione. Any other medication which is compatible with pro-NAD agents and which is effective when administered topically can be incorporated into the method and composition of the present invention.

Although a method comprising applying a simple solution of one or more pro-NAD agent in water regularly to skin is effective to promote DNA repair and preventing skin deterioration, additional ingredients maybe mixed with the active ingredients to an improved cosmetic effect, application effectiveness or as a diluent for the active ingredients.

For example, stearyl alcohol may be added to provide a lubrication effect up to a concentration of about 15 weight percent. Cetyl alcohol may be added as an emulsifying and thickening agent at a concentration of up to about 6 weight percent. Glycerin may be added as an emollient and humectant at a concentration of up to 18 weight percent. A mixture of cetyl esters wax, stearyl alcohol, cetyl alcohol, and glycerin may form a moisturizing cream base, diluent and carrier for the active ingredients. In addition to the primary active ingredient, one or more pro-NAD agent, there may be optional active ingredients that may comprise, for example, sunscreens, medications, antioxidants and the like.

16

In addition, preservatives and buffers may be added to prevent spoilage and maintain pH. Preservatives may include, for example, methyl paraben, propyl paraben, Quaternium-15. In addition, sodium lauryl sulfate may be added as a wetting and emulsifying agent. Finally, deionized water may be use as a diluent, carrier, and moisturizer.

Packaging:

The composition may, if desired, be presented in a pack of dispenser device which may contain one or more dosage units. The pack may, for example, be a container with a pump dispenser wherein each pump will produce a measured dosage of the composition. As another example, the composition may be individually foil or plastic wrapped in single dose packages. Photosensitive ingredients may be protected by opaque packages and heat sensitive ingredients may be refrigerated as is known in the art.

In another embodiment, the invention is directed to a method for treating or slowing skin deterioration. In the method, a pharmaceutical composition comprising a pro-NAD agent of the invention is administered to a subject in need of an intracellular elevation of NAD content. The method may increase intracellular NAD concentration by at least about 50%, preferable by at least about 100%, more preferably at least about 200% or about 300%, such as, for example, about 500% over NAD levels in untreated skin prior to treatment.

The pharmaceutical composition of the invention may be administered orally, topically or parenterally. For example, the administration maybe intradermal, subcutaneous, or via dermal patch or slow release mechanism to the layer of skin of the mammal.

Another embodiment of the invention is directed to a process for achieving transdermal delivery of a pro-NAD agent to the skin. In the process, a pharmaceutical composition containing one or more pro-NAD agents of the invention including agents with the following formula:



wherein $R_1$ may be a hydrogen or any group that can be enzymatically or chemically removed to generate nicotinic acid following administration. For example, $R_1$ may be a straight or branched chain alkane, alkene or alkyne of up to 30 carbon atoms in length. For example, if $R_1$ is an unbranched (straight) alkane, it would have the formula —$(CH_2)_n$—$CH_3$, wherein n can be any integer from 0 to 29. $R_1$ may contain other functional groups such as, for example, OH groups, SH groups, COOH groups, $NH_2$ groups and the like. Specific examples of preferred pro-NAD agents include methylnicotinate, ethylnicotinate, butylnicotinate, hexylnicotinate, octylnicotinate, tetradecylnicotinate, octadecylnicotinate. In a preferred embodiment, the pro-NAD agent has an octanol/water partition coefficient range wherein log $P_{o/w}$ is between about 5 to about 20, more preferably between 10 and 15. Thus, $R_1$ comprising a straight chain alkane of 14 to 22 carbons (i.e., 14, 15, 16, 17, 18, 19, 20, 21 or 22 carbons) with log $P_{o/w}$ values between 10 and 15 are most preferred.

Exhibit A 25

ELY_DEL0000631

US 6,337,065 B1

17

In another preferred embodiment, the pro-NAD agent may contain one or more pro-NAD agents with the following formula:



where $R_2$ may be a hydrogen or any group that can be enzymatically or chemically removed to generate nicotinamide following administration. For example, $R_2$ may be a carboxylic acid compound of the formula R1—COOH wherein $R_1$ is as described above, and wherein said $R_2$ is linked in an amide linkage as shown below:



In a preferred embodiment, this class of pro-NAD agents has an octanol/water partition coefficient ($P_{o/w}$) range between log $P_{o/w}$ of about 5 to about 20; more preferably between about 10 to about 15.

Another embodiment of the invention is directed to a process for reducing the cytotoxic effects of DNA damage in the skin of a mammal by enhancing one or more enzymes comprising the step of applying to a layer of skin of said mammal an effective amount of a pharmaceutical composition comprising a pro-NAD agent, at a concentration sufficient to reduce the cytotoxic effects of DNA damage, and a pharmaceutically acceptable carrier. The enzyme to be enhanced by the pro-NAD agent may be, for example, P53, PARP-1, PARP-2, PARP-3, tankyrase, and V-PARP.

The methods, pharmaceutical compositions, and pro-NAD agents of this invention may be used to treat any biological subject. The term "subject" refers to an animal, or to one or more cells derived from an animal. Preferably, the animal is a mammal, most preferably a human. Cells may be in any form, including but not limited to cells retained in tissue, cell clusters, immortalized cells, transfected or transformed cells, and cells derived from an animal that have been physically or phenotypical altered. In an embodiment, the methods and pro-NAD agents may be used to treat tissue culture cells, such as, for example, embryonic stem cells or lymphocytes to prevent DNA damage. This may be used for example, to prevent bone marrow cells from mutating in a bone marrow transplant. Pro-NAD agents may also be used, for example, to keep sperm, eggs, and zygotes from mutating during in vitro fertilization procedures.

Other embodiments and advantages of the invention are set forth, in part, in the Examples which follows and, in part, will be obvious from this description and may be learned from the practice of the invention.

EXAMPLE 1

Sub-optimal Niacin Status Results in Skin Cells with Reduced NAD Content

The effect of culture media containing sub-optimal precursors of NAD on the NAD content of normal human fibroblasts and keratinocytes was examined. Briefly, normal human fibroblasts were cultured with 5% $CO_2$ in nicotina-

18

mide supplemented medium or nicotinamide deficient medium. The nicotinamide deficient media used was Dulbecco's Modified Eagle Medium (DMEM) made without nicotinamide supplemented with 5% bovine serum. It may be made in the laboratory and is also available by custom ordered from commercial suppliers such as Life Technologies, Inc. (Rockville, Md.) or Sigma (St. Louis, Mo.). Nicotinamide supplemented medium is nicotinamide deficient media with supplemented with nicotinamide to 33 $\mu$M. After growth of the cells for several days, cells were extracted and analyzed for NAD content. The results of a typical experiment, showing that sub-optimal niacin status results in a decreased cellular NAD content in both human fibroblasts and keratinocytes are shown in FIG. 4.

General niacin status varies widely in the human population. A biochemical assay of niacin status (Jacobson, E. L. and Jacobson, M. K., (1997) Methods in Enzymology, vol 280, Academic Press, New York, 221–230) has been used to assess the niacin status of a human population in Malmö, Sweden. In this assay, niacin status of individuals is determined by the ratio of NAD to NADP in red blood cells. This ratio multiplied by a factor of one hundred is referred to as "niacin number." Methods for measuring niacin content (niacin status) are disclosed in Jacobson, E L, and Jacobson, M K (*Meth Enzymol* 280, 221–230, 1997) and Jacobson, E L et al. (*J Cell Physiol* 99, 417–426, 1979) incorporated herein by reference. FIG. 5 shows a distribution of niacin number values in a population of 705 subjects in Malmö, Sweden. The values for a control group are also shown. The bars in FIG. 5 represent the range for 95.5% of the control group. The results show that the general niacin status varies widely in a human population and that 15% of these individuals have niacin number values that classify them as severely niacin deficient.

EXAMPLE 2

Increased NAD Content of Skin Correlates with less Severe Skin Deterioration

Since the NAD content of red blood cells varies widely within the human population, the possibility that the NAD content of skin cells varies widely was examined in experiments that addressed two questions related to skin cell NAD content. The first question addressed whether the NAD content of human skin shows significant variation. Non diseased areas of skin were taken from normal human volunteers and assayed for NAD content. The data of FIG. 6 shows that skin taken from non-diseased areas of normal human volunteers varies more than 4-fold in NAD content.

The next experiment was designed to address the question of whether a correlation exists between skin cell NAD content and susceptibility to skin deterioration. In this experiment, non diseased areas of skin from individuals with lesser deterioration were compared for NAD content with non diseased areas of skin from individuals with greater deterioration. The results, shown in FIG. 6, demonstrate that the NAD content of non-diseased skin from individuals with more serve skin deterioration (squamous cell carcinoma) had a significantly lower NAD content than skin derived from non-diseased skin from individuals with less severe skin deterioration (actinic keratosis).

EXAMPLE 3

Determining the Correlation Between DNA Repair Proficiency and NAD Content

Since the NAD content of human skin cells varies widely, a series of experiments was performed to examine DNA repair and DNA damage response proficiency of skin as a

Exhibit A 26

ELY_DEL0000632

US 6,337,065 B1

19

function of NAD content. The ability of cells to recover from the cell killing effects of genotoxic stress depend upon their ability to repair DNA damage and activate multiple DNA damage response pathways in response to genotoxic stresses. Briefly, normal human skin fibroblasts and human skin keratinocytes were cultured in control or suboptimal niacin medium (i.e. nicotinamide deficient media of Example 1) as described for Example 1 above. This results in cells with normal or depleted NAD content. Cells were then exposed to solar simulated sunlight and the ability of the cells to recover from the different doses of sunlight was determined by measuring growth of the cells 5 days following sunlight exposure.

FIG. 7 shows that human skin fibroblasts and human skin keratinocytes with a reduced NAD content have a decreased ability to recover from exposure to solar radiation provided by a solar simulator. Restoration of normal NAD content by addition of pro-NAD agents to the culture medium of cells with a reduced NAD content resulted in restoration of a normal recovery profile. The DNA repair proficiency as a function of NAD content has been assessed also by a technique called a "comet assay." In a comet assay (O. Ostling and K. J. Johanson, Biochem. Biophys. Res. Commun. 123: 291 (1984); P. L. Olive and J. P. Banath, Exp. Cell Res. 221: 19 (1995)), cells are plated out after embedding into liquid agarose on a carrier and lysed in situ after formation of an agarose gel. The DNA of the individual cells is then separated in situ in an electric field. Damaged DNA containing strand breaks migrates away from the cell nucleus due to its smaller size and this migration results in an image where the nucleus appears as the head of the comet and the broken DNA appears as tail of the comet. The more degraded the genomic DNA is, the greater the amount of migration-capable DNA and the longer the "comet tail."

FIG. 8 shows the analysis of DNA integrity of human cells as a function of NAD content both in the absence and following genotoxic stress. The results show the percentage of "type 3" and "type 4" comets which correspond to the cells with the highest levels of unrepaired damage. First, the experiment shows that cells with a sub-optimal NAD content have a significant amount of unrepaired damage even without genotoxic stress. Second, cells with low NAD show much higher levels of unrepaired damage following genotoxic stress.

