

**WILMINGTON**
RODNEY SQUARE

**NEW YORK**
ROCKEFELLER CENTER

**Adam W. Poff**
P 302.571.6642
F 302.576.3326
apoff@ycst.com

December 1, 2020

<u>**VIA ELECTRONIC FILING**</u>

The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

Re: *ChromaDex, Inc., et al. v. Elysium Health, Inc.,*
C.A. No. 18-1434-CFC

Dear Judge Connolly:

      I respectfully write on behalf of all parties to make a joint request that the *Markman* hearing currently scheduled as a teleconference for December 17, 2020, instead proceed as a video conference. The parties believe that the use of video technology will allow for more effective and efficient presentations, particularly insofar as it will simplify how counsel uses and directs Your Honor's attention to exhibits and demonstratives. With the Court's approval, the parties will make the necessary logistical arrangements for the video conference in coordination with the Court staff.

      Should Your Honor have any questions regarding this joint request, counsel are available at the Court's convenience.

Respectfully submitted,

*/s/ Adam W. Poff*

Adam W. Poff (No. 3990)

cc: All Counsel of Record (via electronic mail)