IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE<br><br>Plaintiff,<br><br>v.<br><br>ELYSIUM HEALTH, INC.<br><br>Defendant. | Civil Action No. 18-1434-CFC-JLH |

## ORDER

At Wilmington this Fifteenth day of December in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS HEREBY ORDERED** that Defendant's Rule 12(b)(1) Motion to Dismiss ChormaDex, Inc.'s Claims (D.I. 58) is **GRANTED IN PART AND DENIED IN PART**:

1. The motion is **GRANTED** insofar as it seeks dismissal of claims of infringement brought by ChromaDex Inc. for activities alleged to have occurred on or after May 13, 2017; and

2. The motion is **DENIED** is insofar as it seeks dismissal of claims of infringement brought by ChromaDex for activities alleged to have occurred before May 13, 2017.

_____
UNITED STATES DISTRICT JUDGE