IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHROMADEX, INC. and TRUSTEES )
OF DARTMOUTH COLLEGE, )
                         )
                         )       C.A. No. 18-1434-CFC
         Plaintiffs, )
                         )
   v. )
                         )
ELYSIUM HEALTH, INC., )
                         )
         Defendant. )

**ELYSIUM HEALTH'S MOTION FOR SUMMARY JUDGMENT (NO. 1)**
**OF INVALIDITY UNDER 35 U.S.C. §101**

Elysium Health, Inc. ("Elysium") hereby respectfully moves for summary

judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that claims

1-3 of U.S. Patent No. 8,197,807 and claim 2 of U.S. Patent No. 8,383,086 are

invalid under 35 U.S.C. §101.

In support of this Motion, Elysium relies upon the accompanying Opening

Brief, the accompanying Statement of Facts, the exhibits attached to the

accompanying Declaration of Marco J. Quina, and the pleadings and other filings

of record in this matter.

*Of Counsel:*

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Marco J. Quina
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000

Dated:  April 27, 2021

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*