# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE,<br><br>Plaintiffs,<br><br>v.<br><br>ELYSIUM HEALTH, INC.,<br><br>Defendant. | Civil Action No. 18-1434-CFC |

## PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT OF INFRINGEMENT OF CLAIMS 1 AND 3 OF U.S. PATENT NO. 8,197,807
## (MOTION NO. 1)

Pursuant to Federal Rule of Civil Procedure 56, Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College respectfully move for summary judgment of infringement of claims 1 and 3 of U.S. Patent No. 8,197,807. The grounds for Plaintiffs' motion are set forth in their brief in support filed concurrently herewith. A proposed order is attached.

| | |
|---|---|
| Dated: April 27, 2021 | Respectfully submitted, |
| | |
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| Christopher N. Sipes | |
| R. Jason Fowler | |
| Ashley Winkler | /s/ Adam W. Poff |
| Emily Mondry | Adam W. Poff (No. 3990) |
| Evan S. Krygowski | Pilar G. Kraman (No. 5199) |
| COVINGTON & BURLING LLP | Rodney Square |
| One CityCenter | 1000 North King Street |
| 850 Tenth Street NW | Wilmington, DE 19801 |
| Washington, DC 20001 | (302) 571-6600 |
| (202) 662-6000 | apoff@ycst.com |
| csipes@cov.com | pkraman@ycst.com |
| jfowler@cov.com | |
| awinkler@cov.com | *Counsel for Plaintiffs ChromaDex, Inc.* |
| emondry@cov.com | *and Trustees of Dartmouth College* |
| ekrygowski@cov.com | |

Patrick Flynn
COVINGTON & BURLING LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, CA 94306
(650) 632-4732
pflynn@cov.com

James F. Haley, Jr.
HALEY GUILIANO LLP
75 Broad Street, Suite 1000
New York, NY 10004
(646) 973-2500
james.haley@hglaw.com

2

## CERTIFICATE OF SERVICE

I, Adam W. Poff, hereby certify that on April 27, 2021, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

| | |
|---|---|
| Steven J. Balick<br>Andrew C. Mayo<br>ASHBY & GEDDES<br>500 Delaware Avenue, 8th Floor<br>Wilmington, DE 19899<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* | Donald R. Ware<br>Peter G. Ellis<br>Jeremy A. Younkin<br>Urszula Nowak<br>Marco J. Quina<br>Richard Maidman<br>Joanna McDonough<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>dware@foleyhoag.com<br>pgellis@foleyhoag.com<br>jyounkin@foleyhoag.com<br>unowak@foleyhoag.com<br>mquina@foleyhoag.com<br>rmaidman@foleyhoag.com<br>jmcdonough@foleyhoag.com<br>elysiumdelaware-dist@foleyhoag.com<br><br>Jeffrey I. D. Lewis<br>Jenny Shum<br>FOLEY HOAG LLP<br>1301 Avenue of the Americas<br>New York, NY 10019<br>jidlewis@foleyhoag.com<br>jshum@foleyhoag.com |

1

I further certify that on April 27, 2021, I caused the foregoing document to be served via electronic mail upon the above-listed counsel.

Dated: April 27, 2021

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
(302) 571-6600
apoff@ycst.com

*Attorneys for Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College*

2