IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | C.A. No. 18-1434-CFC |
| v. | ) ) ) | |
| ELYSIUM HEALTH, INC., | ) ) | |
| Defendant. | ) | |

**ELYSIUM HEALTH'S MOTION FOR SUMMARY JUDGMENT (NO. 3) OF INVALIDITY UNDER 35 U.S.C. § 112**

Elysium Health, Inc. ("Elysium") hereby respectfully moves for summary judgment, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that claims 1-3 of U.S. Patent No. 8,197,807 and claim 2 of U.S. Patent No. 8,383,086 are invalid under 35 U.S.C. § 112.

In support of this Motion, Elysium relies upon the accompanying Opening Brief, the accompanying Statement of Facts, the exhibits attached to the accompanying Declaration of Marco J. Quina, and the pleadings and other filings of record in this matter.

| | |
|---|---|
| *Of Counsel:*<br><br>Donald R. Ware<br>dware@foleyhoag.com<br>Jeremy A. Younkin<br>jyounkin@foleyhoag.com<br>Marco J. Quina<br>mquina@foleyhoag.com<br>FOLEY HOAG LLP<br>155 Seaport Boulevard<br>Boston, Massachusetts  02210<br>Phone:  (617) 832-1000<br><br>Dated:  April 27, 2021 | ASHBY & GEDDES<br><br>*/s/ Andrew C. Mayo*<br>_____<br>Steven J. Balick (#2114)<br>Andrew C. Mayo (#5207)<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899<br>(302) 654-1888<br>sbalick@ashbygeddes.com<br>amayo@ashbygeddes.com<br><br>*Attorneys for Defendant* |