IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs, | ) ) ) | C.A. No. 18-1434-CFC |
| v. | ) ) | |
| ELYSIUM HEALTH, INC., | ) ) | |
| Defendant. | ) | |

**ELYSIUM HEALTH'S STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (NO. 1) OF INVALIDITY UNDER 35 U.S.C. § 101**

*Of Counsel:*

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Marco J. Quina
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000

Dated:  April 27, 2021

ASHBY & GEDDES
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01683101;v1}                    1

Pursuant to Paragraph 20 of the Scheduling Order (D.I. 40), Defendant Elysium Health, Inc. submits the following concise statement of material facts in support of its motion for summary judgment of invalidity under 35 U.S.C. § 101.

1. **Nicotinamide riboside occurs naturally in cow's milk.**

Ex. C[1] (Sobol Tr.) at 74; Ex. A ('807 patent) at 7:66-8:10, 27:7-9; Ex. B ('086 patent) at 7:49-59, 26:32-34; Ex. L (Trammell I[2]) at 3 (Table 1), 5 (Table 3), and 6.

2. **Tryptophan occurs naturally in cow's milk.**

Ex. C (Sobol Tr.) at 82, 92-93; Ex. F (Sobol Rebuttal Report) at ¶¶ 78, 87; Ex. L (Trammell I) at 1.

3. **Nicotinamide occurs naturally in cow's milk.**

Ex. C (Sobol Tr.) at 82; Ex. F (Sobol Rebuttal Report) at ¶¶ 81, 86; Ex. L (Trammell I) at 1, 3, 5 (Table 3).

4. **Lactose occurs naturally in cow's milk.  Lactose is a sugar.**

Ex. C (Sobol Tr.) at 192.

5. **Cow's milk can be consumed orally.**

Ex. C (Sobol Tr.) at 93-94.

6. **Cow's milk is a food.**

---

[1] Exhibits referenced herein are attached to the Declaration of Marco J. Quina, filed contemporaneously herewith.
[2] Samuel AJ Trammell et al., *Nicotinamide Riboside is a Major NAD$^+$ Precursor Vitamin in Cow Milk*, 146 J. OF NUTRITION 965 (2016) ("Trammell I").

Ex. C (Sobol Tr.) at 94.

7.      **A deficiency in NAD+ causes the diseases pellagra (in humans) and blacktongue (in dogs).**

Ex. C (Sobol Tr.) at 90, 92-93, 94-95; Ex. E (Sobol Opening Rpt.) at ¶ 27.

8.      **Milk prevents or treats pellagra (in humans) and blacktongue (in dogs).**

Ex. F (Sobol Rebuttal Rpt.) at page 34 and ¶¶ 80-81, 83, 217, 263; Ex. C (Sobol Tr.) at 90, 93-95; Ex. L (Trammell I) at 1; Ex. D (Zhou Tr. (Dartmouth expert in IPR)) at 84-85; Ex. I (PTAB's Final Written Decision in IPR2017-01795 (January 16, 2019)) at 15-16, 18, 20, 30, 35-36.

9.      **In IPR2017-01795, the Patent Trial Appeal Board found that "Pellagra is caused by a deficiency of NAD+. The evidence of record demonstrates that the consumption of milk increases NAD+ biosynthesis."**

Ex. I (PTAB Final Written Decision in IPR2017-01795 (January 16, 2019)) at 41.

10.     **Dartmouth was a party to IPR2017-01795 and voluntarily terminated its cross-appeal of the PTAB's Final Written Decision in that proceeding. The Federal Circuit dismissed the cross-appeal and issued its mandate in August 2019.**

Ex. J (Dartmouth's Unopposed Motion to Terminate Cross-Appeal of IPR2017-01795); Ex. K (Federal Circuit order terminating Dartmouth's cross-appeal and issuing mandate).

    11.    The specification of the asserted patents states:

> **Polypeptides, nucleic acids, vectors, dietary supplements (i.e. nicotinamide riboside), and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention can be conveniently used or administered in a composition containing the active agent in combination with a pharmaceutically acceptable carrier. Such compositions can be prepared by methods and contain carriers which are well-known in the art. A generally recognized compendium of such methods and ingredients is Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippincott Williams & Wilkins: Philadelphia, Pa., 2000.**

Ex. A ('807 patent) at 29:24-35; Ex. B ('086 patent) at 28:49-60.

    12.    The specification of the asserted patents states:

> **Isolated extracts of the natural sources can be prepared using standard methods. For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats, and the like before being tested on the mutant strains of the invention. Any source of nicotinamide riboside that scores positively in the assay of the invention can be further fractionated and confirmed by standard methods of HPLC and mass spectrometry.**

Ex. A ('807 patent) at 27:45-54; Ex. B ('086 patent) at 27:3-12.

13. **In his rebuttal report, Plaintiffs' expert Robert W. Sobol states:**

**"It is not the specific techniques of isolation that transform the Asserted Claims beyond a law of nature or natural phenomenon—presuming for this step two analysis the Asserted Claims were directed to only these patent ineligible concepts in the first instance."**

Ex. F (Sobol Rebuttal Rpt.) at ¶ 164.

| | |
|---|---|
| *Of Counsel:* | ASHBY & GEDDES |
| | */s/ Andrew C. Mayo* |
| Donald R. Ware | _____ |
| dware@foleyhoag.com | Steven J. Balick (#2114) |
| Jeremy A. Younkin | Andrew C. Mayo (#5207) |
| jyounkin@foleyhoag.com | 500 Delaware Avenue, 8th Floor |
| Marco J. Quina | P.O. Box 1150 |
| mquina@foleyhoag.com | Wilmington, DE  19899 |
| FOLEY HOAG LLP | (302) 654-1888 |
| 155 Seaport Boulevard | sbalick@ashbygeddes.com |
| Boston, Massachusetts  02210 | amayo@ashbygeddes.com |
| Phone:  (617) 832-1000 | |
| | *Attorneys for Defendant* |
| Dated:  April 27, 2021 | |

## CERTIFICATE OF COMPLIANCE

This brief complies with the type, font and word limitations set forth in this Court's Standing Order Regarding Briefing in All Cases, dated November 6, 2019. This brief contains 690 words (excluding the title page, table of contents, table of authorities, signature block, and certificate of compliance). This brief has been prepared in 14-point Times New Roman font.

Date: April 27, 2020

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01683101;v1 }