### EXAMPLE 4

#### Human Cells with a Decreased NAD Content Also Have Other Altered DNA Damage Response-signaling Pathways

As shown in FIG. 3, DNA damage signaling pathways involving NAD interact with other DNA damage signaling pathways. One of the major pathways involves the protein p53. The cellular content of p53 is normally low in the absence of genotoxic stress, but increases rapidly following the appearance of DNA strand breaks. Briefly, cells were grown in control or suboptimal niacin media as described in Example 1 above, resulting in cells with normal or low NAD content. The protein of the cells was then extracted and portions of the extract were separated by SDS-polyacrylamide gel electrophoresis (SDS-PAGE) and p53 protein content determined by immunoblotting (western blotting). FIG. 9A shows that the cellular content of p53 in cells having normal or low NAD content as determined by immunoblotting for the p53 protein. Cells with a low NAD content have a much higher content of p53, demonstrating that a low NAD content results in an alteration of the p53

20

signaling pathway. FIG. 9B compares the relative content of p53 following genotoxic stress caused by the alkylating agent MNNG in cells with a low or normal NAD content. At 6 hours following DNA damage, the p53 content is elevated relative to the cells with normal NAD content, while at 24 hours following damage; the p53 content is greatly reduced relative to cells with normal NAD content.

### EXAMPLE 5

#### Determining the Optimal pro-NAD Agent

Two different biosynthetic pathways can elevate the NAD content of human skin cells. A series of experiments were performed to determine the possible classes of pro-NAD agents that may be used for the elevation of skin cell NAD content by topical application. Any compound that can be converted to NAD is referred to here as a "pro-NAD" agent. The pathway for the conversion of tryptophan to NAD functions only in liver and thus the remaining two pathways were evaluated in human skin cells. One of these pathways involves the conversion of nicotinamide to nicotinamide mononucleotide and then to NAD by the action of nicotinamide phosphoribosyltransferase and nicotinamide mononucleotide adenyltransferase, respectively. The second pathway involves the conversion of nicotinic acid to nicotinic acid mononucleotide with subsequent conversion to nicotinic acid adenine dinucleotide and NAD by the action of nicotinic acid phosphoribosyltransferase, nicotinic acid mononucleotide adenyltransferase, and NAD synthase, respectively.

Based on the above mentioned model, we have grouped pro-NAD agents into four classes: (1) nicotinamide, (2) any derivative of nicotinamide that can be chemically or enzymatically converted to nicotinamide, (3) nicotinic acid, and (4) any derivative of nicotinic acid that can be chemically or enzymatically converted to nicotinic acid. Experiments have been conducted with three of the four classes described above using human skin fibroblasts in culture and the results of a typical experiment are shown in FIG. 11. The results demonstrate that nicotinamide, nicotinic acid, and four different esters of nicotinic acid can be bioconverted to NAD by skin fibroblasts. Derivatives of nicotinamide that can be bioconverted to nicotinamide are expected to serve as pro-NAD agents based on the results disclosed here for nicotinamide.

### EXAMPLE 6

#### The Nicotinic Acid Pathway Is Preferred for Elevation of Skin Cell NAD Content

The experiments of the previous section demonstrated that two different biosynthetic pathways can elevate skin cell NAD content. In considering the relative merit of the two pathways, a tentative conclusion was reached that the nicotinic acid pathway may be a preferred pathway. While not wishing to be bound by any theory, our reasoning appears below. This conclusion was based on the realization that nicotinamide at high levels can inhibit DNA repair because it is an inhibitor of cellular PARPs, while nicotinic acid does not affect the activity of PARPs. The conclusion that elevation of NAD by the nicotinic acid pathway was preferred was confirmed by experiments, which examined the effects of high levels of nicotinic acid or nicotinamide (Nam) on DNA repair, and other DNA damage signaling pathways. FIG. 12A compares DNA integrity in cells cultured in normal levels (50 micromolar) or high levels (500

Exhibit A 27

ELY_DEL0000633

US 6,337,065 B1

21

micromolar) of nicotinamide following genotoxic stress induced by the alkylating agent MNNG. It can be seen that the presence of high nicotinamide results in decreased DNA integrity as a result of inhibition of DNA repair and DNA damage response pathways. The effects of high levels of nicotinamide or high levels of nicotinic acid on the p53-signaling pathway are shown in FIG. 12B. The presence of high levels of nicotinamide demonstrated abnormally high levels of p53 both in the absence of and following genotoxic stress while the response in the presence of high levels of nicotinic acid was surprisingly similar to the response seen in normal levels of nicotinamide. These experiments show that the nicotinic acid pathway is a preferred pathway for elevation of NAD content of skin cells.

EXAMPLE 7

Topical Delivery Is a Preferred Route for Elevation of Skin Cell NAD Content

The discovery that the nicotinic acid pathway is a preferred pathway for elevation of skin cell NAD content lead to a series of experiments to determine if the topical route of delivery rather than a systemic delivery route is a preferred route of delivery of pro-NAD nutrients to skin cells. Skin is at the distal end of the systemic delivery system, oral intake of pro-NAD nutrients is subject to first pass liver metabolism, and the uppermost layers of the skin are poorly vascularized. Each of these factors indicates that very large oral doses of pro-nutrients would be required to provide efficient systemic delivery of pro-NAD agents to skin cells.

Experiments were conducted to determine a preferred method for the elevation of skin cell NAD content by topical delivery. One goal of the experiment was to develop methods of sustained delivery of nicotinate to skin cells with minimal (and preferably none) systemic delivery. Towards that end, the design of one preferred pro-NAD agent had the following criteria (1) the pro-NAD agent must be sufficiently lipophilic to effectively partition into and through the stratum corneum; (2) the pro-NAD agent must be slowly converted to nicotinate by skin esterases so that nicotinate will be effectively converted to NAD by keratinocytes and fibroblasts.

The first issue considered was the physical-chemical properties of the most desirable for topical application. The nicotinic acid molecule may not be optimal because it may be too polar to be effectively delivered to skin cells topically. Molecules that are too polar may not effectively partition into the apolar stratum corneum layer of skin and following passage across the stratum corneum, it would be expected to rapidly enter the systemic circulation. A series of pro-NAD agents shown in FIG. 13 were characterized. To evaluate the potential of these pro-NAD agents to partition into the stratum corneum, the octanol/water partition coefficients for the methyl, eythl-, butyl-, hexyl-, and octyl- esters of nicotinate were experimentally determined.

The octanol/water partition coefficient was determined by dissolving a known amount of pro-NAD agent in water and then mixing the aqueous compound with a known volume of octanol. After mixing for a period of 1 to 18 hours, aliquots of the water phase were analyzed by HPLC for the amount of remaining pro-NAD agent. The partition coefficient (P) was calculated from the following equation:

$$P_{o/w} = (C_o - C)V_w / CV_o; \log P_{o/w} = \log_{10}((C_o - C)V_w / CV_o))$$

where $C_o$ is the initial concentration in water and C is the concentration after partitioning. $V_w$ and $V_o$ represent the

22

volume of water and octanol phases respectively. FIG. 14 shows a plot of log $P_{o/w}$ values versus ester chain length. FIG. 14 also shows that $P_{o/w}$ values for the tetradecyl- and octadecyl-esters of nicotinic acid maybe predicted by extrapolation of the results obtained from the experimental determination of the $P_{o/w}$ values for the shorter esters. The tetradecyl- and octadecyl-esters of nicotinate have favorable properties for partitioning into the stratum corneum and these experiments show that pro-NAD agents with log $P_{o/w}$ values in the range of 10 to 15 are optimal for effective partitioning into the stratum corneum layer of skin.

The next issue considered was the rate of hydrolysis of topically applied pro-NAD agents to nicotinic acid such that conversion to NAD can be completed by the pathway shown in FIG. 11. The rates of hydrolysis of a pro-NAD agent following topical application can be assessed by evaluation of local vasodilation following topical application of a pro-NAD agent. Nicotinate esters do not cause vasodilation and thus rates of hydrolysis that result in tissue levels of nicotinate that exceed the threshold for vasodilation can be detected following topical application. Experiments have compared the absence or presence of vasodilation (and the time course of vasodilation when present) for a number of the pro-NAD agents shown in FIG. 13. For example, application of a cream containing 0.05% hexylnicotinate results in vasodilation with onset at approximately 10 minutes and duration of approximately 90 minutes. A similar application of octylnicotinate results in an onset of vasodilation at approximately 15 minutes with duration of 360 minutes. A similar application of tetradecylnicotinate does not result in vasodilation. These experiments indicate that tetradecylnicotinate is released very slowly following application. Two factors are likely involved in the rate of hydrolysis of topically applied pro-NAD agents, the rate of departure from the stratum corneum and the rate of hydrolysis by esterases present in the epidermal and dermal layers of the skin. These experiments indicated that the longer chain esters of nicotinic acid are a preferred method for elevation of skin cell NAD content.

EXAMPLE 8

The NAD Content of Skin Can Be Elevated by Topical Application of Pro-NAD Agents

Based on evaluation of pro-NAD agents, proof of principle experiments for elevation of skin cell NAD content by topical delivery were performed using a hairless mouse model. In brief, tetradecylnicotinate was used for the initial studies. In the study three daily topical applications of 1% tetradecylnicotinate cream to the back of the animals and no cream was applied to the abdomen. Immediately following the third application, the skin from the back and abdomen were analyzed for NAD content. Test samples of skin were frozen in liquid nitrogen and powdered by mechanical means. NAD content was assessed as described previously (Jacobson, E L, and Jacobson, M K *Meth Enzymol* 280, 221–230,1997; Jacobson, E L et al., *J Cell Physiol* 99, 417–426, 1979). The NAD assay is based on the principle of enzymic cycling between oxidized and reduced states, in which NAD is rate-limiting for a series of amplification reactions. Total protein was assayed by the Bradford assay. The results, shown in FIG. 15, show that three daily topical applications of a cream containing 1% tetradecylnicotinate to the back of the test animal resulted in a skin NAD content that was 143% that of a control animal treated with base cream only. FIG. 15 also show that the NAD content of skin removed from the abdomen of the treated animal was not

US 6,337,065 B1

23

increased, providing proof that the increased NAD content was due to topical delivery.

In another experiment, the effect of the number of daily application of 1% tetradecylnicotinate cream was examined. Again, application was made to the back of the animal and the abdomen of each animal served as control. The results, depicted in FIG. 16, show that the NAD content of skin removed from the back increased as a function of the number of daily applications. In contrast, the NAD content of the abdomen did not increase, providing additional evidence that the increased NAD content was due to topical delivery of the pro-NAD agent.

It should be noted that in no case were any signs of toxicity observed as a result of the topical application of tetradecylnicotinate cream in the experiments shown in FIGS. 15 and 16.

Other pro-NAD agents may be identified by exposing cells in culture to candidate pro-NAD agents or by exposing skin on a test subject, such as a mouse, to the candidate pro-NAD agent. After a safe and effective dosage is determined, the candidate pro-NAD agents may be tested on human volunteers and assayed by skin biopsy samples. The effectiveness of the pro-NAD agents may be determined by (a) biochemically analyzing cell lysates to assess the cellular NAD content or (b) scoring phenotypic or functional changes in treated cells as compared to control cells that were not exposed to the candidate pro-NAD agent.

Where analogs and derivatives of a known pro-NAD agent are to be identified or evaluated, the cells are exposed to the pro-NAD agent of the invention and compared to positive controls which are exposed only to the known pro-NAD agent, and to negative controls which were not exposed to either the candidate pro-NAD agent or the known pro-NAD compound.

In order to determine if the pro-NAD agent administered according to the method of the invention is absorbed into body tissues, and if so, in which tissue absorption occurs, the following may be performed. Samples of various body tissues from a subject, such as a laboratory mouse, were analyzed for NAD content at increasing hours after oral administration of a pro-NAD agent. The results of the measurement are compared to that of control subjects to determine the percent increase of NAD content. A dose response curve and a therapeutic index can be developed to determine the optimal oral dosage.

Other embodiments and uses of the invention will be apparent to those skilled in the art from consideration of the specification and practice of the invention disclosed herein. All U.S. patents and applications and other references noted herein are specifically incorporated by reference. The specification and examples should be considered exemplary only with the true scope and spirit of the invention indicated by the following claims.

We claim:

1. A composition for increasing intracellular NAD content, consisting essentially of n-tetradecyl nicotinic acid ester and a pharmaceutically acceptable carrier.

2. The composition of claim 1, wherein said n-tetradecyl nicotinic acid ester is presented in id composition at from about 0.001% to about 10% by weight of said composition.

24

3. The composition of claim 2, wherein said n-tetradecyl nicotinic acid ester is present in said composition at from about 0.01% to about 3% by weight of said composition.

4. The composition of claim 3, wherein said n-tetradecyl nicotinic acid ester is present in said composition at about 1% by weight of said composition.

5. A composition for increasing intracellular NAD content consisting essentially of:

(i) n-tetradecyl nicotinic acid ester;

(ii) an antioxidant, a sun screen, a vitamin or a pH stabilizer, and

(iii) a pharmaceutically acceptable carrier.

6. The composition of claim 5, wherein (ii) is an antioxidant.

7. The composition of claim 5, wherein (ii) is a sun screen.

8. The composition of claim 5, wherein (ii) is a vitamin.

9. The composition of claim 5, wherein (ii) is a pH stabilizer.

10. The composition of claim 5, wherein (i) is present at from about 0.001% to about 10% by weight of said composition.

11. The composition of claim 10, wherein (i) is present at from about 0.01% to about 3% by weight of said composition.

12. The composition of claim 11, wherein (i) is present at about 1% by weight of said composition.

13. A composition for increasing intracellular NAD content, comprising a compound of formula:

$$
\begin{array}{c}
\text{(structure of nicotinic acid ester)}
\end{array}
$$

wherein $R_1$ is an alkane group of 14 to 22 carbon atoms which also contains at least one functional group selected from the group consisting of a thiol, alcohol, amine, carboxylic acid, onium, carboxylic anhydride, carboxylic ester, acyl halide, amide, nitrile, aldehyde, ketone, imine, ether, sulfide, halide, nitro, nitroso, azide, and diazo group, and a pharmaceutically acceptable carrier.

14. The composition of claim 13, wherein $R_1$ is an alkane of 14 carbon atoms.

15. The composition of claim 13, wherein said compound is present at from about 0.001% to about 10% by weight of said composition.

16. The composition of claim 15, wherein said compound is present at from about 0.01% to about 3% by weight of said composition.

17. The composition of claim 15, wherein said compound is present at about 1% by weight of said composition.

18. The composition of claim 13, further comprising an antioxidant, a sun screen, a vitamin, or a pH stabilizer.

*   *   *   *   *

# EXHIBIT B

Docket No.: EHB-00801
(PATENT)

## IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent Application of:
Eric Alexander Marcotulli *et al.*

Application No.: 16/327,651                          Confirmation No.: 3427

Filed: February 22, 2019                              Art Unit:  1623

For:  NICOTINAMIDE RIBOSIDE AND                    Examiner: Not Yet Assigned
        PTEROSTILBENE COMPOSITIONS AND
        METHODS FOR TREATMENT OF
        NEURODEGENERATIVE DISORDERS

### INFORMATION DISCLOSURE STATEMENT (IDS)

MS Amendment
Commissioner for Patents
P.O. Box 1450
Alexandria, VA  22313-1450

Dear Sir:

Pursuant to 37 C.F.R. §§ 1.56, 1.97, and 1.98, the attention of the United States Patent and Trademark Office is hereby directed to the references listed on the attached PTO/SB/08.  It is respectfully requested that the information be expressly considered during the prosecution of the above-identified application, and that the references be made of record therein and appear among the "References Cited" on any patent to issue therefrom.

This Information Disclosure Statement is filed before the mailing date of a first Office Action on the merits (37 C.F.R. § 1.97(b)(3)).

In accordance with 37 C.F.R. § 1.98(a)(2)(ii), copies of U.S. patents and U.S. patent application publications are not submitted.  Submitted herewith are copies of foreign patents and non-patent literature in accordance with 37 C.F.R. § 1.98(a)(2).

B5134553.1

Exhibit B 1

Application No.: 16/327,651                    2                    Docket No.: EHB-00801

In accordance with 37 C.F.R. § 1.97(g), the filing of this Information Disclosure Statement shall not be construed as a representation that a search has been made.  In accordance with 37 C.F.R. § 1.97(h), the filing of this Information Disclosure Statement shall not be construed to be an admission that the information cited in this Information Disclosure Statement is, or is considered to be, material to patentability as defined in 37 C.F.R. § 1.56(b).

It is submitted that the Information Disclosure Statement is in compliance with 37 C.F.R. § 1.98, and the Examiner is respectfully requested to consider the listed references.

Dated:  May 13, 2020                         Respectfully submitted,

                                             By_/Allison Gilder/_____
                                             Allison Gilder, Ph.D.
                                                Registration No.: 74,331
                                             FOLEY HOAG LLP
                                             155 Seaport Boulevard
                                             Boston, Massachusetts  02210-2600
                                             (617) 832-1782
                                             Agent For Applicant

B5134553.1

Used in Lieu of PTO/SB/08A/B
(Based on PTO 09-08 version)

| Substitute for form 1449/PTO | | | | **Complete if Known** | |
|---|---|---|---|---|---|
| **INFORMATION DISCLOSURE STATEMENT BY APPLICANT** *(Use as many sheets as necessary)* | | | | Application Number | 16/327,651-Conf. #3427 |
| | | | | Filing Date | February 22, 2019 |
| | | | | First Named Inventor | Eric Alexander Marcotulli |
| | | | | Art Unit | 1623 |
| | | | | Examiner Name | Not Yet Assigned |
| Sheet | 1 | of | 1 | Attorney Docket Number | EHB-00801 |

| **U.S. PATENT DOCUMENTS** | | | | | |
|---|---|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Document Number<br>Number-Kind Code[2] ( *if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages or Relevant Figures Appear |
| | | | | | |

| **FOREIGN PATENT DOCUMENTS** | | | | | | |
|---|---|---|---|---|---|---|
| Examiner Initials* | Cite No. | Foreign Patent Document<br>Country Code[3]-Number[4]-Kind Code[5] (*if known*) | Publication Date MM-DD-YYYY | Name of Patentee or Applicant of Cited Document | Pages, Columns, Lines, Where Relevant Passages Or Relevant Figures Appear | T[6] |
| | BA | EP-2574339-A1 | 04-03-2013 | Huber, Johannes | | |
| | BB | WO-2009/032870-A2 | 03-12-2009 | The United States Of America, As Represented By The Secretary Of Agriculture | | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.  [1] Applicant's unique citation designation number (optional).  [2] See Kinds Codes of USPTO Patent Documents at www.uspto.gov or MPEP 901.04.  [3] Enter Office that issued the document, by the two-letter code (WIPO Standard ST.3).  [4] For Japanese patent documents, the indication of the year of the reign of the Emperor must precede the serial number of the patent document. [5] Kind of document by the appropriate symbols as indicated on the document under WIPO Standard ST.16 if possible.  [6] Applicant is to place a check mark here if English language Translation is attached.

| **NON PATENT LITERATURE DOCUMENTS** | | | |
|---|---|---|---|
| Examiner Initials* | Cite No.[1] | Include name of the author (in CAPITAL LETTERS), title of the article (when appropriate), title of the item (book, magazine, journal, serial, symposium, catalog, etc.), date, page(s), volume-issue number(s), publisher, city and/or country where published. | T[2] |
| | CA | Extended European Search Report for EP Application No. EP 17844270 dated February 13, 2020 (Our Ref. EHB-00880). | |

| Examiner Signature | | Date Considered | |
|---|---|---|---|
| | | | |

*EXAMINER: Initial if reference considered, whether or not citation is in conformance with MPEP 609.  Draw line through citation if not in conformance and not considered.  Include copy of this form with next communication to applicant.

[1]Applicant's unique citation designation number (optional).  [2]Applicant is to place a check mark here if English language Translation is attached.

Exhibit B 3

# EXHIBIT C



(19)

Europäisches
Patentamt

European
Patent Office

Office européen
des brevets

(11)     **EP 2 574 339 A1**

(12)                    **EUROPÄISCHE PATENTANMELDUNG**

(43) Veröffentlichungstag:
**03.04.2013   Patentblatt 2013/14**

(51) Int Cl.:
*A61K 31/353* *(2006.01)*          *A61K 31/405* *(2006.01)*
*A61K 31/455* *(2006.01)*          *A61K 45/06* *(2006.01)*

(21) Anmeldenummer: **11182906.5**

(22) Anmeldetag: **27.09.2011**

(84) Benannte Vertragsstaaten:
**AL AT BE BG CH CY CZ DE DK EE ES FI FR GB
GR HR HU IE IS IT LI LT LU LV MC MK MT NL NO
PL PT RO RS SE SI SK SM TR**
Benannte Erstreckungsstaaten:
**BA ME**

(71) Anmelder:
• **Huber, Johannes**
  **1130 Wien (AT)**

• **Hochegger, Paul**
  **1040 Wien (AT)**

(72) Erfinder: **Huber, Johannes**
  **1130 Wien (AT)**

(74) Vertreter: **Sonn & Partner Patentanwälte
  Riemergasse 14
  1010 Wien (AT)**

(54)     **Pharmazeutisches Präparat zur Behandlung von NADH-bedingten Erkrankungen**

(57)     Beschrieben wird ein pharmazeutisches Präparat, enthaltend jeweils unabhängig voneinander
- 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, Epigallokatechingallat (EGCG),
- 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, Nikotinamid-Ribose (NR) und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan.

**EP 2 574 339 A1**

Exhibit C 1

1                                 EP 2 574 339 A1                                 2

**Beschreibung**

[0001]   Die vorliegende Erfindung betrifft ein pharmazeutisches Präparat zur Behandlung von NADH-bedingten Erkrankungen.

[0002]   NADH-bedingte Erkrankungen sind Erkrankungen, die entweder durch einen NADH-Mangel verursacht werden oder aber durch NADH-Gabe behandelbar sind oder verhindert werden können. Als besondere NADH-bedingte Erkrankungen sind hierfür Nervenerkrankungen oder Erkrankungen des Herz-/Kreislaufsytems, insbesondere Bluthochdruck, zu nennen. Oft sind diese NADH-bedingte Erkrankungen durch einen Mangel an intrazellulären NADH bedingt oder können durch Erhöhung von intrazellulären NADH behandelt, verbessert oder verhindert werden. Beispiele hierfür sind in den US-Patenten US 4,970,200 A, US 5,444,053 A, US 5,668,114 A, US 5,712,259 A und US 5,736,529 A beschrieben, worin NADH-Gabe zur Behandlung/Verhinderung eine Reihe derartiger Erkrankungen herangezogen wurde. NADH ist jedoch sehr labil und nur schwer in die Zellen zu bringen, in denen NADH seine Wirkung entfalten soll.

[0003]   Aufgabe der vorliegenden Erfindung ist, pharmazeutische Zusammensetzungen zur Verfügung zu stellen, die zur Behandlung von NADH-bedingten Erkrankungen, insbesondere von Nervenerkrankungen (z.B. Alzheimer'sche Erkrankung oder Parkinson'sche Erkrankung) und Herz-Kreislauferkrankungen (z.B. Bluthochdruck), geeignet sind.

[0004]   Demgemäß betrifft die vorliegende Erfindung ein pharmazeutisches Präparat, enthaltend jeweils unabhängig voneinander

- 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, Epigallokatechingallat (EGCG),
- 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, Nikotinamid-Ribose (NR) und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan.

[0005]   Epigallokatechingallat (EGCG; (2R,3R)-2-(3,4,5-Trihydroxyphenyl)-3,4-dihydro-1(2H)-benzopyran-3,5,7-triol-3-(3,4,5-trihydroxybenzoat)) ist ein natürlich vorkommendes Antioxidans. EGCG ist ein Katechin, das zur Untergruppe der Polyphenole zählt und in grünem Tee vorkommt. Neben vielen anderen Wirkungen weist EGCG einen Insulin-sedierenden Effekt sowie eine konzentrationssteigernde Wirkung auf. EGCG vermehrt die endogene Bildung des Nikotinsäureamid-Adenin-Dinukleotids (NAD (= NAD+)). Durch Gabe von EGCG wird die Nikotinamid-Ribosid-Kinase angeregt und vermehrt Beta-Nikotinamid-Mononukleotid gebildet. Das mit der Diät aufgenommene Tryptophan wird in der Zelle in Nikotinsäure-Mononukleotid (NAMN) umgewandelt, welches wieder durch Nikotinsäure/Nikotinamid-Mononukleotid Adenylyltransferase in Nikotinsäure-Adenin-Dinukleotid (NAAD) umgewandelt wird, aus dem über die

NAD Synthase das NAD entsteht. EGCG regt die NAD-Synthase sowie die Nikotinsäure/Nikotinamid Mononukleotid Adenylyltransferase an, wodurch bei gleichzeitigem Vorhandensein des Tryptophans die endogene Bildung von NAD erhöht wird (siehe Fig. 1 und 2). EGCG wird vorzugsweise als Extrakt aus biologischen Quellen im erfindungsgemäßen Präparat vorgesehen, besonders bevorzugt als Extrakt aus Teepflanzen, insbesondere direkt aus dem grünen Tee oder nach dem Matcha-Verfahren gewonnen.

[0006]   Mittel, welche EGCG entweder als Reinsubstanz oder als Bestandteil von grünem Tee enthalten und welche u.a. zur Behandlung von mentalen Krankheiten oder Befindlichkeitsstörungen eingesetzt werden, sind u.a. in JP 2003/286167 A, JP 11/018722 A, US 2002/086067 A1, US 2008/213401 A1 und WO 2008/006082 A2 beschrieben.

[0007]   Auch die Nikotinamid-Ribose (NR; Nikotinamid-Ribosid)   (1-[3,4-Dihydroxy-5-(hydroxymethyl)oxolan-2-yl]pyridin-5-carboxamid; auch als "Nikotinamid-Ribosid", "Nikotinamid-beta-Ribosid", "Nikotinamid-Ribonukleosid", "1-[(2R,3R,4S,5R)-3,4-Dihydroxy-5-(hydroxymethyl)oxolan-2-yl]pyridin-5-carboxamid", "N-Ribosylnikotinamid" bezeichnet (CAS: 1341-23-7)) ist ein Präkursor für das NAD und wird durch die Nikotinamid-Ribose-Kinase (nrk) in Nikotinamid-Mononukleotid umgewandelt, welches seinerseits über Nikotinamid Phosphoribosyltransferase (NNAD) in NAD konvertiert wird. Sowohl die Nikotinamid-Ribose-Kinase wie auch die Nikotinsäure-Nikotinamid-Mononukleotid-Adenyltransferase werden durch EGCG stimuliert, sodass die gleichzeitige Verabreichung von entweder Tryptophan oder Nikotinamid-Ribose mit EGCG zu einer verstärkten endogenen NAD-Synthase führt. Gleichzeitig wird dadurch auch die Aktivität der Sirtuine, die NAD abhängig ist, angeregt. Damit ist die Aktivität der Nikotinamid-Ribosidkinase mit der Aktivität der Sirtuine (vor allem Sirt 2) assoziiert. Im Zuge der vorliegenden Erfindung konnten auch Erkenntnisse über NR bei der zellulären NAD-Herstellung gewonnen werden, die NR als eine der zentralen Verbindungen in dieser Synthese ausweisen.

[0008]   Tryptophan ((S)-2-Amino-3-(1H-indol-3-yl)propansäure) ist eine für den Menschen essentielle Aminosäure.

[0009]   Wie EGCG können auch NR und Tryptophan sowohl in Form natürlicher Extrakte als auch in synthetischer Form (vgl. z.B. Yang et al., J. Med. Chem. 50 (2007): 6458 - 6461) erfindungsgemäß verwendet werden; eine andere vorteilhafte Variante ist die enzymatische Herstellung der Komponenten, insbesondere von NR. Bevorzugt sind in allen Fällen (z.B. aus natürlichen Quellen, aus Präparationen chemischer Synthesen oder Produkten aus enzymatischen Synthesen (oder Kombinationen derselben)) aufgereinigte Präparationen als Ausgangsstoffe zur Herstellung des erfindungsgemäßen Präparats (z.B. solche Extrakte oder Präparate, die EGCG und NR und/oder Tryptophan zu zumindest 10

Exhibit C 2

Gew.-% enthalten, vorzugsweise zu zumindest 30 Gew.-%, insbesondere zu zumindest 50 Gew.-%, jeweils bezogen auf Trockengewicht). Die vorliegende Erfindung basiert auf der synergistischen Wirkung einer Kombination aus einer effektiven Menge an EGCG auf der einen Seite und einer effektiven Menge an NR oder an Tryptophan oder einer Kombination aus NR und Tryptophan auf der anderen Seite zur Bereitstellung eines Mittels zur Behandlung oder Prävention von NADH-bedingten Erkrankungen beim Menschen, insbesondere von Nervenerkrankungen oder Bluthochdruck. Mit der Kombination von EGCG und NR und/oder Tryptophan wird erfindungsgemäß eine Zusammensetzung zur Verfügung gestellt, die synergistische pharmazeutische Wirkung aufweist.

[0010] Unter "NADH-bedingten Erkrankungen" sind, wie eingangs erwähnt, Erkrankungen zu verstehen, die entweder durch einen NADH-Mangel verursacht werden oder aber durch NADH-Gabe behandelbar sind oder verhindert werden können. Als besondere NADH-bedingte Erkrankungen sind hierfür Nervenerkrankungen oder Erkrankungen des Herz/Kreislaufsytems, insbesondere Bluthochdruck, zu nennen. Oft sind diese NADH-bedingte Erkrankungen durch einen Mangel an intrazellulären NADH bedingt oder können durch Erhöhung von intrazellulären NADH behandelt, verbessert oder verhindert werden. Beispiele hierfür sind in den US-Patenten US 4,970,200 A (Parkinson'sche Erkrankung), US 5,444,053 A (Alzheimer'sche Erkrankung), US 5,668,114 A (Bluthochdruck), US 5,712,259 A (Chronisches Erschöpfungssyndrom), US 5,736,529 A (Schlaganfall oder andere akute neurale Traumata) und WO 2006/001982 A2 (Neuropathien oder Axonopathien, insbesondere neurodegenerative Erkrankungen, der "Motor Neuron Disease", Neoplasie, Nervenquetschung, demyelierende Erkrankungen, retinale oder optische Nervenstörungen, etc.) beschrieben. Auch wurde NADH als vorteilhaft bei der Tumorbehandlung, speziell, wenn diese mit einer Gabe von zytotoxischen Antitumor-Mitteln (Chemotherapie) einhergeht (WO 2006/001982 A2, WO 2006/056889 A2).

[0011] Ein vorrangiges Einsatzgebiet der vorliegenden Erfindung ist daher die Beeinträchtigung von Nervenfunktionen in Folge chronischer oder akuter Nervenstörungen. Bevorzugte Indikationen dabei sind die Parkinson'sche Erkrankung, die Alzheimer'sche Erkrankung, das Chronische Erschöpfungssyndrom (insbesondere soweit dessen neurale Symptome bekämpft oder verhindert werden), Schlaganfall oder andere akute neurale Traumata und Neuropathien oder Axonopathien, insbesondere neurodegenerative Erkrankungen, die "Motor Neuron Disease", Neoplasie, Nervenquetschungen, demyelierende Erkrankungen, retinale oder optische Nervenstörungen.

[0012] Ein weiteres prominentes Einsatzgebiet der vorliegenden Erfindung sind die Herz-Kreislauferkrankungen. Neben der Behandlung von Bluthochdruck und dem bereits oben erwähnten Schlaganfall sind hier auch die Behandlung von Herzinfarkten und Herzinsuffizienz zu nennen, wobei hier der vorbeugende Charakter der erfindungsgemäßen Verabreichung gesundheitsökonomisch fast noch wichtiger ist, als der Aspekt der Behandlung dieser Erkrankungen (insbesondere in der Akut-Phase).

[0013] Weiters findet die vorliegende Erfindung auch Anwendung im Rahmen von onkologischen Behandlungen, insbesondere, wenn die Behandlung der Tumorerkrankungen (insbesondere die Behandlung solider Tumoren) mit einer Chemotherapie (also mit zytotoxischen Agentien) einhergeht. Im Stand der Technik wurde die Vorteilhaftigkeit der NADH-Gabe insbesondere für Lungenkrebs (z.B. Adenokarzinom und auch non-small cell Lungenkrebs), Bauchspeicheldrüsenkrebs (z.B. exokrines Pankreas-Karzinom), Dickdarmkrebs (z.B. Kolonadenokarzinom und Kolonadenom), Prostatakrebs (einschließlich der fortgeschrittenen Erkrankung), hämatopoetische Tumoren der lymphatischen Linie (z.B. akute lymphatische Leukämie, B-Zell-Lymphom, das Burkitt-Lymphom), myeloische Leukämien (z.B. akute myeloische Leukämie (AML)), Schilddrüsenfollikelzellenkrebs, myelodysplastisches Syndroms (MDS), Tumoren mesenchymalen Ursprungs (z.B. Fibrosarkome und Rhabdomyosarkome), Melanome, Teratokarzinome, Neuroblastome, Gliome, gutartige Tumoren der Haut (z.B. Keratoakanthome), Brustkrebs (z.B. Brustkrebs im fortgeschrittenen Stadium), Nieren-Karzinom, Eierstock-Karzinom, Blasenkarzinom und epidermales Karzinom (WO 2006/056889 A2).

[0014] Daneben wurden auch andere angiogene Indikationen beschrieben, wie z.B. Makuladegeneration, Fettleibigkeit, Retinopathie, diabetische Retinopathie, Arthritis, rheumatoide Arthritis, Psoriasis und Restenose (WO 2006/056889 A2).

[0015] Vorzugsweise wird dem erfindungsgemäßen Präparat auch ein Süßstoff zugesetzt. Eine bevorzugte Variante enthält dabei den Süßstoff Steviosid (19-0-β-D-Glucopyranosyl-13-O-[β-D-glucopyranosyl(1→2)-β-D-glucopyranosyl]-steviol). Steviosid ist ein Diterpenglykosid und dreihundertmal süßer als Zucker. Steviosid kann aus Steviablättern (Stevia rebaudiana) gewonnen werden und ist für Diabetiker geeignet. Beim erfindungsgemäßen Präparat wird als Süßstoff vorzugsweise Stevia (rebaudiana) oder ein Steviaextrakt zugesetzt, welcher enzymatisch (fermentativ) behandelt sein kann.

[0016] Im erfindungsgemäßen Präparat werden vorzugsweise 1 bis 300 mg/l Steviosid vorgesehen. Steviablätter enthalten acht HauptGlykoside (Steviosid, Steviolbiosid, Rebaudiosid A, C, D, E und F sowie Dulcosid A), wobei Steviosid mit sechs bis achtzehn Prozent den größten Anteil an den in Steviablättern gefundenen Wirkstoffen hat. Vier dieser Steviol-Glykoside (Steviosid, Rebaudiosid A, Rebaudiosid C und Dulcosid) sind im Wesentlichen für die Süßwirkung verantwortlich; wovon Rebaudiosid A die besten sensorischen Eigenschaften aller vier Hauptglykoside aufweist, da es am süßesten und wenig bitter ist. Werden enzymatisch gewonnene Ste-

Exhibit C 3

viaprodukte erfindungsgemäß als Süßstoffe vorgesehen, so enthalten sie nahezu 100 % Rebaudioside und nur in geringen Spuren Steviosid. Vorteil dabei ist, dass das Getränk dann keinen bitteren Bei- oder Nachgeschmack aufweist. Rebaudiosid A wird als Süßstoff im erfindungsgemäßen Getränk vorzugsweise von 0,5 mg bis 200 mg vorgesehen (z.B. wenn enzymatisch gewonnene Stevia-Produkte zur Süßung verwendet werden). Hingegen ist bevorzugt, dass die erfindungsgemäße Zusammensetzung zuckerfrei verabreicht wird, da damit negative Wechselwirkungen mit Zucker (Glukose, Saccharose) verhindert werden.

[0017]   Vorzugsweise enthält das erfindungsgemäße Präparat weitere Hilfs- und Geschmacksstoffe. Im Zusammenwirken mit EGCG und NR und/oder Tryptophan verhindert Steviosid die hyperinsulinämische Wirkung und unterstützt damit von einer anderen Seite den Effekt von EGCG.

[0018]   Gemäß einer Variante der vorliegenden Erfindung kann das erfindungsgemäße Präparat in Trockenform vorgesehen werden, so dass es zur gebrauchsfertigen Form mittels Flüssigkeiten rekonstituiert werden kann (in pharmazeutischen Präparaten in der Regel eine pharmazutisch akzeptable Pufferlösung oder destilliertes (entionisiertes) Wasser (pharm. Grade); bei Präparaten, die vom Patienten selbst zubereitet werden in der Regel Wasser (insbesondere Mineralwasser), jedoch sind auch Fruchtsäfte, Limonaden und Ähnliches geeignet). Vorzugsweise ist dann die Trockenform in Einzeldosen, beispielsweise als Tagesdosen, abgepackt. Demgemäß beinhalten erfindungsgemäße Tagesdosen (z.B. in Sachets, Brausetabletten, etc.) beispielsweise (auch jeweils unabhängig voneinander) 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, EGCG, 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, NR und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan sowie gegebenenfalls 0,1 mg bis 500 mg, vorzugsweise 0,5 mg bis 200 mg, insbesondere 1 bis 100 mg, Steviosid. Eine derartige Trockenform (also ein Präparat in fester Form, insbesondere in Pulverform), kann auch z.B. in Form von Brausetabletten zur Verfügung gestellt werden. Entsprechende typisch verwendbare Hilfs- und Trägerungsstoffe oder Trägersubstanzen sind dem Fachmann auf diesem Gebiet bekannt und können bei Bedarf in den erfindungsgemäße Mitteln entsprechend eingesetzt werden. Man kann die erfindungsgemäßen Präparate auch auf Basis höher konzentrierter Konzentrate (z.B. Sirups) zur Verfügung stellen, die dann entsprechend Vorgaben, z.B. 1:2 bis 1:20, vorzugsweise 1:5 bis 1:10, verdünnt werden können, um zu den erfindungsgemäßen Werten der Konzentrationen im Präparat zu gelangen.

[0019]   Gemäß einer weiteren Ausführungsform enthält das erfindungsgemäße Präparat 200 bis 1000 mg/l EGCG und 80 bis 350 mg/l NR oder 0,5 bis 5 g/l Tryptophan.

[0020]   Vorzugsweise wird das erfindungsgemäße Mittel auch als pharmazeutisches Präparat in Form von Arzneimitteldosierungen zur Verfügung gestellt. Die Herstellung dieser erfindungsgemäßen Präparate kann mit den üblichen Techniken/Zusatzstoffen vorgenommen werden, die dem Fachmann auf diesem Gebiet geläufig sind; insbesondere können natürlich die bereits für NADH bekannten Formulierungen ebenfalls herangezogen werden. Die erfindungsgemäßen Präparate können daher z.B. in Form von Tabletten, Kapseln, Dragees, etc. zur Verfügung gestellt werden. Dabei können diese mit magensaftresistenten Umhüllungen bereitgestellt werden. Vorzugsweise werden diese Arzneimitteldosierungen in Dosiseinheitsform, insbesondere als Tagesdosis (beispielsweise (auch jeweils unabhängig voneinander) 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, EGCG, 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, NR und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan sowie gegebenenfalls 0,1 mg bis 500 mg, vorzugsweise 0,5 mg bis 200 mg, insbesondere 1 bis 100 mg, Steviosid; nebst weiteren Inhaltsstoffen, wie pharmazeutischen Trägern oder Geschmacksstoffen), vorgesehen. Vorzugsweise enthalten die Tagesdosen 50 bis 200 mg EGCG und 20 bis 80 mg NR oder 0,5 bis 3 g Tryptophan sowie gegebenenfalls einen Süßstoff, insbesondere einen Süßstoff, umfassend Steviosid und/oder Rebaudiosid A (vorzugsweise in einer Menge von 1 bis 80 mg). Das erfindungsgemäße pharmazeutische Präparat kann insbesondere auch in Form eines Nahrungsergänzungsmittels zur Verfügung gestellt werden. Besonders bevorzugte Tagesdosierungen enthalten, unabhängig voneinander, 80 bis 150 mg, insbesondere 100 bis 130 mg, EGCG, 30 bis 70 mg, insbesondere 40 bis 60 mg, NR und/oder 1 bis 3 g Tryptophan. Diese Tagesdosen können natürlich, wie oben erwähnt, auch als Getränk zur Verfügung gestellt werden, vorzugsweise in einem Volumen von 100 bis 1000 ml, noch bevorzugter von 200 bis 750 ml, insbesondere 250 bis 500 ml.

[0021]   Gemäß einem weiteren Aspekt betrifft die vorliegende Erfindung ein Kombinationspräparat, umfassend EGCG und NR (und/oder Tryptophan; wobei erfindungsgemäß die NR-Variante bevorzugt ist) als Wirksubstanzen, zur Verwendung bei der Behandlung von NADH-bedingten Erkrankungen, insbesondere Nervenerkrankungen und Bluthochdruck. Die Erfindung betrifft auch die Verwendung eines Kombinationspräparats, umfassend EGCG und NR als Wirksubstanzen, als Mittel zur Behandlung von NADH-bedingte Erkrankungen, insbesondere Nervenerkrankungen oder Bluthochdruck. EGCG kann prinzipiell zwar auch in einer Dosis von unter 1 mg eingenommen werden, jedoch muss dann die erfindungsgemäße Wirkung nicht unbedingt eintreten. Bei einer Dosis von über 10 g wird zwar die erforderliche Wirkung erzielt, es kann bei derart hohen Dosen aber zu Nebenwirkungen kommen, die unerwünscht sind, wie z.B. Einschlafproblemen oder anderen nervösen Begleit-

Exhibit C 4

7                      EP 2 574 339 A1                      8

erscheinungen. Prinzipiell sind für die regelmäßige Einnahme eher geringere Dosierungen zu wählen; für die Einmaleinnahme zur Herbeiführung einer zeitnahen Verbesserung des Krankheitsbildes können eher höhere Dosen sowohl von EGCG als auch von NR (oder Tryptophan) genommen werden. Üblicherweise (auch dies jedoch oft abhängig von der Dosierung) tritt die therapeutische Wirkung etwa eine halbe Stunde bis eine Stunde nach der (oralen) Einnahme des erfindungsgemäßen Mittels ein und hält dann, je nach Dosis, über einen längeren Zeitraum, z.B. mehrere Stunden, an.

[0022] Demgemäß liegen bevorzugte Dosierungen für eine Einmaldosierung bei 10 mg bis 10 g EGCG und 1 bis 100 mg NR, vorzugsweise 100 mg bis 5 g EGCG und 2 bis 50 mg NR, insbesondere 500 mg bis 4 g EGCG und 5 bis 40 g NR (bzw. bei 10 mg bis 10 g EGCG und 0,1 bis 10 mg Tryptophan, vorzugsweise 100 mg bis 5 g EGCG und 0,5 bis 5 g Tryptophan, insbesondere 500 mg bis 4 g EGCG und 1 bis 4 g Tryptophan). Eine kontinuierliche Einnahme des erfindungsgemä-ßen Mittels kann z.B. einmal täglich, einmal alle zwei Tage, einmal alle drei Tage erfolgen, jedoch können Einzeldosierungen auch mehrmals täglich (zweimal, dreimal, viermal, fünfmal, etc.) erfolgen. Dabei sollte darauf geachtet werden, dass einerseits die Dosis hoch genug ist, um einen erhöhten Level von EGCG und NR (bzw. Tryptophan) im Körper aufrechtzuerhalten; andererseits sollte man vor allem Überdosierungen von EGCG vermeiden (s. oben).

[0023] Die Einnahme des erfindungsgemäßen Präparates kann einerseits bereits in kombinierter Form erfolgen; andererseits kann das erfindungsgemäße Kombinationspräparat aber auch in getrennter Form eingenommen werden, z.B. kann die EGCG-Komponente in fester Form (z.B. als Pulver, Kapsel oder Tablette oral) und die NR-Komponente in Form einer wässrigen Lösung oder Suspension (z.B. ebenfalls oral) davor oder danach eingenommen werden. Demgemäß betrifft die vorliegende Erfindung auch ein Kombinationspräparat, umfassend EGCG und NR und/oder Tryptophan als Wirksubstanzen, insbesondere zur Verwendung bei der Behandlung von NADH-bedingten Erkrankungen, insbesondere Nervenerkrankungen und Bluthochdruck, wobei das Kombinationspräparat aus mindestens zwei getrennt voneinander einnehmbaren Komponenten besteht und in der einen Komponente EGCG und in der anderen Komponente NR und/oder Tryptophan vorgesehen wird.

[0024] Die Erfindung wird anhand der nachfolgenden Beispiele und der Zeichnungsfigur näher erläutert, ohne jedoch darauf eingeschränkt zu sein.

[0025] Es zeigen:

Fig. 1 und 2 den funktionellen Zusammenhang zwischen NR, NAD, Tryptophan und Sirtuinen;
Fig. 3 die Unterstützung der mitochondrialen NAD⁺-Generierung und Überleben der Zelle durch extrazelluläre NAD⁺-Derivate; Nam Nutzung wurde von FK866 gehemmt; sowohl NAMN als auch NMN unterstützen mitochondriale NAD⁺-Bildung und

schützen 293mitoPARP- (A) und HeLa S3-Zellen (B) vor FK866-induziertem Zelltod; Mononukleotid-Vorläufer, aber nicht NA, unterstützen die Generierung von mitochondrialem NAD⁺ und Lebensfähigkeit von HepG2-Zellen (C);
Fig. 4 den Abbau der extrazellulären Nukleotid-Vorstufen und die Aufnahme der resultierenden Riboside in die Zelle; wenn NMN oder NANM als NAD⁺-Vorstufen verwendet werden, hängt die Zellviabilität vom extrazellulären Abbau der Mononukleotide ab (A); extrazelluläres NR tritt in die Zelle über Nukleosid-Transporter ein und unterstützt die mitochondriale NAD⁺-Generierung und die Zellviabilität (B);
Fig. 5 die subzelluläre Lokalisation der NAD⁺-Biosyntheseenzyme; A: Alle bekannten NAD⁺-Biosyntheseenzyme lokalisieren im Zytoplasma oder Nukleus, mit Ausnahme der mitochondrialen NMNAT3; C-terminal FLAG-markierte Proteine wurden transient in HeLa S3 Zellen exprimiert; die Fluoreszenz-Aufnahmen zeigen Kerne (DAPI), exprimierte rekombinante Proteine (FLAG) und Mitochondrien (MT) (Balken: 20 µm) ; B: NMNAT3, aber nicht NamPRT oder NAPRT, ist ein mitochondriales Matrixprotein; submitochondriale Proteinlokalisation wurde nach Überexpression in HeLa S3 Zellen mit Hilfe von PARAPLAY durchgeführt; PAR Anhäufung zeigt Matrix-Lokalisation des Myc-Tag Analyt-PARP1cd Fusionsprotein (Balken: 20µm); und
Fig. 6 dass NMN die zytosolische Vorstufe mitochondrialen NAD⁺-Synthese ist; die Erhöhung des mitochondrialen NAD⁺-Gehalts durch Überexpression von NRK1 hängt von einer extrazellulären NR-Quelle ab (NMN, NAD⁺ oder NR, wie angegeben); zytosolisches NMN dient als Vorläufer; erhöhte NRK-Aktivität erhöht den mitochondrialen NAD⁺-Gehalt wenn NR, NMN oder NAD⁺ als extrazelluläre NAD⁺-Vorstufen vorgesehen werden.

BEISPIELE:

1.: Herstellung

1.1.: Herstellung des erfindungsgemäßen pharmazeutischen Präparats (Tablette)

[0026] Eine direkte Kompression in 500mg Tabletten kann mit

- 100 mg EGCG,
- 10 mg NR,
- 50 mg Stevosid
- 10 mg SiO₂
- 20 mg Talkum
- Trägermittel (Mannitol) ad 500 mg vorgenommen werden.

1.2.: Herstellung des erfindungsgemäßen pharmazeuti-

schen Präparats (Kapsel)

**[0027]**

- 100 mg EGCG,
- 10 mg NR,
- 30 mg Na-Ascorbat
- 10 mg $SiO_2$
- 20 mg Talkum
- Trägermittel (mikrokristalline Zellulose oder Alginat) ad 1g

werden gemischt und in die vorgesehenen 1g Kapseln verfüllt.

1.3.: Herstellung des erfindungsgemäßen pharmazeutischen Präparats (Sachet)

**[0028]**

- 100 mg EGCG,
- 10 mg NR,
- 30 mg Stevosid
- 10 mg $SiO_2$
- 20 mg Talkum
- Trägermittel (mikrokristalline Zellulose oder Alginat) ad 1g
- 3g Kalziumkarbonat

werden gemischt und in 4g Sachets verpackt.

2.: Biochemische Charakterisierung

**[0029]**   Die Wirksamkeit der erfindungsgemäßen Zusammensetzung kann auch biochemisch nachgewiesen werden, z.B. durch die in Dölle et al. (Anal. Biochem. (385) (2009): 377 - 379) und Berger et al. (J. Biol. Chem. 43 (280) (2005): 36334 - 36341) beschriebenen Methoden.

2.1.: Untersuchungen zur subzellulären Kompartimentierung der NAD-Biosynthese in menschlichen Zellen:

2.1.1.: Allgemeines:

**[0030]**   Die Konzentration von NAD in Zellen und Geweben ist von entscheidender Bedeutung für die Aufrechterhaltung vitaler Funktionen. Zum einen ist NAD ein universeller Energieträger und damit essentiell für die Bereitstellung von ATP, dem Molekül, welches die Mehrzahl aller energieverbrauchenden Prozesse versorgt. Zum anderen ist NAD ein zelluläres Signalmolekül, welches durch spezifische Umwandlungen an der Regulation lebenswichtiger Ereignisse beteiligt ist. Dazu zählen u.a. die Regulation der Genexpression, der Zellteilung, der DNA-Reparatur sowie der Lebensspanne und des Langzeitgedächtnisses. Es ist bekannt, dass die Erhöhung der zellulären NAD Konzentration diese Prozesse positiv beeinflusst.

**[0031]**   In menschlichen Zellen wird NAD aus Vitamin B3 synthetisiert. Vitamin B3 umfasst zwei sehr ähnliche Substanzen, Nikotinamid und Nikotinsäure (Nikotinat). Nikotinamid ist unter normalen Bedingungen ausreichend in der Nahrung vorhanden, so dass eine weitere Erhöhung (z.B. als Nahrungsergänzung) nahezu wirkungslos ist. Da Nikotinat über einen alternativen Syntheseweg zum NAD umgewandelt wird, würde ein erhöhte Zufuhr eine aussichtsreiche Strategie zur Erhöhung des NAD darstellen. In der Tat wird Nikotinat therapeutisch als lipid- (bzw. cholesterol-) senkendes Mittel angewendet, wobei diese Wirkungen durch rezeptorvermittelte Mechanismen erklärt werden. Diese Mechanismen scheinen auch die Ursachen für die erheblichen Nebenwirkungen zu sein, unter denen Hautreizungen, Ausschlag und Schwindelgefühl besonders häufig auftreten. Daher ist das Nikotinat ungeeignet, um als Nahrungsergänzung für die Erhöhung des NAD eingesetzt zu werden.

**[0032]**   In der neueren Literatur wurde Nikotinamid-Ribosid (NR) als physiologisches Intermediat des NAD-Stoffwechsels beschrieben, welches auf einem alternativen Weg zum NAD umgesetzt wird.

**[0033]**   Im Folgenden werden experimentelle Befunde vorgelegt, aus denen hervorgeht, dass NR tatsächlich von menschlichen Zellen aufgenommen und zu NAD umgesetzt werden kann. Obwohl zum Nahrungsgehalt des NR noch wenig bekannt ist, gibt es deutliche Hinweise, dass das NR dort nur in sehr geringen Mengen vorhanden ist. Mit den hierin dargestellten experimentellen Befunden wird aber nachgewiesen, dass mit NR die NAD Konzentration im Gewebe erhöht werden kann, ohne dabei die Nebenwirkungen des Nikotinats hervorzurufen. Weiters konnte beobachtet werden, dass die Zugabe von EGCG zu menschlichen Zellen eine Erhöhung der Expression der NMNAT1, einer Isoform des Enzyms NM-NAT (Nikotinamid-Mononukleotid-Adenylyl-Transferase), die in allen Zellen gefunden wird, um 40% bewirken kann. Daraus ergibt sich auch eine physiologisch-wissenschaftliche Erklärung für die konzentrationssteigernde Wirkung des erfindungsgemäßen Getränkes, wobei offensichtlich die kombinierte Gabe von NR und EGCG die zelluläre NAD Synthese durch einen synergistischen Effekt positiv beeinflusst. Einerseits wird NR, zusätzlich zum Nikotinamid in der Nahrung, der NAD Synthese als alternative Vorläufersubstanz zugeführt. Andererseits wird durch EGCG eine notwendige Erhöhung der Kapazität des Enzyms herbeigeführt, welches an beiden Synthesewegen beteiligt ist.

2.1.2.: experimentelle Verfahren:

**[0034]**   Klonieren und Erzeugung von eukaryontischen Expressionsvektoren

Für die Expression der getaggten Proteine, wurden die entsprechenden offenen Leserahmen in PFLAG-CMV-5a (Sigma), pcDNA3.1 (+)-PARP1cd (Dölle et al., Cell. Mol. Life Sci. 67 (2010), 433-443) oder pCMV/myc/mito

Exhibit C 6

(Invitrogen) eingefügt. Alle klonierten DNA-Sequenzen wurden durch DNA-Sequenzanalyse verifiziert.

Pharmakologische Behandlungen

[0035]  Inhibitoren (2 $\mu$M FK866, 2 mM 3-AB, 10 $\mu$M NBTI, 2 $\mu$M Dipyridamol, 2 mM CMP, 25 $\mu$M PPADS, 1 mM Ap4A) oder Metaboliten (100 $\mu$M NAD$^+$, 100 $\mu$M NAAD, 100 $\mu$M NMN, 100 $\mu$M NAMN, 100 $\mu$M NA, 100 $\mu$M NR) wurden dem Zellkulturmedium zugesetzt, wie angegeben. NR wurde wie beschrieben bereitgestellt (Dölle et al., Anal. Biochem. 385 (2009), 377-379). Die Behandlung mit Inhibitoren und Metaboliten wurde für 24-48 h vor der Analyse von PAR Bildung und die Lebensfähigkeit der Zellen durchgeführt (72 h für 293mitoPARP Zellen, 96 h für HeLa S3-Zellen und 120 h für HepG2-Zellen). Die Lebensfähigkeit der Zellen wurde mittels MTT-Assay bestimmt.

Immuncytochemie

[0036]  Die Zellen wurden mit 4% (v/v) Formaldehyd in PBS fixiert und 0,5% (v/v) Triton X-100 in PBS permeabilisiert. Zellkerne wurden mit DAPI und Mitochondrien mit MitoTracker Red CMXRos (Invitrogen) gefärbt. Bilder wurden mit einem Leica DMI6000B Epifluoreszenz-Mikroskop (Leica Microsystems), ausgestattet mit x10, x40 und x100 Objektiven, aufgenommen.

[0037]  Nachweis von Veränderungen im NAD$^+$-Gehalt durch die PARP-Aktivität in Mitochondrien

[0038]  Es wurden 293mitoPARP Zellen bereitgestellt, die ein Fusionsprotein exprimieren ("mitoPARP"), bestehend aus EGFP und PARP1cd (poly-ADP-Ribose-Polymerase-1), welches auf die mitochondriale Matrix abgezielt wurde. Mit mitochondrialem NAD$^+$ als Substrat generieren diese Zellen konstitutiv Protein-gebundenes PAR (Protein-gebundene poly-ADP-Ribose), welches immunchemisch visualisiert wird. Variationen im Umfang der erfassten PAR spiegeln damit Veränderungen des mitochondrialen NAD$^+$-Gehaltes wider. Ebenso wurde die transiente Expression von mitoPARP in HepG2 und HeLa S3 Zellen verwendet.

[0039]  Identifizierung mitochondrialer Matrix-Proteine durch PARAPLAY

[0040]  Der Poly-ADP-Ribose Assisted Protein Localisation Assay (PARAPLAY) liefert eine luminale Proteinlokalisation (Dölle et al., 2010). Hier wurde PARAPLAY zur Identifizierung mitochondrialer Matrixproteine verwendet. Die zu analysierenden Proteine (NMNAT3, NamPRT und NAPRT) wurden als N-terminale Fusionsproteine mit PARP1cd in HeLa S3 Zellen exprimiert. Aufgrund der niedrigen [NAD$^+$] und/oder der hohen PAR-abbauenden Aktivität im Zytosol und im mitochondrialen Intermembranraum konnte kein PAR detektiert werden, wenn das Fusionsprotein in diesen Bereichen vorhanden ist. Im Gegensatz dazu ist Matrix-Lokalisierung leicht durch PAR-Akkumulation erkennbar. Auch wenn die Mehrheit des Fusionsproteins im Zytosol vorhanden ist,

reicht ein luminaler Anteil des Proteins aus, um ausreichend immunologisch detektierbares PAR zu erzeugen. Wenn kein PAR detektiert werden kann, wird die Lokalisation des Proteins außerhalb der Matrix durch die Prüfung der Funktionalität des PARP1cd-Teils des Fusionsproteins verifiziert. Dies wird durch Zugabe einer N-terminalen mitochondrialen Targeting-Sequenz zum Fusionsprotein erreicht, womit es in die Matrix geleitet wird und zur PAR-Akkumulation führt.

2.1.3.: Resultate:

[0041]  In situ Nachweis von relativen mitochondrialen NAD$^+$-Spiegeln durch Poly-ADP-Ribose-Generierung in der Matrix

[0042]  Eine gezielte Expression von PARP1cd in der mitochondrialen Matrix, hier an EGFP fusioniert und als "mitoPARP" bezeichnet, führt zu einer konstitutiven Anwesenheit von PAR innerhalb dieser Organellen. Ein PAR-Signal hängt sowohl von der katalytischen Aktivität von mitoPARP als auch von der Anwesenheit von NAD$^+$ ab. Folglich erlaubt die mitoPARP-Expression die Erkennung von Änderungen in mitochondrialen NAD$^+$-Gehalt. PAR war in keinem der Experimente im Zellkern nachweisbar, der Ort, an dem endogenes PARP-1 lokalisiert ist.

[0043]  Identifizierung von extrazellulären NAD$^+$-Metaboliten, welche die mitochondriale NAD$^+$-Generierung unterstützen

[0044]  Es wurde dann untersucht, welche extrazellulären NAD$^+$-Vorstufen die mitochondriale NAD$^+$-Generierung unterstützen. Jedenfalls erfüllt Nam diese Funktion, weil es in der Regel die einzige NAD$^+$-Vorstufe in Zellkulturmedien ist. Wenn daher NamPRT gehemmt wird, muss eine alternative Vorstufe für die NAD$^+$-Generierung vorhanden sein. Zugabe von Na, NAMN oder NMN zum Medium konnte den mitochondrialen NAD$^+$-Gehalt und das Zell-Überleben wiederherstellen (Fig. 3A). Die Lebensfähigkeit der Zellen korreliert mit dem mitochondrialen NAD$^+$-Spiegel, gemäß PAR-Messung. Transfizierte HeLa S3 Zellen zeigten eine ähnliche Empfindlichkeit gegenüber FK866 und Restaurierung des Überlebens durch NA, NAMN und NMN (Fig. 3B). Im Gegensatz dazu konnte In HepG2-Zellen keine Unterstützung für die Erzeugung von NAD$^+$ und das Überleben der Zelle liefern (Fig. 3C) womit der Mangel an NA-Phosphoribosyltransferase-(NAPRT)-Aktivität in dieser Zelllinie bestätigt wurde.

[0045]  Extrazelluläre Nukleotide werden zu den entsprechenden Nukleosiden abgebaut, die dann in die Zellen als NAD$^+$-Vorstufen eintreten

[0046]  Der NPP-Inhibitor PPADS verhindert die Wiederherstellung des mitochondrialen NAD$^+$-Pools und das Überleben der Zelle, wenn NAD$^+$ als extrazellulären Vorstufe verwendet wurde. Ebenso führte die Zugabe von Diadenosintetraphosphat (Ap4A) als kompetitives NPP-Substrat zu einem ähnlichen Effekt auf die Lebensfähigkeit der Zellen sowohl in 293mitoPARP als auch in und

Exhibit C 7

13                            EP 2 574 339 A1                            14

HeLa S3-Zellen. Um daher als Vorstufe zu dienen, muss extrazelluläres NAD$^+$ zu NMN abgebaut werden. Der Zusatz von CMP (kompetitiert mit NMN als Substrat für die Dephosphorylierung durch die externe 5'-Nukleotidase) verringert die Zellviabilität von 293mitoPARP- und HeLa S3-Zellen deutlich. Weiters verlor NMN seine Funktion als extrazellulärer NAD$^+$- Vorläufer auch in Gegenwart von Dipyridamol und NBTI, beides Inhibitoren des Plasmamembran-Nukleosid-Transporters. Die mitochondriale NAD$^+$-Generierung von NAMN ist auch sensitiv gegenüber diesen Inhibitoren, wenn auch weniger stark (Fig. 4A). Diese Hemmung könnte durch eine Erhöhung der Konzentration von NAMN überwunden werden.

[0047]   NR unterstützt die mitochondriale PAR-Bildung und Zelllebensfähigkeit in Gegenwart von CMP, während Dipyridamol und NBTI die NR-Nutzung hemmen (Fig. 4B). Aus diesen Ergebnissen kann daher geschlossen werden, dass neben NA und Nam, nur die Ribosid-Vorläufer NR und NAR als extrazelluläre Vorläufer des intrazellulären NAD$^+$ dienen, während Mono-(NMN und NAMN) und Dinukleotide (NAD$^+$ und NAAD) zunächst in die entsprechenden Nukleoside verarbeitet werden müssen.

[0048]   Alle NAD$^+$-Biosyntheseenzyme lokalisieren im Zytoplasma oder Nukleus, mit Ausnahme einer mitochondrialen NMNAT Isoform

[0049]   Zum Verständnis der intrazellulären Signalwege der NAD$^+$-Biosynthese wurden umfassende Analysen der subzellulären Verteilung der entsprechenden Enzyme durchgeführt. Wenn diese Enzyme mit einem C-terminalen FLAG-Epitop in HeLa S3-Zellen exprimiert werden, lokalisieren alle Enzyme, ausgenommen NMNAT3, im Zytoplasma oder im Zellkern (Fig. 5A). NMNAT3 kolokalisiert mit Mitotracker, für die beiden anderen NMNAT Isoformen ist bekannt, dass sie an der nuklearen bzw. an der zytosolischen Seite des Golgi-Apparates lokalisieren.

[0050]   Sowohl NamPRT als auch NAPRT erzeugen Substrate für NMNATs. Wenn diese in der vorliegenden Matrix vorhanden wären, könnten sie zur mitochondrialen NAD$^+$-Synthese beitragen, vorausgesetzt NMNAT3 ist ein Matrix-Protein. Um diese Frage zu klären wurde der PARAPLAY-Assay angewendet, welcher speziell geeignet ist, suborganelläre Proteinlokalisation aufzulösen (Dölle et al., 2010). Dieses Verfahren beinhaltet die Überexpression eines Analyt-Proteins, welches mit PARP1cd fusioniert ist. Für mitochondriale Proteine wird PAR-Akkumulation nur beobachtet, wenn sich das Fusionsprotein innerhalb der Matrix befindet. Daher wurden NMNAT3, NamPRT und NAPRT als Fusionsproteine mit PARP1cd exprimiert. Die Lokalisation dieser Konstrukte (Fig. 5B) war analog zu den entsprechenden FLAG-Proteinen (Fig. 5A): Das NMNAT3-PARP1cd-Protein unterstützt PAR-Akkumulation in Mitochondrien, wodurch ebenfalls belegt wird, dass NMNAT3 in der Tat eine Matrix-Protein ist. Weder das NamPRT- noch das NAPRT-PARP1cd-Fusionsprotein ergab eine nachweisbare Polymerbildung, wodurch belegt wird, dass diese keine Pro-

teine der mitochondrialen Matrix in menschlichen Zellen sind.

[0051]   Daraus folgt, dass NMNAT3 das einzige Enzym der NAD$^+$-Synthese ist, welches in Mitochondrien menschlicher Zellen vorhanden ist. Alle anderen enzymatischen Aktivitäten der menschlichen NAD$^+$-Biosynthese liegen im Kern und/oder im Zytoplasma. Daher ist klar, dass nukleares/zytosolisches NAD$^+$ aus NR als extrazellulärer Vorstufe synthetisiert werden kann.

[0052]   NMN ist die zytosolische Vorstufe der mitochondrialen NAD$^+$-Synthese

[0053]   Die Anwesenheit von nur NMNAT3 in der Matrix weist stark auf NMN als zytosolischen Vorläufer des mitochondrialen NAD$^+$ hin. Die Abwesenheit der NAD-Synthetase (NADS) in Mitochondrien schließt die Möglichkeit aus, NA-Vorstufen innerhalb der Organellen zu amidieren. Darüber hinaus deutet die Lokalisation beider NRK Isoformen außerhalb Mitochondrien darauf hin, dass die Phosphorylierung von NR nicht innerhalb der Organellen auftritt.

[0054]   Nach dem Eintritt in die Zelle, muss NR im Zytosol in NMN werden. In der Tat führt Überexpression von NRK1 (welches zytoplasmatisch ist) zu einer dramatischen Erhöhung der Menge an mitochondrialem PAR, aber nur, wenn ein extrazellulärer Vorläufer (wie NMN) zur Verfügung stand. Somit ist NR ein potenter Vorläufer der mitochondrialen NAD$^+$, wenn dies im Zytosol an NMN phosphoryliert wird. Demgemäß wurde hiermit NMN funktionell als der zytosolische Vorläufer von mitochondrialem NAD$^+$ bestätigt. Die Überexpression von NRK1 verbesserte erheblich die Verwendung von extrazellulärem NAD$^+$ oder NR selbst zur mitochondrialen PAR-Bildung (Fig. 6). Diese Beobachtungen belegen, dass extrazelluläres NMN und NAD$^+$ nicht in die Zellen aufgenommen werden, sondern vielmehr zunächst zu NR abgebaut werden müssen.

[0055]   Dies erklärt auch die besonders schnelle Wirkung von NR im Rahmen der vorliegenden Erfindung bei der synergistischen Wirkung mit EGCG bei der Aktivierung dieser zellulären Prozesse.

**Patentansprüche**

1.  Pharmazeutisches Präparat zur Verwendung bei der Vorbeugung und Behandlung von NADH-bedingten Erkrankungen, enthaltend jeweils unabhängig voneinander

    - 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, Epigallokatechingallat (EGCG),
    - 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, Nikotinamid-Ribose (NR) und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan.

2.  Präparat nach Anspruch 1, **dadurch gekennzeich-**

Exhibit C 8

net, dass es zusätzlich Steviosid enthält, vorzugsweise 0,1 bis 500 mg, noch bevorzugter 0,5 bis 200 mg, insbesondere 1 bis 100 mg, Steviosid.

3. Präparat nach Anspruch 1 oder 2, **dadurch gekennzeichnet, dass** es in fester Form, insbesondere in Pulverform, vorliegt.

4. Pharmazeutisches Präparat zur Verwendung bei der Vorbeugung und Behandlung von NADH-bedingten Erkrankungen in Dosiseinheitsform, enthaltend

   - 1 mg bis 10 g, vorzugsweise 1 bis 1000 mg, noch bevorzugter 10 bis 500 mg, insbesondere 50 bis 300 mg, Epigallokatechingallat (EGCG), - 1 bis 500 mg, vorzugsweise 10 bis 100 mg, insbesondere 20 bis 80 mg, Nikotinamid-Ribose (NR) und/oder 0,05 bis 10 g, vorzugsweise 0,1 bis 5 g, insbesondere 0,5 bis 3 g, Tryptophan.

5. Kombinationspräparat, umfassend EGCG und NR als Wirksubstanzen, zur Verwendung bei der Vorbeugung und Behandlung von NADH-bedingten Erkrankungen.

6. Kombinationspräparat nach Anspruch 5, **dadurch gekennzeichnet, dass** es 10 mg bis 10 g EGCG und 1 bis 100 mg NR, vorzugsweise 100 mg bis 5 g EGCG und 2 bis 50 mg NR, insbesondere 500 mg bis 4 g EGCG und 5 bis 40 g NR, umfasst.

7. Präparat nach einem der Ansprüche 1 bis 6, **dadurch gekennzeichnet, dass** die NADH-bedingte Erkrankung eine Nervenerkrankung ist, vorzugsweise eine akute oder chronische Nervenstörung, insbesondere die Parkinson'sche Erkrankung, die Alzheimer'sche Erkrankung, das Chronische Erschöpfungssyndrom, Schlaganfall oder andere akute neurale Traumata und Neuropathien oder Axonopathien, neurodegenerative Erkrankungen, die "Motor Neuron Disease", Neoplasie, Nervenquetschungen, demyelierende Erkrankungen, retinale oder optische Nervenstörungen.

8. Präparat nach einem der Ansprüche 1 bis 6, **dadurch gekennzeichnet, dass** die NADH-bedingte Erkrankung eine Herz-Kreislauferkrankung ist, insbesondere Bluthochdruck, Schlaganfall, Herzinfarkt und Herzinsuffizienz.

9. Präparat nach einem der Ansprüche 1 bis 6, **dadurch gekennzeichnet, dass** die NADH-bedingte Erkrankung eine Tumorerkrankung ist, vorzugsweise Lungenkrebs, insbesondere Adenokarzinom und non-small cell Lungenkrebs, Bauchspeicheldrüsenkrebs, insbesondere exokrines Pankreas-Karzinom, Dickdarmkrebs, insbesondere Kolonadenokarzinom und Kolonadenom, Prostatakrebs, hämatopoe-

tische Tumoren der lymphatischen Linie, insbesondere akute lymphatische Leukämie, B-Zell-Lymphom und das Burkitt-Lymphom, myeloische Leukämien, insbesondere akute myeloische Leukämie (AML), Schilddrüsenfollikelzellenkrebs, myelodysplastisches Syndrom (MDS), Tumoren mesenchymalen Ursprungs, insbesondere Fibrosarkome und Rhabdomyosarkome, Melanome, Teratokarzinome, Neuroblastome, Gliome, gutartige Tumoren der Haut, insbesondere Keratoakanthome, Brustkrebs, insbesondere Brustkrebs im fortgeschrittenen Stadium, Nieren-Karzinom, Eierstock-Karzinom, Blasenkarzinom und epidermales Karzinom.

10. Präparat nach einem der Ansprüche 1 bis 6, **dadurch gekennzeichnet, dass** die NADH-bedingte Erkrankung eine Makuladegeneration, Fettleibigkeit, Retinopathie, diabetische Retinopathie, Arthritis, rheumatoide Arthritis, Psoriasis oder Restenose ist.

11. Verwendung eines Kombinationspräparats, umfassend EGCG und NR als Wirksubstanzen, zur Verwendung bei der Vorbeugung und Behandlung von NADH-bedingten Erkrankungen.

12. Verwendung nach Anspruch 11, **dadurch gekennzeichnet, dass** das Kombinationspräparat als Getränk oder Getränkebasis oder als pharmazeutisches Präparat vorliegt.

13. Kombinationspräparat, umfassend EGCG und NR und/oder Tryptophan als Wirksubstanzen, zur Verwendung bei der Vorbeugung und Behandlung von NADH-bedingten Erkrankungen, wobei das Kombinationspräparat aus mindestens zwei getrennt voneinander einnehmbaren Komponenten besteht und in der einen Komponente EGCG und in der anderen Komponente NR und/oder Tryptophan vorgesehen wird.

Exhibit C 9

EP 2 574 339 A1



Fig. 1

Exhibit C 10

EP 2 574 339 A1



Fig. 2

Exhibit C 11

EP 2 574 339 A1



Fig. 3

Exhibit C 12

EP 2 574 339 A1





Fig. 4

Exhibit C 13

EP 2 574 339 A1



Fig. 5A

Exhibit C 14

EP 2 574 339 A1



Fig. 6

Fig. 5B

Exhibit C 15

EP 2 574 339 A1


Europäisches Patentamt
European Patent Office
Office européen des brevets

**EUROPÄISCHER RECHERCHENBERICHT**

Nummer der Anmeldung

EP 11 18 2906

| EINSCHLÄGIGE DOKUMENTE | | | |
|---|---|---|---|
| Kategorie | Kennzeichnung des Dokuments mit Angabe, soweit erforderlich, der maßgeblichen Teile | Betrifft Anspruch | KLASSIFIKATION DER ANMELDUNG (IPC) |
| E | WO 2011/120969 A1 (HUBER JOHANNES [AT]; HOCHEGGER PAUL [AT]) 6. Oktober 2011 (2011-10-06) * Zusammenfassung; Ansprüche 1-12 * * Seiten 23-24, Text unter der Überschrift "3.1.1.: Allgemeines" * ----- | 1-6, 11-13 | INV. A61K31/353 A61K31/405 A61K31/455 A61K45/06 |
| X Y | US 2007/116779 A1 (MAZZIO ELIZABETH [US]) 24. Mai 2007 (2007-05-24) * Absatz [0069]; Tabellen 1,2 * ----- | 1,3-5,7 2,6,8-13 | |
| Y,D | WO 2008/006082 A2 (BARRON JON [US]) 10. Januar 2008 (2008-01-10) * das ganze Dokument * ----- | 1-13 | |
| Y,D | WO 2006/001982 A2 (UNIV WASHINGTON [US]; MILBRANDT JEFFREY [US]; ARAKI TOSHIYUKI [JP]; SA) 5. Januar 2006 (2006-01-05) * das ganze Dokument * ----- | 1-13 | |
| Y | US 2006/078627 A1 (MALETTO PETE [US] ET AL) 13. April 2006 (2006-04-13) * Zusammenfassung * * Absätze [0027],   [0031]; Ansprüche 1,4 * ----- | 1-13 | RECHERCHIERTE SACHGEBIETE (IPC) A61K |

1

Der vorliegende Recherchenbericht wurde für alle Patentansprüche erstellt

| Recherchenort | Abschlußdatum der Recherche | Prüfer |
|---|---|---|
| München | 18. Januar 2012 | Sproll, Susanne |

EPO FORM 1503 03.82 (P04C03)

KATEGORIE DER GENANNTEN DOKUMENTE

X : von besonderer Bedeutung allein betrachtet
Y : von besonderer Bedeutung in Verbindung mit einer anderen Veröffentlichung derselben Kategorie
A : technologischer Hintergrund
O : nichtschriftliche Offenbarung
P : Zwischenliteratur

T : der Erfindung zugrunde liegende Theorien oder Grundsätze
E : älteres Patentdokument, das jedoch erst am oder nach dem Anmeldedatum veröffentlicht ist
D : in der Anmeldung angeführtes Dokument
L : aus anderen Gründen angeführtes Dokument
.................................................................
& : Mitglied der gleichen Patentfamilie, übereinstimmendes Dokument

Exhibit C 16

**EP 2 574 339 A1**

**ANHANG ZUM EUROPÄISCHEN RECHERCHENBERICHT
ÜBER DIE EUROPÄISCHE PATENTANMELDUNG NR.**          EP 11 18 2906

In diesem Anhang sind die Mitglieder der Patentfamilien der im obengenannten europäischen Recherchenbericht angeführten
Patentdokumente angegeben.
Die Angaben über die Familienmitglieder entsprechen dem Stand der Datei des Europäischen Patentamts am
Diese Angaben dienen nur zur Unterrichtung und erfolgen ohne Gewähr.

18-01-2012

| Im Recherchenbericht angeführtes Patentdokument | Datum der Veröffentlichung | Mitglied(er) der Patentfamilie | Datum der Veröffentlichung |
|---|---|---|---|
| WO 2011120969 A1 | 06-10-2011 | KEINE | |
| US 2007116779 A1 | 24-05-2007 | KEINE | |
| WO 2008006082 A2 | 10-01-2008 | KEINE | |
| WO 2006001982 A2 | 05-01-2006 | AU 2005257883 A1<br>CA 2567848 A1<br>CN 1964627 A<br>EP 1755391 A2<br>JP 2008501343 A<br>WO 2006001982 A2 | 05-01-2006<br>05-01-2006<br>16-05-2007<br>28-02-2007<br>24-01-2008<br>05-01-2006 |
| US 2006078627 A1 | 13-04-2006 | KEINE | |

EPO FORM P0461

Für nähere Einzelheiten zu diesem Anhang : siehe Amtsblatt des Europäischen Patentamts, Nr.12/82

Exhibit C 17

EP 2 574 339 A1

**IN DER BESCHREIBUNG AUFGEFÜHRTE DOKUMENTE**

*Diese Liste der vom Anmelder aufgeführten Dokumente wurde ausschließlich zur Information des Lesers aufgenommen und ist nicht Bestandteil des europäischen Patentdokumentes. Sie wurde mit größter Sorgfalt zusammengestellt; das EPA übernimmt jedoch keinerlei Haftung für etwaige Fehler oder Auslassungen.*

**In der Beschreibung aufgeführte Patentdokumente**

- US 4970200 A **[0002] [0010]**
- US 5444053 A **[0002] [0010]**
- US 5668114 A **[0002] [0010]**
- US 5712259 A **[0002] [0010]**
- US 5736529 A **[0002] [0010]**
- JP 2003286167 A **[0006]**
- JP 11018722 A **[0006]**
- US 2002086067 A1 **[0006]**
- US 2008213401 A1 **[0006]**
- WO 2008006082 A2 **[0006]**
- WO 2006001982 A2 **[0010]**
- WO 2006056889 A2 **[0010] [0013] [0014]**

**In der Beschreibung aufgeführte Nicht-Patentliteratur**

- **YANG et al.** *J. Med. Chem.,* 2007, vol. 50, 6458-6461 **[0009]**
- **DÖLLE et al.** *Anal. Biochem.,* 2009, 377-379 **[0029]**
- **BERGER et al.** *J. Biol. Chem.,* 2005, vol. 43 (280), 36334-36341 **[0029]**
- **DÖLLE et al.** *Cell. Mol. Life Sci.,* 2010, vol. 67, 433-443 **[0034]**
- **DÖLLE et al.** *Anal. Biochem.,* 2009, vol. 385, 377-379 **[0035]**

Exhibit C 18