IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHROMADEX, INC. and TRUSTEES )
OF DARTMOUTH COLLEGE, )
                                                    )          **REDACTED PUBLIC VERSION**
                                                    )
                          Plaintiffs,      )
                                                    )          C.A. No. 18-1434-CFC
          v.                                       )
                                                    )
ELYSIUM HEALTH, INC.,               )
                                                    )
                          Defendant.     )

**DECLARATION OF MARCO J. QUINA IN SUPPORT OF
ELYSIUM HEALTH'S MOTION FOR SUMMARY JUDGMENT (NO. 1)
OF INVALIDITY UNDER 35 U.S.C. § 101**

I, Marco J. Quina, declare as follows:

1.        I am counsel for Defendant Elysium Health, Inc. and I submit this

Declaration in Support of Elysium Health's Motion for Summary Judgment (No.

1) of Invalidity Under 35 U.S.C. § 101.

2.        Attached as **Exhibit A** is a true and correct copy of U.S. Patent No.

8,197,807.

3.        Attached as **Exhibit B** is a true and correct copy of U.S. Patent No.

8,383,086.

4.        Attached as **Exhibit C** is a true and correct copy of excerpts from the

Deposition Transcript of Robert W. Sobol, PhD, taken Apr. 13, 2021.

5.      Attached as **<u>Exhibit D</u>** is a true and correct copy of excerpts from the

Deposition Transcript of Zhaohui Sunny Zhou, Ph. D., taken Aug. 2, 2018, in

IPR2017-01795.

6.      Attached as **<u>Exhibit E</u>** is a true and correct copy of excerpts from the

Opening Expert Report of Robert W. Sobol, Ph.D.

7.      Attached as **<u>Exhibit F</u>** is a true and correct copy of excerpts from the

Rebuttal Expert Report of Robert W. Sobol, Ph.D.

8.      Attached as **<u>Exhibit G</u>** is a true and correct copy of an excerpt from

the Transcript of *Markman* Hearing, ChromaDex, Inc. v. Elysium Health, Inc.,

C.A. No. 18-1434 (D. Del. Dec. 17, 2020).

9.      Attached as **<u>Exhibit H</u>** is a true and correct copy of excerpts from

Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College's First

Supplemental Responses to Defendant's Second Set of Interrogatories (Nos. 14–

17), dated Jan. 26, 2021.

10.     Attached as **<u>Exhibit I</u>** is a true and correct copy of excerpts from the

Final Written Decision in IPR2017-01795 (U.S. Patent and Trademark Office Jan.

16, 2019).

11.     Attached as **<u>Exhibit J</u>** is a true and correct copy of an excerpt of

Trustees of Dartmouth College's Unopposed Motion to Terminate Cross-Appeal,

Elysium Health, Inc. v. Trs. of Dartmouth Coll., No. 2019-1682 (Fed. Cir. Aug. 14, 2019).

12.     Attached as **Exhibit K** is a true and correct copy of the Federal Circuit's August 19, 2019 Order in *Elysium Health, Inc. v. Trs. of Dartmouth College*, No. 2019-1682 (Fed. Cir. Aug. 19, 2019).

13.     Attached as **Exhibit L** is a true and correct copy of Samuel AJ Trammell et al., *Nicotinamide Riboside is a Major NAD$^+$ Precursor Vitamin in Cow Milk*, 146 J. OF NUTRITION 965 (2016).

14.     Attached as **Exhibit M** is a true and correct copy of the print out from the truniagen.com website entitled "What Does Nature-Identical Mean _ Tru Niagen®," https://www.truniagen.com/blog/what-does-nature-identical-mean/ (last visited on Feb. 5, 2021), ELY_DEL0036883–86.

15.     Attached as **Exhibit N** is a true and correct copy of excerpts from a ChromaDex, Inc. slide deck entitled "TruNiagen® for Mother and Child," dated January 2019 (CDXDE_000057017, CDXDE_000057025).

16.     Attached as **Exhibit O** is a true and correct copy of the document entitled "Small Molecule Production Questionnaire," dated Aug. 13, 2005, Brenner_000022837–41.

17.     Attached as **Exhibit P** is a true and correct copy of an excerpt from the document entitled "ChromaDex's (CDXC) CEO Frank Jaksch on Q1 2017

Results – Earnings Call Transcript," dated May 11, 2017 (CDXDE_000038390,

CDXDE_000038406–07).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 27th day of April, 2021, in Waltham, MA.

*/s/ Marco J. Quina*

_____

Marco J. Quina

# EXHIBIT A

US008197807B2

(12) **United States Patent**

Brenner

(10) Patent No.: **US 8,197,807 B2**

(45) Date of Patent: **Jun. 12, 2012**

(54) **NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME**

(75) Inventor: **Charles M. Brenner**, Lyme, NH (US)

(73) Assignee: **Trustees of Dartmouth College**, Hanover, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 213 days.

(21) Appl. No.: **11/912,400**

(22) PCT Filed: **Apr. 20, 2006**

(86) PCT No.: **PCT/US2006/015495**
§ 371 (c)(1),
(2), (4) Date: **Nov. 20, 2007**

(87) PCT Pub. No.: **WO2006/116322**

PCT Pub. Date: **Nov. 2, 2006**

(65) **Prior Publication Data**

US 2008/0206221 A1      Aug. 28, 2008

(51) **Int. Cl.**
*A61K 38/45* (2006.01)
*C07H 17/00* (2006.01)
*A61P 35/00* (2006.01)

(52) **U.S. Cl.** .............. **424/94.5**; 514/45; 514/25; 435/15

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,491,743 B2 * 2/2009 Cuny et al. .................... 514/397

FOREIGN PATENT DOCUMENTS

WO          0132888          5/2001

OTHER PUBLICATIONS

Saunders et al 1 Tiazofurin is phosphorylated by three enzymes from Chinese Hamster Ovary Cells. Cancer Research 50, 5269-5274, Sep. 1, 1990.*
Saunders et al 2 Phosphorylation of 3-Deazaguanosine by nicotinamide riboside kinase in Chinese Hamster Ovary Cells.*
Tanimori et al, Bioorganic. Med. Chem Lett. 12:1135-1137, 2002.*
Stubberfield et al NAD+ depletion and cytotoxicity in isolated hepatocytes. Biochemical Pharmacology 1988; 37(20): 3967-74 Abstract included.*
Stubberfield et al (NAD+ depletion and cytotoxicity in isolated hepatocytes (Biochemical Pharmacology 1988; 37(20): 3967-74 see abstract.*
Berger NA et al. (Poly (ADP-ribose in the cellular response to DNA damage), Radiation research Jan. 1985; 101(1): 4-15 see abstract.*
Berger et al., "Modulation of Nicotinamide Adenine Dinucleotide and Poly(Adenosine Diphosphoribose) Metabolism by the Synthetic "C" Nucieoside Analogs, Tiazofurin and Selenazofurin", J. Clin. Invest. 1985 75:702-705.
Han et al., "Cellular Uptake Mechanism of Amino Acid Ester Prodrugs in Caco-2/hPEPT1 Cells Overexpressing a Human Peptide Transporter", Pharmaceutical Research 1998 15(9):1382-1386.
Genbank Accession No. AK001663 Jan. 9, 2008.
Genbank Accession No. YNL129W—Nov. 7, 2005.
NCBI Accession No. NP_060351 [gi:8923530] with Revision History Jul. 4, 2000-Jun. 3, 2007.

NCBI Accession No. NP_733778 [gi:24762248] with Revision History—Nov. 2, 2002-Jul. 5, 2007.
NCBI Accession No. NM_017881 [gi:8923529] with Revision History—Jul. 4, 2000-Nov. 17, 2006.
NCBI Accession No. AK000566 [gi:7020748] with Revision History—Feb. 22, 2000-Sep. 12, 2006.
NCBI Accession No. BC001366 [gi: 33876100] with Revision History—Dec. 12, 2000-Jul. 15, 2006.
NCBI Accession No. BC036804 [gi:22477870] with Revision History—Aug. 26, 2002-Mar. 25, 2004.
NCBI Accession No. BC026243 [gi:20072207] with Revision History—Apr. 8, 2002-Mar. 25, 2004.
NCBI Accession No. NM_170678 [gi:24762241] with Revision History Nov. 2, 2002-Nov. 17, 2006 NM_170678.2 which replaces NM_170678 is provided.
NCBI Accession No. CAG61927 [gi:49528270] with Revision History—Jun. 30, 2004-Nov. 14, 2006.
NCBI Accession No. Z71405 [gi:1302065] with Revision History—May 6, 1996v-Aug. 11, 1997.
NCBI Accession No. AX877238 [gi:40031974]—Dec. 17, 2003.
NCBI Genbank Accession No. AX877238 [gi:40031974]Dec. 17, 2003.
Bieganowski et al., "Discoveries of Nicotinamide Riboside as a Nutrient and Conserved NRK Genes Establish a Preiss-Handler Independent Route to NAD+ in Fungi and Hunams", Cell 2004 117:495-502.
Farquhar et al., "Synthesis and antitumor evaluatiobn of bis[(pivaloyloxy)methyl]2'-deoxy-t-fluoroudine 5'-monophosphate (FdUMP):a stategy to introduce nucleotides into cells", J Med Chem 1994 37(23):3902-3909.
Sasiak et al., "Purification and Properties of a Human Nicotinamide Ribonucleoside Kinas", Archives of Biochemistry and Biophysics 1996 333(2):414-418.
Saunders et al., "Phosphorylation of 3-Deazaguanosine by Nicotinamide Riboside Kinse in Chinese Hamster Ovary Cells", Cancer Research 1989 49:6593-6599.
Bieganowski et al., "Eukaryotic NAD+ Synthetase Qns1 Contains an Essential, Obligate Intramolecular Thiol Glutamine Amidotransferase Domain Related to Nitrilase", J. Biol. Chem. 2003 278(35):33049-33055.
Boon et al., "An anatomy of normal and malignant gene expression", Proc. Natl. Acad. Sci. 2002 99(17):11287-11292.
Burkle, Alexander, "Physiology and pathophysiology of poly(ADP-ribosyl)ation", BioEssays 2001 23:795-806.
Fleischmann et al., "Whole-Genome Random Sequencing and Assembly of *Haemophilus influenzae* Rd", Science 1995 269:496-512.
Gingrich et al., "Codehydrogenase I and other Pyridinium Compounds as V-Factor for *Hemophilus influenzae* and *H. parainfluenzae*", J. Bacteriol. 1944 47:535-550.
Godek et al., "In Vitro Evaluation of Nicotinamide Riboside Analogs against *Haemophilus influenzae*", Antimicrobal Agents and Chemotherapy 1990 34(8):1473-1479.

(Continued)

*Primary Examiner* — Kagnew H Gebreyesus
(74) *Attorney, Agent, or Firm* — Licata & Tyrrell P.C.

(57) **ABSTRACT**

The present invention relates to isolated nicotinamide riboside kinase (Nrk) nucleic acid sequences, vectors and cultured cells containing the same, and Nrk polypeptides encoded thereby. Methods for identifying individuals or tumors susceptible to nicotinamide riboside-related prodrug treatment and methods for treating cancer by administering an Nrk nucleic acid sequence or polypeptide in combination with a nicotinamide riboside-related prodrug are also provided. The present invention further provides screening methods for isolating a nicotinamide riboside-related prodrug and identifying a natural source of nicotinamide riboside.

**3 Claims, 1 Drawing Sheet**

Exhibit 197

**US 8,197,807 B2**

Page 2

OTHER PUBLICATIONS

Holdsworth et al., "A fraction derived from brewer's yeast inhibits cholesterol synthesis by rat liver preparations in vitro", British Journal of Nutrition 1991 65:285-299.

Leder et al., "Synthesis of Nicotinamide Mononucleotide by Human Erythrocytes in Vitro", J. Biol. Chem. 1951 189:889-899.

Li et al., "A Novel Muscle-specific Beta1 Integrin Binding Protein (MIBP) that Modulates Myogenic Differentiation", J. Cell Biol. 1999 147:1391-1397.

Li et al., "The muscle integrin binding protein (MIBP) interacts with alpha7Beta1 integrin and regulates cell adhesion and laminin matrix deposition", Developmental Biology 2003 261:209-219.

Saunders et al., Tiazofurin Is Phosphorylated by Three Enzymes from Chinese Hamster Ovary Cells, Cancer Research 1990 50:5269-5274.

Shifrine et al., "A Growth Factor for *Haemophilus* Species secreted by a Pseudomonad", Nature 1960 187:623.

Ziegler, Mathais, "New functions of a long-known molecule—Emerging roles of NAD in cellular signaling", Eur. J. Biochem. 2000 267:1550-1564.

Sasiak et al., "Purification and Properties of a Human Nicotinamide Ribonucleoside Kinase", Archives of Biochemistry and Biophysics 1996 333(2):414-418.

* cited by examiner

```
Hsapi_Nrk1   MKTFIIGISGVTNSGKTTLAKNLQKHLPN---CSVISQDDFFKPES-EIETD-KNGFLQYDVL
Hsapi_Nrk2   MK--LIVGIGGMTNGGKTTLTNSLLRALPN---CCVIHQDEFFKPQD-QIAVG-EDGFKQWDVL
Scere_Nrk1   MTSKKVILVALSGCSSSGKTTIAKLTASLFTK--ATLIHEDDFYKHDN-EVPVDAKYNIQNWDSP
Spomb_Nrk1   MT-RKTIIVGVSGASCSGKSTLCQLLHAIFEG--SSLVHEDDFYKTDA-EIPV--KNGIADWDCQ
Scere_Urk1   TPYIIGIGGASGSGKTSVAAKIVSSINVP-WTVLISLDNFYNPLGPEDRARAFKNEYDFDEP
Ecoli_panK   QTLMTPYLQFDRNQWAALRDSVPMTLSEDEIARLKGINEDLSLEEVAEIYLPLSRLLNFYIS

Hsapi_Nrk1   EALNMEKMMSAISCWMES---ARHSVVSTDQES----------------------AEEIPIL
Hsapi_Nrk2   ESLDMEAMLDTVQAWLSSPQKFARAHGVSVQPE----------------------ASDTHIL
Scere_Nrk1   EALDFKLFGKELDVIKQTGKIATKLIHNNVDDPFTKFHIDRQVWDELKAKYDSINDDKYEVV
Spomb_Nrk1   ESLNLDAFLENLHYIRDHGVLPTHLRNENKNVAPEALIEYADIIKEFKAP--AIPTLEQHLV
Scere_Urk1   NAINLDLAYKCIINLKEGKRTNIPVYSFVHHNRVPDK---------------NIVIYGASVV
Ecoli_panK   SNLRRQAVLEQFLGTNGQRIPYIISIAGSVAVGKSTTARVLQALLSR-------WPEHRRVELI

Hsapi_Nrk1   IIEGFLLFNYKPLDTIWNRSYFLTIPYECKRRRSTR-VQQPPD---SPGYFDGHVWPMYL
Hsapi_Nrk2   LLEGFLLYSYKPLVDLYSRRYFLTVPYEECKWRRSTR-NYFVPD--PPGLFDGHWPMYQKYR
Scere_Nrk1   IVDGFMIFNNTGISKKFDLKILVRAPYEVLKKRRASRKGYQTLDSFWVDPPYFDEFVYESYR
Spomb_Nrk1   FVDGFMMYVNEDLINAFDIRLMLVTDFDTLKRRREARTGYFILEGFWQDPPHYFENYWPGYV
Scere_Urk1   VIEGIYALYDRRLLDIMDLKIYVDADLDVCLARRLSR-DIVSRGRDLDGCIQQWEKFVKPNAV
Ecoli_panK   TTDGFLHPNQVLKERGLMKKKGFPESYDMHRLVKFVS--DLKSGVPNVTAPVISHLLIYDVIP

Hsapi_Nrk1   KYRQEMQDITWEVVY-LDGTKSEEDLFLQVYEDLIQELAKQK----------CL
Hsapi_Nrk2   QEMEANGVEVVYLDGMKSREELFREVLEDIQNSLLNRSQESAPSPARPARTQGPGRGCGHRTA
Scere_Nrk1   ANHAQLFVNGDVEG--LLDPRKSKNIKEFINDDDTPIAKPLS--------WVCQ
Spomb_Nrk1   HGHSHLFVNGDVTGK-LLDKR----IQLSPSSKMSVRDNVQ-------WAIN
Scere_Urk1   KFVKPTMKNADAIIPSMSDNATAVNLIINHIKSKLELKSNEHLRELIKLGSSPSQDVLNRNI I
Ecoli_panK   DGDKTVVQPDILILELGLNVLQSGMDYPHDPHHVFVSDFVDFS----------I

Hsapi_Nrk1   QVTA
Hsapi_Nrk2   RPAASQQDSM
Scere_Nrk1   EILKICKD
Spomb_Nrk1   SILNAL
Scere_Urk1   HELPPTNQVL
Ecoli_panK   YVDAPEDLLQ
```

US 8,197,807 B2

**1**

# NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME

## INTRODUCTION

This invention was made in the course of research sponsored by the National Cancer Institute (Grant No. CA77738). The U.S. government may have certain rights in this invention.

This application claims benefit of priority to PCT/US2006/015495, filed Apr. 20, 2006, which claims benefit from U.S. patent application Ser. No. 11/113,701, filed Apr. 25, 2005, now abandoned which is a continuation-in-part of PCT application No. PCT/US2005/004337, filed Feb. 9, 2005, which claims benefit under 35 U.S.C. §119 to U.S. Provisional Patent Application Ser. No. 60/543,347, filed on Feb. 10, 2004, whose contents are incorporated herein by reference in their entireties.

## BACKGROUND OF THE INVENTION

Nicotinic acid and nicotinamide, collectively niacins, are the vitamin forms of nicotinamide adenine dinucleotide (NAD+). Eukaryotes can synthesize NAD+ de novo via the kynurenine pathway from tryptophan (Krehl, et al. (1945) *Science* 101:489-490; Schutz and Feigelson (1972) *J. Biol. Chem.* 247:5327-5332) and niacin supplementation prevents the pellagra that can occur in populations with a tryptophan-poor diet. It is well-established that nicotinic acid is phosphoribosylated to nicotinic acid mononucleotide (NaMN), which is then adenylylated to form nicotinic acid adenine dinucleotide (NaAD), which in turn is amidated to form NAD+ (Preiss and Handler (1958) *J. Biol. Chem.* 233:488-492; Preiss and Handler (1958b) *J. Biol. Chem.* 233:493-50).

**2**

NAD+ was initially characterized as a co-enzyme for oxidoreductases. Though conversions between NAD+, NADH, NADP and NADPH would not be accompanied by a loss of total co-enzyme, it was discovered that NAD+ is also turned over in cells for unknown purposes (Maayan (1964) *Nature* 204:1169-1170). Sirtuin enzymes such as Sir2 of *S. cerevisiae* and its homologs deacetylate lysine residues with consumption of an equivalent of NAD+ and this activity is required for Sir2 function as a transcriptional silencer (Imai, et al. (2000) *Cold Spring Harb. Symp. Quant. Biol.* 65:297-302). NAD+-dependent deacetylation reactions are required not only for alterations in gene expression but also for repression of ribosomal DNA recombination and extension of lifespan in response to calorie restriction (Lin, et al. (2000) *Science* 289:2126-2128; Lin, et al. (2002) *Nature* 418:344-348). NAD+ is consumed by Sir2 to produce a mixture of 2'-acetylated and 3' O-acetylated ADP-ribose plus nicotinamide and the deacetylated polypeptide (Sauve, et al. (2001) *Biochemistry* 40:15456-15463). Additional enzymes, including poly(AD-Pribose) polymerases and cADPribose synthases are also NAD+-dependent and produce nicotinamide and ADPribosyl products (Ziegler (2000) *Eur. J. Biochem.* 267:1550-1564; Burkle (2001) *Bioessays* 23:795-806).

The non-coenzymatic properties of NAD+ has renewed interest in NAD+ biosynthesis. Four recent publications have suggested what is considered to be all of the gene products and pathways to NAD+ in *S. cerevisiae* (Panozzo, et al. (2002) *FEBS Lett.* 517:97-102; Sandmeier, et al. (2002) *Genetics* 160:877-889; Bitterman, et al. (2002) J. Biol. Chem. 277:45099-45107; Anderson, et al. (2003) *Nature* 423:181-185) depicting convergence of the flux to NAD+ from de novo synthesis, nicotinic acid import, and nicotinamide salvage at NaMN (Scheme 1).

Scheme 1

US 8,197,807 B2

3

## SUMMARY OF THE INVENTION

It has now been shown that nicotinamide riboside, which was known to be an NAD+ precursor in bacteria such as *Haemophilus influenza* (Gingrich and Schlenk (1944) *J. Bacteriol.* 47:535-550; Leder and Handler (1951) *J. Biol. Chem.* 189:889-899; Shifrine and Biberstein (1960) *Nature* 187: 623) that lack the enzymes of the de novo and Preiss-Handler pathways (Fleischmann, et al. (1995) *Science* 269:496-512), is an NAD+ precursor in a previously unknown but conserved eukaryotic NAD+ biosynthetic pathway. Yeast nicotinamide riboside kinase, Nrk1, and human Nrk enzymes with specific functions in NAD+ metabolism are provided herein. The specificity of these enzymes indicates that they are the long-sought tiazofurin kinases that perform the first step in converting cancer drugs such as tiazofurin and benzamide riboside and their analogs into toxic NAD+ analogs. Further, yeast mutants of defined genotype were used to identify sources of nicotinamide riboside and it is shown that milk is a source of nicotinamide riboside.

Accordingly, the present invention is an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide. A eukaryotic nicotinamide riboside kinase nucleic acid encompasses (a) a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3; (b) a nucleotide sequence that hybridizes to a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3 or its complementary nucleotide sequence under stringent conditions, wherein said nucleotide sequence encodes a functional nicotinamide riboside kinase polypeptide; or (c) a nucleotide sequence encoding an amino acid sequence encoded by the nucleotide sequences of (a) or (b), but which has a different nucleotide sequence than the nucleotide sequences of (a) or (b) due to the degeneracy of the genetic code or the presence of non-translated nucleotide sequences.

The present invention is also an expression vector containing an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide. In one embodiment, the expression vector is part of a composition containing a pharmaceutically acceptable carrier. In another embodiment, the composition further contains a prodrug wherein the prodrug is a nicotinamide riboside-related analog that is phosphorylated by the expressed nicotinamide riboside kinase thereby performing the first step in activating said prodrug.

The present invention is also an isolated eukaryotic nicotinamide riboside kinase polypeptide. In one embodiment, the isolated nicotinamide riboside kinase polypeptide has an amino acid sequence having at least about 70% amino acid sequence similarity to an amino acid sequence of SEQ ID NO:4, SEQ ID NO:5 or SEQ ID NO:6 or a functional fragment thereof.

The present invention is further a cultured cell containing an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide or a polypeptide encoded thereby.

Still further, the present invention is a composition containing an isolated eukaryotic nicotinamide riboside kinase polypeptide and a pharmaceutically acceptable carrier. In one embodiment, the composition further contains a prodrug wherein said prodrug is a nicotinamide riboside-related analog that is phosphorylated by the nicotinamide riboside kinase thereby performing the first step in activating said prodrug.

The present invention is also a method for treating cancer by administering to a patient having or suspected of having cancer an effective amount of a nicotinamide riboside-related prodrug in combination with an isolated eukaryotic nicotina-

4

mide riboside kinase polypeptide or expression vector containing an isolated nucleic acid sequence encoding an eukaryotic nicotinamide riboside kinase polypeptide wherein the nicotinamide riboside kinase polypeptide phosphorylates the prodrug thereby performing the first step in activating the prodrug so that the signs or symptoms of said cancer are decreased or eliminated.

The present invention is further a method for identifying a natural or synthetic source for nicotinamide riboside. The method involves contacting a first cell lacking a functional glutamine-dependent NAD+ synthetase with an isolated extract from a natural source or synthetic; contacting a second cell lacking functional glutamine-dependent NAD+ synthetase and nicotinamide riboside kinase with the isolated extract; and detecting growth of the first cell compared to the growth of the second cell, wherein the presence of growth in the first cell and absence of growth in the second cell is indicative of the presence of nicotinamide riboside in the isolated extract. In one embodiment, the natural source is cow's milk.

Further, the present invention is a dietary supplement composition containing nicotinamide riboside identified in accordance with the methods of the present invention and a carrier.

Moreover, the present invention is a method for preventing or treating a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis. The method involves administering to a patient having a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis an effective amount of a nicotinamide riboside composition so that the signs or symptoms of the disease or condition are prevented or reduced. In one embodiment, the nicotinamide riboside is neuroprotective. In another embodiment the nicotinamide riboside is anti-fungal. In a further embodiment, the nicotinamide riboside is administered in combination with tryptophan, nicotinic acid or nicotinamide.

The present invention is also an in vitro method for identifying a nicotinamide riboside-related prodrug. The method involves contacting a nicotinamide riboside kinase polypeptide with a nicotinamide riboside-related test agent and determining whether said test agent is phosphorylated by said nicotinamide riboside kinase polypeptide wherein phosphorylation of said test agent is indicative of said test agent being a nicotinamide riboside-related prodrug. A nicotinamide riboside-related prodrug identified by this method is also encompassed within the present invention.

The present invention is further a cell-based method for identifying a nicotinamide riboside-related prodrug. This method involves contacting a first test cell which expresses a recombinant Nrk polypeptide with a nicotinamide riboside-related test agent; contacting a second test cell which lacks a functional Nrk polypeptide with the same test agent; and determining the viability of the first and second test cells, wherein sensitivity of the first cell and not the second cell is indicative of a nicotinamide riboside-related prodrug. A nicotinamide riboside-related prodrug identified by this method is also encompassed within the context of the present invention.

The present invention is also a method for identifying an individual or tumor which is susceptible to treatment with a nicotinamide riboside-related prodrug. This method involves detecting the presence of mutations in, or the level of expression of, a nicotinamide riboside kinase in an individual or tumor wherein the presence of a mutation or change in expression of nicotinamide riboside kinase in said individual or tumor compared to a control is indicative of said individual or tumor having an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug.

US 8,197,807 B2

5

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the amino acid sequence alignment and consensus sequence (SEQ ID NO:34) of human Nrk1 (SEQ ID NO:5), human Nrk2 (SEQ ID NO:6), S. cerevisiae Nrk1 (SEQ ID NO:4), S. pombe nrk1 (SEQ ID NO:7), as compared to portions of S. cerevisiae uridine/cytidine kinase Urk1 (SEQ ID NO:8) and E. coli pantothenate kinase (SEQ ID NO:9).

## DETAILED DESCRIPTION OF THE INVENTION

A Saccharomyces cerevisiae QNS1 gene encoding glutamine-dependent NAD+synthetase has been characterized and mutation of either the glutaminase active site or the NAD+ synthetase active site resulted in inviable cells (Bieganowski, et al. (2003) J. Biol. Chem. 278:33049-33055). Possession of strains containing the qns1 deletion and a plasmid-borne QNS1 gene allowed a determination of whether the canonical de novo, import and salvage pathways to NAD+ of Scheme 1 (Panozzo, et al. (2002) supra; Sandmeier, et al. (2002) supra; Bitterman, et al. (2002) supra; Anderson, et al. (2003) supra) are a complete representation of the metabolic pathways to NAD+ in S. cerevisiae. The pathways depicted in scheme 1 suggest that: nicotinamide is deamidated to nicotinic acid before the pyridine ring is salvaged to make more NAD+, thus supplementation with nicotinamide may not rescue qns1 mutants by shunting nicotinamide-containing precursors through the pathway; and QNS1 is common to the three pathways, thus there may be no NAD+ precursor that rescues qns1 mutants. However, it has now been found that while nicotinamide does not rescue qns1 mutants even at 1 or 10 mM, nicotinamide riboside functions as a vitamin form of NAD+ at 10 μM.

Anticancer agents such as tiazofurin (Cooney, et al. (1983) Adv. Enzyme Regul. 21:271-303) and benzamide riboside (Krohn, et al. (1992) J. Med. Chem. 35:511-517) have been shown to be metabolized intracellularly to NAD+ analogs, taizofurin adenine dinucleotide and benzamide adenine dinucleotide, which inhibit IMP dehydrogenase the rate-limiting enzyme for de novo purine nucleotide biosynthesis.

Though an NMN/NaMN adenylyltransferase is thought to be the enzyme that converts the mononucleotide intermediates to NAD+ analogs and the structural basis for this is known (Zhou et al. (2002) supra), several different enzymes including adenosine kinase, 5' nucleotidase (Fridland, et al. (1986) Cancer Res. 46:532-537; Saunders, et al. (1990) Cancer Res. 50:5269-5274) and a specific nicotinamide riboside kinase (Saunders, et al. (1990) supra) have been proposed to be responsible for tiazofurin phosphorylation in vivo. A putative nicotinamide riboside kinase (Nrk) activity was purified, however no amino acid sequence information was obtained and, as a consequence, no genetic test was performed to assess its function (Sasiak and Saunders (1996) Arch. Biochem. Biophys. 333:414-418).

Using a qns1 deletion strain that was additionally deleted for yeast homologs of candidate genes encoding nucleoside kinases proposed to phosphorylate tiazofurin, i.e., adenosine kinase ado1 (Lecoq, et al. (2001) Yeast 18:335-342), uridine/cytidine kinase urk1 (Kern (1990) Nucleic Acids Res. 18:5279; Kurtz, et al. (1999) Curr. Genet. 36:130-136), and ribokinase rbk1 (Thierry, et al. (1990) Yeast 6:521-534), it was determined whether the nucleoside kinases are uniquely or collectively responsible for utilization of nicotinamide riboside. It was found that despite these deletions, the strain retained the ability to utilize nicotinamide riboside in an anabolic pathway independent of NAD+ synthetase.

6

Given that mammalian pharmacology provided no useful clue to the identity of a putative fungal Nrk, it was considered whether the gene might have been conserved with the Nrk of Haemophilus influenza. The Nrk domain of H. influenza is encoded by amino acids 225 to 421 of the NadR gene product (the amino terminus of which is NMN adenylyltransferase). Though this domain is structurally similar to yeast thymidylate kinase (Singh, et al. (2002) J. Biol. Chem. 277:33291-33299), sensitive sequence searches revealed that bacterial Nrk has no ortholog in yeast. Genomic searches with the Nrk domain of H. influenza NadR have identified a growing list of bacterial genomes predicted to utilize nicotinamide riboside as an NAD+ precursor (Kurnasov, et al. (2002) J. Bacteriol. 184:6906-6917). Thus, had fungi possessed NadR Nrk-homologous domains, comparative genomics would have already predicted that yeast can salvage nicotinamide riboside.

To identify the Nrk of S. cerevisiae, an HPLC assay for the enzymatic activity was established and used in combination with a biochemical genomics approach to screen for the gene encoding this activity (Martzen, et al. (1999) Science 286: 1153-1155). Sixty-four pools of 90-96 S. cerevisiae open reading frames fused to glutathione S-transferase (GST), expressed in S. cerevisiae, were purified as GST fusions and screened for the ability to convert nicotinamide riboside plus ATP to NMN plus ADP. Whereas most pools contained activities that consumed some of the input ATP, only pool 37 consumed nicotinamide riboside and produced NMN. In pool 37, approximately half of the 1 mM ATP was converted to ADP and the 500 μM nicotinamide riboside peak was almost entirely converted to NMN. Examination of the 94 open reading frames that were used to generate pool 37 revealed that YNL129W (SEQ ID NO:1) encodes a predicted 240 amino acid polypeptide with a 187 amino acid segment containing 23% identity with the 501 amino acid yeast uridine/cytidine kinase Urk1 and remote similarity with a segment of E. coli pantothenate kinase panK (Yun, et al. (2000) J. Biol. Chem. 275:28093-28099) (FIG. 1). After cloning YNL129W into a bacterial expression vector it was ascertained whether this homolog of metabolite kinases was the eukaryotic Nrk. The specific activity of purified YNL129W was ~100-times that of pool 37, consistent with the idea that all the Nrk activity of pool 37 was encoded by this open reading frame. To test genetically whether this gene product phosphorylates nicotinamide riboside in vivo, a deletion of YNL129W was created in the qns1 background. It was found that nicotinamide riboside rescue of the qns1 deletion strain was entirely dependent on this gene product. Having shown biochemically and genetically that YNL129W encodes an authentic Nrk activity, the gene was designated NRK1.

A PSI-BLAST (Altschul, et al. (1997) Nucleic Acids Res. 25:3389-3402) comparison was conducted on the predicted S. cerevisiae Nrk1 polypeptide and an orthologous human protein Nrk1 (NP_060351; SEQ ID NO:5; FIG. 1) was found. The human NP_060351 protein encoded at locus 9q21.31 is a polypeptide of 199 amino acids and is annotated as an uncharacterized protein of the uridine kinase family. In addition, a second human gene product Nrk2 (NP_733778; SEQ ID NO:6; FIG. 1) was found that is 57% identical to human Nrk1. Nrk2 is a 230 amino acid splice form of what was described as a 186 amino acid muscle integrin beta 1 binding protein (ITGB1BP3) encoded at 19p13.3 (Li, et al. (1999) J. Cell Biol. 147:1391-1398; Li, et al. (2003) Dev. Biol. 261:209-219). Amino acid conservation between S. cerevisiae, S. pombe and human Nrk homologs and similarity with fragments of S. cerevisiae Urk1 and E. coli panK is shown in FIG. 1. Fungal and human Nrk enzymes are members of a

US 8,197,807 B2

7

metabolite kinase superfamily that includes pantothenate kinase but is unrelated to bacterial nicotinamide riboside kinase. Robust complementation of the failure of qns1 nrk1 to grow on nicotinamide riboside-supplemented media was provided by human NRK1 and human NRK2 cDNA even when expressed from the GAL1 promoter on glucose.

As shown in Table 1, purification of yeast Nrk1 and human Nrk1 and Nrk2 revealed high specificity for phosphorylation of nicotinamide riboside and tiazofurin.

TABLE 1

| | Nicotinamide riboside | Tiazofurin | Uridine | Cytidine |
|---|---|---|---|---|
| Human Nrk1 | 275 ± 17 | 538 ± 27 | 19.3 ± 1.7 | 35.5 ± 6.4 |
| Human Nrk2 | 2320 ± 20 | 2150 ± 210 | 2220 ± 170 | 222 ± 8 |
| Yeast Nrk1 | 535 ± 60 | 1129 ± 134 | 15.2 ± 3.4 | 82.9 ± 4.4 |

Specific activity is expressed in nmole mg$^{-1}$ min$^{-1}$ for phosphorylation of nucleoside substrates.

In the cases of yeast and human Nrk1 enzymes, the enzymes preferred tiazofurin to the natural substrate nicotinamide riboside by a factor of two and both enzymes retained less than 7% of their maximal specific activity on uridine and cytidine. In the case of human Nrk2, the 230 amino acid form was essentially equally active on nicotinamide riboside, tiazofurin and uridine with less than 10% of corresponding activity on cytidine. Conversely, the 186 amino acid integrin beta 1 binding protein form was devoid of enzymatic activity in this in vitro assay and was not functional as an Nrk in vivo. However, both the 186 and 230 amino acid isoforms function in vivo in a yeast nicotinamide riboside utilization assay. Thus, though Nrk2 may contribute additionally to formation of uridylate, these data demonstrate that fungi and mammals possess specific nicotinamide riboside kinases that function to synthesize NAD+ through NMN in addition to the well-known pathways through NaMN. Identification of Nrk enzymatic activities thus accounts for the dual specificity of fungal and mammalian NaMN/NMN adenylyltransferases.

On the basis of SAGE data, NRK1 is a rare message in many tissues examined while NRK2 is highly expressed in heart and skeletal muscle and has lower level expression in retinal epithelium and placenta (Boon, et al. (2002) *Proc. Natl. Acad. Sci. USA* 99:11287-11292). From cancer cell line to cancer cell line the expression levels are quite variable (Boon, et al. (2002) supra). Thus, in individuals whose tumors are NRK1, NRK2-low, tiazofurin conversion to NAD+ may occur more extensively in the patients hearts and muscles than in tumors. In tumors that are NRK1 and/or NRK2-high, a substantial amount of tiazofurin may be converted to tiazofurin adenine dinucleotide in tumors.

A yeast qns1 mutant was used to screen for natural sources of nicotinamide riboside wherein it was identified in an acid

8

whey preparation of cowls milk. Unlike the original screen for vitamins in protein-depleted extracts of liver for reversal of black-tongue in starving dogs (Elvehjem, et al. (1938) *J. Biol. Chem.* 123:137-149), this assay is pathway-specific in identifying NAD+ precursors. Because of the qns1 deletion, nicotinic acid and nicotinamide do not score positively in this assay. As the factor from milk requires nicotinamide riboside kinase for growth, the nutrient is clearly nicotinamide riboside and not NMN or NAD+.

A revised metabolic scheme for NAD+, incorporating Nrk1 homologs and the nicotinamide riboside salvage pathway is shown in Scheme 2 wherein double arrows depict metabolic steps common to yeast and humans (with yeast gene names) and single arrows depict steps unique to humans (PBEF, nicotinamide phosphoribosyltransferase) and yeast (Pnc1, nicotinamidase).

Scheme 2



A difference between humans and yeasts concerns the organisms' uses of nicotinamide and nicotinic acid, the two niacins that were co-identified as anti-black tongue factor (Elvehjem, et al. (1938) supra). Humans encode a homolog of the *Haemophilus ducreyi* nadV gene, termed pre-B-cell colony enhancing factor, that may convert nicotinamide to NMN (Rongvaux, et al. (2002) *Eur. J. Immunol.* 32:3225-3234) and is highly induced during lymphocyte activation (Samal, et al. (1994) *Mol. Cell. Biol.* 14:1431-1437). In contrast, *S. cerevisiae* lacks a homolog of nadV and instead has a homolog of the *E. coli* pncA gene, termed PNC1, that converts nicotinamide to nicotinic acid for entry into the Preiss-Handler pathway (Ghislain, et al. (2002) *Yeast* 19:215-224; Sandmeier, et al. (2002) supra). Though the Preiss-Handler pathway is frequently considered a salvage pathway from nicotinamide, it technically refers to the steps from nicotinic acid to NAD+ (Preiss and Handler (1958) supra; Preiss and Handler (1958) supra). Reports that nicotinamidase had been purified from mammalian liver in the 1960s (Petrack, et al. (1965) *J. Biol. Chem.* 240:1725-1730) may have contributed to the sense that fungal and animal NAD+ biosynthesis is entirely conserved. However, animal genes for nicotinamidase have not been identified and there is no compelling evidence that nicotinamide and nicotinic acid are utilized as NAD+ precursors through the same route in mammals. The persistence of "niacin" as a mixture of nicotinamide and nicotinic acid may attest to the utility of utilizing multiple pathways to generate NAD+ and indicates that supplementation with nicotinamide riboside as third importable NAD+ precursor can be beneficial for certain conditions.

First reported in 1955, high doses of nicotinic acid are effective at reducing cholesterol levels (Altschul, et al. (1955) *Arch. Biochem. Biophys.* 54:558-559). Since the initial report, many controlled clinical studies have shown that nicotinic acid preparations, alone and in combination with HMG CoA reductase inhibitors, are effective in controlling low-density lipoprotein cholesterol, increasing high-density lipo-

US 8,197,807 B2

9

protein cholesterol, and reducing triglyceride and lipoprotein a levels in humans (Pasternak, et al. (1996) *Ann. Intern. Med.* 125:529-540). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations (Pasternak, et al. (1996) supra), its use is limited because of a side effect of heat and redness termed "flushing," which is significantly effected by the nature of formulation (Capuzzi, et al. (2000) *Curr. Atheroscler. Rep.* 2:64-71). Thus, nicotinamide riboside supplementation could be one route to improve lipid profiles in humans. Further, nicotinamide is protective in animal models of stroke (Klaidman, et al. (2003) *Pharmacology* 69:150-157) and nicotinamide riboside could be an important supplement for acute conditions such as stroke. Additionally, regulation of NAD+ biosynthetic enzymes could be useful in sensitizing tumors to compounds such as tiazofurin, to protect normal tissues from the toxicity of compounds such as tiazofurin adenine dinucleotide, and to stratify patients for the most judicious use of tiazofurin chemotherapy.

The present invention is an isolated nucleic acid containing a eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide. As used herein, an isolated molecule (e.g., an isolated nucleic acid such as genomic DNA, RNA or cDNA or an isolated polypeptide) means a molecule separated or substantially free from at least some of the other components of the naturally occurring organism, such as for example, the cell structural components or other polypeptides or nucleic acids commonly found associated with the molecule. When the isolated molecule is a polypeptide, said polypeptide is at least about 25%, 50%, 60%, 70%, 75%, 80%, 85%, 90%, 95%, 97%, 98%, 99% or more pure (w/w).

In one embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3. In another embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence that hybridizes to a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3 or its complementary nucleotide sequence under stringent conditions, wherein said nucleotide sequence encodes a functional nicotinamide riboside kinase polypeptide. In a further embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence encoding a functional nicotinamide riboside kinase polypeptide but which has a different nucleotide sequence than the nucleotide sequences of SEQ ID NO:1, SEQ ID NO:2, or SEQ ID NO:3 due to the degeneracy of the genetic code or the presence of non-translated nucleotide sequences.

As used herein, a functional polypeptide is one that retains at least one biological activity normally associated with that polypeptide. Alternatively, a functional polypeptide retains all of the activities possessed by the unmodified peptide. By retains biological activity, it is meant that the polypeptide retains at least about 50%, 60%, 75%, 85%, 90%, 95%, 97%, 98%, 99%, or more, of the biological activity of the native polypeptide (and can even have a higher level of activity than the native polypeptide). A non-functional polypeptide is one that exhibits essentially no detectable biological activity normally associated with the polypeptide (e.g., at most, only an insignificant amount, e.g., less than about 10% or even 5%).

As used herein, the term polypeptide encompasses both peptides and proteins, unless indicated otherwise.

A nicotinamide riboside kinase polypeptide or Nrk protein as used herein, is intended to be construed broadly and encompasses an enzyme capable of phosphorylating nicoti-

10

namide riboside. The term nicotinamide riboside kinase or Nrk also includes modified (e.g., mutated) Nrk that retains biological function (i.e., have at least one biological activity of the native Nrk protein, e.g., phosphorylating nicotinamide riboside), functional Nrk fragments including truncated molecules, alternatively spliced isoforms (e.g., the alternatively spliced isoforms of human Nrk2), and functional Nrk fusion polypeptides (e.g., an Nrk-GST protein fusion or Nrk-His tagged protein).

Any Nrk polypeptide or Nrk-encoding nucleic acid known in the art can be used according to the present invention. The Nrk polypeptide or Nrk-encoding nucleic acid can be derived from yeast, fungal (e.g., *Saccharomyces cerevisiae, Saccharomyces pombe, Pichia* sp., *Neurospora* sp., and the like) plant, animal (e.g., insect, avian (e.g., chicken), or mammalian (e.g., rat, mouse, bovine, porcine, ovine, caprine, equine, feline, canine, lagomorph, simian, human and the like) sources.

Representative cDNA and amino acid sequences of a *S. cerevisiae* Nrk1 are shown in SEQ ID NO:1 and SEQ ID NO:4 (FIG. 1), respectively. Representative cDNA and amino acid sequences of a human Nrk1 are shown in SEQ ID NO:2 and SEQ ID NO:5 (FIG. 1), respectively. Representative cDNA and amino acid sequences of a human Nrk2 are shown in SEQ ID NO:3 and SEQ ID NO:6 (FIG. 1), respectively. Other Nrk sequences encompassed by the present invention include, but are not limited to, Nrk1 of GENBANK accession numbers NM_017881, AK000566, BC001366, BC036804, and BC026243 and Nrk2 of GENBANK accession number NM_170678. Moreover, locus CAG61927 from the *Candida glabrata* CBS138 genome project (Dujon, et al. (2004) *Nature* 430:35-44) is 54% identical to the *Saccharomyces cerevisiae* Nrk1 protein. Particular embodiments of the present invention embrace a Nrk polypeptide having the conserved amino acid sequence XXXXDDFXK (SEQ ID NO:34), wherein $Xaa_1$ and $Xaa_2$ are aliphatic amino acid residues, $Xaa_3$ is His or Ser, $Xaa_4$ is a hydrophilic amino acid residue, and $Xaa_5$ is an aromatic amino acid residue.

To illustrate, hybridization of such sequences can be carried out under conditions of reduced stringency, medium stringency or even stringent conditions (e.g., conditions represented by a wash stringency of 35-40% Formamide with 5×Denhardt's solution, 0.5% SDS and 1×SSPE at 37° C.; conditions represented by a wash stringency of 40-45% Formamide with 5×Denhardt's solution, 0.5% SDS, and 1×SSPE at 42° C.; and/or conditions represented by a wash stringency of 50% Formamide with 5×Denhardt's solution, 0.5% SDS and 1×SSPE at 42° C., respectively) to the sequences specifically disclosed herein. See, e.g., Sambrook et al., *Molecular Cloning, A Laboratory Manual* (2d Ed. 1989) (Cold Spring Harbor Laboratory).

Alternatively stated, isolated nucleic acids encoding Nrk of the invention have at least about 50%, 60%, 70%, 80%, 90%, 95%, 97%, 98% or higher sequence similarity with the isolated nucleic acid sequences specifically disclosed herein (or fragments thereof, as defined above) and encode a functional Nrk as defined herein.

It will be appreciated by those skilled in the art that there can be variability in the nucleic acids that encode the Nrk of the present invention due to the degeneracy of the genetic code. The degeneracy of the genetic code, which allows different nucleic acid sequences to code for the same polypeptide, is well known in the literature (see Table 2).

US 8,197,807 B2

**11**

TABLE 2

| Amino Acid | 3-Letter Code | 1-Letter Code | Codons |
|---|---|---|---|
| Alanine | Ala | A | GCA GCC GCG GCT |
| Cysteine | Cys | C | TGC TGT |
| Aspartic acid | Asp | D | GAC GAT |
| Glutamic acid | Glu | E | GAA GAG |
| Phenylalanine | Phe | F | TTC TTT |
| Glycine | Gly | G | GGA GGC GGG GGT |
| Histidine | His | H | CAC CAT |
| Isoleucine | Ile | I | ATA ATC ATT |
| Lysine | Lys | K | AAA AAG |
| Leucine | Leu | L | TTA TTG CTA CTC CTG CTT |
| Methionine | Met | M | ATG |
| Asparagine | Asn | N | AAC AAT |
| Proline | Pro | P | CCA CCC CCG CCT |
| Glutamine | Gln | Q | CAA CAG |
| Arginine | Arg | R | AGA AGG CGA CGC CGG CGT |
| Serine | Ser | S | AGC ACT TCA TCC TCG TCT |
| Threonine | Thr | T | ACA ACC ACG ACT |
| Valine | Val | V | GTA GTC GTG GTT |
| Tryptophan | Trp | W | TGG |
| Tyrosine | Tyr | Y | TAC TAT |

Further variation in the nucleic acid sequence can be introduced by the presence (or absence) of non-translated sequences, such as intronic sequences and 5' and 3' untranslated sequences.

Moreover, the isolated nucleic acids of the invention encompass those nucleic acids encoding Nrk polypeptides that have at least about 60%, 70%, 80%, 90%, 95%, 97%, 98% or higher amino acid sequence similarity with the polypeptide sequences specifically disclosed herein (or fragments thereof) and further encode a functional Nrk as defined herein.

As is known in the art, a number of different programs can be used to identify whether a nucleic acid or polypeptide has sequence identity or similarity to a known sequence. Sequence identity and/or similarity can be determined using standard techniques known in the art, including, but not limited to, the local sequence identity algorithm of Smith & Waterman (1981) *Adv. Appl. Math.* 2:482, by the sequence identity alignment algorithm of Needleman & Wunsch (1970) *J. Mol. Biol.* 48:443, by the search for similarity method of Pearson & Lipman (1988) *Proc. Natl. Acad. Sci. USA* 85:2444, by computerized implementations of these algorithms (GAP, BESTFIT, FASTA, and TFASTA in the Wisconsin Genetics Software Package, Genetics Computer Group, 575 Science Drive, Madison, Wis.), the Best Fit sequence program described by Devereux, et al. (1984) *Nucl. Acid Res.* 12:387-395, either using the default settings, or by inspection.

**12**

An example of a useful algorithm is PILEUP. PILEUP creates a multiple sequence alignment from a group of related sequences using progressive, pairwise alignments. It can also plot a tree showing the clustering relationships used to create the alignment. PILEUP uses a simplification of the progressive alignment method of Feng & Doolittle (1987) *J. Mol. Evol.* 35:351-360; the method is similar to that described by Higgins & Sharp (1989) *CABIOS* 5:151-153.

Another example of a useful algorithm is the BLAST algorithm, described in Altschul, et al. (1990) *J. Mol. Biol.* 215: 403-410 and Karlin, et al. (1993) *Proc. Natl. Acad. Sci. USA* 90:5873-5787. A particularly useful BLAST program is the WU-BLAST-2 program which was obtained from Altschul, et al. (1996) *Methods in Enzymology,* 266:460-480; http://blast.wustl/edu/blast/README.html. WU-BLAST-2 uses several search parameters, which can be set to the default values. The parameters are dynamic values and are established by the program itself depending upon the composition of the particular sequence and composition of the particular database against which the sequence of interest is being searched; however, the values can be adjusted to increase sensitivity.

An additional useful algorithm is gapped BLAST as reported by Altschul, et al. (1997) *Nucleic Acids Res.* 25:3389-3402.

A percentage amino acid sequence identity value can be determined by the number of matching identical residues divided by the total number of residues of the longer sequence in the aligned region. The longer sequence is the one having the most actual residues in the aligned region (gaps introduced by WU-Blast-2 to maximize the alignment score are ignored).

The alignment can include the introduction of gaps in the sequences to be aligned. In addition, for sequences which contain either more or fewer amino acids than the polypeptides specifically disclosed herein, it is understood that in one embodiment, the percentage of sequence identity will be determined based on the number of identical amino acids in relation to the total number of amino acids. Thus, for example, sequence identity of sequences shorter than a sequence specifically disclosed herein, will be determined using the number of amino acids in the shorter sequence, in one embodiment. In percent identity calculations relative weight is not assigned to various manifestations of sequence variation, such as, insertions, deletions, substitutions, etc.

In one embodiment, only identities are scored positively (+1) and all forms of sequence variation including gaps are assigned a value of "0", which obviates the need for a weighted scale or parameters as described below for sequence similarity calculations. Percent sequence identity can be calculated, for example, by dividing the number of matching identical residues by the total number of residues of the shorter sequence in the aligned region and multiplying by 100. The longer sequence is the one having the most actual residues in the aligned region.

To modify Nrk amino acid sequences specifically disclosed herein or otherwise known in the art, amino acid substitutions can be based on any characteristic known in the art, including the relative similarity or differences of the amino acid side-chain substituents, for example, their hydrophobicity, hydrophilicity, charge, size, and the like. In particular embodiments, conservative substitutions (i.e., substitution with an amino acid residue having similar properties) are made in the amino acid sequence encoding Nrk.

In making amino acid substitutions, the hydropathic index of amino acids may be considered. The importance of the hydropathic amino acid index in conferring interactive bio-

US 8,197,807 B2

**13**

logic function on a protein is generally understood in the art (see, Kyte and Doolittle (1982) *J. Mol. Biol.* 157:105). It is accepted that the relative hydropathic character of the amino acid contributes to the secondary structure of the resultant protein, which in turn defines the interaction of the protein with other molecules, for example, enzymes, substrates, receptors, DNA, antibodies, antigens, and the like.

Each amino acid has been assigned a hydropathic index on the basis of its hydrophobicity and charge characteristics (Kyte and Doolittle (1982) supra), and these are: isoleucine (+4.5); valine (+4.2); leucine (+3.8); phenylalanine (+2.8); cysteine/cystine (+2.5); methionine (+1.9); alanine (+1.8); glycine (–0.4); threonine (–0.7); serine (–0.8); tryptophan (–0.9); tyrosine (–1.3); proline (–1.6); histidine (–3.2); glutamate (–3.5); glutamine (–3.5); aspartate (–3.5); asparagine (–3.5); lysine (–3.9); and arginine (–4.5).

It is also understood in the art that the substitution of amino acids can be made on the basis of hydrophilicity. U.S. Pat. No. 4,554,101 states that the greatest local average hydrophilicity of a protein, as governed by the hydrophilicity of its adjacent amino acids, correlates with a biological property of the protein.

As detailed in U.S. Pat. No. 4,554,101, the following hydrophilicity values have been assigned to amino acid residues: arginine (+3.0); lysine (+3.0); aspartate (+3.0±1); glutamate (+3.0±1); serine (+0.3); asparagine (+0.2); glutamine (+0.2); glycine (0); threonine (–0.4); proline (–0.5±1); alanine (–0.5); histidine (–0.5); cysteine (–1.0); methionine (–1.3); valine (–1.5); leucine (–1.8); isoleucine (–1.8); tyrosine (–2.3); phenylalanine (–2.5); tryptophan (–3.4).

Isolated nucleic acids of this invention include RNA, DNA (including cDNAs) and chimeras thereof. The isolated nucleic acids can further contain modified nucleotides or nucleotide analogs.

The isolated nucleic acids encoding Nrk can be associated with appropriate expression control sequences, e.g., transcription/translation control signals and polyadenylation signals.

It will be appreciated that a variety of promoter/enhancer elements can be used depending on the level and tissue-specific expression desired. The promoter can be constitutive or inducible (e.g., the metallothionein promoter or a hormone inducible promoter), depending on the pattern of expression desired. The promoter can be native or foreign and can be a natural or a synthetic sequence. By foreign, it is intended that the transcriptional initiation region is not found in the wild-type host into which the transcriptional initiation region is introduced. The promoter is chosen so that it will function in the target cell(s) of interest. In particular embodiments, the promoter functions in tumor cells or in cells that can be used to express nucleic acids encoding Nrk for the purposes of large-scale protein production. Likewise, the promoter can be specific for these cells and tissues (i.e., only show significant activity in the specific cell or tissue type).

To illustrate, an Nrk coding sequence can be operatively associated with a cytomegalovirus (CMV) major immediate-early promoter, an albumin promoter, an Elongation Factor 1-α (EF1-α) promoter, a PyK promoter, a MFG promoter, a Rous sarcoma virus promoter, or a glyceraldehyde-3-phosphate promoter.

Moreover, specific initiation signals are generally required for efficient translation of inserted protein coding sequences. These translational control sequences, which can include the ATG initiation codon and adjacent sequences, can be of a variety of origins, both natural and synthetic.

**14**

Nrk can be expressed not only directly, but also as a fusion protein with a heterologous polypeptide, i.e. a signal sequence for secretion and/or other polypeptide which will aid in the purification of Nrk. In one embodiment, the heterologous polypeptide has a specific cleavage site to remove the heterologous polypeptide from Nrk.

In general, a signal sequence can be a component of the vector and should be one that is recognized and processed (i.e., cleaved by a signal peptidase) by the host cell. For production in a prokaryote, a prokaryotic signal sequence from, for example, alkaline phosphatase, penicillinase, lpp, or heat-stable enterotoxin II leaders can be used. For yeast secretion, one can use, e.g., the yeast invertase, alpha factor, or acid phosphatase leaders, the *Candida albicans* glucoamylase leader (EP 362,179), or the like (see, for example WO 90/13646). In mammalian cell expression, signal sequences from secreted polypeptides of the same or related species, as well as viral secretory leaders, for example, the herpes simplex glycoprotein D signal can be used.

Other useful heterologous polypeptides which can be fused to Nrk include those which increase expression or solubility of the fusion protein or aid in the purification of the fusion protein by acting as a ligand in affinity purification. Typical fusion expression vectors include those exemplified herein as well as pMAL (New England Biolabs, Beverly, Mass.) and pRIT5 (Pharmacia, Piscataway, N.J.) which fuse maltose E binding protein or protein A, respectively, to the target recombinant protein.

The isolated nucleic acids encoding Nrk can be incorporated into a vector, e.g., for the purposes of cloning or other laboratory manipulations, recombinant protein production, or gene delivery. In particular embodiments, the vector is an expression vector. Exemplary vectors include bacterial artificial chromosomes, cosmids, yeast artificial chromosomes, phage, plasmids, lipid vectors and viral vectors. By the term express, expresses or expression of a nucleic acid coding sequence, in particular an Nrk coding sequence, it is meant that the sequence is transcribed, and optionally, translated. Typically, according to the present invention, transcription and translation of the coding sequence will result in production of Nrk polypeptide.

The methods of the present invention provide a means for delivering, and optionally expressing, nucleic acids encoding Nrk in a broad range of host cells, including both dividing and non-dividing cells in vitro (e.g., for large-scale recombinant protein production or for use in screening assays) or in vivo (e.g., for recombinant large-scale protein production, for creating an animal model for disease, or for therapeutic purposes). In embodiments of the invention, the nucleic acid can be expressed transiently in the target cell or the nucleic acid can be stably incorporated into the target cell, for example, by integration into the genome of the cell or by persistent expression from stably maintained episomes (e.g., derived from Epstein Barr Virus).

The isolated nucleic acids, vectors, methods and pharmaceutical formulations of the present invention find use in a method of administering a nucleic acid encoding Nrk to a subject. In this manner, Nrk can thus be produced in vivo in the subject. The subject can have a deficiency of Nrk, or the production of a foreign Nrk in the subject can impart some therapeutic effect. Pharmaceutical formulations and methods of delivering nucleic acids encoding Nrk for therapeutic purposes are described herein.

Alternatively, an isolated nucleic acid encoding Nrk can be administered to a subject so that the nucleic acid is expressed by the subject and Nrk is produced and purified therefrom, i.e., as a source of recombinant Nrk protein. According to this

US 8,197,807 B2

15

embodiment, the Nrk is secreted into the systemic circulation or into another body fluid (e.g., milk, lymph, spinal fluid, urine) that is easily collected and from which the Nrk can be further purified. As a further alternative, Nrk protein can be produced in avian species and deposited in, and conveniently isolated from, egg proteins.

Likewise, Nrk-encoding nucleic acids can be expressed transiently or stably in a cell culture system for the purpose of screening assays or for large-scale recombinant protein production. The cell can be a bacterial, protozoan, plant, yeast, fungus, or animal cell. In one embodiment, the cell is an animal cell (e.g., insect, avian or mammalian), and in another embodiment a mammalian cell (e.g., a fibroblast).

It will be apparent to those skilled in the art that any suitable vector can be used to deliver the isolated nucleic acids of this invention to the target cell(s) or subject of interest. The choice of delivery vector can be made based on a number of factors known in the art, including age and species of the target host, in vitro vs. in vivo delivery, level and persistence of expression desired, intended purpose (e.g., for therapy or drug screening), the target cell or organ, route of delivery, size of the isolated nucleic acid, safety concerns, and the like.

Suitable vectors include virus vectors (e.g., retrovirus, alphavirus; vaccinia virus; adenovirus, adeno-associated virus, or herpes simplex virus), lipid vectors, poly-lysine vectors, synthetic polyamino polymer vectors that are used with nucleic acid molecules, such as plasmids, and the like.

As used herein, the term viral vector or viral delivery vector can refer to a virus particle that functions as a nucleic acid delivery vehicle, and which contains the vector genome packaged within a virion. Alternatively, these terms can be used to refer to the vector genome when used as a nucleic acid delivery vehicle in the absence of the virion.

Protocols for producing recombinant viral vectors and for using viral vectors for nucleic acid delivery can be found in *Current Protocols in Molecular Biology*, Ausubel, F. M. et al. (eds.) Greene Publishing Associates, (1989) and other standard laboratory manuals (e.g., Vectors for Gene Therapy. In: *Current Protocols in Human Genetics*. John Wiley and Sons, Inc.: 1997).

Particular examples of viral vectors are those previously employed for the delivery of nucleic acids including, for example, retrovirus, adenovirus, AAV, herpes virus, and poxvirus vectors.

In certain embodiments of the present invention, the delivery vector is an adenovirus vector. The term adenovirus as used herein is intended to encompass all adenoviruses, including the Mastadenovirus and Aviadenovirus genera. To date, at least forty-seven human serotypes of adenoviruses have been identified (see, e.g., Fields, et al., Virology, volume 2, chapter 67 (3d ed., Lippincott-Raven Publishers). In one embodiment, the adenovirus is a human serogroup C adenovirus, in another embodiment the adenovirus is serotype 2 (Ad2) or serotype 5 (Ad5) or simian adenovirus such as AdC68.

Those skilled in the art will appreciate that vectors can be modified or targeted as described in Douglas, et al. (1996) *Nature Biotechnology* 14:1574 and U.S. Pat. Nos. 5,922,315; 5,770,442 and/or 5,712,136.

An adenovirus genome can be manipulated such that it encodes and expresses the nucleic acid of interest but is inactivated in terms of its ability to replicate in a normal lytic viral life cycle. See, for example, Berkner, et al. (1988) *BioTechniques* 6:616; Rosenfeld, et al. (1991) *Science* 252:431-434; and Rosenfeld et al. (1992) *Cell* 68:143-155.

Recombinant adenoviruses can be advantageous in certain circumstances in that they are not capable of infecting non-

16

dividing cells and can be used to infect a wide variety of cell types, including epithelial cells. Furthermore, the virus particle is relatively stable and amenable to purification and concentration, and can be modified so as to affect the spectrum of infectivity. Additionally, introduced adenoviral DNA (and foreign DNA contained therein) is not integrated into the genome of a host cell but remains episomal, thereby avoiding potential problems that can occur as a result of insertional mutagenesis in situations where introduced DNA becomes integrated into the host genome (e.g., as occurs with retroviral DNA). Moreover, the carrying capacity of the adenoviral genome for foreign DNA is large relative to other delivery vectors (Haj-Ahmand and Graham (1986) *J. Virol.* 57:267).

In particular embodiments, the adenovirus genome contains a deletion therein, so that at least one of the adenovirus genomic regions does not encode a functional protein. For example, an adenovirus vectors can have E1 genes and packaged using a cell that expresses the E1 proteins (e.g., 293 cells). The E3 region is also frequently deleted as well, as there is no need for complementation of this deletion. In addition, deletions in the E4, E2a, protein IX, and fiber protein regions have been described, e.g., by Armentano, et al. (1997) *J. Virology* 71:2408; Gao, et al. (1996) *J. Virology* 70:8934; Dedieu, et al. (1997) *J. Virology* 71:4626; Wang, et al. (1997) *Gene Therapy* 4:393; U.S. Pat. No. 5,882,877. In general, the deletions are selected to avoid toxicity to the packaging cell. Combinations of deletions that avoid toxicity or other deleterious effects on the host cell can be routinely selected by those skilled in the art.

Those skilled in the art will appreciate that typically, with the exception of the E3 genes, any deletions will need to be complemented in order to propagate (replicate and package) additional virus, e.g., by transcomplementation with a packaging cell.

The present invention can also be practiced with gutted adenovirus vectors (as that term is understood in the art, see e.g., Lieber, et al. (1996) *J. Virol.* 70:8944-60) in which essentially all of the adenovirus genomic sequences are deleted.

Adeno-associated viruses (AAV) have also been employed as nucleic acid delivery vectors. For a review, see Muzyczka et al. *Curr. Topics in Micro. and Immunol.* (1992) 158:97-129). AAV are among the few viruses that can integrate their DNA into non-dividing cells, and exhibit a high frequency of stable integration into human chromosome 19 (see, for example, Flotte, et al. (1992) *Am. J. Respir. Cell. Mol. Biol.* 7:349-356; Samulski, et al., (1989) *J Virol.* 63:3822-3828; McLaughlin, et al. (1989) *J. Virol.* 62:1963-1973). A variety of nucleic acids have been introduced into different cell types using AAV vectors (see, for example, Hermonat, et al. (1984) *Proc. Natl. Acad. Sci. USA* 81:6466-6470; Tratschin, et al. (1985) *Mol. Cell. Biol.* 4:2072-2081; Wondisford, et al. (1988) *Mol. Endocrinol.* 2:32-39; Tratschin, et al. (1984) *J. Virol.* 51:611-619; and Flotte, et al. (1993) *J. Biol. Chem.* 268:3781-3790).

Any suitable method known in the art can be used to produce AAV vectors expressing the nucleic acids encoding Nrk of this invention (see, e.g., U.S. Pat. Nos. 5,139,941; 5,858,775; 6,146,874 for illustrative methods). In one particular method, AAV stocks can be produced by co-transfection of a rep/cap vector encoding AAV packaging functions and the template encoding the AAV vDNA into human cells infected with the helper adenovirus (Samulski, et al. (1989) *J. Virology* 63:3822). The AAV rep and/or cap genes can alternatively be provided by a packaging cell that stably expresses the genes (see, e.g., Gao, et al. (1998) *Human Gene Therapy*

US 8,197,807 B2

**17**

9:2353; Inoue, et al. (1998) *J. Virol.* 72:7024; U.S. Pat. No. 5,837,484; WO 98/27207; U.S. Pat. No. 5,658,785; WO 96/17947).

Another vector for use in the present invention is Herpes Simplex Virus (HSV). HSV can be modified for the delivery of nucleic acids to cells by producing a vector that exhibits only the latent function for long-term gene maintenance. HSV vectors are useful for nucleic acid delivery because they allow for a large DNA insert of up to or greater than 20 kilobases; they can be produced with extremely high titers; and they have been shown to express nucleic acids for a long period of time in the central nervous system as long as the lytic cycle does not occur.

In other particular embodiments of the present invention, the delivery vector of interest is a retrovirus. The development of specialized cell lines (termed packaging cells) which produce only replication-defective retroviruses has increased the utility of retroviruses for gene therapy, and defective retroviruses are characterized for use in gene transfer for gene therapy purposes (for a review, see Miller (1990) *Blood* 76:271). A replication-defective retrovirus can be packaged into virions which can be used to infect a target cell through the use of a helper virus by standard techniques.

In addition to viral transfer methods, such as those illustrated above, non-viral methods can also be employed. Many non-viral methods of nucleic acid transfer rely on normal mechanisms used by mammalian cells for the uptake and intracellular transport of macromolecules. In particular embodiments, non-viral nucleic acid delivery systems rely on endocytic pathways for the uptake of the nucleic acid molecule by the targeted cell. Exemplary nucleic acid delivery systems of this type include liposomal derived systems, poly-lysine conjugates, and artificial viral envelopes.

In particular embodiments, plasmid vectors are used in the practice of the present invention. Naked plasmids can be introduced into muscle cells by injection into the tissue. Expression can extend over many months, although the number of positive cells is typically low (Wolff, et al. (1989) *Science* 247:247). Cationic lipids have been demonstrated to aid in introduction of nucleic acids into some cells in culture (Felgner and Ringold (1989) *Nature* 337:387). Injection of cationic lipid plasmid DNA complexes into the circulation of mice has been shown to result in expression of the DNA in lung (Brigham, et al. (1989) *Am. J. Med. Sci.* 298:278). One advantage of plasmid DNA is that it can be introduced into non-replicating cells.

In a representative embodiment, a nucleic acid molecule (e.g., a plasmid) can be entrapped in a lipid particle bearing positive charges on its surface and, optionally, tagged with antibodies against cell-surface antigens of the target tissue (Mizuno, et al. (1992) *No Shinkei Geka* 20:547; WO 91/06309; Japanese patent application 1047381; and European patent publication EP-A-43075).

Liposomes that consist of amphiphilic cationic molecules are useful non-viral vectors for nucleic acid delivery in vitro and in vivo (reviewed in Crystal (1995) *Science* 270:404-410; Blaese, et al. (1995) *Cancer Gene Ther.* 2:291-297; Behr, et al. (1994) *Bioconjugate Chem.* 5:382-389; Remy, et al. (1994) *Bioconjugate Chem.* 5:647-654; and Gao, et al. (1995) *Gene Therapy* 2:710-722). The positively charged liposomes are believed to complex with negatively charged nucleic acids via electrostatic interactions to form lipid:nucleic acid complexes. The lipid:nucleic acid complexes have several advantages as nucleic acid transfer vectors. Unlike viral vectors, the lipid:nucleic acid complexes can be used to transfer expression cassettes of essentially unlimited size. Since the complexes lack proteins, they can evoke fewer immunogenic and

**18**

inflammatory responses. Moreover, they cannot replicate or recombine to form an infectious agent and have low integration frequency. A number of publications have demonstrated that amphiphilic cationic lipids can mediate nucleic acid delivery in vivo and in vitro (Felgner, et al. (1987) *Proc. Natl. Acad. Sci. USA* 84:7413-17; Loeffler, et al. (1993) *Methods in Enzymology* 217:599-618; Felgner, et al. (1994) *J. Biol. Chem.* 269:2550-2561).

As indicated above, Nrk polypeptide can be produced in, and optionally purified from, cultured cells or organisms expressing a nucleic acid encoding Nrk for a variety of purposes (e.g., screening assays, large-scale protein production, therapeutic methods based on delivery of purified Nrk).

In particular embodiments, an isolated nucleic acid encoding Nrk can be introduced into a cultured cell, e.g., a cell of a primary or immortalized cell line for recombinant protein production. The recombinant cells can be used to produce the Nrk polypeptide, which is collected from the cells or cell culture medium. Likewise, recombinant protein can be produced in, and optionally purified from an organism (e.g., a microorganism, animal or plant) being used essentially as a bioreactor.

Generally, the isolated nucleic acid is incorporated into an expression vector (viral or nonviral as described herein). Expression vectors compatible with various host cells are well-known in the art and contain suitable elements for transcription and translation of nucleic acids. Typically, an expression vector contains an expression cassette, which includes, in the 5′ to 3′ direction, a promoter, a coding sequence encoding an Nrk operatively associated with the promoter, and, optionally, a termination sequence including a stop signal for RNA polymerase and a polyadenylation signal for polyadenylase.

Expression vectors can be designed for expression of polypeptides in prokaryotic or eukaryotic cells. For example, polypeptides can be expressed in bacterial cells such as *E. coli*, insect cells (e.g., in the baculovirus expression system), yeast cells or mammalian cells. Some suitable host cells are discussed further in Goeddel (1990) Gene Expression Technology: Methods in Enzymology 185, Academic Press, San Diego, Calif. Examples of vectors for expression in yeast *S. cerevisiae* include pYepSec1 (Baldari, et al. (1987) *EMBO J.* 6:229-234), pMFa (Kurjan and Herskowitz (1982) *Cell* 30:933-943), pJRY88 (Schultz, et al. (1987) *Gene* 54:113-123), and pYES2 (INVITROGEN Corporation, San Diego, Calif.). Baculovirus vectors available for expression of nucleic acids to produce proteins in cultured insect cells (e.g., Sf 9 cells) include the pAc series (Smith, et al. (1983) *Mol. Cell. Biol.* 3:2156-2165) and the pVL series (Lucklow and Summers (1989) *Virology* 170:31-39).

Examples of mammalian expression vectors include pCDM8 (Seed (1987) *Nature* 329:840) and pMT2PC (Kaufman, et al. (1987) *EMBO J.* 6:187-195). When used in mammalian cells, the expression vector's control functions are often provided by viral regulatory elements. For example, commonly used promoters are derived from polyoma, adenovirus 2, cytomegalovirus and Simian Virus 40.

In addition to the regulatory control sequences discussed herein, the recombinant expression vector can contain additional nucleotide sequences. For example, the recombinant expression vector can encode a selectable marker gene to identify host cells that have incorporated the vector.

Vectors can be introduced into prokaryotic or eukaryotic cells via conventional transformation or transfection techniques. As used herein, the terms transformation and transfection refer to a variety of art-recognized techniques for introducing foreign nucleic acids (e.g., DNA) into a host cell,

**19**

including calcium phosphate or calcium chloride co-precipitation, DEAE-dextran-mediated transfection, lipofection, electroporation, microinjection, DNA-loaded liposomes, lipofectamine-DNA complexes, cell sonication, gene bombardment using high velocity microprojectiles, and viral-mediated transfection. Suitable methods for transforming or transfecting host cells can be found in Sambrook, et al. (Molecular Cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory press (1989)), and other laboratory manuals.

Often only a small fraction of cells (in particular, mammalian cells) integrate the foreign DNA into their genome. In order to identify and select these integrants, a nucleic acid that encodes a selectable marker (e.g., resistance to antibiotics) can be introduced into the host cells along with the nucleic acid of interest. In particular embodiments, selectable markers include those that confer resistance to drugs, such as G418, hygromycin and methotrexate. Nucleic acids encoding a selectable marker can be introduced into a host cell on the same vector as that comprising the nucleic acid of interest or can be introduced on a separate vector. Cells stably transfected with the introduced nucleic acid can be identified by drug selection (e.g., cells that have incorporated the selectable marker gene will survive, while the other cells die).

Recombinant proteins can also be produced in a transgenic plant in which the isolated nucleic acid encoding the protein is inserted into the nuclear or plastidic genome. Plant transformation is known as the art. See, in general, *Methods in Enzymology* Vol. 153 (Recombinant DNA Part D) 1987, Wu and Grossman Eds., Academic Press and European Patent Application EP 693554.

The present invention further provides cultured or recombinant cells containing the isolated nucleic acids encoding Nrk for use in the screening methods and large-scale protein production methods of the invention (e.g., Nrk is produced and collected from the cells and, optionally, purified). In one particular embodiment, the invention provides a cultured cell containing an isolated nucleic acid encoding Nrk as described above for use in a screening assay for identifying a nicotinamide riboside-related prodrug. Also provided is a cell in vivo produced by a method comprising administering an isolated nucleic acid encoding Nrk to a subject in a therapeutically effective amount.

For in vitro screening assays and therapeutic administration, Nrk polypeptides can be purified from cultured cells. Typically, the polypeptide is recovered from the culture medium as a secreted polypeptide, although it also can be recovered from host cell lysates when directly expressed without a secretory signal. When Nrk is expressed in a recombinant cell other than one of human origin, the Nrk is completely free of proteins or polypeptides of human origin. However, it is necessary to purify Nrk from recombinant cell proteins or polypeptides to obtain preparations that are substantially homogeneous as to Nrk. As a first step, the culture medium or lysate is centrifuged to remove particulate cell debris. The membrane and soluble protein fractions are then separated. The Nrk can then be purified from the soluble protein fraction. Nrk thereafter can then be purified from contaminant soluble proteins and polypeptides with, for example, the following suitable purification procedures: by fractionation on immunoaffinity or ion-exchange columns; ethanol precipitation; reverse phase HPLC; chromatography on silica or on a cation-exchange resin such as DEAE; chromatofocusing; SDS-PAGE; ammonium sulfate precipitation; gel filtration using, for example, SEPHADEX G-75; ligand affinity chromatography; and protein A SEPHAROSE columns to remove contaminants such as IgG.

**20**

As Nrk phosphorylates tiazofurin, thereby performing the first step in activating it, Nrk is a useful target for identifying compounds which upon phosphorylation by Nrk and subsequent adenylylation inhibit IMPDH. As it has been shown that inhibitors of the IMPDH enzyme function as anti-bovine viral diarrhoea virus agents (Stuyver, et al. (2002) *Antivir. Chem. Chemother.* 13(6):345-52); inhibitors of IMPDH block hepatitis B replicon colony-forming efficiency (Zhou, et al. (2003) *Virology* 310(2):333-42); and tiazofurin (Cooney, et al. (1983) *Adv. Enzyme Regul.* 21:271-303) and benzamide riboside (Krohn, et al. (1992) *J. Med. Chem.* 35:511-517), when activated, inhibit IMP dehydrogenase; it is contemplated by using Nrk and the nicotinamide riboside pathway for drug screening, anticancer and antiviral agents will be identified. Accordingly, the present invention provides methods for identifying a nicotinamide riboside-related prodrug. As used herein, a nicotinamide riboside-related prodrug is any analog of nicotinamide riboside (e.g., tiazofurin and benzamide riboside) that, when phosphorylated by Nrk, ultimately can result in cell death or antiviral activity.

In one embodiment, a nicotinamide riboside-related prodrug is identified in a cell-free assay using isolated Nrk polypeptide. The steps involved in a this screening assay of the invention include, isolating or purifying an Nrk polypeptide; contacting or adding at least one nicotinamide riboside-related test agent to a point of application, such as a well, in the plate containing the isolated Nrk and a suitable phosphate donor such as ATP, Mg-ATP, Mn-ATP, Mg-GTP or Mn-GTP; and determining whether said test agent is phosphorylated by said Nrk polypeptide wherein phosphorylation of said test agent is indicative of a nicotinamide riboside-related prodrug. The phosphate donor can be added with or after the agent and the assay can be carried out under suitable assay conditions for phosphorylation, such as those exemplified herein.

With respect to the cell-free assay, test agents can be synthesized or otherwise affixed to a solid substrate, such as plastic pins, glass slides, plastic wells, and the like. Further, isolated Nrk can be free in solution, affixed to a solid support, or expressed on a cell surface.

Alternatively, an Nrk fusion protein can be provided to facilitate binding of Nrk to a matrix. For example, glutathione-S-transferase fusion proteins can be adsorbed onto glutathione SEPHAROSE beads (Sigma Chemical, St. Louis, Mo.) or glutathione derivatized microtitre plates, which are then combined with the test agent, and the mixture incubated under conditions conducive to complex formation (e.g., at physiological conditions for salt and pH) and phosphorylation as described above.

In another embodiment, a nicotinamide riboside-related prodrug is identified in a cell-based assay. The steps involved in this screening assay of the invention include, contacting a first test cell which expresses a recombinant Nrk polypeptide with a nicotinamide riboside-related test agent; contacting a second test cell which lacks a functional Nrk polypeptide with the same test agent; and determining the viability of the first and second test cells wherein sensitivity or cell death of the first cell and not the second cell is indicative of a nicotinamide riboside-related prodrug. While the cell-based assay can be carried out using any suitable cell including bacteria, yeast, insect cells (e.g., with a baculovirus expression system), avian cells, mammalian cells, or plant cells, in particular embodiments, the test cell is a mammalian cell. In a further embodiment, said cell lacks a functional endogenous Nrk (e.g., the endogenous nrk has been deleted or mutated or the cell does not express an Nrk). Said first test cell is transformed or transfected with an expression vector containing an exogenous Nrk so that upon exposure to a test agent, viability

US 8,197,807 B2

21

of the transformed cell can be compared to a second test cell lacking any Nrk activity. Thus, it can be ascertained whether the test agent is being activated in an Nrk-dependent manner. Cells modified to express a recombinant Nrk can be transiently or stably transformed with the nucleic acid encoding Nrk. Stably transformed cells can be generated by stable integration into the genome of the organism or by expression from a stably maintained episome (e.g., Epstein Barr Virus derived episomes).

Suitable methods for determining cell viability are well-established in the art. One such method uses non-permeant dyes (e.g., propidium iodide, 7-Amino Actinomycin D) that do not enter cells with intact cell membranes or active cell metabolism. Cells with damaged plasma membranes or with impaired/no cell metabolism are unable to prevent the dye from entering the cell. Once inside the cell, the dyes bind to intracellular structures producing highly fluorescent adducts which identify the cells as non-viable. Alternatively, cell viability can be determined by assaying for active cell metabolism which results in the conversion of a non-fluorescent substrate into a highly fluorescent product (e.g., fluorescein diacetate).

The test cells of the screening method of the invention can be cultured under standard conditions of temperature, incubation time, optical density, plating density and media composition corresponding to the nutritional and physiological requirements of the cells. However, conditions for maintenance and growth of the test cell can be different from those for assaying candidate agents in the screening methods of the invention. Any techniques known in the art can be applied to establish the optimal conditions.

Screening assays of the invention can be performed in any format that allows rapid preparation and processing of multiple reactions such as in, for example, multi-well plates of the 96-well variety. Stock solutions of the agents as well as assay components are prepared manually and all subsequent pipetting, diluting, mixing, washing, incubating, sample readout and data collecting is done using commercially available robotic pipetting equipment, automated work stations, and analytical instruments for detecting the output of the assay.

In addition to the reagents provided above, a variety of other reagents can be included in the screening assays of the invention. These include reagents like salts, neutral proteins, e.g., albumin, detergents, etc. Also, reagents that otherwise improve the efficiency of the assay, such as protease inhibitors, nuclease inhibitors, anti-microbial agents, and the like can be used.

Screening assays can also be carried out in vivo in animals. Thus, the present invention provides a transgenic non-human animal containing an isolated nucleic acid encoding Nrk, which can be produced according to methods well-known in the art. The transgenic non-human animal can be any species, including avians and non-human mammals. IN accordance with the invention, suitable non-human mammals include mice, rats, rabbits, guinea pigs, goats, sheep, pigs and cattle. Mammalian models for cancer, bovine diarrhoea viral infection or hepatitis C viral infection can also be used.

A nucleic acid encoding Nrk is stably incorporated into cells within the transgenic animal (typically, by stable integration into the genome or by stably maintained episomal constructs). It is not necessary that every cell contain the transgene, and the animal can be a chimera of modified and unmodified cells, as long as a sufficient number of cells contain and express the Nrk transgene so that the animal is a useful screening tool (e.g., so that administration of test agents give rise to detectable cell death or anti-viral activity).

22

Methods of making transgenic animals are known in the art. DNA constructs can be introduced into the germ line of an avian or mammal to make a transgenic animal. For example, one or several copies of the construct can be incorporated into the genome of an embryo by standard transgenic techniques.

In an exemplary embodiment, a transgenic non-human animal is produced by introducing a transgene into the germ line of the non-human animal. Transgenes can be introduced into embryonal target cells at various developmental stages. Different methods are used depending on the stage of development of the embryonal target cell. The specific line(s) of any animal used should, if possible, be selected for general good health, good embryo yields, good pronuclear visibility in the embryo, and good reproductive fitness.

Introduction of the transgene into the embryo can be accomplished by any of a variety of means known in the art such as microinjection, electroporation, lipofection or a viral vector. For example, the transgene can be introduced into a mammal by microinjection of the construct into the pronuclei of the fertilized mammalian egg(s) to cause one or more copies of the construct to be retained in the cells of the developing mammal(s). Following introduction of the transgenic construct into the fertilized egg, the egg can be incubated in vitro for varying amounts of time, or reimplanted into the surrogate host, or both. One common method is to incubate the embryos in vitro for about 1-7 days, depending on the species, and then reimplant them into the surrogate host.

The progeny of the transgenically manipulated embryos can be tested for the presence of the construct (e.g., by Southern blot analysis) of a segment of tissue. An embryo having one or more copies of the exogenous cloned construct stably integrated into the genome can be used to establish a permanent transgenic animal line carrying the transgenically added construct.

Transgenically altered animals can be assayed after birth for the incorporation of the construct into the genome of the offspring. This can be done by hybridizing a probe corresponding to the DNA sequence coding for the polypeptide or a segment thereof onto chromosomal material from the progeny. Those progeny found to contain at least one copy of the construct in their genome are grown to maturity.

Methods of producing transgenic avians are also known in the art, see, e.g., U.S. Pat. No. 5,162,215.

Nicotinamide riboside-related test agents can be obtained from a wide variety of sources including libraries of synthetic or natural compounds. Such agents can include analogs or derivatives of nicotinamide riboside as well as tiazofurin and benzamide riboside and analogs or derivatives thereof.

Alternatively, the isolated Nrk polypeptide can be used to generate a crystal structure of Nrk and synthetic nicotinamide riboside analogs can be designed. Based on the crystal structure of *E. coli* panK, Asp127 appears to play a key role in transition-state stabilization of the transferring phosphoryl group of a pantothenate kinase (Yun, et al. (2000) *J. Biol. Chem.* 275:28093-28099). Accordingly, it is contemplated the corresponding Nrk mutant, e.g., NRK2-E100Q, can be used to generate a stable complex between an Nrk and a nucleotides (i.e., Nrk2-E100Q+nicotinamide riboside+ATP can be stable enough to crystallize). Alternatively, Nrk can produce a stable complex in the presence of an inhibitor such as an ATP-mimetic compound (e.g., AMP-PNHP and AMP-PCH$_2$P). For metabolite kinases, bisubstrate inhibitors have been very successfully employed. For example, thymidylate kinase, which performs the reaction, dTMP+ATP->dTDP+ AMP, is strongly inhibited by dTppppppA (Bone, et al. (1986)

US 8,197,807 B2

23

*J. Biol. Chem.* 261:16410-16413) and crystal structures were obtained with this inhibitor (Lavie, et al. (1998) *Biochemistry* 37:3677-3686).

It has been shown that the best inhibitors typically contain one or two more phosphates than the two substrates combined (i.e., dTppppA is not as good a substrate as dTppppA). On the basis of the same types of results with adenosine kinase (Bone, et al. (1986) supra), it is contemplated that NrppppA (i.e., an NAD+ analog with two extra phosphates) will be a better inhibitor than NrpppA (i.e., an NAD+ analog with an extra phosphate, or, indeed, nicotinamide riboside+App-NHp). NAD+ analogs with extra phosphates can be generated using standard enzymatic methods (see, e.g., Guranowski, et al. (1990) *FEBS Lett.* 271:215-218) optimized for making a wide variety of adenylylated dinucleoside polyphosphates (Fraga, et al. (2003) *FEBS Lett.* 543:37-41), namely reaction of Nrpp (nicotinamide riboside diphosphate) and Nrppp (nicotinamide riboside triphosphate) with firefly luciferase-AMP. The diphosphorylated form of NMN (Nrpp) is prepared with either uridylate kinase or cytidylate kinase (NMN+ ATP->Nrpp). The triphosphorylated form of NMN (Nrppp) is subsequently prepared with nucleoside diphosphate kinase (Nrpp+ATP->Nrppp). The resulting inhibitors are then used in crystallization trials and/or are soaked into Nrk crystals.

Once the three-dimensional structure of Nrk is determined, a potential test agent can be examined through the use of computer modeling using a docking program such as GRAM, DOCK, or AUTODOCK (Dunbrack, et al. (1997) *Folding & Design* 2:27-42). This procedure can include computer fitting of potential agents to Nrk to ascertain how well the shape and the chemical structure of the potential ligand will interact with Nrk. Computer programs can also be employed to estimate the attraction, repulsion, and steric hindrance of the test agent. Generally the tighter the fit (e.g., the lower the steric hindrance, and/or the greater the attractive force) the better substrate the agent will be since these properties are consistent with a tighter binding constraint. Furthermore, the more specificity in the design of a potential test agent the more likely that the agent will not interfere with related mammalian proteins. This will minimize potential side-effects due to unwanted interactions with other proteins.

The invention is also a method of treating cancer in a patient, having or suspected of having cancer, with an isolated nucleic acid, delivery vector, or polypeptide of the invention in combination with a nicotinamide riboside-related prodrug. Administration of the nucleic acid, delivery vector, or polypeptide of the present invention to a human subject or an animal can be by any means known in the art for administering nucleic acids, vectors, or polypeptides. A patient, as used herein, is intended to include any mammal such as a human, agriculturally-important animal, pet or zoological animal. A patient having or suspected of having a cancer is a patient who exhibits signs or symptoms of a cancer or because of inheritance, environmental or natural reasons is suspected of having cancer. Nucleic acids encoding Nrk, vectors containing the same, or Nrk polypeptides can be administered to the subject in an amount effective to decrease, alleviate or eliminate the signs or symptoms of a cancer (e.g., tumor size, feelings of weakness, and pain perception). The amount of the agent required to achieve the desired outcome of decreasing, eliminating or alleviating a sign or symptom of a cancer will be dependent on the pharmaceutical composition of the agent, the patient and the condition of the patient, the mode of administration, the type of condition or disease being prevented or treated, and age and species of the patient, the particular vector, and the nucleic acid to be delivered, and can be determined in a routine manner.

24

While the prodrug and the Nrk nucleic acid, delivery vector, or polypeptide can be delivered concomitantly, in an alternative embodiment the Nrk nucleic acid, delivery vector, or polypeptide is provided first, followed by administration of the prodrug to precondition the cells to generate the activated or toxic drug.

Types of cancers which can be treated in accordance with the method of the invention include, but are not limited to, pancreatic cancer, endometrial cancer, small cell and non-small cell cancer of the lung (including squamous, adenocarcinoma and large cell types), squamous cell cancer of the head and neck, bladder, ovarian, cervical, breast, renal, CNS, and colon cancers, myeloid and lymphocytic leukemia, lymphoma, hepatic tumors, medullary thyroid carcinoma, multiple myeloma, melanoma, retinoblastoma, and sarcomas of the soft tissue and bone.

Typically, with respect to viral vectors, at least about $10^3$ virus particles, at least about $10^5$ virus particles, at least about $10^7$ virus particles, at least about $10^9$ virus particles, at least about $10^{11}$ virus particles, at least about $10^{12}$ virus particles, or at least about $10^{13}$ virus particles are administered to the patient per treatment. Exemplary doses are virus titers of about $10^7$ to about $10^{15}$ particles, about $10^7$ to about $10^{14}$ particles, about $10^8$ to about $10^{13}$ particles, about $10^{10}$ to about $10^{15}$ particles, about $10^{11}$ to about $10^{15}$ particles, about $10^{12}$ to about $10^{14}$ particles, or about $10^{12}$ to about $10^{13}$ particles.

In particular embodiments of the invention, more than one administration (e.g., two, three, four, or more administrations) can be employed over a variety of time intervals (e.g., hourly, daily, weekly, monthly, etc.) to achieve therapeutic levels of nucleic acid expression.

Tiazofurin is a nucleoside analog initially synthesized to be a cytidine deaminase inhibitor. Tiazofurin was shown to be a prodrug that is converted by cellular enzymes to TAD, an analog of NAD+, that inhibits IMP dehydrogenase, the rate limiting enzyme in producing GTP and dGTP (Cooney, et al. (1983) supra). In phase I/II trials of acute leukemia, tiazofurin produced response rates as high as 85% and was granted orphan drug status for treatment of CML in accelerated phase or blast crisis. Treatment of cultured cells has shown that tiazofurin selectively kills cancer cells by induction of apoptosis: the activity has been attributed both to the increased dependence of actively replicating cells on dGTP and to the addiction of many transformed genotypes to signaling through low molecular weight G proteins (Jayaram, et al. (2002) *Curr. Med. Chem.* 9:787-792). Examination of the sensitivity of the NCI-60 panel of cancer cell lines and the literature on tiazofurin indicates that particular breast, renal, CNS, colon and non-small cell lung-derived tumors are among the most sensitive while others from the same organ sites are among the most resistant (Johnson, et al. (2001) *Br. J. Cancer* 84:1424-1431). As was demonstrated herein, the function of nicotinamide riboside as an NAD+ precursor is entirely dependent on Nrk1 and human Nrks have at least as high specific activity in tiazofurin phosphorylation as in nicotinamide riboside phosphorylation. Because Nrk2 expression is muscle-specific (Li, et al. (1999) supra), and Nrk1 is expressed at a very low level (Boon, et al. (2002) supra), while NMN/NaMNAT is not restricted, it is contemplated that stratification of tumors by Nrk gene expression will largely predict and account for tiazofurin sensitivity.

Accordingly, the present invention is further a method for identifying an individual or tumor which is susceptible to treatment with a nicotinamide riboside-related prodrug. In one embodiment, the level of Nrk protein in an individual or tumor is detected by binding of a Nrk-specific antibody in an

US 8,197,807 B2

25

immunoassay. In another embodiment, the level of Nrk enzyme activity is determined using, for example, the nicotinamide riboside phosphorylation assay disclosed herein. In another embodiment, the level of Nrk RNA transcript is determined using any number of well-known RNA-based assays for detecting levels of RNA. Once detected, the levels of Nrk are compared to a known standard. A change in the level of Nrk, as compared to the standard, is indicative of an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug. In a still further embodiment, mutations or polymorphisms in the Nrk gene can be identified which result in an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug.

Optimized treatments for cancer and other diseases with nicotinamide riboside-related prodrugs are directed toward cells with naturally high levels of an Nrk provided herein or toward cells which have been recombinantly engineered to express elevated levels of an Nrk. Safety, specificity and efficacy of these treatments can be modulated by supplementation with or restriction of the amounts of any of the NAD+ precursors, namely tryptophan, nicotinic acid, nicotinamide, or nicotinamide riboside.

For the detection of Nrk protein levels, antibodies which specifically recognize Nrk are generated. These antibodies can be either polyclonal or monoclonal. Moreover, such antibodies can be natural or partially or wholly synthetically produced. All fragments or derivatives thereof (e.g., Fab, Fab', F(ab')$_2$, scFv, Fv, or Fd fragments) which maintain the ability to specifically bind to and recognize Nrk are also included. The antibodies can be a member of any immunoglobulin class, including any of the human classes: IgG, IgM, IgA, IgD, and IgE.

The Nrk-specific antibodies can be generated using classical cloning and cell fusion techniques. See, for example, Kohler and Milstein (1975) *Nature* 256:495-497; Harlow and Lane (1988) Antibodies: A Laboratory Manual, Cold Spring Harbor Laboratory, New York. Alternatively, antibodies which specifically bind Nrk are derived by a phage display method. Methods of producing phage display antibodies are well-known in the art (e.g., Huse, et al. (1989) *Science* 246 (4935):1275-81).

Selection of Nrk-specific antibodies is based on binding affinity and can be determined by various well-known immunoassays including, enzyme-linked immunosorbent, immunodiffusion chemiluminescent, immunofluorescent, immunohistochemical, radioimmunoassay, agglutination, complement fixation, immunoelectrophoresis, and immunoprecipitation assays and the like which can be performed in vitro, in vivo or in situ. Such standard techniques are well-known to those of skill in the art (see, e.g., "Methods in Immunodiagnosis", 2nd Edition, Rose and Bigazzi, eds. John Wiley & Sons, 1980; Campbell et al., "Methods and Immunology", W.A. Benjamin, Inc., 1964; and Oellerich, M. (1984) *J. Clin. Chem. Clin. Biochem.* 22:895-904).

Once fully characterized for specificity, the antibodies can be used in diagnostic or predictive methods to evaluate the levels of Nrk in healthy and diseased tissues (i.e., tumors) via techniques such as ELISA, western blotting, or immunohistochemistry.

The general method for detecting levels of Nrk protein provides contacting a sample with an antibody which specifically binds Nrk, washing the sample to remove non-specific interactions, and detecting the antibody-antigen complex using any one of the immunoassays described above as well a number of well-known immunoassays used to detect and/or quantitate antigens (see, for example, Harlow and Lane

26

(1988) supra). Such well-known immunoassays include antibody capture assays, antigen capture assays, and two-antibody sandwich assays.

For the detection of nucleic acid sequences encoding Nrk, either a DNA-based or RNA-based method can be employed. DNA-based methods for detecting mutations in an Nrk locus (i.e., frameshift mutations, point mutations, missense mutations, nonsense mutations, splice mutations, deletions or insertions of induced, natural or inherited origin) include, but are not limited to, DNA microarray technologies, oligonucleotide hybridization (mutant and wild-type), PCR-based sequencing, single-strand conformational polymorphism (SSCP) analysis, heteroduplex analysis (HET), PCR, or denaturing gradient gel electrophoresis. Mutations can appear, for example, as a dual base call on sequencing chromatograms. Potential mutations are confirmed by multiple, independent PCR reactions. Exemplary single nucleotide polymorphisms which can be identified in accordance with the diagnostic method of the invention include, but are not limited to, NCBI SNP Cluster ID Nos. rs3752955, rs1045882, rs11519, and rs3185880 for human Nrk1 and Cluster ID Nos. rs2304190, rs4807536, and rs1055767 for human Nrk2.

To detect the levels of RNA transcript encoding the Nrk, nucleic acids are isolated from cells of the individual or tumor, according to standard methodologies (e.g., Sambrook et al. (1989) *Molecular Cloning, a Laboratory Manual*, Cold Spring Harbor Laboratories, New York). The nucleic acid can be whole cell RNA or fractionated to Poly-A+. It may be desirable to convert the RNA to a complementary DNA (cDNA). Normally, the nucleic acid is amplified.

A variety of methods can be used to evaluate or quantitate the level of Nrk RNA transcript present in the nucleic acids isolated from an individual or tumor. For example, levels of Nrk RNA transcript can be evaluated using well-known methods such as northern blot analysis (see, e.g., Sambrook et al. (1989) *Molecular Cloning, a Laboratory Manual*, Cold Spring Harbor Laboratories, New York); oligonucleotide or cDNA fragment hybridization wherein the oligonucleotide or cDNA is configured in an array on a chip or wafer; real-time PCR analysis, or RT-PCR analysis.

Suitable primers, probes, or oligonucleotides useful for such detection methods can be generated by the skilled artisan from the Nrk nucleic acid sequences provided herein. The term primer, as defined herein, is meant to encompass any nucleic acid that is capable of priming the synthesis of a nascent nucleic acid in a template-dependent process. Typically, primers are oligonucleotides from ten to twenty base pairs in length, but longer sequences can be employed. Primers can be provided in double-stranded or single-stranded form. Probes are defined differently, although they can act as primers. Probes, while perhaps capable of priming, are designed for binding to the target DNA or RNA and need not be used in an amplification process. In one embodiment, the probes or primers are labeled with, for example, radioactive species ($^{32}$P, $^{14}$C, $^{35}$S, $^{3}$H, or other label) or a fluorophore (rhodamine, fluorescein). Depending on the application, the probes or primers can be used cold, i.e., unlabeled, and the RNA or cDNA molecules are labeled.

Depending on the format, detection can be performed by visual means (e.g., ethidium bromide staining of a gel). Alternatively, the detection can involve indirect identification of the product via chemiluminescence, radiolabel or fluorescent label or even via a system using electrical or thermal impulse signals (Bellus (1994) *J. Macromol. Sci. Pure Appl. Chem.* A311:1355-1376).

After detecting mutations in Nrk or the levels of Nrk present in an individual or tumor, said mutations or levels are

US 8,197,807 B2

27

compared with a known control or standard. A known control can be a statistically significant reference group of individuals that are susceptible or lack susceptibility to treatment with a nicotinamide riboside-related prodrug to provide diagnostic or predictive information pertaining to the individual or tumor upon which the analysis was conducted.

As described herein, nicotinamide riboside isolated from deproteinized whey fraction of cow's milk was sufficient to support NRK1-dependent growth in a qns1 mutant. Accordingly, mutant strains generated herein will be useful in identifying other natural or synthetic sources for nicotinamide riboside for use in dietary supplements. Thus, the present invention also encompasses is a method for identifying such natural or synthetic sources. As a first step of the method, a first cell lacking a functional glutamine-dependent NAD+ synthetase is contacted with an isolated extract from a natural or synthetic source. In one embodiment, the first cell is a qns1 mutant (i.e., having no NAD+ synthetase) carrying the QNS1 gene on a URA3 plasmid. While any cell can be used, in particular embodiments a yeast cell is used in this method of the invention. A qns1 mutant strain has normal growth on 5-fluoroorotic acid (i.e., cured of the URA3 QNS1 plasmid) as long as it is supplied with nicotinamide riboside.

As a second step of the method, a second cell lacking a functional glutamine-dependent NAD+ synthetase and a functional nicotinamide riboside kinase is contacted with the same isolated extract from the natural or synthetic source of the prior step. Using a qns1 and nrk1 double mutant, it was demonstrated herein that the NRK1 gene is necessary for growth on nicotinamide riboside: qns1 and nrk1 are synthetically lethal even with nicotinamide riboside. This deletion strain is useful in this screening assay of the invention as it allows one to distinguish between nicotinamide riboside, NMN and NAD+ as the effective nutrient.

As a subsequent step of the method, the growth of the first cell and second cell are compared. If the isolated extract contains a nicotinamide riboside, the first cell will grow and the second cell will not.

Synthetic sources of nicotinamide riboside can include any library of chemicals commercially available from most large chemical companies including Merck, Glaxo, Bristol Meyers Squibb, Monsanto/Searle, Eli Lilly and Pharmacia. Natural sources which can be tested for the presence of a nicotinamide riboside include, but are not limited to, cow's milk, serum, meats, eggs, fruit and cereals. Isolated extracts of the natural sources can be prepared using standard methods. For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats and the like before being tested on the mutants strains of the invention. Any source of nicotinamide riboside that scores positively in the assay of the invention can be further fractionated and confirmed by standard methods of HPLC and mass spectrometry.

Nicotinic acid is an effective agent in controlling low-density lipoprotein cholesterol, increasing high-density lipoprotein cholesterol, and reducing triglyceride and lipoprotein (a) levels in humans (see, e.g., Miller (2003) *Mayo Clin. Proc.* 78(6):735-42). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations, its use is limited because of a side effect of heat and redness termed flushing, which is significantly effected by the nature of formulation. Further, nicotinamide protects against stroke injury in model systems, due to multiple mechanisms including increasing mitochondrial NAD+ levels and inhibiting PARP (Klaidman, et al. (2003) *Pharmacology* 69(3):150-7). Altered levels of

28

NAD+ precursors have been shown to effect the regulation of a number of genes and lifespan in yeast (Anderson, et al. (2003) *Nature* 423(6936):181-5).

NAD+ administration and NMN adenylyltransferase (Nmnat1) expression have also been shown to protect neurons from axonal degeneration (Araki, et al. (2004) *Science* 305: 1010-1013). Because nicotinamide riboside is a soluble, transportable nucleoside precursor of NAD+, nicotinamide riboside can be used to protect against axonopathies such as those that occur in Alzheimer's Disease, Parkinson's Disease and Multiple Sclerosis. Expression of the NRK1 or NRK2 genes, or direct administration of nicotinamide riboside or a stable nicotinamide riboside prodrug, could also protect against axonal degeneration.

NMN adenylyltransferase overexpression has been shown to protect neurons from the axonopathies that develop with ischemia and toxin exposure, including vincristine treatment (Araki, et al. (2004) *Science* 305:1010-1013). Vincristine is one of many chemotherapeutic agents whose use is limited by neurotoxicity. Thus, administration of nicotinamide riboside or an effective nicotinamide riboside prodrug derivative could be used to protect against neurotoxicity before, during or after cytotoxic chemotherapy.

Further, conversion of benign *Candida glabrata* to the adhesive, infective form is dependent upon the expression of EPA genes encoding adhesins whose expression is mediated by NAD+ limitation, which leads to defective Sir2-dependent silencing of these genes (Domergue, et al. (March 2005) *Science,* 10.1126/science.1108640). Treatment with nicotinic acid reduces expression of adhesins and increasing nicotinic acid in mouse chow reduces urinary tract infection by *Candida glabrata*. Thus, nicotinamide riboside can be used in the treatment of fungal infections, in particular, those of *Candida* species by preventing expression of adhesins.

Accordingly, agents (e.g., nicotinamide riboside) that work through the discovered nicotinamide riboside kinase pathway of NAD+ biosynthesis could have therapeutic value in improving plasma lipid profiles, preventing stroke, providing neuroprotection with chemotherapy treatment, treating fungal infections, preventing or reducing neurodegeneration, or in prolonging health and well-being. Thus, the present invention is further a method for preventing or treating a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis by administering an effective amount of a nicotinamide riboside composition. Diseases or conditions which typically have altered levels of NAD+ or NAD+ precursors or could benefit from increased NAD+ biosynthesis by treatment with nicotinamide riboside include, but are not limited to, lipid disorders (e.g., dyslipidemia, hypercholesterolaemia or hyperlipidemia), stroke, neurodegenerative diseases (e.g., Alzheimer's, Parkinsons and Multiple Sclerosis), neurotoxicity as observed with chemotherapies, *Candida glabrata* infection, and the general health declines associated with aging. Such diseases and conditions can be prevented or treated by supplementing a diet or a therapeutic treatment regime with a nicotinamide riboside composition.

The source of nicotinamide riboside can be from a natural or synthetic source identified by the method of the instant invention, or can be chemically synthesized using established methods (Tanimori (2002) *Bioorg. Med. Chem. Lett.* 12:1135-1137; Franchetti (2004) *Bioorg. Med. Chem. Lett.* 14:4655-4658). In addition, the nicotinamide riboside can be a derivative (e.g., L-valine or L-phenylalanine esters) of nicotinamide riboside. For example, an L-valyl (valine) ester on the 5' O of acyclovir (valacyclovir) improved the pharmacokinetic properties of the drug by promoting transport and

US 8,197,807 B2

29

allowing cellular delivery of the nucleoside after hydrolysis by an abundant butyryl esterase (Han, et al. (1998) *Pharm. Res.* 15:1382-1386; Kim, et al. (2003) *J. Biol. Chem.* 278: 25348-25356). Accordingly, the present invention also encompasses derivatives of nicotinamide riboside, in particular L-valine or L-phenylalanine esters of nicotinamide riboside, which are contemplated as having improved pharmacokinetic properties (e.g., transport and delivery). Such derivatives can be used alone or formulated with a pharmaceutically acceptable carrier as disclosed herein.

An effective amount of nicotinamide riboside is one which prevents, reduces, alleviates or eliminates the signs or symptoms of the disease or condition being prevented or treated and will vary with the disease or condition. Such signs or symptoms can be evaluated by the skilled clinician before and after treatment with the nicotinamide riboside to evaluate the effectiveness of the treatment regime and dosages can be adjusted accordingly.

As alterations of NAD+ metabolism may need to be optimized for particular conditions, it is contemplated that nicotinamide riboside treatments can further be used in combination with other NAD+ precursors, e.g., tryptophan, nicotinic acid and/or nicotinamide.

Polypeptides, nucleic acids, vectors, dietary supplements (i.e. nicotinamide riboside), and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention can be conveniently used or administered in a composition containing the active agent in combination with a pharmaceutically acceptable carrier. Such compositions can be prepared by methods and contain carriers which are well-known in the art. A generally recognized compendium of such methods and ingredients is Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippincott Williams & Wilkins: Philadelphia, Pa., 2000. A carrier, pharmaceutically acceptable carrier, or vehicle, such as a liquid or solid filler, diluent, excipient, or solvent encapsulating material, is involved in carrying or transporting the subject compound from one organ, or portion of the body, to another organ, or portion of the body. Each carrier must be acceptable in the sense of being compatible with the other ingredients of the formulation and not injurious to the patient.

Examples of materials which can serve as carriers include sugars, such as lactose, glucose and sucrose; starches, such as corn starch and potato starch; cellulose, and its derivatives, such as sodium carboxymethyl cellulose, ethyl cellulose and cellulose acetate; powdered tragacanth; malt; gelatin; talc; excipients, such as cocoa butter and suppository waxes; oils, such as peanut oil, cottonseed oil, safflower oil, sesame oil, olive oil, corn oil and soybean oil; glycols, such as propylene glycol; polyols, such as glycerin, sorbitol, mannitol and polyethylene glycol; esters, such as ethyl oleate and ethyl laurate; agar; buffering agents, such as magnesium hydroxide and aluminum hydroxide; alginic acid; pyrogen-free water; isotonic saline; Ringer's solution; ethyl alcohol; pH buffered solutions; polyesters, polycarbonates and/or polyanhydrides; and other non-toxic compatible substances employed in formulations. Wetting agents, emulsifiers and lubricants, such as sodium lauryl sulfate and magnesium stearate, as well as coloring agents, release agents, coating agents, sweetening, flavoring and perfuming agents, preservatives and antioxidants can also be present in the compositions.

Polypeptides, nucleic acids, vectors, dietary supplements, and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention, hereafter referred to as compounds, can be administered via any route include, but not limited to, oral, rectal, topical, buccal

30

(e.g., sub-lingual), vaginal, parenteral (e.g., subcutaneous, intramuscular including skeletal muscle, cardiac muscle, diaphragm muscle and smooth muscle, intradermal, intravenous, intraperitoneal), topical (i.e., both skin and mucosal surfaces, including airway surfaces), intranasal, transdermal, intraarticular, intrathecal and inhalation administration, administration to the liver by intraportal delivery, as well as direct organ injection (e.g., into the liver, into the brain for delivery to the central nervous system). The most suitable route in any given case will depend on the nature and severity of the condition being treated and on the nature of the particular compound which is being used.

For injection, the carrier will typically be a liquid, such as sterile pyrogen-free water, pyrogen-free phosphate-buffered saline solution, bacteriostatic water, or Cremophor (BASF, Parsippany, N.J.). For other methods of administration, the carrier can be either solid or liquid.

For oral therapeutic administration, the compound can be combined with one or more carriers and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, chewing gums, foods and the like. Such compositions and preparations should contain at least 0.1% of active compound. The percentage of the compound and preparations can, of course, be varied and can conveniently be between about 0.1 to about 100% of the weight of a given unit dosage form. The amount of active compound in such compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like can also contain the following: binders such as gum tragacanth, acacia, corn starch or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose or aspartame or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring. The above listing is merely representative and one skilled in the art could envision other binders, excipients, sweetening agents and the like. When the unit dosage form is a capsule, it can contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials can be present as coatings or to otherwise modify the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules can be coated with gelatin, wax, shellac or sugar and the like.

A syrup or elixir can contain the active agent, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be substantially non-toxic in the amounts employed. In addition, the active compounds can be incorporated into sustained-release preparations and devices including, but not limited to, those relying on osmotic pressures to obtain a desired release profile.

Formulations of the present invention suitable for parenteral administration contain sterile aqueous and non-aqueous injection solutions of the compound, which preparations are generally isotonic with the blood of the intended recipient. These preparations can contain anti-oxidants, buffers, bacteriostats and solutes which render the formulation isotonic with the blood of the intended recipient. Aqueous and non-aqueous sterile suspensions can include suspending agents and thickening agents. The formulations can be presented in unit\dose or multi-dose containers, for example sealed ampoules and vials, and can be stored in a freeze-dried

US 8,197,807 B2

**31**

(lyophilized) condition requiring only the addition of the sterile liquid carrier, for example, saline or water-for-injection immediately prior to use.

Formulations suitable for topical application to the skin can take the form of an ointment, cream, lotion, paste, gel, spray, aerosol, or oil. Carriers which can be used include petroleum jelly, lanoline, polyethylene glycols, alcohols, transdermal enhancers, and combinations of two or more thereof.

Formulations suitable for transdermal administration can be presented as discrete patches adapted to remain in intimate contact with the epidermis of the recipient for a prolonged period of time. Formulations suitable for transdermal administration can also be delivered by iontophoresis (see, for example, *Pharmaceutical Research* 3 (6):318 (1986)) and typically take the form of an optionally buffered aqueous solution of the compound. Suitable formulations contain citrate or bis\tris buffer (pH 6) or ethanol/water and contain from 0.1 to 0.2 M of the compound.

A compound can alternatively be formulated for nasal administration or otherwise administered to the lungs of a subject by any suitable means. In particular embodiments, the compound is administered by an aerosol suspension of respirable particles containing the compound, which the subject inhales. The respirable particles can be liquid or solid. The term aerosol includes any gas-borne suspended phase, which is capable of being inhaled into the bronchioles or nasal passages. Specifically, aerosol includes a gas-borne suspension of droplets, as can be produced in a metered dose inhaler or nebulizer, or in a mist sprayer. Aerosol also includes a dry powder composition suspended in air or other carrier gas, which can be delivered by insufflation from an inhaler device, for example. See Ganderton & Jones, *Drug Delivery to the Respiratory Tract*, Ellis Horwood (1987); Gonda (1990) *Critical Reviews in Therapeutic Drug Carrier Systems* 6:273-313; and Raeburn, et al. (1992) *J. Pharmacol. Toxicol. Methods* 27:143-159. Aerosols of liquid particles containing the compound can be produced by any suitable means, such as with a pressure-driven aerosol nebulizer or an ultrasonic nebulizer, as is known to those of skill in the art. See, e.g., U.S. Pat. No. 4,501,729. Aerosols of solid particles containing the compound can likewise be produced with any solid particulate medicament aerosol generator, by techniques known in the pharmaceutical art.

Alternatively, one can administer the compound in a local rather than systemic manner, for example, in a depot or sustained-release formulation.

Further, the present invention provides liposomal formulations of the compounds disclosed herein and salts thereof. The technology for forming liposomal suspensions is well-known in the art. When the compound or salt thereof is an aqueous-soluble salt, using conventional liposome technology, the same can be incorporated into lipid vesicles. In such an instance, due to the water solubility of the compound or salt, the compound or salt will be substantially entrained within the hydrophilic center or core of the liposomes. The lipid layer employed can be of any conventional composition and can either contain cholesterol or can be cholesterol-free. When the compound or salt of interest is water-insoluble, again employing conventional liposome formation technology, the salt can be substantially entrained within the hydrophobic lipid bilayer which forms the structure of the liposome. In either instance, the liposomes which are produced can be reduced in size, as through the use of standard sonication and homogenization techniques.

A liposomal formulation containing a compound disclosed herein or salt thereof, can be lyophilized to produce a lyo-

**32**

philizate which can be reconstituted with a carrier, such as water, to regenerate a liposomal suspension.

In particular embodiments, the compound is administered to the subject in an effective amount, as that term is defined herein. Dosages of active compounds can be determined by methods known in the art, see, e.g., Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippincott Williams & Wilkins: Philadelphia, Pa., 2000. The selected effective dosage level will depend upon a variety of factors including the activity of the particular compound of the present invention employed, the route of administration, the time of administration, the rate of excretion or metabolism of the particular compound being employed, the duration of the treatment, other drugs, compounds and/or materials used in combination with the particular compound employed, the age, sex, weight, condition, general health and prior medical history of the patient being treated, and like factors well-known in the medical arts.

A physician or veterinarian having ordinary skill in the art can readily determine and prescribe the effective amount of the pharmaceutical composition required for prevention or treatment in an animal subject such as a human, agriculturally-important animal, pet or zoological animal.

The invention is described in greater detail by the following non-limiting examples.

EXAMPLE 1

*S. cerevisiae* Strains

Yeast diploid strain BY165, heterozygous for qns1 deletion and haploid BY165-1d carrying a chromosomal deletion of qns1 gene, transformed with plasmid pB175 containing QNS1 and URA3 is known in the art (Bieganowski, et al. (2003) supra). Genetic deletions were introduced by direct transformation with PCR products (Brachmann, et al. (1998) *Yeast* 14:115-132) generated from primers. After 24 hours of growth on complete media, cells were plated on media containing 5-fluoroorotic acid (Boeke, et al. (1987) *Methods Enzymol.* 154:164-175). The ado1 disruption cassette was constructed by PCR with primers 7041 (5′-CTA TTT AGA GTA AGG ATA TTT TTT CGG AAG GGT AAG AGG GAC CAA CTT CTT CTG TGC GGT ATT TCA CAC CG-3′; SEQ ID NO:10) and 7044 (5′-ATG ACC GCA CCA TTG GTA GTA TTG GGT AAC CCA CTT TTA GAT TTC CAA GCA GAT TGT ACT GAG AGT GCA C-3′; SEQ ID NO:11) and plasmid pRS413 as a template. Yeast strain BY165 was transformed with this PCR product, and homologous recombination in histidine prototrophic transformants was confirmed by PCR with primers 7042 (5′-AAG CTA GAG GGA ACA CGT AGA G-3′; SEQ ID NO:12) and 7043 (5′-TTA TCT TGT GCA GGG TAG AAC C-3′; SEQ ID NO:13). This strain was transformed with plasmid pB175 and subjected to sporulation and tetrad dissection. Haploid strain BY237, carrying qns1 and ado1 deletions and plasmid, was selected for further experiments. The urk1 deletion was introduced into strain BY237 by transformation with the product of the PCR amplification that used pRS415 as a template and PCR primers 7051 (5′-CGA TCT TCA TCA TTT ATT TCA ATT TTA GAC GAT GAA ACA AGA GAC ACA TTA GAT TGT ACT GAG AGT GCA C-3′; SEQ ID NO:14) and 7052 (5′-AAA ATA CTT TGA ATC AAA AAA TCT GGT CAA TGC CCA TTT GTA TTG ATG ATC TGT GCG GTA TTT CAC ACC G-3′; SEQ ID NO:15). Disruption was confirmed by PCR with primers 7053 (5′-ATG TCC CAT CGT ATA GCA CCT TCC-3′; SEQ ID NO:16) and 7054 (5′-GCC TCT AAT TAT TCT CAA TCA CAA CC-3′; SEQ ID NO:17), and the result-

US 8,197,807 B2

33

ing strain was designated BY247. The rbk1 disruption cassette was constructed by PCR with primers 7063 (5'-AAA CTT TCA GGG CTA ACC ACT TCG AAA CAC ATG CTG GTG GTA AGG GAT TGA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:18) and 7065 (5'-GAA CAG AAA AGC ACC CCT CTC GAA CCC AAA GTC ATA ACC ACA ATT CCT CTC TGT GCG GTA TTT CAC ACC G-3'; SEQ ID NO:19) and plasmid pRS411 as a template. Disruption was introduced into strain BY242 by transformation with the product of this reaction and confirmed by PCR with primers 7062 (5'-GGA TAG ATT ACC TAA CGC TGG AG-3'; SEQ ID NO:20) and 7064 (5'-TTG TAC TTC AGG GCT TTC GTG C-3'; SEQ ID NO:21). The resulting strain, carrying deletions of qns1, ado1, urk1 and rbk1 genes was designated BY252. A yeast strain carrying disruption of the NRK1 locus was made by transformation of the strain BY165-1d with the HIS3 marker introduced into disruption cassette by PCR with primers 4750 (5'-AAT AGC GTG CAA AAG CTA TCG AAG TGT GAG CTA GAG TAG AAC CTC AAA ATA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:22) and 4751 (5'-CTA ATC CTT ACA AAG CTT TAG AAT CTC TTG GCA CAC CCA GCT TAA AGG TCT GTG CGG TAT TTC ACA CCG-3'; SEQ ID NO:23). Correct integration of the HIS3 marker into NRK1 locus was confirmed by PCR with primers 4752 (5'-ACC AAC TTG CAT TTT AGG CTG TTC-3'; SEQ ID NO:24) and 4753 (5'-TAA GTT ATC TAT CGA GGT ACA CAT TC-3'; SEQ ID NO:25).

EXAMPLE 2

Nicotinamide Riboside and Whey Preparations

NMN (39.9 mg; Sigma, St. Louis, Mo.) was treated with 1250 units of calf intestinal alkaline phosphatase (Sigma) for 1 hour at 37° C. in 1 mL 100 mM NaCl, 20 mM Tris pH 8.0, 5 mM MgCl$_2$. Hydrolysis of NMN to nicotinamide riboside was verified by HPLC and phosphatase was removed by centrifuging the reaction through a 5,000 Da filter (Millipore, Billerica, Mass.). A whey vitamin fraction of commercial nonfat cow's milk was prepared by adjusting the pH to 4 with HCl, stirring at 55° C. for 10 minutes, removal of denatured casein by centrifugation, and passage through a 5,000 Da filter. In yeast media, nicotinamide riboside was used at 10 μM and whey vitamin fraction at 50% by volume.

EXAMPLE 3

Yeast GST-ORF Library

Preparation of the fusion protein library was in accordance with well-established methods (Martzen, et al. (1999) supra; Phizicky, et al. (2002) Methods Enzymol. 350:546-559) at a 0.5 liter culture scale for each of the 64 pools of 90-96 protein constructs. Ten percent of each pool preparation was assayed for Nrk activity in overnight incubations.

34

EXAMPLE 4

Nicotinamide Riboside Phosphorylation Assays

Reactions (0.2 mL) containing 100 mM NaCl, 20 mM NaHEPES pH 7.2, 5 mM β-mercaptoethanol, 1 mM ATP, 5 mM MgCl$_2$, and 500 μM nicotinamide riboside or alternate nucleoside, were incubated at 30° C. and terminated by addition of EDTA to 20 mM and heating for 2 minutes at 100° C. Specific activity assays, containing 50 ng to 6 μg enzyme depending on the enzyme and substrate, were incubated for 30 minutes at 30° C. to maintain initial rate conditions. Reaction products were analyzed by HPLC on a strong anion exchange column with a 10 mM to 750 mM gradient of KPO$_4$ pH 2.6.

EXAMPLE 5

NRK Gene and cDNA Cloning and Enzyme Purification

The S. cerevisiae NRK1 gene was amplified from total yeast DNA with primers 7448 (5'-CGC TGC ACA TAT GAC TTC GAA AAA AGT GAT ATT AGT TGC-3'; SEQ ID NO:26) and 7449 (5'-CCG TCT CGA GCT AAT CCT TAC AAA GCT TTA GAA TCT CTT GG-3'; SEQ ID NO:27). The amplified DNA fragment was cloned in vector pSG04 (Ghosh and Lowenstein (1997) Gene 176:249-255) for E. coli expression using restriction sites for Ndel and XhoI included in primer sequences and the resulting plasmid was designated pB446. Samples of cDNA made from human lymphocytes and spleen were used as a template for amplification of human NRK1 using primers 4754 (5'-CCG GCC CAT GGC GCA CCA CTA CCA CCA TCA TAT GAA AAC ATT TAT CAT TGG AAT CAG TGG-3'; SEQ ID NO:28) and 4755 (5'-GCG GGG ATC CTT ATG CTG TCA CTT GCA AAC ACT TTT GC-3'; SEQ ID NO:29). For E. coli expression, PCR amplicons from this reaction were cloned into restriction sites NcoI and BamHI of vector pMR103 (Munson, et al. (1994) Gene 144:59-62) resulting in plasmid pB449. Subsequently, plasmid pB449 was used as a template for PCR with primers 7769 (5'-CCG CGG ATC CAT GAA AAC ATT TAT CAT TGG AAT CAG TGG-3'; SEQ ID NO:30) and 7770 (5'-GCC GCT CGA GTT ATG CTG TCA CTT GCA AAC ACT T-3'; SEQ ID NO:31). The product of this amplification was cloned between BamHI and XhoI sites of vector p425GAL1 (Mumberg, et al. (1994) Nucleic Acids Res. 22:5767-5768) and the resulting plasmid carrying human NRK1 gene under GAL1 promoter control was designated pB450. Human NRK2 cDNA was amplified with primers 7777 (5'-GGC AGG CAT ATG AAG CTC ATC GTG GGC ATC G-3'; SEQ ID NO:32) and 7776 (5'-GCT CGC TCG AGT CAC ATG CTG TCC TGC TGG GAC-3'; SEQ ID NO:33). The amplified fragment was digested with NdeI and XhoI enzymes and cloned in plasmid pSGA04 for E. coli expression. His-tagged enzymes were purified with Ni-NTA agarose.

SEQUENCE LISTING

```
<160> NUMBER OF SEQ ID NOS: 34

<210> SEQ ID NO 1
<211> LENGTH: 1199
<212> TYPE: DNA
<213> ORGANISM: Saccharomyces cerevisiae
```

US 8,197,807 B2

<table>
<tr><td>35</td><td>36</td></tr>
</table>

-continued

<400> SEQUENCE: 1

```
tagcacctga gtatatatct gacataaaaa gatttctgaa gttatcgtca gataagaaga      60

tggagtcaaa atgtaaacaa taactttaac ctatataaat tttcttacat ttgcttttaa     120

atactcgaag atttgcattg aacgatcgtt gccgttgact catttgaaac agaaaaacaa     180

tacacgcagg aaaggaacgg cagttggtct gagaaacaaa accaacttgc attttaggct     240

gttccgatag tttatcagag taagggaaaa aatagcgtgc aaaagctatc gaagtgtgag     300

ctagagtaga acctcaaaat atgacttcga aaaaagtgat attagttgca ttgagtggat     360

gctcctccag tggtaagacg acaattgcga aacttacagc aagtttattc acgaaggcta     420

cattaattca tgaagatgac ttttacaaac atgataatga agtgccagta gatgctaaat     480

ataacattca aaattgggat tcgccagaag ctcttgattt taaactttttc ggtaaagaat     540

tagatgtgat caaacaaact ggtaaaatag ccaccaaact tatacacaat aacaacgtag     600

atgatccctt tacaaagttc cacattgata gacaagtttg ggacgagtta aaggctaagt     660

atgactctat taatgacgac aaatatgaag ttgtaattgt agatggggttt atgattttca     720

ataatactgg aatatcaaaa aaatttgatt tgaagatatt agtgcgtgct ccctatgaag     780

tactaaaaaa aaggagggct tccagaaaag gataccagac tttggattct ttctgggtgg     840

atccgccgta ttatttcgac gaatttgtgt atgaatctta tcgtgcaaat catgcgcagt     900

tatttgttaa tggagacgta gaaggtttac tagacccaag gaagtcaaag aatataaaag     960

agttcataaa tgatgatgac actccaattg cgaaaccttt aagctgggtg tgccaagaga    1020

ttctaaagct ttgtaaggat taggaaagcg ccacaaaatc gatgagaagt ataaaaaaa    1080

aaaagtaaaa acaataaaaa taagaatgtg tacctcgata gataacttaa ataagacaat    1140

ttcagaacca caatattgat aacaccatcc cgattttttga aattattttt ttggtgtaa    1199
```

<210> SEQ ID NO 2
<211> LENGTH: 1172
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 2

```
aaaggggcct ctggtgaccg cccctacctg gcatccctct aacccaggag gagcgtgggg      60

aaaggggctg tgggcctctc ggggagcgag ctgcgggtag cggcgcactg ggtacaggcg     120

cgcgcttggc tgtcgcctct tccgctgtgt ttgggaggac tcgaactggc gccaggaaat     180

attaggaagc tgtgattttc aaagctaatt atgaaaacat ttatcattgg aatcagtggt     240

gtgacaaaca gtggcaaaac aacactggct aagaatttgc agaaacacct cccaaattgc     300

agtgtcatat ctcaggatga tttcttcaag ccagagtctg agatagagac agataaaaat     360

ggatttttgc agtacgatgt gcttgaagca cttaacatgg aaaaaatgat gtcagccatt     420

tcctgctgga tggaaagcgc aagacactct gtggtatcaa cagaccagga aagtgctgag     480

gaaattccca ttttaatcat cgaaggtttt cttctttttta attataagcc ccttgacact     540

atatggaata gaagctattt cctgactatt ccatatgaag aatgtaaaag gaggaggagt     600

acaagggtct atcagcctcc agactctccg ggatactttg atggccatgt gtggcccatg     660

tatctaaagt acagacaaga aatgcaggac atcacatggg aagttgtgta cctggatgga     720

acaaaatctg aagaggacct ctttttgcaa gtatatgaag atctaataca agaactagca     780

aagcaaaagt gtttgcaagt gacagcataa agacggaaca caacaaatcc ttcctgaagt     840

gaattaggaa actccaagga gtaatttaag aaccttcacc aagatacaat gtatactgtg     900
```

US 8,197,807 B2

**37**

**38**

-continued

```
gtacaatgac agccattgtt tcatatgttt gatttttatt gcacatggtt ttcccaacat      960

gtggaacaat aaatatccat gccaatggac aggactgtac cttagcaagt tgctccctct     1020

ccagggagcg catagataca gcagagctca cagtgagtca gaaagtctcc actttctgaa     1080

catagctcta taacaatgat tgtcaaactt ttctaactgg agctcagagt aagaaataaa     1140

gattacatca caatccaaaa aaaaaaaaaa aa                                   1172
```

```
<210> SEQ ID NO 3
<211> LENGTH: 1134
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 3
```

```
aatcatcttg ttggccctga cctcgttgga aaacgaagct ccccgcaggg tcccggcctc       60

tagggctgct gtgcgggcgg gggtggcctg gagctatttc cattcggcgg cgggaacagg      120

tgccggcgcc tccgccccat ccccaggggc cgcctccccc ggggcggcct ccaggctgcc      180

gagacctata aaggcgccag gttttctcaa tgaagccggg acgcactccg gagcgcactg      240

cgtggtcgca ccctacccgg gctgccttgg aagtcgtccc cgccgccccct ccgcaccggc      300

atgaagctca tcgtgggcat cggaggcatg accaacggcg gcaagaccac gctgaccaac      360

agcctgctca gagccctgcc caactgctgc gtgatccatc aggatgactt cttcaagccc      420

caagaccaaa tagcagttgg ggaagacggc ttcaaacagt gggacgtgct ggagtctctg      480

gacatggagg ccatgctgca caccgtgcag gctggctga gcagcccgca gaagtttgcc      540

cgtgcccacg gggtcagcgt ccagccagag gcctcggaca cccacatcct cctcctggaa      600

ggcttcctgc tctacagcta caagccctg gtggacttgt acagccgccg gtacttcctg      660

accgtcccgt atgaagagtg caagtggagg agaagtaccc gcaactacac agtccctgat      720

ccccccggcc tcttcgatgg ccacgtgtgg cccatgtacc agaagtatag gcaggagatg      780

gaggccaacg gtgtggaagt ggtctacctg gacggccatga agtcccgaga ggagctcttc      840

cgtgaagtcc tggaagacat tcagaactcg ctgctgaacc gctcccagga atcagcccccc      900

tccccggctc gcccagccag gacacaggga cccggacgcg gatgcggcca cagaacggcc      960

aggcctgcag cgtcccagca ggacagcatg tgagcgtttc cctatggggg tgtctgtacg     1020

taggagagtg gaggccccac tcccagttgg gcgtcccgga gctcagggac tgagccccaa     1080

gacgcctctg taacctcgct gcagcttcag tagtaaactg ggtcctgttt tttt          1134
```

```
<210> SEQ ID NO 4
<211> LENGTH: 240
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 4
```

```
Met Thr Ser Lys Lys Val Ile Leu Val Ala Leu Ser Gly Cys Ser Ser
1               5                   10                  15

Ser Gly Lys Thr Thr Ile Ala Lys Leu Thr Ala Ser Leu Phe Thr Lys
            20                  25                  30

Ala Thr Leu Ile His Glu Asp Asp Phe Tyr Lys His Asp Asn Glu Val
        35                  40                  45

Pro Val Asp Ala Lys Tyr Asn Ile Gln Asn Trp Asp Ser Pro Glu Ala
    50                  55                  60

Leu Asp Phe Lys Leu Phe Gly Lys Glu Leu Asp Val Ile Lys Gln Thr
65                  70                  75                  80
```

US 8,197,807 B2

**39**                                                          **40**

-continued

```
Gly Lys Ile Ala Thr Lys Leu Ile His Asn Asn Asn Val Asp Asp Pro
                85                  90                  95

Phe Thr Lys Phe His Ile Asp Arg Gln Val Trp Asp Glu Leu Lys Ala
            100                 105                 110

Lys Tyr Asp Ser Ile Asn Asp Asp Lys Tyr Glu Val Val Ile Val Asp
        115                 120                 125

Gly Phe Met Ile Phe Asn Asn Thr Gly Ile Ser Lys Lys Phe Asp Leu
    130                 135                 140

Lys Ile Leu Val Arg Ala Pro Tyr Glu Val Leu Lys Lys Arg Arg Ala
145                 150                 155                 160

Ser Arg Lys Gly Tyr Gln Thr Leu Asp Ser Phe Trp Val Asp Pro Pro
                165                 170                 175

Tyr Tyr Phe Asp Glu Phe Val Tyr Glu Ser Tyr Arg Ala Asn His Ala
            180                 185                 190

Gln Leu Phe Val Asn Gly Asp Val Gln Gly Leu Leu Asp Pro Arg Lys
        195                 200                 205

Ser Lys Asn Ile Lys Glu Phe Ile Asn Asp Asp Asp Thr Pro Ile Ala
    210                 215                 220

Lys Pro Leu Ser Trp Val Cys Gln Glu Ile Leu Lys Leu Cys Lys Asp
225                 230                 235                 240
```

<210> SEQ ID NO 5
<211> LENGTH: 199
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 5

```
Met Lys Thr Phe Ile Ile Gly Ile Ser Gly Val Thr Asn Ser Gly Lys
1                   5                   10                  15

Thr Thr Leu Ala Lys Asn Leu Gln Lys His Leu Pro Asn Cys Ser Val
            20                  25                  30

Ile Ser Gln Asp Asp Phe Phe Lys Pro Glu Ser Glu Ile Glu Thr Asp
        35                  40                  45

Lys Asn Gly Phe Leu Gln Tyr Asp Val Leu Glu Ala Leu Asn Met Glu
    50                  55                  60

Lys Met Met Ser Ala Ile Ser Cys Trp Met Glu Ser Ala Arg His Ser
65                  70                  75                  80

Val Val Ser Thr Gly Gln Glu Ser Ala Glu Glu Ile Pro Ile Leu Ile
                85                  90                  95

Ile Glu Gly Phe Leu Leu Phe Asn Tyr Lys Pro Leu Asp Thr Ile Trp
            100                 105                 110

Asn Arg Ser Tyr Phe Leu Thr Ile Pro Tyr Glu Glu Cys Lys Arg Arg
        115                 120                 125

Arg Ser Thr Arg Val Tyr Gln Pro Pro Asp Ser Pro Gly Tyr Phe Asp
    130                 135                 140

Gly His Val Trp Pro Met Tyr Leu Lys Tyr Arg Gln Glu Met Gln Asp
145                 150                 155                 160

Ile Thr Trp Glu Val Val Tyr Leu Asp Gly Thr Lys Ser Glu Glu Asp
                165                 170                 175

Leu Phe Leu Gln Val Tyr Glu Asp Leu Ile Gln Glu Leu Ala Lys Gln
            180                 185                 190

Lys Cys Leu Gln Val Thr Ala
        195
```

<210> SEQ ID NO 6
<211> LENGTH: 230

US 8,197,807 B2

**41** **42**

-continued

```
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 6

Met Lys Leu Ile Val Gly Ile Gly Gly Met Thr Asn Gly Gly Lys Thr
1               5                   10                  15

Thr Leu Thr Asn Ser Leu Leu Arg Ala Leu Pro Asn Cys Cys Val Ile
                20                  25                  30

His Gln Asp Asp Phe Phe Lys Pro Gln Asp Gln Ile Ala Val Gly Glu
            35                  40                  45

Asp Gly Phe Lys Gln Trp Asp Val Leu Glu Ser Leu Asp Met Glu Ala
        50                  55                  60

Met Leu Asp Thr Val Gln Ala Trp Leu Ser Ser Pro Gln Lys Phe Ala
65                  70                  75                  80

Arg Ala His Gly Val Ser Val Gln Pro Glu Ala Ser Asp Thr His Ile
                85                  90                  95

Leu Leu Leu Glu Gly Phe Leu Leu Tyr Ser Tyr Lys Pro Leu Val Asp
            100                 105                 110

Leu Tyr Ser Arg Arg Tyr Phe Leu Thr Val Pro Tyr Glu Glu Cys Lys
        115                 120                 125

Trp Arg Arg Ser Thr Arg Asn Tyr Thr Val Pro Asp Pro Pro Gly Leu
    130                 135                 140

Phe Asp Gly His Val Trp Pro Met Tyr Gln Lys Tyr Arg Gln Glu Met
145                 150                 155                 160

Glu Ala Asn Gly Val Glu Val Val Tyr Leu Asp Gly Met Lys Ser Arg
                165                 170                 175

Glu Glu Leu Phe Arg Glu Val Leu Glu Asp Ile Gln Asn Ser Leu Leu
            180                 185                 190

Asn Arg Ser Gln Glu Ser Ala Pro Ser Pro Ala Arg Pro Ala Arg Thr
        195                 200                 205

Gln Gly Pro Gly Arg Gly Cys Gly His Arg Thr Ala Arg Pro Ala Ala
    210                 215                 220

Ser Gln Gln Asp Ser Met
225                 230


<210> SEQ ID NO 7
<211> LENGTH: 229
<212> TYPE: PRT
<213> ORGANISM: Schizosaccharomyces pombe

<400> SEQUENCE: 7

Met Thr Arg Lys Thr Ile Ile Val Gly Val Ser Gly Ala Ser Cys Ser
1               5                   10                  15

Gly Lys Ser Thr Leu Cys Gln Leu Leu His Ala Ile Phe Glu Gly Ser
                20                  25                  30

Ser Leu Val His Glu Asp Asp Phe Tyr Lys Thr Asp Ala Glu Ile Pro
            35                  40                  45

Val Lys Asn Gly Ile Ala Asp Trp Asp Cys Gln Glu Ser Leu Asn Leu
        50                  55                  60

Asp Ala Phe Leu Glu Asn Leu His Tyr Ile Arg Asp His Gly Val Leu
65                  70                  75                  80

Pro Thr His Leu Arg Asn Arg Glu Asn Lys Asn Val Ala Pro Glu Ala
                85                  90                  95

Leu Ile Glu Tyr Ala Asp Ile Ile Lys Glu Phe Lys Ala Pro Ala Ile
            100                 105                 110

Pro Thr Leu Glu Gln His Leu Val Phe Val Asp Gly Phe Met Met Tyr
```

US 8,197,807 B2

**43**                                                                                      **44**

-continued

```
          115                  120                  125

Val Asn Glu Asp Leu Ile Asn Ala Phe Asp Ile Arg Leu Met Leu Val
      130                  135                  140

Thr Asp Phe Asp Thr Leu Lys Arg Arg Arg Glu Ala Arg Thr Gly Tyr
145                  150                  155                  160

Ile Thr Leu Glu Gly Phe Trp Gln Asp Pro Pro His Tyr Phe Glu Asn
                 165                  170                  175

Tyr Val Trp Pro Gly Tyr Val His Gly His Ser His Leu Phe Val Asn
                 180                  185                  190

Gly Asp Val Thr Gly Lys Leu Leu Asp Lys Arg Ile Gln Leu Ser Pro
             195                  200                  205

Ser Ser Lys Met Ser Val Arg Asp Asn Val Gln Trp Ala Ile Asn Ser
      210                  215                  220

Ile Leu Asn Ala Leu
225


<210> SEQ ID NO 8
<211> LENGTH: 243
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 8

Thr Pro Tyr Ile Ile Gly Ile Gly Gly Ala Ser Gly Ser Gly Lys Thr
1                 5                  10                  15

Ser Val Ala Ala Lys Ile Val Ser Ser Ile Asn Val Pro Trp Thr Val
             20                  25                  30

Leu Ile Ser Leu Asp Asn Phe Tyr Asn Pro Leu Gly Pro Glu Asp Arg
         35                  40                  45

Ala Arg Ala Phe Lys Asn Glu Tyr Asp Phe Asp Glu Pro Asn Ala Ile
      50                  55                  60

Asn Leu Asp Leu Ala Tyr Lys Cys Ile Leu Asn Leu Lys Glu Gly Lys
65                  70                  75                  80

Arg Thr Asn Ile Pro Val Tyr Ser Phe Val His His Asn Arg Val Pro
                 85                  90                  95

Asp Lys Asn Ile Val Ile Tyr Gly Ala Ser Val Val Val Ile Glu Gly
             100                  105                  110

Ile Tyr Ala Leu Tyr Asp Arg Arg Leu Leu Asp Leu Met Asp Leu Lys
         115                  120                  125

Ile Tyr Val Asp Ala Asp Leu Asp Val Cys Leu Ala Arg Arg Leu Ser
      130                  135                  140

Arg Asp Ile Val Ser Arg Gly Arg Asp Leu Asp Gly Cys Ile Gln Gln
145                  150                  155                  160

Trp Glu Lys Phe Val Lys Pro Asn Ala Val Lys Phe Val Lys Pro Thr
                 165                  170                  175

Met Lys Asn Ala Asp Ala Ile Ile Pro Ser Met Ser Asp Asn Ala Thr
             180                  185                  190

Ala Val Asn Leu Ile Ile Asn His Ile Lys Ser Lys Leu Glu Leu Lys
         195                  200                  205

Ser Asn Glu His Leu Arg Glu Leu Ile Lys Leu Gly Ser Ser Pro Ser
      210                  215                  220

Gln Asp Val Leu Asn Arg Asn Asn Ile Ile His Glu Leu Pro Thr Asn
225                  230                  235                  240

Gln Val Leu


<210> SEQ ID NO 9
```

US 8,197,807 B2

**45**                                                          **46**

-continued

```
<211> LENGTH: 232
<212> TYPE: PRT
<213> ORGANISM: Escherichia coli

<400> SEQUENCE: 9


Gln Thr Leu Met Thr Pro Tyr Leu Gln Phe Asp Arg Asn Gln Trp Ala
1               5                   10                  15

Ala Leu Arg Asp Ser Val Pro Met Thr Leu Ser Glu Asp Glu Ile Ala
            20                  25                  30

Arg Leu Lys Gly Ile Asn Glu Asp Leu Ser Leu Glu Glu Val Ala Glu
        35                  40                  45

Ile Tyr Leu Pro Leu Ser Arg Leu Leu Asn Phe Tyr Ile Ser Ser Asn
    50                  55                  60

Leu Arg Arg Gln Ala Val Leu Glu Gln Phe Leu Gly Thr Asn Gly Gln
65                  70                  75                  80

Arg Ile Pro Tyr Ile Ile Ser Ile Ala Gly Ser Val Ala Val Gly Lys
                85                  90                  95

Ser Thr Thr Ala Arg Val Leu Gln Ala Leu Leu Ser Arg Trp Pro Glu
            100                 105                 110

His Arg Arg Val Glu Leu Ile Thr Thr Asp Gly Phe Leu His Pro Asn
        115                 120                 125

Gln Val Leu Lys Glu Arg Gly Leu Met Lys Lys Lys Gly Phe Pro Glu
    130                 135                 140

Ser Tyr Asp Met His Arg Leu Val Lys Phe Val Ser Asp Leu Lys Ser
145                 150                 155                 160

Gly Val Pro Asn Val Thr Ala Pro Val Tyr Ser His Leu Ile Tyr Asp
                165                 170                 175

Val Ile Pro Asp Gly Asp Lys Thr Val Val Gln Pro Asp Ile Leu Ile
            180                 185                 190

Leu Glu Gly Leu Asn Val Leu Gln Ser Gly Met Asp Tyr Pro His Asp
        195                 200                 205

Pro His His Val Phe Val Ser Asp Phe Val Asp Phe Ser Ile Tyr Val
    210                 215                 220

Asp Ala Pro Glu Asp Leu Leu Gln
225                 230


<210> SEQ ID NO 10
<211> LENGTH: 71
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 10

ctatttagag taaggatatt ttttcggaag ggtaagaggg accaacttct tctgtgcggt      60

atttcacacc g                                                          71


<210> SEQ ID NO 11
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 11

atgaccgcac cattggtagt attgggtaac ccacttttag atttccaagc agattgtact      60

gagagtgcac                                                            70
```

US 8,197,807 B2

**47**                                                    **48**

-continued

```
<210> SEQ ID NO 12
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 12

aagctagagg gaacacgtag ag                                   22


<210> SEQ ID NO 13
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 13

ttatcttgtg cagggtagaa cc                                   22


<210> SEQ ID NO 14
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 14

cgatcttcat catttatttc aattttagac gatgaaacaa gagacacatt agattgtact   60

gagagtgcac                                                 70


<210> SEQ ID NO 15
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 15

aaaatacttt gaatcaaaaa atctggtcaa tgcccatttg tattgatgat ctgtgcggta   60

tttcacaccg                                                 70


<210> SEQ ID NO 16
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 16

atgtcccatc gtatagcacc ttcc                                 24


<210> SEQ ID NO 17
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 17

gcctctaatt attctcaatc acaacc                               26


<210> SEQ ID NO 18
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

US 8,197,807 B2

**49**                                                              **50**

-continued

```
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 18

aaactttcag ggctaaccac ttcgaaacac atgctggtgg taagggattg agattgtact      60

gagagtgcac                                                            70


<210> SEQ ID NO 19
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 19

gaacagaaaa gcacccctct cgaacccaaa gtcataacca caattcctct ctgtgcggta      60

tttcacaccg                                                            70


<210> SEQ ID NO 20
<211> LENGTH: 23
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 20

ggatagatta cctaacgctg gag                                             23


<210> SEQ ID NO 21
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 21

ttgtacttca gggctttcgt gc                                              22


<210> SEQ ID NO 22
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 22

aatagcgtgc aaaagctatc gaagtgtgag ctagagtaga acctcaaat agattgtact      60

gagagtgcac                                                            70


<210> SEQ ID NO 23
<211> LENGTH: 69
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 23

ctaatcctta caaagcttta gaatctcttg gcacacccag cttaaaggtc tgtgcggtat      60

ttcacaccg                                                             69


<210> SEQ ID NO 24
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
```

US 8,197,807 B2

**51**                                                              **52**

-continued

---

```
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 24

accaacttgc attttaggct gttc                                    24


<210> SEQ ID NO 25
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 25

taagttatct atcgaggtac acattc                                  26


<210> SEQ ID NO 26
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 26

cgctgcacat atgacttcga aaaaagtgat attagttgc                    39


<210> SEQ ID NO 27
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 27

ccgtctcgag ctaatcctta caaagcttta gaatctcttg g                 41


<210> SEQ ID NO 28
<211> LENGTH: 63
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 28

ccggcccatg gcgcaccacc atcaccacca tcatatgaaa acatttatca ttggaatcag    60

tgg                                                          63


<210> SEQ ID NO 29
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 29

gcggggatcc ttatgctgtc acttgcaaac acttttgc                    38


<210> SEQ ID NO 30
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 30

ccgcggatcc atgaaaacat ttatcattgg aatcagtgg                   39
```

US 8,197,807 B2

**53**          **54**

-continued

```
<210> SEQ ID NO 31
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 31

gccgctcgag ttatgctgtc acttgcaaac actt                           34


<210> SEQ ID NO 32
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 32

ggcaggcata tgaagctcat cgtgggcatc g                              31


<210> SEQ ID NO 33
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 33

gctcgctcga gtcacatgct gtcctgctgg gac                           33


<210> SEQ ID NO 34
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Eukaryotic nicotinamide riboside kinase
      consensus sequence
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(2)
<223> OTHER INFORMATION: "Xaa" denotes an aliphatic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (3)..(3)
<223> OTHER INFORMATION: "Xaa" denotes His or Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: "Xaa" denotes a hydrophilic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (8)..(8)
<223> OTHER INFORMATION: "Xaa" denotes an aromatic amino acid residue

<400> SEQUENCE: 34

Xaa Xaa Xaa Xaa Asp Asp Phe Xaa Lys
1               5
```

What is claimed is:

1. A composition comprising isolated nicotinamide riboside in combination with one or more of tryptophan, nicotinic acid, or nicotinamide, wherein said combination is in admixture with a carrier comprising a sugar, starch, cellulose, powdered tragacanth, malt, gelatin, talc, cocoa butter, suppository wax, oil, glycol, polyol, ester, agar, buffering agent, alginic acid, isotonic saline, Ringer's solution, ethyl alcohol, polyester, polycarbonate, or polyanhydride, wherein said composition is formulated for oral administration and increases NAD+ biosynthesis upon oral administration.

2. The composition of claim 1, wherein the nicotinamide riboside is isolated from a natural or synthetic source.

3. The composition of claim 1, wherein the formulation comprises a tablet, troche, capsule, elixir, suspension, syrup, wafer, chewing gum, or food.

* * * * *

# EXHIBIT B

GRF - 12/14/20

2

exhibitsticker.com



US008383086B2

(12) **United States Patent**
Brenner

(10) Patent No.: **US 8,383,086 B2**
(45) Date of Patent: *\*Feb. 26, 2013*

(54) **NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME**

(75) Inventor: **Charles M. Brenner**, Lyme, NH (US)

(73) Assignee: **Trustees of Dartmouth College**, Hanover, NH (US)

( \* ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/445,289**

(22) Filed: **Apr. 12, 2012**

(65) **Prior Publication Data**

US 2012/0251463 A1      Oct. 4, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/912,400, filed as application No. PCT/US2006/015495 on Apr. 20, 2006, now Pat. No. 8,197,807.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 38/45* | (2006.01) |
| *A61K 31/7088* | (2006.01) |
| *C07H 17/00* | (2006.01) |
| *A61P 35/00* | (2006.01) |

(52) **U.S. Cl.** ........... **424/48**; 424/94.5; 435/15; 435/194; 514/25; 514/44 R

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO      0132888      5/2001

OTHER PUBLICATIONS

Bieganowski et al., "Discoveries of Nicotinamide Riboside as a Nutrient and Conserved NRK Genes Establish a Preiss-Handler Independent Route to NAD+ in Fungi and Humans," Cell 2004 117:495-502.
Bieganowski et al., "Eukaryotic NAD+ Synthetase Qns1 Contains an Essential, Obligate Intramolecular Thiol Glutamine Amidotransferase Domain Related to Nitrilase," J. Biol. Chem. 2003 278 (35):33049-33055.
Berger et al., "Modulation of Nicotinamide Adenine Dinucleotide and Poly(Adenosine Diphosphoribose) Metabolism by the Synthetic "C" Nucleoside Analogs, Tiazofurin and Selenazofurin," J. Clin. Invest. 1985 75:702-705.
Berger et al., "Poly ADP-ribose in the cellular response to DNA damage," Radiation Research Jan. 1985:101 (1):4-15 (see abstract).
Boon et al., "An anatomy of normal and malignant gene expression," Proc. Natl. Acad. Sci. 2002 99 (17):11287-11292.
Burkle, A. "Physiology and pathophysiology of poly(ADP-ribosyl)ation," BioEssays 2001 23:795-806.
Farquhar et al., "Synthesis and antitumor evaluation of bis[(pivaloyloxy)methyl]2'-deoxy-t-5-fluorouridine

5'-monophosphate (FdUMP) :a strategy to introduce nucleotides into cells,"J Med Chem 1994 37(23):3902-3909.
Fleischmann et al., "Whole-Genome Random Sequencing and Assembly of Haemophilus Influenzae Rd," Science 1995 269:496-512.
Gingrich et al., "Codehydrogenase I and Other Pyridinium Compounds as V-Factor for Hemophilus Influenzae and H. Parainfluenzae," J. Bacteriol. 1994 47:535-550.
Godek et al., "In Vitro Evaluation of Nicotinamide Riboside Analogs Against Haemophilus Influenzae," Antimicrobial Agents and Chemotherapy 1990 34(8):1473-1479.
Han et al., "Cellular Uptake Mechanism of Amino Acid Ester Prodrugs in Caco-2/hPEPT1 Cells Overexpressing a Human Peptide Transporter," Pharmaceutical Research 1998 15(9):1382-1386.
Holdsworth et al., "A fraction derived from brewer's yeast inhibits cholesterol synthesis by rat liver preparations in vitro," Br. J. Nutr. 1991 65:285-299.
Leder et al., "Synthesis of Nicotinamide Mononucleotide by Human Erythrocytes in Vitro", J. Biol. Chem. 1951 189:889-899.
Li et al., "A Novel Muscle-specific Beta 1 Integrin Binding Protein (MIBP) that Modulates Myogenic Differentiation," J. Cell Biol. 1999 147:1391-1397.
Li et al., "The muscle integrin binding protein (MIBP) interacts with alpha7beta1 integrin and regulates cell adhesion and laminin matrix deposition," Developmental Biology 2003 261:209-219.
Sasiak et al., "Purification and Properties of a Human Nicotinamide Ribonucleoside Kinase," Archives of Biochemistry and Biophysics 1996 333(2):414-418.
Saunders et al., "Phosphorylation of 3-Deazaguanosine by Nicotinamide Riboside Kinase in Chinese Hamster Ovary Cells," Cancer Research 1989 49:6593-6599.
Saunders et al., "Tiazofurin Is Phosphorylated by Three Enzymes from Chinese Hamster Ovary Cells", Cancer Research 1990 50:5269-5274.
Shifrine et al., "Bacteriology—A Growth Factor for *Haemophilus* Species secreted by a Pseudomonad". Nature 1960 187:623.
Stubberfield et al., "NAD+ depletion and cytotoxicity in isolated hepatocytes", Biochem. Pharm. 1998 37(20):3967-3974.
Tanimori et al., "An Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues," Bioorganic. Med. Chem. Lett. 2002 12:1135-1137.
Ziegler, M. "New functions of a long-known molecule—Emerging roles of NAD in cellular signaling," Eur. J. Biochem. 2000 267:1550-1564.
NCBI Accession No. NP_060351 [gi:8923530] with Revision History Jul. 4, 2000-Jun. 3, 2007.
NCBI Accession No. NP_733778 [gi:24762248] with Revision History—Nov. 2, 2002-Jul. 5, 2007.
NCBI Accession No. NM_017881 [gi:8923529] with Revision History—Jul. 4, 2000-Nov. 17, 2006.
NCBI Accession No. AK000566 [gi:7020748] with Revision History—Feb. 22, 2000-Sep. 12, 2006.
NCBI Accession No. BC001366 [gi:33876100] with Revision History—Dec. 12, 2000-Jul. 15, 2006.

(Continued)

*Primary Examiner* — Kagnew H Gebreyesus

(74) *Attorney, Agent, or Firm* — Licata & Tyrrell P.C.

(57) **ABSTRACT**

The present invention relates to isolated nicotinamide riboside kinase (Nrk) nucleic acid sequences, vectors and cultured cells containing the same, and Nrk polypeptides encoded thereby. Methods for identifying individuals or tumors susceptible to nicotinamide riboside-related prodrug treatment and methods for treating cancer by administering an Nrk nucleic acid sequence or polypeptide in combination with a nicotinamide riboside-related prodrug are also prvided. The present invention further provides screening methods for isolating a nicotinamide riboside-related prodrug and identifying a natural source of nicotinamide riboside.

**5 Claims, 1 Drawing Sheet o-**

## US 8,383,086 B2

Page 2

### OTHER PUBLICATIONS

NCBI Accession No. BC036804 [gi:22477870] with Revision History—Aug. 26, 2002-Mar. 25, 2004.

NCBI Accession No. BC026243 [gi:20072207] with Revision History—Apr. 8, 2002-Mar. 25, 2004.

NCBI Accession No. NM_170678 [gi:24762247] with Revision History—Nov. 7, 2002-Nov. 17, 2006 NM_170678.2 which replaces NM_170678 is provided.

NCBI Accession No. CAG61927 [gi:49528270] with Revision History—Jun. 30, 2004-Nov. 14, 2006.

NCBI Accession No. Z71405 [gi:1302065] with Revision History—May 6, 1996-Aug. 11, 1997.

NCBI Accession No. AX877238 [gi:40031974] Dec. 17, 2003.

Genbank Accession No. AK001663 Jan. 9, 2008.

Genbank Accession No. YNL129W—Nov. 7, 2005.

Written Opinion in International Application No. PCT/US2006/015495 mailed Nov. 23, 2007.

International Search Report in international Application No. PCT/US2006/015495 mailed Nov. 23, 2007.

European Search Report from EP Application No. 06751269 dated Dec. 29, 2008.

CDXDE_000000032

U.S. Patent                Feb. 26, 2013                US 8,383,086 B2

```
Hsapi_Nrk1  MKTFIIGISGVTNSGKTTLAKNLQKHLPN---CSVISQDDFFKPES-IETD-KNGFLQYDVL
Hsapi_Nrk2  MK-LIVGIGGMTNGGKTTLINSLLRALPN---CCVIHQDDFFKPQD-QIAVG-EDGFKQWDVL
Scere_Nrk1  MTSKKVVIIVALSGCSSSGKTTIAKTTASLFTK---ATLIHEDDFYKHDN-EVPVDAKYNIQNWDSP
Spomb_Nrk1  MT-RKTIIVGVSGASCSGKSLCQLLHAIFEG---SSLVHEDDFYKTDA-EIPV-KNGIADWDCQ
Scere_Urk1       TPYIIGIGASGSGKISVAAKIVSSINVP-WTVLISLDNYNPLGPEDRARAFKNEYDFDEP
Ecoli_panK       QTLMTPYLQFDRNQWAALRDSVPMTLSDEIARLKGINEDLSLEEVAEIYLPLSRLLNFYIS

Hsapi_Nrk1  EALNMEKMMSAISCWMES---ARHSVVSTDQES----------------AEEIPIL
Hsapi_Nrk2  ESLDMEAMLDTVQAWLSSPQKFARAHGVSVQPE------------------ASDTHIL
Scere_Nrk1  EALDFKLFGKELDVIKQGKIATKLIHNNVDDPFFKFHIDRQVWDELKAKYDSINDDKYEVV
Spomb_Nrk1  ESLNLDAFLENLHYIRDHGVLPTHLRNRENKNVAPEALIEYADIIKEFKAP--AIPTLEQHLV
Scere_Urk1  NAINLDLAYKCLLNLKKGKRTNIPVYSFVHHNRVPDK----NIVIYGASVV
Ecoli_panK  SNLRRQAVLEQFLGTNGQRIPYIISIAGSVAVGKSTTARVLQALLSR----WPEHRRVELI

Hsapi_Nrk1  IIEGFLLFNYKPLDTIWNRSYFLTIPYEECKRRSTR-VYQPPD---SPGYFDGHVWPMYL
Hsapi_Nrk2  LLEGFLLYSYKPLVDLYSRRYFTVPYEECKWRRSTR-NYTVPD--PGLFDGHVWPMQKYR
Scere_Nrk1  IVDGFMIFNNTGISKKFDLKILVRAPYEVLKKRRASRKGYQTLDSFWVDPPYYFDEFVYESYR
Spomb_Nrk1  FVDGFMMYVNEDLINAFDIRLMLVTDEDTLKRRREARTGYITLEGFWQDPPHYFENYVWPGYV
Scere_Urk1  VIEGIYALYDRRLLDLMDLKIYVDADLDVCLAARLSR-DIVSRGRDLDGCIQQWEKFVKPNAV
Ecoli_panK  TTDGFLHPNQVLKERGLMKKKGFPESYDMHRLVKFVS---DIKSGVPNVTAPVYSHLIYDVIP

Hsapi_Nrk1  KYRQEMQDITWEVVY-LDGTKSEDLFQYYEDLQELAKQK----------CL
Hsapi_Nrk2  QEMEANGVEVVVLDGMKSREELFREVLEDIQNSLINRSQESAPSPARPARTQGPGRGCGHRTA
Scere_Nrk1  ANHAQLFVNGDVEG--LLDPRKSNIKEFINDDDTPIAKPLS----------WVCQ
Spomb_Nrk1  HGHSHLFVNGDVTGK-LLDKR-----IQLSPSSKMSVRDNVQ------WAIN
Scere_Urk1  KFVKPTMKNADAIIPSMSDNATAVNLIINIIKSKLELKRELIKLGSSFSQDVLNRNII
Ecoli_panK  DGDKTVVQPDILILEGLNVLQSGMDYPHDPHHVFVSDFVDFS----------I

Hsapi_Nrk1  QVTA
Hsapi_Nrk2  RPAASQQDSM
Scere_Nrk1  EILKLCKD
Spomb_Nrk1  SILNAL
Scere_Urk1  HELPPTNQVL
Ecoli_panK  YVDAFEDLLQ
```

CDXDE_000000033

US 8,383,086 B2

<table>
<tr><td>1</td><td>2</td></tr>
</table>

# NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME

## INTRODUCTION

This application is a continuation of U.S. patent application Ser. No. 11/912,400 filed Nov. 20, 2007 now U.S. Pat. No. 8,197,807, which is the National Stage of International Application No. PCT/US2006/015495 filed Apr. 20, 2006, which claims benefit of priority to U.S. patent application Ser. No. 11/113,761 filed Apr. 25, 2005, the teachings of which are incorporated herein by reference in their entireties.

This invention was made with government support under grant number CA77738 awarded by the National Cancer Institute. The government has certain rights in the invention.

## BACKGROUND OF THE INVENTION

Nicotinic acid and nicotinamide, collectively niacins, are the vitamin forms of nicotinamide adenine dinucleotide (NAD+). Eukaryotes can synthesize NAD+ de novo via the kynurenine pathway from tryptophan (Krehl, et al. (1945) Science 101:489-490; Schutz and Feigelson (1972) J. Biol. Chem. 247:5327-5332) and niacin supplementation prevents the pellagra that can occur in populations with a tryptophan-poor diet. It is well-established that nicotinic acid is phosphoribosylated to nicotinic acid mononucleotide (NaMN), which is then adenylylated to form nicotinic acid adenine dinucle-otide (NaAD), which in turn is amidated to form NAD+ (Preiss and Handler (1958) J. Biol. Chem. 233:488-492; Preiss and Handler (1958b) J. Biol. Chem. 233:493-50).

NAD+ was initially characterized as a co-enzyme for oxidoreductases. Though conversions between NAD+, NADH, NADP and NADPH would not be accompanied by a loss of total co-enzyme, it was discovered that NAD+ is also turned over in cells for unknown purposes (Maayan (1964) Nature

204:1169-1170). Sirtuin enzymes such as Sir2 of S. cerevisiae and its homologs deacetylate lysine residues with consumption of an equivalent of NAD+ and this activity is required for Sir2 function as a transcriptional silencer (Imai, et al. (2000) Cold Spring Harb. Symp. Quant. Biol. 65:297-302). NAD+-dependent deacetylation reactions are required not only for alterations in gene expression but also for repression of ribosomal DNA recombination and extension of lifespan in response to calorie restriction (Lin, et al. (2000) Science 289:2126-2128; Lin, et al. (2002) Nature 418:344-348). NAD+ is consumed by Sir2 to produce a mixture of 2'- and 3' O-acetylated ADP-ribose plus nicotinamide and the deacetylated polypeptide (Sauve, et al. (2001) Biochemistry 40:15456-15463). Additional enzymes, including poly(ADPribose) polymerases and cADPribose synthases are also NAD+-dependent and produce nicotinamide and ADPribosyl products (Ziegler (2000) Eur. J. Biochem. 267:1550-1564; Burkle (2001) Bioessays 23:795-806).

The non-coenzymatic properties of NAD+ has renewed interest in NAD+ biosynthesis. Four recent publications have suggested what is considered to be all of the gene products and pathways to NAD+ in S. cerevisiae (Panozzo, et al. (2002) FEBS Lett. 517:97-102; Sandmeier, et al. (2002) Genetics 160:877-889; Bitterman, et al. (2002) J. Biol. Chem. 277:45099-45107; Anderson, et al. (2003) Nature 423:181-185) depicting convergence of the flux to NAD+ from de novo synthesis, nicotinic acid import, and nicotinamide salvage at NaMN (Scheme 1).



Scheme 1

## SUMMARY OF THE INVENTION

It has now been shown that nicotinamide riboside, which was known to be an NAD+ precursor in bacteria such as Haemophilus influenza (Gingrich and Schlenk (1944) J. Bacteriol. 47:535-550; Leder and Handler (1951) J. Biol. Chem. 189:889-899; Shifrine and Biberstein (1960) Nature 187:623) that lack the enzymes of the de novo and Preiss-Handler

CDXDE_000000034

US 8,383,086 B2

3

pathways (Fleischmann, et al. (1995) *Science* 269:496-512), is an NAD+ precursor in a previously unknown but conserved eukaryotic NAD+ biosynthetic pathway. Yeast nicotinamide riboside kinase, Nrk1, and human Nrk enzymes with specific functions in NAD+ metabolism are provided herein. The specificity of these enzymes indicates that they are the long-sought tiazofurin kinases that perform the first step in converting cancer drugs such as tiazofurin and benzamide riboside and their analogs into toxic NAD+ analogs. Further, yeast mutants of defined genotype were used to identify sources of nicotinamide riboside and it is shown that milk is a source of nicotinamide riboside.

Accordingly, the present invention is an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide. A eukaryotic nicotinamide riboside kinase nucleic acid encompasses (a) a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3; (b) a nucleotide sequence that hybridizes to a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3 or its complementary nucleotide sequence under stringent conditions, wherein said nucleotide sequence encodes a functional nicotinamide riboside kinase polypeptide; or (c) a nucleotide sequence encoding an amino acid sequence encoded by the nucleotide sequences of (a) or (b), but which has a different nucleotide sequence than the nucleotide sequences of (a) or (b) due to the degeneracy of the genetic code or the presence of non-translated nucleotide sequences.

The present invention is also an expression vector containing an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide. In one embodiment, the expression vector is part of a composition containing a pharmaceutically acceptable carrier. In another embodiment, the composition further contains a prodrug wherein the prodrug is a nicotinamide riboside-related analog that is phosphorylated by the expressed nicotinamide riboside kinase thereby performing the first step in activating said prodrug.

The present invention is also an isolated eukaryotic nicotinamide riboside kinase polypeptide. In one embodiment, the isolated nicotinamide riboside kinase polypeptide has an amino acid sequence having at least about 70% amino acid sequence similarity to an amino acid sequence of SEQ ID NO:4, SEQ ID NO:5 or SEQ ID NO:6 or a functional fragment thereof.

The present invention is further a cultured cell containing an isolated nucleic acid encoding a eukaryotic nicotinamide riboside kinase polypeptide or a polypeptide encoded thereby.

Still further, the present invention is a composition containing an isolated eukaryotic nicotinamide riboside kinase polypeptide and a pharmaceutically acceptable carrier. In one embodiment, the composition further contains a prodrug wherein said prodrug is a nicotinamide riboside-related analog that is phosphorylated by the nicotinamide riboside kinase thereby performing the first step in activating said prodrug.

The present invention is also a method for treating cancer by administering to a patient having or suspected of having cancer an effective amount of a nicotinamide riboside-related prodrug in combination with an isolated eukaryotic nicotinamide riboside kinase polypeptide or expression vector containing an isolated nucleic acid sequence encoding an eukaryotic nicotinamide riboside kinase polypeptide wherein the nicotinamide riboside kinase polypeptide phosphorylates the prodrug thereby performing the first step in activating the prodrug so that the signs or symptoms of said cancer are decreased or eliminated.

4

The present invention is further a method for identifying a natural or synthetic source for nicotinamide riboside. The method involves contacting a first cell lacking a functional glutamine-dependent NAD+ synthetase with an isolated extract from a natural source or synthetic; contacting a second cell lacking functional glutamine-dependent NAD+ synthetase and nicotinamide riboside kinase with the isolated extract; and detecting growth of the first cell compared to the growth of the second cell, wherein the presence of growth in the first cell and absence of growth in the second cell is indicative of the presence of nicotinamide riboside in the isolated extract. In one embodiment, the natural source is cow's milk.

Further, the present invention is a dietary supplement composition containing nicotinamide riboside identified in accordance with the methods of the present invention and a carrier.

Moreover, the present invention is a method for preventing or treating a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis. The method involves administering to a patient having a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis an effective amount of a nicotinamide riboside composition so that the signs or symptoms of the disease or condition are prevented or reduced. In one embodiment, the nicotinamide riboside is neuroprotective. In another embodiment the nicotinamide riboside is anti-fungal. In a further embodiment, the nicotinamide riboside is administered in combination with tryptophan, nicotinic acid or nicotinamide.

The present invention is also an in vitro method for identifying a nicotinamide riboside-related prodrug. The method involves contacting a nicotinamide riboside kinase polypeptide with a nicotinamide riboside-related test agent and determining whether said test agent is phosphorylated by said nicotinamide riboside kinase polypeptide wherein phosphorylation of said test agent is indicative of said test agent being a nicotinamide riboside-related prodrug. A nicotinamide riboside-related prodrug identified by this method is also encompassed within the present invention.

The present invention is further a cell-based method for identifying a nicotinamide riboside-related prodrug. This method involves contacting a first test cell which expresses a recombinant Nrk polypeptide with a nicotinamide riboside-related test agent; contacting a second test cell which lacks a functional Nrk polypeptide with the same test agent; and determining the viability of the first and second test cells, wherein sensitivity of the first cell and not the second cell is indicative of a nicotinamide riboside-related prodrug. A nicotinamide riboside-related prodrug identified by this method is also encompassed within the context of the present invention.

The present invention is also a method for identifying an individual or tumor which is susceptible to treatment with a nicotinamide riboside-related prodrug. This method involves detecting the presence of mutations in, or the level of expression of, a nicotinamide riboside kinase in an individual or tumor wherein the presence of a mutation or change in expression of nicotinamide riboside kinase in said individual or tumor compared to a control is indicative of said individual or tumor having an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. 1 shows the amino acid sequence alignment and consensus sequence (SEQ ID NO:34) of human Nrk1 (SEQ ID NO:5), human Nrk2 (SEQ ID NO:6), *S. cerevisiae* Nrk1 (SEQ ID NO:4), *S. pombe* nrk1 (SEQ ID NO:7), as compared

CDXDE_000000035

US 8,383,086 B2

5

to portions of *S. cerevisiae* uridine/cytidine kinase Urk1 (SEQ ID NO:8) and *E. coli* pantothenate kinase (SEQ ID NO:9).

## DETAILED DESCRIPTION OF THE INVENTION

A *Saccharomyces cerevisiae* QNS1 gene encoding glutamine-dependent NAD+ synthetase has been characterized and mutation of either the glutaminase active site or the NAD+ synthetase active site resulted in inviable cells (Bieganowski, et al. (2003) *J. Biol. Chem.* 278:33049-33055). Possession of strains containing the qns1 deletion and a plasmid-borne QNS1 gene allowed a determination of whether the canonical de novo, import and salvage pathways for NAD+ of Scheme 1 (Panozzo, et al. (2002) supra; Sandmeier, et al. (2002) supra; Bitterman, et al. (2002) supra; Anderson, et al. (2003) supra) are a complete representation of the metabolic pathways to NAD+ in *S. cerevisiae*. The pathways depicted in scheme 1 suggest that: nicotinamide is deamidated to nicotinic acid before the pyridine ring is salvaged to make more NAD+, thus supplementation with nicotinamide may not rescue qns1 mutants by shunting nicotinamide-containing precursors through the pathway; and QNS1 is common to the three pathways, thus there may be no NAD+ precursor that rescues qns1 mutants. However, it has now been found that while nicotinamide does not rescue qns1 mutants even at 1 or 10 mM, nicotinamide riboside functions as a vitamin form of NAD+ at 10 μM.

Anticancer agents such as tiazofurin (Cooney, et al. (1983) *Adv. Enzyme Regul.* 21:271-303) and benzamide riboside (Krohn, et al. (1992) *J. Med. Chem.* 35:511-517) have been shown to be metabolized intracellularly to NAD+ analogs, taizofurin adenine dinucleotide and benzamide adenine dinucleotide, which inhibit IMP dehydrogenase the rate-limiting enzyme for de novo purine nucleotide biosynthesis.

Though an NMN/NaMN adenylyltransferase is thought to be the enzyme that converts the mononucleotide intermediates to NAD+ analogs and the structural basis for this is known (Zhou et al. (2002) supra), several different enzymes including adenosine kinase, 5′ nucleotidase (Fridland, et al. (1986) *Cancer Res.* 46:532-537; Saunders, et al. (1990) *Cancer Res.* 50:5269-5274) and a specific nicotinamide riboside kinase (Saunders, et al. (1990) supra) have been proposed to be responsible for tiazofurin phosphorylation in vivo. A putative nicotinamide riboside kinase (Nrk) activity was purified, however no amino acid sequence information was obtained and, as a consequence, no genetic test was performed to assess its function (Sasiak and Saunders (1996) *Arch. Biochem. Biophys.* 333:414-418).

Using a qns1 deletion strain that was additionally deleted for yeast homologs of candidate genes encoding nucleoside kinases proposed to phosphorylate tiazofurin, i.e., adenosine kinase ado1 (Lecoq, et al. (2001) *Yeast* 18:335-342), uridine/cytidine kinase urk1 (Kern (1990) *Nucleic Acids Res.* 18:5279; Kurtz, et al. (1999) *Curr. Genet.* 36:130-136), and ribokinase rbk1 (Thierry, et al. (1990) *Yeast* 6:521-534), it was determined whether the nucleoside kinases are uniquely or collectively responsible for utilization of nicotinamide riboside. It was found that despite these deletions, the strain retained the ability to utilize nicotinamide riboside in an anabolic pathway independent of NAD+ synthetase.

Given that mammalian pharmacology provided no useful clue to the identity of a putative fungal Nrk, it was considered whether the gene might have been conserved with the Nrk of *Haemophilus influenza*. The Nrk domain of *H. influenza* is encoded by amino acids 225 to 421 of the NadR gene product (the amino terminus of which is NMN adenylyltransferase). Though this domain is structurally similar to yeast thymidy-

6

late kinase (Singh, et al. (2002) *J. Biol. Chem.* 277:33291-33299), sensitive sequence searches revealed that bacterial Nrk has no ortholog in yeast. Genomic searches with the Nrk domain of *H. influenza* NadR have identified a growing list of bacterial genomes predicted to utilize nicotinamide riboside as an NAD+ precursor (Kurnasov, et al. (2002) *J. Bacteriol.* 184:6906-6917). Thus, had fungi possessed NadR Nrk-homologous domains, comparative genomics would have already predicted that yeast can salvage nicotinamide riboside.

To identify the Nrk of *S. cerevisiae*, an HPLC assay for the enzymatic activity was established and used in combination with a biochemical genomics approach to screen for the gene encoding this activity (Martzen, et al. (1999) *Science* 286:1153-1155). Sixty-four pools of 90-96 *S. cerevisiae* open reading frames fused to glutathione S-transferase (GST), expressed in *S. cerevisiae*, were purified as GST fusions and screened for the ability to convert nicotinamide riboside plus ATP to NMN plus ADP. Whereas most pools contained activities that consumed some of the input ATP, only pool 37 consumed nicotinamide riboside and produced NMN. In pool 37, approximately half of the 1 mM ATP was converted to ADP and the 500 μM nicotinamide riboside peak was almost entirely converted to NMN. Examination of the 94 open reading frames that were used to generate pool 37 revealed that YNL129W (SEQ ID NO:1) encodes a predicted 240 amino acid polypeptide with a 187 amino acid segment containing 23% identity with the 501 amino acid yeast uridine/cytidine kinase Urk1 and remote similarity with a segment of *E. coli* pantothenate kinase panK (Yun, et al. (2000) *J. Biol. Chem.* 275:28093-28099) (FIG. 1). After cloning YNL129W into a bacterial expression vector it was ascertained whether this homolog of metabolite kinases was the eukaryotic Nrk. The specific activity of purified YNL129W was ~100-times that of pool 37, consistent with the idea that all the Nrk activity of pool 37 was encoded by this open reading frame. To test genetically whether this gene product phosphorylates nicotinamide riboside in vivo, a deletion of YNL129W was created in the qns1 background. It was found that nicotinamide riboside rescue of the qns1 deletion strain was entirely dependent on this gene product. Having shown biochemically and genetically that YNL129W encodes an authentic Nrk activity, the gene was designated NRK1.

A PSI-BLAST (Altschul, et al. (1997) *Nucleic Acids Res.* 25:3389-3402) comparison was conducted on the predicted *S. cerevisiae* Nrk1 polypeptide and an orthologous human protein Nrk1 (NP_060351; SEQ ID NO:5; FIG. 1) was found. The human NP_060351 protein encoded at locus 9q21.31 is a polypeptide of 199 amino acids and is annotated as an uncharacterized protein of the uridine kinase family. In addition, a second human gene product Nrk2 (NP_733778; SEQ ID NO:6; FIG. 1) was found that is 57% identical to human Nrk1. Nrk2 is a 230 amino acid splice form of what was described as a 186 amino acid muscle integrin beta 1 binding protein (ITGB1BP3) encoded at 19p13.3 (Li, et al. (1999) *J. Cell Biol.* 147:1391-1398; Li, et al. (2003) *Dev. Biol.* 261:209-219). Amino acid conservation between *S. cerevisiae*, *S. pombe* and human Nrk homologs and similarity with fragments of *S. cerevisiae* Urk1 and *E. coli* panK is shown in FIG. 1. Fungal and human Nrk enzymes are members of a metabolite kinase superfamily that includes pantothenate kinase but is unrelated to bacterial nicotinamide riboside kinase. Robust complementation of the failure of qns1 nrk1 to grow on nicotinamide riboside-supplemented media was provided by human NRK1 and human NRK2 cDNA even when expressed from the GAL1 promoter on glucose.

CDXDE_000000036

US 8,383,086 B2

| 7 | 8 |

As shown in Table 1, purification of yeast Nrk1 and human Nrk1 and Nrk2 revealed high specificity for phosphorylation of nicotinamide riboside and tiazofurin.

TABLE 1

| | Nicotinamide riboside | Tiazofurin | Uridine | Cytidine |
|---|---|---|---|---|
| Human Nrk1 | 275 ± 17 | 538 ± 27 | 19.3 ± 1.7 | 35.5 ± 6.4 |
| Human Nrk2 | 2320 ± 20 | 2150 ± 210 | 2220 ± 170 | 222 ± 8 |
| Yeast Nrk1 | 535 ± 60 | 1129 ± 134 | 15.2 ± 3.4 | 82.9 ± 4.4 |

Specific activity is expressed in nmole mg⁻¹ min⁻¹ for phosphorylation of nucleoside substrates.

In the cases of yeast and human Nrk1 enzymes, the enzymes preferred tiazofurin to the natural substrate nicotinamide riboside by a factor of two and both enzymes retained less than 7% of their maximal specific activity on uridine and cytidine. In the case of human Nrk2, the 230 amino acid form was essentially equally active on nicotinamide riboside, tiazofurin and uridine with less than 10% of corresponding activity on cytidine. Conversely, the 186 amino acid integrin beta 1 binding protein form was devoid of enzymatic activity in this in vitro assay and was not functional as an Nrk in vivo. However, both the 186 and 230 amino acid isoforms function in vivo in a yeast nicotinamide riboside utilization assay. Thus, though Nrk2 may contribute additionally to formation of uridylate, these data demonstrate that fungi and mammals possess specific nicotinamide riboside kinases that function to synthesize NAD+ through NMN in addition to the well-known pathways through NaMN. Identification of Nrk enzymatic activities thus accounts for the dual specificity of fungal and mammalian NaMN/NMN adenylyltransferases.

On the basis of SAGE data, NRK1 is a rare message in many tissues examined while NRK2 is highly expressed in heart and skeletal muscle and has lower level expression in retinal epithelium and placenta (Boon, et al. (2002) *Proc. Natl. Acad. Sci. USA* 99:11287-11292). From cancer cell line to cancer cell line the expression levels are quite variable (Boon, et al. (2002) supra). Thus, in individuals whose tumors are NRK1, NRK2-low, tiazofurin conversion to NAD+ may occur more extensively in the patients hearts and muscles than in tumors. In tumors that are NRK1 and/or NRK2-high, a substantial amount of tiazofurin may be converted to tiazofurin adenine dinucleotide in tumors.

A yeast qns1 mutant was used to screen for natural sources of nicotinamide riboside wherein it was identified in an acid whey preparation of cow's milk. Unlike the original screen for vitamins in protein-depleted extracts of liver for reversal of black-tongue in starving dogs (Elvehjem, et al. (1938) *J. Biol. Chem.* 123:137-149), this assay is pathway-specific in identifying NAD+ precursors. Because of the qns1 deletion, nicotinic acid and nicotinamide do not score positively in this assay. As the factor from milk requires nicotinamide riboside kinase for growth, the nutrient is clearly nicotinamide riboside and not NMN or NAD+.

A revised metabolic scheme for NAD+, incorporating Nrk1 homologs and the nicotinamide riboside salvage pathway is shown in Scheme 2 wherein double arrows depict metabolic steps common to yeast and humans (with yeast gene names) and single arrows depict steps unique to humans (PBEF, nicotinamide phosphoribosyltransferase) and yeast (Pnc1, nicotinamidase).



A difference between humans and yeasts concerns the organisms' uses of nicotinamide and nicotinic acid, the two niacins that were co-identified as anti-black tongue factor (Elvehjem, et al. (1938) supra). Humans encode a homolog of the *Haemophilus ducreyi* nadV gene, termed pre-B-cell colony enhancing factor, that may convert nicotinamide to NMN (Rongvaux, et al. (2002) *Eur. J. Immunol.* 32:3225-3234) and is highly induced during lymphocyte activation (Samal, et al. (1994) *Mol. Cell. Biol.* 14:1431-1437). In contrast, *S. cerevisiae* lacks a homolog of nadV and instead has a homolog of the *E. coli* pncA gene, termed PNC1, that converts nicotinamide to nicotinic acid for entry into the Preiss-Handler pathway (Ghislain, et al. (2002) *Yeast* 19:215-224; Sandmeier, et al. (2002) supra). Though the Preiss-Handler pathway is frequently considered a salvage pathway from nicotinamide, it technically refers to the steps from nicotinic acid to NAD+ (Preiss and Handler (1958) supra; Preiss and Handler (1958) supra). Reports that nicotinamidase had been purified from mammalian liver in the 1960s (Petrack, et al. (1965) *J. Biol. Chem.* 240:1725-1730) may have contributed to the sense that fungal and animal NAD+ biosynthesis is entirely conserved. However, animal genes for nicotinamidase have not been identified and there is no compelling evidence that nicotinamide and nicotinic acid are utilized as NAD+ precursors through the same route in mammals. The persistence of "niacin" as a mixture of nicotinamide and nicotinic acid may attest to the utility of utilizing multiple pathways to generate NAD+ and indicates that supplementation with nicotinamide riboside as third importable NAD+ precursor can be beneficial for certain conditions.

First reported in 1955, high doses of nicotinic acid are effective at reducing cholesterol levels (Altschul, et al. (1955) *Arch. Biochem. Biophys.* 54:558-559). Since the initial report, many controlled clinical studies have shown that nicotinic acid preparations, alone and in combination with HMG CoA reductase inhibitors, are effective in controlling low-density lipoprotein cholesterol, increasing high-density lipoprotein cholesterol, and reducing triglyceride and lipoprotein a levels in humans (Pasternak, et al. (1996) *Ann. Intern. Med.* 125:529-540). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations (Pasternak, et al. (1996) supra), its use is limited because of a side effect of heat and redness termed "flushing," which is significantly effected by the nature of formulation (Capuzzi, et al. (2000) *Curr. Atheroscler. Rep.* 2:64-71). Thus, nicotinamide riboside supplementation could be one route to improve lipid profiles in humans. Further, nicotinamide is protective in animal models of stroke (Klaidman, et al. (2003) *Pharmacology* 69:150-157) and nicotinamide riboside could be an important supplement for acute conditions such as stroke. Additionally, regulation of NAD+ biosynthetic enzymes could be useful in sensitizing tumors to compounds such as tiazofurin, to protect normal tissues from the toxicity of compounds such as tiazofurin adenine dinucleotide, and to stratify patients for the most judicious use of tiazofurin chemotherapy.

CDXDE_000000037

US 8,383,086 B2

9 | 10

The present invention is an isolated nucleic acid containing a eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide. As used herein, an isolated molecule (e.g., an isolated nucleic acid such as genomic DNA, RNA or cDNA or an isolated polypeptide) means a molecule separated or substantially free from at least some of the other components of the naturally occurring organism, such as for example, the cell structural components or other polypeptides or nucleic acids commonly found associated with the molecule. When the isolated molecule is a polypeptide, said polypeptide is at least about 25%, 50%, 60%, 70%, 75%, 80%, 85%, 90%, 95%, 97%, 98%, 99% or more pure (w/w).

In one embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3. In another embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence that hybridizes to a nucleotide sequence of SEQ ID NO:1, SEQ ID NO:2 or SEQ ID NO:3 or its complementary nucleotide sequence under stringent conditions, wherein said nucleotide sequence encodes a functional nicotinamide riboside kinase polypeptide. In a further embodiment, the eukaryotic nucleotide sequence encoding a nicotinamide riboside kinase polypeptide is a nucleotide sequence encoding a functional nicotinamide riboside kinase polypeptide but which has a different nucleotide sequence than the nucleotide sequences of SEQ ID NO:1, SEQ ID NO:2, or SEQ ID NO:3 due to the degeneracy of the genetic code or the presence of non-translated nucleotide sequences.

As used herein, a functional polypeptide is one that retains at least one biological activity normally associated with that polypeptide. Alternatively, a functional polypeptide retains all of the activities possessed by the unmodified peptide. By retains biological activity, it is meant that the polypeptide retains at least about 50%, 60%, 75%, 85%, 90%, 95%, 97%, 98%, 99%, or more, of the biological activity of the native polypeptide (and can even have a higher level of activity than the native polypeptide). A non-functional polypeptide is one that exhibits essentially no detectable biological activity normally associated with the polypeptide (e.g., at most, only an insignificant amount, e.g., less than about 10% or even 5%).

As used herein, the term polypeptide encompasses both peptides and proteins, unless indicated otherwise.

A nicotinamide riboside kinase polypeptide or Nrk protein as used herein, is intended to be construed broadly and encompasses an enzyme capable of phosphorylating nicotinamide riboside. The term nicotinamide riboside kinase or Nrk also includes modified (e.g., mutated) Nrk that retains biological function (i.e., have at least one biological activity of the native Nrk protein, e.g., phosphorylating nicotinamide riboside), functional Nrk fragments including truncated molecules, alternatively spliced isoforms (e.g., the alternatively spliced isoforms of human Nrk2), and functional Nrk fusion polypeptides (e.g., an Nrk-GST protein fusion or Nrk-His tagged protein).

Any Nrk polypeptide or Nrk-encoding nucleic acid known in the art can be used according to the present invention. The Nrk polypeptide or Nrk-encoding nucleic acid can be derived from yeast, fungal (e.g., *Saccharomyces cerevisiae, Saccharomyces pombe, Pichia* sp., *Neurospora* sp., and the like) plant, animal (e.g., insect, avian (e.g., chicken), or mammalian (e.g., rat, mouse, bovine, porcine, ovine, caprine, equine, feline, canine, lagomorph, simian, human and the like) sources.

Representative cDNA and amino acid sequences of a *S. cerevisiae* Nrk1 are shown in SEQ ID NO:1 and SEQ ID NO:4 (FIG. 1), respectively. Representative cDNA and amino

acid sequences of a human Nrk1 are shown in SEQ ID NO:2 and SEQ ID NO:5 (FIG. 1), respectively. Representative cDNA and amino acid sequences of a human Nrk2 are shown in SEQ ID NO:3 and SEQ ID NO:6 (FIG. 1), respectively. Other Nrk sequences encompassed by the present invention include, but are not limited to, Nrk1 of GENBANK accession numbers NM_017881, AK000566, BC001366, BC036804, and BC026243 and Nrk2 of GENBANK accession number NM_170678. Moreover, locus CAG61927 from the *Candida glabrata* CBS138 genome project (Dujon, et al. (2004) *Nature* 430:35-44) is 54% identical to the *Saccharomyces cerevisiae* Nrk1 protein. Particular embodiments of the present invention embrace a Nrk polypeptide having the conserved amino acid sequence XXXXDDFXK (SEQ ID NO:34), wherein $Xaa_1$ and $Xaa_2$ are aliphatic amino acid residues, $Xaa_3$ is His or Ser, $Xaa_4$ is a hydrophilic amino acid residue, and $Xaa_5$ is an aromatic amino acid residue.

To illustrate, hybridization of such sequences can be carried out under conditions of reduced stringency, medium stringency or even stringent conditions (e.g., conditions represented by a wash stringency of 35-40% Formamide with 5×Denhardt's solution, 0.5% SDS and 1×SSPE at 37° C.; conditions represented by a wash stringency of 40-45% Formamide with 5×Denhardt's solution, 0.5% SDS, and 1×SSPE at 42° C.; and/or conditions represented by a wash stringency of 50% Formamide with 5×Denhardt's solution, 0.5% SDS and 1×SSPE at 42° C., respectively) to the sequences specifically disclosed herein. See, e.g., Sambrook et al., *Molecular Cloning, A Laboratory Manual* (2d Ed. 1989) (Cold Spring Harbor Laboratory).

Alternatively stated, isolated nucleic acids encoding Nrk of the invention have at least about 50%, 60%, 70%, 80%, 90%, 95%, 97%, 98% or higher sequence similarity with the isolated nucleic acid sequences specifically disclosed herein (or fragments thereof, as defined above) and encode a functional Nrk as defined herein.

It will be appreciated by those skilled in the art that there can be variability in the nucleic acids that encode the Nrk of the present invention due to the degeneracy of the genetic code. The degeneracy of the genetic code, which allows different nucleic acid sequences to code for the same polypeptide, is well known in the literature (see Table 2).

TABLE 2

| Amino Acid | 3-Letter Code | 1-Letter Code | Codons |
|---|---|---|---|
| Alanine | Ala | A | GCA GCC GCG GCT |
| Cysteine | Cys | C | TGC TGT |
| Aspartic acid | Asp | D | GAC GAT |
| Glutamic acid | Glu | E | GAA GAG |
| Phenylalanine | Phe | F | TTC TTT |
| Glycine | Gly | G | GGA GGC GGG GGT |
| Histidine | His | H | CAC CAT |
| Isoleucine | Ile | I | ATA ATC ATT |
| Lysine | Lys | K | AAA AAG |
| Leucine | Leu | L | TTA TTG CTA CTC CTG CTT |
| Methionine | Met | M | ATG |
| Asparagine | Asn | N | AAC AAT |
| Proline | Pro | P | CCA CCC CCG CCT |
| Glutamine | Gln | Q | CAA CAG |
| Arginine | Arg | R | AGA AGG CGA CGC CGG CGT |
| Serine | Ser | S | AGC ACT TCA TCC TCG TCT |
| Threonine | Thr | T | ACA ACC ACG ACT |
| Valine | Val | V | GTA GTC GTG GTT |
| Tryptophan | Trp | W | TGG |
| Tyrosine | Tyr | Y | TAC TAT |

CDXDE_000000038

US 8,383,086 B2

11

Further variation in the nucleic acid sequence can be introduced by the presence (or absence) of non-translated sequences, such as intronic sequences and 5' and 3' untranslated sequences.

Moreover, the isolated nucleic acids of the invention encompass those nucleic acids encoding Nrk polypeptides that have at least about 60%, 70%, 80%, 90%, 95%, 97%, 98% or higher amino acid sequence similarity with the polypeptide sequences specifically disclosed herein (or fragments thereof) and further encode a functional Nrk as defined herein.

As is known in the art, a number of different programs can be used to identify whether a nucleic acid or polypeptide has sequence identity or similarity to a known sequence. Sequence identity and/or similarity can be determined using standard techniques known in the art, including, but not limited to, the local sequence identity algorithm of Smith & Waterman (1981) *Adv. Appl. Math.* 2:482, by the sequence identity alignment algorithm of Needleman & Wunsch (1970) *J. Mol. Biol.* 48:443, by the search for similarity method of Pearson & Lipman (1988) *Proc. Natl. Acad. Sci. USA* 85:2444, by computerized implementations of these algorithms (GAP, BESTFIT, FASTA, and TFASTA in the Wisconsin Genetics Software Package, Genetics Computer Group, 575 Science Drive, Madison, Wis.), the Best Fit sequence program described by Devereux, et al. (1984) *Nucl. Acid Res.* 12:387-395, either using the default settings, or by inspection.

An example of a useful algorithm is PILEUP. PILEUP creates a multiple sequence alignment from a group of related sequences using progressive, pairwise alignments. It can also plot a tree showing the clustering relationships used to create the alignment. PILEUP uses a simplification of the progressive alignment method of Feng & Doolittle (1987) *J. Mol. Evol.* 35:351-360; the method is similar to that described by Higgins & Sharp (1989) *CABIOS* 5:151-153.

Another example of a useful algorithm is the BLAST algorithm, described in Altschul, et al. (1990) *J. Mol. Biol.* 215:403-410 and Karlin, et al. (1993) *Proc. Natl. Acad. Sci. USA* 90:5873-5787. A particularly useful BLAST program is the WU-BLAST-2 program which was obtained from Altschul, et al. (1996) *Methods in Enzymology,* 266:460-480; http://blast.wustl/edu/blast/README.html. WU-BLAST-2 uses several search parameters, which can be set to the default values. The parameters are dynamic values and are established by the program itself depending upon the composition of the particular sequence and composition of the particular database against which the sequence of interest is being searched; however, the values can be adjusted to increase sensitivity.

An additional useful algorithm is gapped BLAST as reported by Altschul, et al. (1997) *Nucleic Acids Res.* 25:3389-3402.

A percentage amino acid sequence identity value can be determined by the number of matching identical residues divided by the total number of residues of the longer sequence in the aligned region. The longer sequence is the one having the most actual residues in the aligned region (gaps introduced by WU-Blast-2 to maximize the alignment score are ignored).

The alignment can include the introduction of gaps in the sequences to be aligned. In addition, for sequences which contain either more or fewer amino acids than the polypeptides specifically disclosed herein, it is understood that in one embodiment, the percentage of sequence identity will be determined based on the number of identical amino acids in relation to the total number of amino acids. Thus, for

12

example, sequence identity of sequences shorter than a sequence specifically disclosed herein, will be determined using the number of amino acids in the shorter sequence, in one embodiment. In percent identity calculations relative weight is not assigned to various manifestations of sequence variation, such as, insertions, deletions, substitutions, etc.

In one embodiment, only identities are scored positively (+1) and all forms of sequence variation including gaps are assigned a value of "0", which obviates the need for a weighted scale or parameters as described below for sequence similarity calculations. Percent sequence identity can be calculated, for example, by dividing the number of matching identical residues by the total number of residues of the shorter sequence in the aligned region and multiplying by 100. The longer sequence is the one having the most actual residues in the aligned region.

To modify Nrk amino acid sequences specifically disclosed herein or otherwise known in the art, amino acid substitutions can be based on any characteristic known in the art, including the relative similarity or differences of the amino acid side-chain substituents, for example, their hydrophobicity, hydrophilicity, charge, size, and the like. In particular embodiments, conservative substitutions (i.e., substitution with an amino acid residue having similar properties) are made in the amino acid sequence encoding Nrk.

In making amino acid substitutions, the hydropathic index of amino acids may be considered. The importance of the hydropathic amino acid index in conferring interactive biologic function on a protein is generally understood in the art (see, Kyte and Doolittle (1982) *J. Mol. Biol.* 157:105). It is accepted that the relative hydropathic character of the amino acid contributes to the secondary structure of the resultant protein, which in turn defines the interaction of the protein with other molecules, for example, enzymes, substrates, receptors, DNA, antibodies, antigens, and the like.

Each amino acid has been assigned a hydropathic index on the basis of its hydrophobicity and charge characteristics (Kyte and Doolittle (1982) supra), and these are: isoleucine (+4.5); valine (+4.2); leucine (+3.8); phenylalanine (+2.8); cysteine/cystine (+2.5); methionine (+1.9); alanine (+1.8); glycine (−0.4); threonine (−0.7); serine (−0.8); tryptophan (−0.9); tyrosine (−1.3); proline (−1.6); histidine (−3.2); glutamate (−3.5); glutamine (−3.5); aspartate (−3.5); asparagine (−3.5); lysine (−3.9); and arginine (−4.5).

It is also understood in the art that the substitution of amino acids can be made on the basis of hydrophilicity. U.S. Pat. No. 4,554,101 states that the greatest local average hydrophilicity of a protein, as governed by the hydrophilicity of its adjacent amino acids, correlates with a biological property of the protein.

As detailed in U.S. Pat. No. 4,554,101, the following hydrophilicity values have been assigned to amino acid residues: arginine (+3.0); lysine (±3.0); aspartate (+3.0±1); glutamate (+3.0±1); serine (+0.3); asparagine (+0.2); glutamine (+0.2); glycine (0); threonine (−0.4); proline (−0.5±1); alanine (−0.5); histidine (−0.5); cysteine (−1.0); methionine (−1.3); valine (−1.5); leucine (−1.8); isoleucine (−1.8); tyrosine (−2.3); phenylalanine (−2.5); tryptophan (−3.4).

Isolated nucleic acids of this invention include RNA, DNA (including cDNAs) and chimeras thereof. The isolated nucleic acids can further contain modified nucleotides or nucleotide analogs.

The isolated nucleic acids encoding Nrk can be associated with appropriate expression control sequences, e.g., transcription/translation control signals and polyadenylation signals.

CDXDE_000000039

US 8,383,086 B2

13

It will be appreciated that a variety of promoter/enhancer elements can be used depending on the level and tissue-specific expression desired. The promoter can be constitutive or inducible (e.g., the metallothionein promoter or a hormone inducible promoter), depending on the pattern of expression desired. The promoter can be native or foreign and can be a natural or a synthetic sequence. By foreign, it is intended that the transcriptional initiation region is not found in the wild-type host into which the transcriptional initiation region is introduced. The promoter is chosen so that it will function in the target cell(s) of interest. In particular embodiments, the promoter functions in tumor cells or in cells that can be used to express nucleic acids encoding Nrk for the purposes of large-scale protein production. Likewise, the promoter can be specific for these cells and tissues (i.e., only show significant activity in the specific cell or tissue type).

To illustrate, an Nrk coding sequence can be operatively associated with a cytomegalovirus (CMV) major immediate-early promoter, an albumin promoter, an Elongation Factor 1-α (EF1-α) promoter, a PyK promoter, a MFG promoter, a Rous sarcoma virus promoter, or a glyceraldehyde-3-phosphate promoter.

Moreover, specific initiation signals are generally required for efficient translation of inserted protein coding sequences. These translational control sequences, which can include the ATG initiation codon and adjacent sequences, can be of a variety of origins, both natural and synthetic.

Nrk can be expressed not only directly, but also as a fusion protein with a heterologous polypeptide, i.e. a signal sequence for secretion and/or other polypeptide which will aid in the purification of Nrk. In one embodiment, the heterologous polypeptide has a specific cleavage site to remove the heterologous polypeptide from Nrk.

In general, a signal sequence can be a component of the vector and should be one that is recognized and processed (i.e., cleaved by a signal peptidase) by the host cell. For production in a prokaryote, a prokaryotic signal sequence from, for example, alkaline phosphatase, penicillinase, lpp, or heat-stable enterotoxin II leaders can be used. For yeast secretion, one can use, e.g., the yeast invertase, alpha factor, or acid phosphatase leaders, the *Candida albicans* glucoamylase leader (EP 362,179), or the like (see, for example WO 90/13646). In mammalian cell expression, signal sequences from secreted polypeptides of the same or related species, as well as viral secretory leaders, for example, the herpes simplex glycoprotein D signal can be used.

Other useful heterologous polypeptides which can be fused to Nrk include those which increase expression or solubility of the fusion protein or aid in the purification of the fusion protein by acting as a ligand in affinity purification. Typical fusion expression vectors include those exemplified herein as well as pMAL (New England Biolabs, Beverly, Mass.) and pRIT5 (Pharmacia, Piscataway, N.J.) which fuse maltose E binding protein or protein A, respectively, to the target recombinant protein.

The isolated nucleic acids encoding Nrk can be incorporated into a vector, e.g., for the purposes of cloning or other laboratory manipulations, recombinant protein production, or gene delivery. In particular embodiments, the vector is an expression vector. Exemplary vectors include bacterial artificial chromosomes, cosmids, yeast artificial chromosomes, phage, plasmids, lipid vectors and viral vectors. By the term express, expresses or expression of a nucleic acid coding sequence, in particular an Nrk coding sequence, it is meant that the sequence is transcribed, and optionally, translated.

14

Typically, according to the present invention, transcription and translation of the coding sequence will result in production of Nrk polypeptide.

The methods of the present invention provide a means for delivering, and optionally expressing, nucleic acids encoding Nrk in a broad range of host cells, including both dividing and non-dividing cells in vitro (e.g., for large-scale recombinant protein production or for use in screening assays) or in vivo (e.g., for recombinant large-scale protein production, for creating an animal model for disease, or for therapeutic purposes). In embodiments of the invention, the nucleic acid can be expressed transiently in the target cell or the nucleic acid can be stably incorporated into the target cell, for example, by integration into the genome of the cell or by persistent expression from stably maintained episomes (e.g., derived from Epstein Barr Virus).

The isolated nucleic acids, vectors, methods and pharmaceutical formulations of the present invention find use in a method of administering a nucleic acid encoding Nrk to a subject. In this manner, Nrk can thus be produced in vivo in the subject. The subject can have a deficiency of Nrk, or the production of a foreign Nrk in the subject can impart some therapeutic effect. Pharmaceutical formulations and methods of delivering nucleic acids encoding Nrk for therapeutic purposes are described herein.

Alternatively, an isolated nucleic acid encoding Nrk can be administered to a subject so that the nucleic acid is expressed by the subject and Nrk is produced and purified therefrom, i.e., as a source of recombinant Nrk protein. According to this embodiment, the Nrk is secreted into the systemic circulation or into another body fluid (e.g., milk, lymph, spinal fluid, urine) that is easily collected and from which the Nrk can be further purified. As a further alternative, Nrk protein can be produced in avian species and deposited in, and conveniently isolated from, egg proteins.

Likewise, Nrk-encoding nucleic acids can be expressed transiently or stably in a cell culture system for the purpose of screening assays or for large-scale recombinant protein production. The cell can be a bacterial, protozoan, plant, yeast, fungus, or animal cell. In one embodiment, the cell is an animal cell (e.g., insect, avian or mammalian), and in another embodiment a mammalian cell (e.g., a fibroblast).

It will be apparent to those skilled in the art that any suitable vector can be used to deliver the isolated nucleic acids of this invention to the target cell(s) or subject of interest. The choice of delivery vector can be made based on a number of factors known in the art, including age and species of the target host, in vitro vs. in vivo delivery, level and persistence of expression desired, intended purpose (e.g., for therapy or drug screening), the target cell or organ, route of delivery, size of the isolated nucleic acid, safety concerns, and the like.

Suitable vectors include virus vectors (e.g., retrovirus, alphavirus; vaccinia virus; adenovirus, adeno-associated virus, or herpes simplex virus), lipid vectors, poly-lysine vectors, synthetic polyamino polymer vectors that are used with nucleic acid molecules, such as plasmids, and the like.

As used herein, the term viral vector or viral delivery vector can refer to a virus particle that functions as a nucleic acid delivery vehicle, and which contains the vector genome packaged within a virion. Alternatively, these terms can be used to refer to the vector genome when used as a nucleic acid delivery vehicle in the absence of the virion.

Protocols for producing recombinant viral vectors and for using viral vectors for nucleic acid delivery can be found in *Current Protocols in Molecular Biology*, Ausubel, F. M. et al. (eds.) Greene Publishing Associates, (1989) and other stan-

CDXDE_000000040

US 8,383,086 B2

15

dard laboratory manuals (e.g., Vectors for Gene Therapy. In: *Current Protocols in Human Genetics*. John Wiley and Sons, Inc.: 1997).

Particular examples of viral vectors are those previously employed for the delivery of nucleic acids including, for example, retrovirus, adenovirus, AAV, herpes virus, and poxvirus vectors.

In certain embodiments of the present invention, the delivery vector is an adenovirus vector. The term adenovirus as used herein is intended to encompass all adenoviruses, including the Mastadenovirus and Aviadenovirus genera. To date, at least forty-seven human serotypes of adenoviruses have been identified (see, e.g., Fields, et al., Virology, volume 2, chapter 67 (3d ed., Lippincott-Raven Publishers). In one embodiment, the adenovirus is a human serogroup C adenovirus, in another embodiment the adenovirus is serotype 2 (Ad2) or serotype 5 (Ad5) or simian adenovirus such as AdC68.

Those skilled in the art will appreciate that vectors can be modified or targeted as described in Douglas, et al. (1996) *Nature Biotechnology* 14:1574 and U.S. Pat. Nos. 5,922,315; 5,770,442 and/or 5,712,136.

An adenovirus genome can be manipulated such that it encodes and expresses a nucleic acid of interest but is inactivated in terms of its ability to replicate in a normal lytic viral life cycle. See, for example, Berkner, et al. (1988) *BioTechniques* 6:616; Rosenfeld, et al. (1991) *Science* 252:431-434; and Rosenfeld et al. (1992) *Cell* 68:143-155.

Recombinant adenoviruses can be advantageous in certain circumstances in that they are not capable of infecting nondividing cells and can be used to infect a wide variety of cell types, including epithelial cells. Furthermore, the virus particle is relatively stable and amenable to purification and concentration, and can be modified so as to affect the spectrum of infectivity. Additionally, introduced adenoviral DNA (and foreign DNA contained therein) is not integrated into the genome of a host cell but remains episomal, thereby avoiding potential problems that can occur as a result of insertional mutagenesis in situations where introduced DNA becomes integrated into the host genome (e.g., as occurs with retroviral DNA). Moreover, the carrying capacity of the adenoviral genome for foreign DNA is large relative to other delivery vectors (Haj-Ahmand and Graham (1986) *J. Virol.* 57:267).

In particular embodiments, the adenovirus genome contains a deletion therein, so that at least one of the adenovirus genomic regions does not encode a functional protein. For example, an adenovirus vectors can have E1 genes and packaged using a cell that expresses the E1 proteins (e.g., 293 cells). The E3 region is also frequently deleted as well, as there is no need for complementation of this deletion. In addition, deletions in the E4, E2a, protein IX, and fiber protein regions have been described, e.g., by Armentano, et al. (1997) *J. Virology* 71:2408; Gao, et al. (1996) *J. Virology* 70:8934; Dedieu, et al. (1997) *J. Virology* 71:4626; Wang, et al. (1997) *Gene Therapy* 4:393; U.S. Pat. No. 5,882,877. In general, the deletions are selected to avoid toxicity to the packaging cell. Combinations of deletions that avoid toxicity or other deleterious effects on the host cell can be routinely selected by those skilled in the art.

Those skilled in the art will appreciate that typically, with the exception of the E3 genes, any deletions will need to be complemented in order to propagate (replicate and package) additional virus, e.g., by transcomplementation with a packaging cell.

The present invention can also be practiced with gutted adenovirus vectors (as that term is understood in the art, see

16

e.g., Lieber, et al. (1996) *J. Virol.* 70:8944-60) in which essentially all of the adenovirus genomic sequences are deleted.

Adeno-associated viruses (AAV) have also been employed as nucleic acid delivery vectors. For a review, see Muzyczka et al. *Curr. Topics in Micro. and Immunol.* (1992) 158:97-129). AAV are among the few viruses that can integrate their DNA into non-dividing cells, and exhibit a high frequency of stable integration into human chromosome (see, for example, Flotte, et al. (1992) *Am. J. Respir. Cell. Mol. Biol.* 7:349-356; Samulski, et al., (1989) *J. Virol.* 63:3822-3828; McLaughlin, et al. (1989) *J. Virol.* 62:1963-1973). A variety of nucleic acids have been introduced into different cell types using AAV vectors (see, for example, Hermonat, et al. (1984) *Proc. Natl. Acad. Sci. USA* 81:6466-6470; Tratschin, et al. (1985) *Mol. Cell. Biol.* 4:2072-2081; Wondisford, et al. (1988) *Mol. Endocrinol.* 2:32-39; Tratschin, et al. (1984) *J. Virol.* 51:611-619; and Flotte, et al. (1993) *J. Biol. Chem.* 268:3781-3790).

Any suitable method known in the art can be used to produce AAV vectors expressing the nucleic acids encoding Nrk of this invention (see, e.g., U.S. Pat. Nos. 5,139,941; 5,858,775; 6,146,874 for illustrative methods). In one particular method, AAV stocks can be produced by co-transfection of a rep/cap vector encoding AAV packaging functions and the template encoding the AAV vDNA into human cells infected with the helper adenovirus (Samulski, et al. (1989) *J. Virology* 63:3822). The AAV rep and/or cap genes can alternatively be provided by a packaging cell that stably expresses the genes (see, e.g., Gao, et al. (1998) *Human Gene Therapy* 9:2353; Inoue, et al. (1998) *J. Virol.* 72:7024; U.S. Pat. No. 5,837,484; WO 98/27207; U.S. Pat. No. 5,658,785; WO 96/17947).

Another vector for use in the present invention is Herpes Simplex Virus (HSV). HSV can be modified for the delivery of nucleic acids to cells by producing a vector that exhibits only the latent function for long-term gene maintenance. HSV vectors are useful for nucleic acid delivery because they allow for a large DNA insert of up to or greater than 20 kilobases; they can be produced with extremely high titers; and they have been shown to express nucleic acids for a long period of time in the central nervous system as long as the lytic cycle does not occur.

In other particular embodiments of the present invention, the delivery vector of interest is a retrovirus. The development of specialized cell lines (termed packaging cells) which produce only replication-defective retroviruses has increased the utility of retroviruses for gene therapy, and defective retroviruses are characterized for use in gene transfer for gene therapy purposes (for a review, see Miller (1990) *Blood* 76:271). A replication-defective retrovirus can be packaged into virions which can be used to infect a target cell through the use of a helper virus by standard techniques.

In addition to viral transfer methods, such as those illustrated above, non-viral methods can also be employed. Many non-viral methods of nucleic acid transfer rely on normal mechanisms used by mammalian cells for the uptake and intracellular transport of macromolecules. In particular embodiments, non-viral nucleic acid delivery systems rely on endocytic pathways for the uptake of the nucleic acid molecule by the targeted cell. Exemplary nucleic acid delivery systems of this type include liposomal derived systems, polylysine conjugates, and artificial viral envelopes.

In particular embodiments, plasmid vectors are used in the practice of the present invention. Naked plasmids can be introduced into muscle cells by injection into the tissue. Expression can extend over many months, although the number of positive cells is typically low (Wolff, et al. (1989) *Science* 247:247). Cationic lipids have been demonstrated to

CDXDE_000000041

US 8,383,086 B2

17

aid in introduction of nucleic acids into some cells in culture (Feigner and Ringold (1989) *Nature* 337:387). Injection of cationic lipid plasmid DNA complexes into the circulation of mice has been shown to result in expression of the DNA in lung (Brigham, et al. (1989) *Am. J. Med. Sci.* 298:278). One advantage of plasmid DNA is that it can be introduced into non-replicating cells.

In a representative embodiment, a nucleic acid molecule (e.g., a plasmid) can be entrapped in a lipid particle bearing positive charges on its surface and, optionally, tagged with antibodies against cell-surface antigens of the target tissue (Mizuno, et al. (1992) *No Shinkei Geka* 20:547; WO 91/06309; Japanese patent application 1047381; and European patent publication EP-A-43075).

Liposomes that consist of amphiphilic cationic molecules are useful non-viral vectors for nucleic acid delivery in vitro and in vivo (reviewed in Crystal (1995) *Science* 270:404-410; Blaese, et al. (1995) *Cancer Gene Ther.* 2:291-297; Behr, et al. (1994) *Bioconjugate Chem.* 5:382-389; Remy, et al. (1994) *Bioconjugate Chem.* 5:647-654; and Gao, et al. (1995) *Gene Therapy* 2:710-722). The positively charged liposomes are believed to complex with negatively charged nucleic acids via electrostatic interactions to form lipid:nucleic acid complexes. The lipid:nucleic acid complexes have several advantages as nucleic acid transfer vectors. Unlike viral vectors, the lipid:nucleic acid complexes can be used to transfer expression cassettes of essentially unlimited size. Since the complexes lack proteins, they can evoke fewer immunogenic and inflammatory responses. Moreover, they cannot replicate or recombine to form an infectious agent and have low integration frequency. A number of publications have demonstrated that amphiphilic cationic lipids can mediate nucleic acid delivery in vivo and in vitro (Felgner, et al. (1987) *Proc. Natl. Acad. Sci. USA* 84:7413-17; Loeffler, et al. (1993) *Methods in Enzymology* 217:599-618; Feigner, et al. (1994) *J. Biol.* 35 *Chem.* 269:2550-2561).

As indicated above, Nrk polypeptide can be produced in, and optionally purified from, cultured cells or organisms expressing a nucleic acid encoding Nrk for a variety of purposes (e.g., screening assays, large-scale protein production, therapeutic methods based on delivery of purified Nrk).

In particular embodiments, an isolated nucleic acid encoding Nrk can be introduced into a cultured cell, e.g., a cell of a primary or immortalized cell line for recombinant protein production. The recombinant cells can be used to produce the Nrk polypeptide, which is collected from the cells or cell culture medium. Likewise, recombinant protein can be produced in, and optionally purified from an organism (e.g., a microorganism, animal or plant) being used essentially as a bioreactor.

Generally, the isolated nucleic acid is incorporated into an expression vector (viral or nonviral as described herein). Expression vectors compatible with various host cells are well-known in the art and contain suitable elements for transcription and translation of nucleic acids. Typically, an expression vector contains an expression cassette, which includes, in the 5' to 3' direction, a promoter, a coding sequence encoding an Nrk operatively associated with the promoter, and, optionally, a termination sequence including a stop signal for RNA polymerase and a polyadenylation signal for polyadenylase.

Expression vectors can be designed for expression of polypeptides in prokaryotic or eukaryotic cells. For example, polypeptides can be expressed in bacterial cells such as *E. coli*, insect cells (e.g., in the baculovirus expression system), yeast cells or mammalian cells. Some suitable host cells are discussed further in Goeddel (1990) Gene Expression Tech-

18

nology: Methods in Enzymology 185, Academic Press, San Diego, Calif. Examples of vectors for expression in yeast *S. cerevisiae* include pYepSec1 (Baldari, et al. (1987) *EMBO J.* 6:229-234), pMFa (Kurjan and Herskowitz (1982) *Cell* 30:933-943), pJRY88 (Schultz, et al. (1987) *Gene* 54:113-123), and pYES2 (INVITROGEN Corporation, San Diego, Calif.). Baculovirus vectors available for expression of nucleic acids to produce proteins in cultured insect cells (e.g., Sf 9 cells) include the pAc series (Smith, et al. (1983) *Mol. Cell. Biol.* 3:2156-2165) and the pVL series (Lucklow and Summers (1989) *Virology* 170:31-39).

Examples of mammalian expression vectors include pCDM8 (Seed (1987) *Nature* 329:840) and pMT2PC (Kaufman, et al. (1987) *EMBO J.* 6:187-195). When used in mammalian cells, the expression vector's control functions are often provided by viral regulatory elements. For example, commonly used promoters are derived from polyoma, adenovirus 2, cytomegalovirus and Simian Virus 40.

In addition to the regulatory control sequences discussed herein, the recombinant expression vector can contain additional nucleotide sequences. For example, the recombinant expression vector can encode a selectable marker gene to identify host cells that have incorporated the vector.

Vectors can be introduced into prokaryotic or eukaryotic cells via conventional transformation or transfection techniques. As used herein, the terms transformation and transfection refer to a variety of art-recognized techniques for introducing foreign nucleic acids (e.g., DNA) into a host cell, including calcium phosphate or calcium chloride co-precipitation, DEAE-dextran-mediated transfection, lipofection, electroporation, microinjection, DNA-loaded liposomes, lipofectamine-DNA complexes, cell sonication, gene bombardment using high velocity microprojectiles, and viral-mediated transfection. Suitable methods for transforming or transfecting host cells can be found in Sambrook, et al. (Molecular Cloning: A Laboratory Manual, 2nd Edition, Cold Spring Harbor Laboratory press (1989)), and other laboratory manuals.

Often only a small fraction of cells (in particular, mammalian cells) integrate the foreign DNA into their genome. In order to identify and select these integrants, a nucleic acid that encodes a selectable marker (e.g., resistance to antibiotics) can be introduced into the host cells along with the nucleic acid of interest. In particular embodiments, selectable markers include those that confer resistance to drugs, such as G418, hygromycin and methotrexate. Nucleic acids encoding a selectable marker can be introduced into a host cell on the same vector as that comprising the nucleic acid of interest or can be introduced on a separate vector. Cells stably transfected with the introduced nucleic acid can be identified by drug selection (e.g., cells that have incorporated the selectable marker gene will survive, while the other cells die).

Recombinant proteins can also be produced in a transgenic plant in which the isolated nucleic acid encoding the protein is inserted into the nuclear or plastidic genome. Plant transformation is known as the art. See, in general, *Methods in Enzymology* Vol. 153 (Recombinant DNA Part D) 1987, Wu and Grossman Eds., Academic Press and European Patent Application EP 693554.

The present invention further provides cultured or recombinant cells containing the isolated nucleic acids encoding Nrk for use in the screening methods and large-scale protein production methods of the invention (e.g., Nrk is produced and collected from the cells and, optionally, purified). In one particular embodiment, the invention provides a cultured cell containing an isolated nucleic acid encoding Nrk as described above for use in a screening assay for identifying a nicotina-

US 8,383,086 B2

19

mide riboside-related prodrug. Also provided is a cell in vivo produced by a method comprising administering an isolated nucleic acid encoding Nrk to a subject in a therapeutically effective amount.

For in vitro screening assays and therapeutic administration, Nrk polypeptides can be purified from cultured cells. Typically, the polypeptide is recovered from the culture medium as a secreted polypeptide, although it also can be recovered from host cell lysates when directly expressed without a secretory signal. When Nrk is expressed in a recombinant cell other than one of human origin, the Nrk is completely free of proteins or polypeptides of human origin. However, it is necessary to purify Nrk from recombinant cell proteins or polypeptides to obtain preparations that are substantially homogeneous as to Nrk. As a first step, the culture medium or lysate is centrifuged to remove particulate cell debris. The membrane and soluble protein fractions are then separated. The Nrk can then be purified from the soluble protein fraction. Nrk thereafter can then be purified from contaminant soluble proteins and polypeptides with, for example, the following suitable purification procedures: by fractionation on immunoaffinity or ion-exchange columns; ethanol precipitation; reverse phase HPLC; chromatography on silica or on a cation-exchange resin such as DEAE; chromatofocusing; SDS-PAGE; ammonium sulfate precipitation; gel filtration using, for example, SEPHADEX G-75; ligand affinity chromatography, and protein A SEPHAROSE columns to remove contaminants such as IgG.

As Nrk phosphorylates tiazofurin, thereby performing the first step in activating it, Nrk is a useful target for identifying compounds which upon phosphorylation by Nrk and subsequent adenylylation inhibit IMPDH. As it has been shown that inhibitors of the IMPDH enzyme function as anti-bovine viral diarrhoea virus agents (Stuyver, et al. (2002) *Antivir. Chem. Chemother.* 13(6):345-52); inhibitors of IMPDH block hepatitis B replicon colony-forming efficiency (Zhou, et al. (2003) *Virology* 310(2):333-42); and tiazofurin (Cooney, et al. (1983) *Adv. Enzyme Regul.* 21:271-303) and benzamide riboside (Krohn, et al. (1992) *J. Med. Chem.* 35:511-517), when activated, inhibit IMP dehydrogenase; it is contemplated by using Nrk and the nicotinamide riboside pathway for drug screening, anticancer and antiviral agents will be identified. Accordingly, the present invention provides methods for identifying a nicotinamide riboside-related prodrug. As used herein, a nicotinamide riboside-related prodrug is any analog of nicotinamide riboside (e.g., tiazofurin and benzamide riboside) that, when phosphorylated by Nrk, ultimately can result in cell death or antiviral activity.

In one embodiment, a nicotinamide riboside-related prodrug is identified in a cell-free assay using isolated Nrk polypeptide. The steps involved in a this screening assay of the invention include, isolating or purifying an Nrk polypeptide; contacting or adding at least one nicotinamide riboside-related test agent to a point of application, such as a well, in the plate containing the isolated Nrk and a suitable phosphate donor such as ATP, Mg-ATP, Mn-ATP, Mg-GTP or Mn-GTP; and determining whether said test agent is phosphorylated by said Nrk polypeptide wherein phosphorylation of said test agent is indicative of a nicotinamide riboside-related prodrug. The phosphate donor can be added with or after the agent and the assay can be carried out under suitable assay conditions for phosphorylation, such as those exemplified herein.

With respect to the cell-free assay, test agents can be synthesized or otherwise affixed to a solid substrate, such as plastic pins, glass slides, plastic wells, and the like. Further, isolated Nrk can be free in solution, affixed to a solid support, or expressed on a cell surface.

20

Alternatively, an Nrk fusion protein can be provided to facilitate binding of Nrk to a matrix. For example, glutathione-S-transferase fusion proteins can be adsorbed onto glutathione SEPHAROSE beads (Sigma Chemical, St. Louis, Mo.) or glutathione derivatized microtitre plates, which are then combined with the test agent, and the mixture incubated under conditions conducive to complex formation (e.g., at physiological conditions for salt and pH) and phosphorylation as described above.

In another embodiment, a nicotinamide riboside-related prodrug is identified in a cell-based assay. The steps involved in a this screening assay of the invention include, contacting a first test cell which expresses a recombinant Nrk polypeptide with a nicotinamide riboside-related test agent; contacting a second test cell which lacks a functional Nrk polypeptide with the same test agent; and determining the viability of the first and second test cells wherein sensitivity or cell death of the first cell and not the second cell is indicative of a nicotinamide riboside-related prodrug. While the cell-based assay can be carried out using any suitable cell including bacteria, yeast, insect cells (e.g., with a baculovirus expression system), avian cells, mammalian cells, or plant cells, in particular embodiments, the test cell is a mammalian cell. In a further embodiment, said cell lacks a functional endogenous Nrk (e.g., the endogenous Nrk has been deleted or mutated or the cell does not express an Nrk). Said first test cell is transformed or transfected with an expression vector containing an exogenous Nrk so that upon exposure to a test agent, viability of the transformed cell can be compared to a second test cell lacking any Nrk activity. Thus, it can be ascertained whether the test agent is being activated in an Nrk-dependent manner. Cells modified to express a recombinant Nrk can be transiently or stably transformed with the nucleic acid encoding Nrk. Stably transformed cells can be generated by stable integration into the genome of the organism or by expression from a stably maintained episome (e.g., Epstein Barr Virus derived episomes).

Suitable methods for determining cell viability are well-established in the art. One such method uses non-permeant dyes (e.g., propidium iodide, 7-Amino Actinomycin D) that do not enter cells with intact cell membranes or active cell metabolism. Cells with damaged plasma membranes or with impaired/no cell metabolism are unable to prevent the dye from entering the cell. Once inside the cell, the dyes bind to intracellular structures producing highly fluorescent adducts which identify the cells as non-viable. Alternatively, cell viability can be determined by assaying for active cell metabolism which results in the conversion of a non-fluorescent substrate into a highly fluorescent product (e.g., fluorescein diacetate).

The test cells of the screening method of the invention can be cultured under standard conditions of temperature, incubation time, optical density, plating density and media composition corresponding to the nutritional and physiological requirements of the cells. However, conditions for maintenance and growth of the test cell can be different from those for assaying candidate agents in the screening methods of the invention. Any techniques known in the art can be applied to establish the optimal conditions.

Screening assays of the invention can be performed in any format that allows rapid preparation and processing of multiple reactions such as in, for example, multi-well plates of the 96-well variety. Stock solutions of the agents as well as assay components are prepared manually and all subsequent pipetting, diluting, mixing, washing, incubating, sample readout and data collecting is done using commercially available

CDXDE_000000043

US 8,383,086 B2

21

robotic pipetting equipment, automated work stations, and analytical instruments for detecting the output of the assay.

In addition to the reagents provided above, a variety of other reagents can be included in the screening assays of the invention. These include reagents like salts, neutral proteins, e.g., albumin, detergents, etc. Also, reagents that otherwise improve the efficiency of the assay, such as protease inhibitors, nuclease inhibitors, anti-microbial agents, and the like can be used.

Screening assays can also be carried out in vivo in animals. Thus, the present invention provides a transgenic non-human animal containing an isolated nucleic acid encoding Nrk, which can be produced according to methods well-known in the art. The transgenic non-human animal can be any species, including avians and non-human mammals. IN accordance with the invention, suitable non-human mammals include mice, rats, rabbits, guinea pigs, goats, sheep, pigs and cattle. Mammalian models for cancer, bovine diarrhoea viral infection or hepatitis C viral infection can also be used.

A nucleic acid encoding Nrk is stably incorporated into cells within the transgenic animal (typically, by stable integration into the genome or by stably maintained episomal constructs). It is not necessary that every cell contain the transgene, and the animal can be a chimera of modified and unmodified cells, as long as a sufficient number of cells contain and express the Nrk transgene so that the animal is a useful screening tool (e.g., so that administration of test agents give rise to detectable cell death or anti-viral activity).

Methods of making transgenic animals are known in the art. DNA constructs can be introduced into the germ line of an avian or mammal to make a transgenic animal. For example, one or several copies of the construct can be incorporated into the genome of an embryo by standard transgenic techniques.

In an exemplary embodiment, a transgenic non-human animal is produced by introducing a transgene into the germ line of the non-human animal. Transgenes can be introduced into embryonal target cells at various developmental stages. Different methods are used depending on the stage of development of the embryonal target cell. The specific line(s) of any animal used should, if possible, be selected for general good health, good embryo yields, good pronuclear visibility in the embryo, and good reproductive fitness.

Introduction of the transgene into the embryo can be accomplished by any of a variety of means known in the art such as microinjection, electroporation, lipofection or a viral vector. For example, the transgene can be introduced into a mammal by microinjection of the construct into the pronuclei of the fertilized mammalian egg(s) to cause one or more copies of the construct to be retained in the cells of the developing mammal(s). Following introduction of the transgenic construct into the fertilized egg, the egg can be incubated in vitro for varying amounts of time, or reimplanted into the surrogate host, or both. One common method is to incubate the embryos in vitro for about 1-7 days, depending on the species, and then reimplant them into the surrogate host.

The progeny of the transgenically manipulated embryos can be tested for the presence of the construct (e.g., by Southern blot analysis) of a segment of tissue. An embryo having one or more copies of the exogenous cloned construct stably integrated into the genome can be used to establish a permanent transgenic animal line carrying the transgenically added construct.

Transgenically altered animals can be assayed after birth for the incorporation of the construct into the genome of the offspring. This can be done by hybridizing a probe corresponding to the DNA sequence coding for the polypeptide or a segment thereof onto chromosomal material from the prog-

22

eny. Those progeny found to contain at least one copy of the construct in their genome are grown to maturity.

Methods of producing transgenic avians are also known in the art, see, e.g., U.S. Pat. No. 5,162,215.

Nicotinamide riboside-related test agents can be obtained from a wide variety of sources including libraries of synthetic or natural compounds. Such agents can include analogs or derivatives of nicotinamide riboside as well as tiazofurin and benzamide riboside and analogs or derivatives thereof.

Alternatively, the isolated Nrk polypeptide can be used to generate a crystal structure of Nrk and synthetic nicotinamide riboside analogs can be designed. Based on the crystal structure of *E. coli* panK, Asp127 appears to play a key role in transition-state stabilization of the transferring phosphoryl group of a pantothenate kinase (Yun, et al. (2000) *J. Biol. Chem.* 275:28093-28099). Accordingly, it is contemplated the corresponding Nrk mutant, e.g., NRK2-E100Q, can be used to generate a stable complex between an Nrk and a nucleotides (i.e., Nrk2-E100Q+nicotinamide riboside+ATP can be stable enough to crystallize). Alternatively, Nrk can produce a stable complex in the presence of an inhibitor such as an ATP-mimetic compound (e.g., AMP-PNHP and AMP-PCH$_2$P). For metabolite kinases, bisubstrate inhibitors have been very successfully employed. For example, thymidylate kinase, which performs the reaction, dTMP+ATP->dTDP+AMP, is strongly inhibited by dTppppA (Bone, et al. (1986) *J. Biol. Chem.* 261:16410-16413) and crystal structures were obtained with this inhibitor (Lavie, et al. (1998) *Biochemistry* 37:3677-3686).

It has been shown that the best inhibitors typically contain one or two more phosphates than the two substrates combined (i.e., dTppppA is not as good a substrate as dTppppA). On the basis of the same types of results with adenosine kinase (Bone, et al. (1986) supra), it is contemplated that NrppppA (i.e., an NAD+ analog with two extra phosphates) will be a better inhibitor than NrpppA (i.e., an NAD+ analog with an extra phosphate, or, indeed, nicotinamide riboside+App-NHp). NAD+ analogs with extra phosphates can be generated using standard enzymatic methods (see, e.g., Guranowski, et al. (1990) *FEBS Lett.* 271:215-218) optimized for making a wide variety of adenylylated dinucleoside polyphosphates (Fraga, et al. (2003) *FEBS Lett.* 543:37-41), namely reaction of Nrpp (nicotinamide riboside diphosphate) and Nrppp (nicotinamide riboside triphosphate) with firefly luciferase-AMP. The diphosphorylated form of NMN (Nrpp) is prepared with either uridylate kinase or cytidylate kinase (NMN+ATP->Nrpp). The triphosphorylated form of NMN (Nrppp) is subsequently prepared with nucleoside diphosphate kinase (Nrpp+ATP->Nrppp). The resulting inhibitors are then used in crystallization trials and/or are soaked into Nrk crystals.

Once the three-dimensional structure of Nrk is determined, a potential test agent can be examined through the use of computer modeling using a docking program such as GRAM, DOCK, or AUTODOCK (Dunbrack, et al. (1997) *Folding & Design* 2:27-42). This procedure can include computer fitting of potential agents to Nrk to ascertain how well the shape and the chemical structure of the potential ligand will interact with Nrk. Computer programs can also be employed to estimate the attraction, repulsion, and steric hindrance of the test agent. Generally the tighter the fit (e.g., the lower the steric hindrance, and/or the greater the attractive force) the better substrate the agent will be since these properties are consistent with a tighter binding constraint. Furthermore, the more specificity in the design of a potential test agent the more likely that the agent will not interfere with related mammalian proteins. This will minimize potential side-effects due to unwanted interactions with other proteins.

CDXDE_000000044

US 8,383,086 B2

23

The invention is also a method of treating cancer in a patient, having or suspected of having cancer, with an isolated nucleic acid, delivery vector, or polypeptide of the invention in combination with a nicotinamide riboside-related prodrug. Administration of the nucleic acid, delivery vector, or polypeptide of the present invention to a human subject or an animal can be by any means known in the art for administering nucleic acids, vectors, or polypeptides. A patient, as used herein, is intended to include any mammal such as a human, agriculturally-important animal, pet or zoological animal. A patient having or suspected of having a cancer is a patient who exhibits signs or symptoms of a cancer or because of inheritance, environmental or natural reasons is suspected of having cancer. Nucleic acids encoding Nrk, vectors containing the same, or Nrk polypeptides can be administered to the subject in an amount effective to decrease, alleviate or eliminate the signs or symptoms of a cancer (e.g., tumor size, feelings of weakness, and pain perception). The amount of the agent required to achieve the desired outcome of decreasing, eliminating or alleviating a sign or symptom of a cancer will be dependent on the pharmaceutical composition of the agent, the patient and the condition of the patient, the mode of administration, the type of condition or disease being prevented or treated, age and species of the patient, the particular vector, and the nucleic acid to be delivered, and can be determined in a routine manner.

While the prodrug and the Nrk nucleic acid, delivery vector, or polypeptide can be delivered concomitantly, in an alternative embodiment the Nrk nucleic acid, delivery vector, or polypeptide is provided first, followed by administration of the prodrug to precondition the cells to generate the activated or toxic drug.

Types of cancers which can be treated in accordance with the method of the invention include, but are not limited to, pancreatic cancer, endometrial cancer, small cell and non-small cell cancer of the lung (including squamous, adenocarcinoma and large cell types), squamous cell cancer of the head and neck, bladder, ovarian, cervical, breast, renal, CNS, and colon cancers, myeloid and lymphocytic leukemia, lymphoma, hepatic tumors, medullary thyroid carcinoma, multiple myeloma, melanoma, retinoblastoma, and sarcomas of the soft tissue and bone.

Typically, with respect to viral vectors, at least about $10^3$ virus particles, at least about $10^5$ virus particles, at least about $10^7$ virus particles, at least about $10^9$ virus particles, at least about $10^{11}$ virus particles, at least about $10^{12}$ virus particles, or at least about $10^{13}$ virus particles are administered to the patient per treatment. Exemplary doses are virus titers of about $10^7$ to about $10^{15}$ particles, about $10^7$ to about $10^{14}$ particles, about $10^8$ to about $10^{13}$ particles, about $10^{10}$ to about $10^{15}$ particles, about $10^{11}$ to about $10^{15}$ particles, about $10^{12}$ to about $10^{14}$ particles, or about $10^{12}$ to about $10^{13}$ particles.

In particular embodiments of the invention, more than one administration (e.g., two, three, four, or more administrations) can be employed over a variety of time intervals (e.g., hourly, daily, weekly, monthly, etc.) to achieve therapeutic levels of nucleic acid expression.

Tiazofurin is a nucleoside analog initially synthesized to be a cytidine deaminase inhibitor. Tiazofurin was shown to be a prodrug that is converted by cellular enzymes to TAD, an analog of NAD+, that inhibits IMP dehydrogenase, the rate limiting enzyme in producing GTP and dGTP (Cooney, et al. (1983) supra). In phase I/II trials of acute leukemia, tiazofurin produced response rates as high as 85% and was granted orphan drug status for treatment of CML in accelerated phase or blast crisis. Treatment of cultured cells has shown that

24

tiazofurin selectively kills cancer cells by induction of apoptosis: the activity has been attributed both to the increased dependence of actively replicating cells on dGTP and to the addiction of many transformed genotypes to signaling through low molecular weight G proteins (Jayaram, et al. (2002) Curr. Med. Chem. 9:787-792). Examination of the sensitivity of the NCI-60 panel of cancer cell lines and the literature on tiazofurin indicates that particular breast, renal, CNS, colon and non-small cell lung-derived tumors are among the most sensitive while others from the same organ sites are among the most resistant (Johnson, et al. (2001) Br. J. Cancer 84:1424-1431). As demonstrated herein, the function of nicotinamide riboside as an NAD+ precursor is entirely dependent on Nrk1 and human Nrks have at least as high specific activity in tiazofurin phosphorylation as in nicotinamide riboside phosphorylation. Because Nrk2 expression is muscle-specific (Li, et al. (1999) supra), and Nrk1 is expressed at a very low level (Boon, et al. (2002) supra), while NMN/NaMNAT is not restricted, it is contemplated that stratification of tumors by Nrk gene expression will largely predict and account for tiazofurin sensitivity.

Accordingly, the present invention is further a method for identifying an individual or tumor which is susceptible to treatment with a nicotinamide riboside-related prodrug. In one embodiment, the level of Nrk protein in an individual or tumor is detected by binding of a Nrk-specific antibody in an immunoassay. In another embodiment, the level of Nrk enzyme activity is determined using, for example, the nicotinamide riboside phosphorylation assay disclosed herein. In another embodiment, the level of Nrk RNA transcript is determined using any number of well-known RNA-based assays for detecting levels of RNA. Once detected, the levels of Nrk are compared to a known standard. A change in the level of Nrk, as compared to the standard, is indicative of an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug. In a still further embodiment, mutations or polymorphisms in the Nrk gene can be identified which result in an altered level of susceptibility to treatment with a nicotinamide riboside-related prodrug.

Optimized treatments for cancer and other diseases with nicotinamide riboside-related prodrugs are directed toward cells with naturally high levels of an Nrk provided herein or toward cells which have been recombinantly engineered to express elevated levels of an Nrk. Safety, specificity and efficacy of these treatments can be modulated by supplementation with or restriction of the amounts of any of the NAD+ precursors, namely tryptophan, nicotinic acid, nicotinamide, or nicotinamide riboside.

For the detection of Nrk protein levels, antibodies which specifically recognize Nrk are generated. These antibodies can be either polyclonal or monoclonal. Moreover, such antibodies can be natural or partially or wholly synthetically produced. All fragments or derivatives thereof (e.g., Fab, Fab', F(ab')₂, scFv, Fv, or Fd fragments) which maintain the ability to specifically bind to and recognize Nrk are also included. The antibodies can be a member of any immunoglobulin class, including any of the human classes: IgG, IgM, IgA, IgD and IgE.

The Nrk-specific antibodies can be generated using classical cloning and cell fusion techniques. See, for example, Kohler and Milstein (1975) Nature 256:495-497; Harlow and Lane (1988) Antibodies: A Laboratory Manual, Cold Spring Harbor Laboratory, New York. Alternatively, antibodies which specifically bind Nrk are derived by a phage display method. Methods of producing phage display antibodies are well-known in the art (e.g., Huse, et al. (1989) Science 246 (4935):1275-81).

CDXDE_000000045

US 8,383,086 B2

25

Selection of Nrk-specific antibodies is based on binding affinity and can be determined by various well-known immunoassays including, enzyme-linked immunosorbent, immunodiffusion chemiluminescent, immunofluorescent, immunohistochemical, radioimmunoassay, agglutination, complement fixation, immunoelectrophoresis, and immunoprecipitation assays and the like which can be performed in vitro, in vivo or in situ. Such standard techniques are well-known to those of skill in the art (see, e.g., "Methods in Immunodiagnosis", 2nd Edition, Rose and Bigazzi, eds. John Wiley & Sons, 1980; Campbell et al., "Methods and Immunology", W. A. Benjamin, Inc., 1964; and Oellerich, M. (1984) J. Clin. Chem. Clin. Biochem. 22:895-904).

Once fully characterized for specificity, the antibodies can be used in diagnostic or predictive methods to evaluate the levels of Nrk in healthy and diseased tissues (i.e., tumors) via techniques such as ELISA, western blotting, or immunohistochemistry.

The general method for detecting levels of Nrk protein provides contacting a sample with an antibody which specifically binds Nrk, washing the sample to remove non-specific interactions, and detecting the antibody-antigen complex using any one of the immunoassays described above as well a number of well-known immunoassays used to detect and/or quantitate antigens (see, for example, Harlow and Lane (1988) supra). Such well-known immunoassays include antibody capture assays, antigen capture assays, and two-antibody sandwich assays.

For the detection of nucleic acid sequences encoding Nrk, either a DNA-based or RNA-based method can be employed. DNA-based methods for detecting mutations in an Nrk locus (i.e., frameshift mutations, point mutations, missense mutations, nonsense mutations, splice mutations, deletions or insertions of induced, natural or inherited origin) include, but are not limited to, DNA microarray technologies, oligonucleotide hybridization (mutant and wild-type), PCR-based sequencing, single-strand conformational polymorphism (SSCP) analysis, heteroduplex analysis (HET), PCR, or denaturing gradient gel electrophoresis. Mutations can appear, for example, as a dual base call on sequencing chromatograms. Potential mutations are confirmed by multiple, independent PCR reactions. Exemplary single nucleotide polymorphisms which can be identified in accordance with the diagnostic method of the invention include, but are not limited to, NCBI SNP Cluster ID Nos. rs3752955, rs1045882, rs11519, and rs3185880 for human Nrk1 and Cluster ID Nos. rs2304190, rs4807536, and rs1055767 for human Nrk2.

To detect the levels of RNA transcript encoding the Nrk, nucleic acids are isolated from cells of the individual or tumor, according to standard methodologies (e.g., Sambrook et al. (1989) Molecular Cloning, a Laboratory Manual, Cold Spring Harbor Laboratories, New York). The nucleic acid can be whole cell RNA or fractionated to Poly-A+. It may be desirable to convert the RNA to a complementary DNA (cDNA). Normally, the nucleic acid is amplified.

A variety of methods can be used to evaluate or quantitate the level of Nrk RNA transcript present in the nucleic acids isolated from an individual or tumor. For example, levels of Nrk RNA transcript can be evaluated using well-known methods such as northern blot analysis (see, e.g., Sambrook et al. (1989) Molecular Cloning, a Laboratory Manual, Cold Spring Harbor Laboratories, New York); oligonucleotide or cDNA fragment hybridization wherein the oligonucleotide or cDNA is configured in an array on a chip or wafer; real-time PCR analysis, or RT-PCR analysis.

Suitable primers, probes, or oligonucleotides useful for such detection methods can be generated by the skilled arti-

26

san from the Nrk nucleic acid sequences provided herein. The term primer, as defined herein, is meant to encompass any nucleic acid that is capable of priming the synthesis of a nascent nucleic acid in a template-dependent process. Typically, primers are oligonucleotides from ten to twenty base pairs in length, but longer sequences can be employed. Primers can be provided in double-stranded or single-stranded form. Probes are defined differently, although they can act as primers. Probes, while perhaps capable of priming, are designed for binding to the target DNA or RNA and need not be used in an amplification process. In one embodiment, the probes or primers are labeled with, for example, radioactive species ($^{32}$P, $^{14}$C, $^{35}$S, $^{3}$H, or other label) or a fluorophore (rhodamine, fluorescein). Depending on the application, the probes or primers can be used cold, i.e., unlabeled, and the RNA or cDNA molecules are labeled.

Depending on the format, detection can be performed by visual means (e.g., ethidium bromide staining of a gel). Alternatively, the detection can involve indirect identification of the product via chemiluminescence, radiolabel or fluorescent label or even via a system using electrical or thermal impulse signals (Bellus (1994) J. Macromol. Sci. Pure Appl. Chem. A311:1355-1376).

After detecting mutations in Nrk or the levels of Nrk present in an individual or tumor, said mutations or levels are compared with a known control or standard. A known control can be a statistically significant reference group of individuals that are susceptible or lack susceptibility to treatment with a nicotinamide riboside-related prodrug to provide diagnostic or predictive information pertaining to the individual or tumor upon which the analysis was conducted.

As described herein, nicotinamide riboside isolated from deproteinized whey fraction of cow's milk was sufficient to support NRK1-dependent growth in a qns1 mutant. Accordingly, mutant strains generated herein will be useful in identifying other natural or synthetic sources for nicotinamide riboside for use in dietary supplements. Thus, the present invention also encompasses a method for identifying such natural or synthetic sources. As a first step of the method, a first cell lacking a functional glutamine-dependent NAD+ synthetase is contacted with an isolated extract from a natural or synthetic source. In one embodiment, the first cell is a qns1 mutant (i.e., having no NAD+ synthetase) carrying the QNS1 gene on a URA3 plasmid. While any cell can be used, in particular embodiments a yeast cell is used in this method of the invention. A qns1 mutant strain has normal growth on 5-fluoroorotic acid (i.e., cured of the URA3 QNS1 plasmid) as long as it is supplied with nicotinamide riboside.

As a second step of the method, a second cell lacking a functional glutamine-dependent NAD+ synthetase and a functional nicotinamide riboside kinase is contacted with the same isolated extract from the natural or synthetic source of the prior step. Using a qns1 and nrk1 double mutant, it was demonstrated herein that the NRK1 gene is necessary for growth on nicotinamide riboside: qns1 and nrk1 are synthetically lethal even with nicotinamide riboside. This deletion strain is useful in this screening assay of the invention as it allows one to distinguish between nicotinamide riboside, NMN and NAD+ as the effective nutrient.

As a subsequent step of the method, the growth of the first cell and second cell are compared. If the isolated extract contains a nicotinamide riboside, the first cell will grow and the second cell will not.

Synthetic sources of nicotinamide riboside can include any library of chemicals commercially available from most large chemical companies including Merck, Glaxo, Bristol Meyers Squibb, Monsanto/Searle, Eli Lilly and Pharmacia. Natural

CDXDE_000000046

US 8,383,086 B2

27

sources which can be tested for the presence of a nicotinamide riboside include, but are not limited to, cow's milk, serum, meats, eggs, fruit and cereals. Isolated extracts of the natural sources can be prepared using standard methods. For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats and the like before being tested on the mutants strains of the invention. Any source of nicotinamide riboside that scores positively in the assay of the invention can be further fractionated and confirmed by standard methods of HPLC and mass spectrometry.

Nicotinic acid is an effective agent in controlling low-density lipoprotein cholesterol, increasing high-density lipoprotein cholesterol, and reducing triglyceride and lipoprotein (a) levels in humans (see, e.g., Miller (2003) *Mayo Clin. Proc.* 78(6):735-42). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations, its use is limited because of a side effect of heat and redness termed flushing, which is significantly effected by the nature of formulation. Further, nicotinic acid protects against stroke injury in model systems, due to multiple mechanisms including increasing mitochondrial NAD+ levels and inhibiting PARP (Klaidman, et al. (2003) *Pharmacology* 69(3):150-7). Altered levels of NAD+ precursors have been shown to effect the regulation of a number of genes and lifespan in yeast (Anderson, et al. (2003) *Nature* 423(6936):181-5).

NAD+ administration and NMN adenylyltransferase (Nmnat1) expression have also been shown to protect neurons from axonal degeneration (Araki, et al. (2004) *Science* 305: 1010-1013). Because nicotinamide riboside is a soluble, transportable nucleoside precursor of NAD+, nicotinamide riboside can be used to protect against axonopathies such as those that occur in Alzheimer's Disease, Parkinson's Disease and Multiple Sclerosis. Expression of the NRK1 or NRK2 genes, or direct administration of nicotinamide riboside or a stable nicotinamide riboside prodrug, could also protect against axonal degeneration.

NMN adenylytransferase overexpression has been shown to protect neurons from the axonopathies that develop with ischemia and toxin exposure, including vincristine treatment (Araki, et al. (2004) *Science* 305:1010-1013). Vincristine is one of many chemotherapeutic agents whose use is limited by neurotoxicity. Thus, administration of nicotinamide riboside or an effective nicotinamide riboside prodrug derivative could be used to protect against neurotoxicity before, during or after cytotoxic chemotherapy.

Further, conversion of benign *Candida glabrata* to the adhesive, infective form is dependent upon the expression of EPA genes encoding adhesins whose expression is mediated by NAD+ limitation, which leads to defective Sir2-dependent silencing of these genes (Domergue, et al. (March 2005) *Science,* 10.1126/science.1108640). Treatment with nicotinic acid reduces expression of adhesins and increasing nicotinic acid in mouse chow reduces urinary tract infection by *Candida glabrata.* Thus, nicotinamide riboside can be used in the treatment of fungal infections, in particular, those of *Candida* species by preventing expression of adhesins.

Accordingly, agents (e.g., nicotinamide riboside) that work through the discovered nicotinamide riboside kinase pathway of NAD+ biosynthesis could have therapeutic value in improving plasma lipid profiles, preventing stroke, providing neuroprotection with chemotherapy treatment, treating fungal infections, preventing or reducing neurodegeneration, or in prolonging health and well-being. Thus, the present invention is further a method for preventing or treating a disease or

28

condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis by administering an effective amount of a nicotinamide riboside composition. Diseases or conditions which typically have altered levels of NAD+ or NAD+ precursors or could benefit from increased NAD+ biosynthesis by treatment with nicotinamide riboside include, but are not limited to, lipid disorders (e.g., dyslipidemia, hypercholesterolaemia or hyperlipidemia), stroke, neurodegenerative diseases (e.g., Alzheimer's, Parkinsons and Multiple Sclerosis), neurotoxicity as observed with chemotherapies, *Candida glabrata* infection, and the general health declines associated with aging. Such diseases and conditions can be prevented or treated by supplementing a diet or a therapeutic treatment regime with a nicotinamide riboside composition.

The source of nicotinamide riboside can be from a natural or synthetic source identified by the method of the instant invention, or can be chemically synthesized using established methods (Tanimori (2002) *Bioorg. Med. Chem. Lett.* 12:1135-1137; Franchetti (2004) *Bioorg. Med. Chem. Lett.* 14:4655-4658). In addition, the nicotinamide riboside can be a derivative (e.g., L-valine or L-phenylalanine esters) of nicotinamide riboside. For example, an L-valyl (valine) ester on the 5' O of acyclovir (valacyclovir) improved the pharmacokinetic properties of the drug by promoting transport and allowing cellular delivery of the nucleoside after hydrolysis by an abundant butyryl esterase (Han, et al. (1998) *Pharm. Res.* 15:1382-1386; Kim, et al. (2003) *J. Biol. Chem.* 278: 25348-25356). Accordingly, the present invention also encompasses derivatives of nicotinamide riboside, in particular L-valine or L-phenylalanine esters of nicotinamide riboside, which are contemplated as having improved pharmacokinetic properties (e.g., transport and delivery). Such derivatives can be used alone or formulated with a pharmaceutically acceptable carrier as disclosed herein.

An effective amount of nicotinamide riboside is one which prevents, reduces, alleviates or eliminates the signs or symptoms of the disease or condition being prevented or treated and will vary with the disease or condition. Such signs or symptoms can be evaluated by the skilled clinician before and after treatment with the nicotinamide riboside to evaluate the effectiveness of the treatment regime and dosages can be adjusted accordingly.

As alterations of NAD+ metabolism may need to be optimized for particular conditions, it is contemplated that nicotinamide riboside treatments can further be used in combination with other NAD+ precursors, e.g., tryptophan, nicotinic acid and/or nicotinamide.

Polypeptides, nucleic acids, vectors, dietary supplements (i.e. nicotinamide riboside), and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention can be conveniently used or administered in a composition containing the active agent in combination with a pharmaceutically acceptable carrier. Such compositions can be prepared by methods and contain carriers which are well-known in the art. A generally recognized compendium of such methods and ingredients is Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippincott Williams & Wilkins: Philadelphia, Pa., 2000. A carrier, pharmaceutically acceptable carrier, or vehicle, such as a liquid or solid filler, diluent, excipient, or solvent encapsulating material, is involved in carrying or transporting the subject compound from one organ, or portion of the body, to another organ, or portion of the body. Each carrier must be acceptable in the sense of being compatible with the other ingredients of the formulation and not injurious to the patient.

CDXDE_000000047

US 8,383,086 B2

29

Examples of materials which can serve as carriers include sugars, such as lactose, glucose and sucrose; starches, such as corn starch and potato starch; cellulose, and its derivatives, such as sodium carboxymethyl cellulose, ethyl cellulose and cellulose acetate; powdered tragacanth; malt; gelatin; talc; excipients, such as cocoa butter and suppository waxes; oils, such as peanut oil, cottonseed oil, safflower oil, sesame oil, olive oil, corn oil and soybean oil; glycols, such as propylene glycol; polyols, such as glycerin, sorbitol, mannitol and polyethylene glycol; esters, such as ethyl oleate and ethyl laurate; agar; buffering agents, such as magnesium hydroxide and aluminum hydroxide; alginic acid; pyrogen-free water; isotonic saline; Ringer's solution; ethyl alcohol; pH buffered solutions; polyesters, polycarbonates and/or polyanhydrides; and other non-toxic compatible substances employed in formulations. Wetting agents, emulsifiers and lubricants, such as sodium lauryl sulfate and magnesium stearate, as well as coloring agents, release agents, coating agents, sweetening, flavoring and perfuming agents, preservatives and antioxidants can also be present in the compositions.

Polypeptides, nucleic acids, vectors, dietary supplements, and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention, hereafter referred to as compounds, can be administered via any route include, but not limited to, oral, rectal, topical, buccal (e.g., sub-lingual), vaginal, parenteral (e.g., subcutaneous, intramuscular including skeletal muscle, cardiac muscle, diaphragm muscle and smooth muscle, intradermal, intravenous, intraperitoneal), topical (i.e., both skin and mucosal surfaces, including airway surfaces), intranasal, transdermal, intraarticular, intrathecal and inhalation administration, administration to the liver by intraportal delivery, as well as direct organ injection (e.g., into the liver, into the brain for delivery to the central nervous system). The most suitable route in any given case will depend on the nature and severity of the condition being treated and on the nature of the particular compound which is being used.

For injection, the carrier will typically be a liquid, such as sterile pyrogen-free water, pyrogen-free phosphate-buffered saline solution, bacteriostatic water, or Cremophor (BASF, Parsippany, N.J.). For other methods of administration, the carrier can be either solid or liquid.

For oral therapeutic administration, the compound can be combined with one or more carriers and used in the form of ingestible tablets, buccal tablets, troches, capsules, elixirs, suspensions, syrups, wafers, chewing gums, foods and the like. Such compositions and preparations should contain at least 0.1% of active compound. The percentage of the compound and preparations can, of course, be varied and can conveniently be between about 0.1 to about 100% of the weight of a given unit dosage form. The amount of active compound in such compositions is such that an effective dosage level will be obtained.

The tablets, troches, pills, capsules, and the like can also contain the following: binders such as gum tragacanth, acacia, corn starch or gelatin; excipients such as dicalcium phosphate; a disintegrating agent such as corn starch, potato starch, alginic acid and the like; a lubricant such as magnesium stearate; and a sweetening agent such as sucrose, fructose, lactose or aspartame or a flavoring agent such as peppermint, oil of wintergreen, or cherry flavoring. The above listing is merely representative and one skilled in the art could envision other binders, excipients, sweetening agents and the like. When the unit dosage form is a capsule, it can contain, in addition to materials of the above type, a liquid carrier, such as a vegetable oil or a polyethylene glycol. Various other materials can be present as coatings or to otherwise modify

30

the physical form of the solid unit dosage form. For instance, tablets, pills, or capsules can be coated with gelatin, wax, shellac or sugar and the like.

A syrup or elixir can contain the active agent, sucrose or fructose as a sweetening agent, methyl and propylparabens as preservatives, a dye and flavoring such as cherry or orange flavor. Of course, any material used in preparing any unit dosage form should be substantially non-toxic in the amounts employed. In addition, the active compounds can be incorporated into sustained-release preparations and devices including, but not limited to, those relying on osmotic pressures to obtain a desired release profile.

Formulations of the present invention suitable for parenteral administration contain sterile aqueous and non-aqueous injection solutions of the compound, which preparations are generally isotonic with the blood of the intended recipient. These preparations can contain anti-oxidants, buffers, bacteriostats and solutes which render the formulation isotonic with the blood of the intended recipient. Aqueous and non-aqueous sterile suspensions can include suspending agents and thickening agents. The formulations can be presented in unit/dose or multi-dose containers, for example sealed ampoules and vials, and can be stored in a freeze-dried (lyophilized) condition requiring only the addition of the sterile liquid carrier, for example, saline or water-for-injection immediately prior to use.

Formulations suitable for topical application to the skin can take the form of an ointment, cream, lotion, paste, gel, spray, aerosol, or oil. Carriers which can be used include petroleum jelly, lanoline, polyethylene glycols, alcohols, transdermal enhancers, and combinations of two or more thereof.

Formulations suitable for transdermal administration can be presented as discrete patches adapted to remain in intimate contact with the epidermis of the recipient for a prolonged period of time. Formulations suitable for transdermal administration can also be delivered by iontophoresis (see, for example, *Pharmaceutical Research* 3 (6):318 (1986)) and typically take the form of an optionally buffered aqueous solution of the compound. Suitable formulations contain citrate or bis\tris buffer (pH 6) or ethanol/water and contain from 0.1 to 0.2 M of the compound.

A compound can alternatively be formulated for nasal administration or otherwise administered to the lungs of a subject by any suitable means. In particular embodiments, the compound is administered by an aerosol suspension of respirable particles containing the compound, which the subject inhales. The respirable particles can be liquid or solid. The term aerosol includes any gas-borne suspended phase, which is capable of being inhaled into the bronchioles or nasal passages. Specifically, aerosol includes a gas-borne suspension of droplets, as can be produced in a metered dose inhaler or nebulizer, or in a mist sprayer. Aerosol also includes a dry powder composition suspended in air or other carrier gas, which can be delivered by insufflation from an inhaler device, for example. See Ganderton & Jones, *Drug Delivery to the Respiratory Tract*, Ellis Horwood (1987); Gonda (1990) *Critical Reviews in Therapeutic Drug Carrier Systems* 6:273-313; and Raeburn, et al. (1992) *J. Pharmacol. Toxicol. Methods* 27:143-159. Aerosols of liquid particles containing the compound can be produced by any suitable means, such as with a pressure-driven aerosol nebulizer or an ultrasonic nebulizer, as is known to those of skill in the art. See, e.g., U.S. Pat. No. 4,501,729. Aerosols of solid particles containing the compound can likewise be produced with any solid particulate medicament aerosol generator, by techniques known in the pharmaceutical art.

CDXDE_000000048

US 8,383,086 B2

31

Alternatively, one can administer the compound in a local rather than systemic manner, for example, in a depot or sustained-release formulation.

Further, the present invention provides liposomal formulations of the compounds disclosed herein and salts thereof. The technology for forming liposomal suspensions is well-known in the art. When the compound or salt thereof is an aqueous-soluble salt, using conventional liposome technology, the same can be incorporated into lipid vesicles. In such an instance, due to the water solubility of the compound or salt, the compound or salt will be substantially entrained within the hydrophilic center or core of the liposomes. The lipid layer employed can be of any conventional composition and can either contain cholesterol or can be cholesterol-free. When the compound or salt of interest is water-insoluble, again employing conventional liposome formation technology, the salt can be substantially entrained within the hydrophobic lipid bilayer which forms the structure of the liposome. In either instance, the liposomes which are produced can be reduced in size, as through the use of standard sonication and homogenization techniques.

A liposomal formulation containing a compound disclosed herein or salt thereof, can be lyophilized to produce a lyophilizate which can be reconstituted with a carrier, such as water, to regenerate a liposomal suspension.

In particular embodiments, the compound is administered to the subject in an effective amount, as that term is defined herein. Dosages of active compounds can be determined by methods known in the art, see, e.g., Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippincott Williams & Wilkins: Philadelphia, Pa., 2000. The selected effective dosage level will depend upon a variety of factors including the activity of the particular compound of the present invention employed, the route of administration, the time of administration, the rate of excretion or metabolism of the particular compound being employed, the duration of the treatment, other drugs, compounds and/or materials used in combination with the particular compound employed, the age, sex, weight, condition, general health and prior medical history of the patient being treated, and like factors well-known in the medical arts.

A physician or veterinarian having ordinary skill in the art can readily determine and prescribe the effective amount of the pharmaceutical composition required for prevention or treatment in an animal subject such as a human, agriculturally-important animal, pet or zoological animal.

The invention is described in greater detail by the following non-limiting examples.

### EXAMPLE 1

#### S. cerevisiae Strains

Yeast diploid strain BY165, heterozygous for qns1 deletion and haploid BY165-1d carrying a chromosomal deletion of qns1 gene, transformed with plasmid pB175 containing QNS1 and URA3 is known in the art (Bieganowski, et al. (2003) supra). Genetic deletions were introduced by direct transformation with PCR products (Brachmann, et al. (1998) Yeast 14:115-132) generated from primers. After 24 hours of growth on complete media, cells were plated on media containing 5-fluoroorotic acid (Boeke, et al. (1987) Methods Enzymol. 154:164-175). The ado1 disruption cassette was constructed by PCR with primers 7041 (5'-CTA TTT AGA GTA AGG ATA TTT TTT CGG AAG GGT AAG AGG GAC CAA CTT CTT CTG TGC GGT ATT TCA CAC CG-3'; SEQ ID NO:10) and 7044 (5'-ATG ACC GCA CCA TTG GTA

32

GTA TTG GGT AAC CCA CTT TTA GAT TTC CAA GCA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:11) and plasmid pRS413 as a template. Yeast strain BY165 was transformed with this PCR product, and homologous recombination in histidine prototrophic transformants was confirmed by PCR with primers 7042 (5'-AAG CTA GAG GGA ACA CGT AGA G-3'; SEQ ID NO:12) and 7043 (5'-TTA TCT TGT GCA GGG TAG AAC C-3'; SEQ ID NO:13). This strain was transformed with plasmid pB175 and subjected to sporulation and tetrad dissection. Haploid strain BY237, carrying qns1 and ado1 deletions and plasmid, was selected for further experiments. The urk1 deletion was introduced into strain BY237 by transformation with the product of the PCR amplification that used pRS415 as a template and PCR primers 7051 (5'-CGA TCT TCA TCA TTT ATT TCA ATT TTA GAC GAT GAA ACA AGA GAC ACA TTA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:14) and 7052 (5'-AAA ATA CTT TGA ATC AAA AAA TCT GGT CAA TGC CCA TTT GTA TTG ATG ATC TGT GCG GTA TTT CAC ACC G-3'; SEQ ID NO:15). Disruption was confirmed by PCR with primers 7053 (5'-ATG TCC CAT CGT ATA GCA CCT TCC-3'; SEQ ID NO:16) and 7054 (5'-GCC TCT AAT TAT TCT CAA TCA CAA CC-3'; SEQ ID NO:17), and the resulting strain was designated BY247. The rbk1 disruption cassette was constructed by PCR with primers 7063 (5'-AAA CTT TCA GGG CTA ACC ACT TCG AAA CAC ATG CTG GTG GTA AGG GAT TGA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:18) and 7065 (5'-GAA CAG AAA AGC ACC CCT CTC GAA CCC AAA GTC ATA ACC ACA ATT CCT CTC TGT GCG GTA TTT CAC ACC G-3'; SEQ ID NO:19) and plasmid pRS411 as a template. Disruption was introduced into strain BY242 by transformation with the product of this reaction and confirmed by PCR with primers 7062 (5'-GGA TAG ATT ACC TAA CGC TGG AG-3'; SEQ ID NO:20) and 7064 (5'-TTG TAC TTC AGG GCT TTC GTG C-3'; SEQ ID NO:21). The resulting strain, carrying deletions of qns1, ado1, urk1 and rbk1 genes was designated BY252. A yeast strain carrying disruption of the NRK1 locus was made by transformation of the strain BY165-1d with the HIS3 marker introduced into disruption cassette by PCR with primers 4750 (5'-AAT AGC GTG CAA AAG CTA TCG AAG TGT GAG CTA GAG TAG AAC CTC AAA ATA GAT TGT ACT GAG AGT GCA C-3'; SEQ ID NO:22) and 4751 (5'-CTA ATC CTT ACA AAG CTT TAG AAT CTC TTG GCA CAC CCA GCT TAA AGG TCT GTG CGG TAT TTC ACA CCG-3'; SEQ ID NO:23). Correct integration of the HIS3 marker into NRK1 locus was confirmed by PCR with primers 4752 (5'-ACC AAC TTG CAT TTT AGG CTG TTC-3'; SEQ ID NO:24) and 4753 (5'-TAA GTT ATC TAT CGA GGT ACA CAT TC-3'; SEQ ID NO:25).

### EXAMPLE 2

#### Nicotinamide Riboside and Whey Preparations

NMN (39.9 mg; Sigma, St. Louis, Mo.) was treated with 1250 units of calf intestinal alkaline phosphatase (Sigma) for 1 hour at 37° C. in 1 mL 100 mM NaCl, 20 mM Tris pH 8.0, 5 mM MgCl$_2$. Hydrolysis of NMN to nicotinamide riboside was verified by HPLC and phosphatase was removed by centrifuging the reaction through a 5,000 Da filter (Millipore, Billerica, Mass.). A whey vitamin fraction of commercial nonfat cow's milk was prepared by adjusting the pH to 4 with HCl, stirring at 55° C. for 10 minutes, removal of denatured casein by centrifugation, and passage through a 5,000 Da

CDXDE_000000049

US 8,383,086 B2

33 34

filter. In yeast media, nicotinamide riboside was used at 10 μM and whey vitamin fraction at 50% by volume.

## EXAMPLE 3

### Yeast GST-ORF Library

Preparation of the fusion protein library was in accordance with well-established methods (Martzen, et al. (1999) supra; Phizicky, et al. (2002) *Methods Enzymol.* 350:546-559) at a 0.5 liter culture scale for each of the 64 pools of 90-96 protein constructs. Ten percent of each pool preparation was assayed for Nrk activity in overnight incubations.

## EXAMPLE 4

### Nicotinamide Riboside Phosphorylation Assays

Reactions (0.2 mL) containing 100 mM NaCl, 20 mM NaHEPES pH 7.2, 5 mM β-mercaptoethanol, 1 mM ATP, 5 mM MgCl₂, and 500 μM nicotinamide riboside or alternate nucleoside, were incubated at 30° C. and terminated by addition of EDTA to 20 mM and heating for 2 minutes at 100° C. Specific activity assays, containing 50 ng to 6 μg enzyme depending on the enzyme and substrate, were incubated for 30 minutes at 30° C. to maintain initial rate conditions. Reaction products were analyzed by HPLC on a strong anion exchange column with a 10 mM to 750 mM gradient of KPO₄ pH 2.6.

## EXAMPLE 5

### NRK Gene and cDNA Cloning and Enzyme Purification

The *S. cerevisiae* NRK1 gene was amplified from total yeast DNA with primers 7448 (5'-CGC TGC ACA TAT GAC

TTC GAA AAA AGT GAT ATT AGT TGC-3'; SEQ ID NO:26) and 7449 (5'-CCG TCT CGA GCT AAT CCT TAC AAA GCT TTA GAA TCT CTT GG-3'; SEQ ID NO:27). The amplified DNA fragment was cloned in vector pSGO4 (Ghosh and Lowenstein (1997) *Gene* 176:249-255) for *E. coli* expression using restriction sites for NdeI and XhoI included in primer sequences and the resulting plasmid was designated pB446. Samples of cDNA made from human lymphocytes and spleen were used as a template for amplification of human NRK1 using primers 4754 (5'-CCG GCC CAT GGC GCA CCA CCA TCA CCA CCA TCA TAT GAA AAC ATT TAT CAT TGG AAT CAG TGG-3'; SEQ ID NO:28) and 4755 (5'-GCG GGG ATC CTT ATG CTG TCA CTT GCA AAC ACT TTT GC-3'; SEQ ID NO:29). For *E. coli* expression, PCR amplicons from this reaction were cloned into restriction sites NcoI and BamHI of vector pMR103 (Munson, et al. (1994) *Gene* 144:59-62) resulting in plasmid pB449. Subsequently, plasmid pB449 was used as a template for PCR with primers 7769 (5'-CCG CGG ATC CAT GAA AAC ATT TAT CAT TGG AAT CAG TGG-3'; SEQ ID NO:30) and 7770 (5'-GCC GCT CGA GTT ATG CTG TCA CTT GCA AAC ACT T-3'; SEQ ID NO:31). The product of this amplification was cloned between BamHI and XhoI sites of vector p425GAL1 (Mumberg, et al. (1994) *Nucleic Acids Res.* 22:5767-5768) and the resulting plasmid carrying human NRK1 gene under GAL1 promoter control was designated pB450. Human NRK2 cDNA was amplified with primers 7777 (5'-GGC AGG CAT ATG AAG CTC ATC GTG GGC ATC G-3'; SEQ ID NO:32) and 7776 (5'-GCT CGC TCG AGT CAC ATG CTG TCC TGC TGG GAC-3'; SEQ ID NO:33). The amplified fragment was digested with NdeI and XhoI enzymes and cloned in plasmid pSGA04 for *E. coli* expression. His-tagged enzymes were purified with Ni-NTA agarose.

---

SEQUENCE LISTING

<160> NUMBER OF SEQ ID NOS: 34

<210> SEQ ID NO 1
<211> LENGTH: 1199
<212> TYPE: DNA
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 1

```
tagcacctga gtatatatct gacataaaaa gatttctgaa gttatcgtca gataagaaga      60

tggagtcaaa atgtaaacaa taactttaac ctatataaat tttcttacat ttgcttttaa     120

atactcgaag atttgcattg aacgatcgtt gccgttgact catttgaaac agaaaaacaa     180

tacacgcagg aaaggaacgg cagttggtct gagaaacaaa accaacttgc attttaggct     240

gttccgatag tttatcagag taagggaaaa aatagcgtgc aaaagctatc gaagtgtgag     300

ctagagtaga acctcaaaat atgacttcga aaaaagtgat attagttgca ttgagtggat     360

gctcctccag tggtaagacg acaattgcga aacttacagc aagtttattc acgaaggcta     420

cattaattca tgaagatgac ttttacaaac atgataatga agtgccagta gatgctaaat     480

ataacattca aaattgggat tcgccagaag ctcttgattt taaacttttc ggtaaagaat     540

tagatgtgat caaacaaact ggtaaaatag ccaccaaact tataacaaat aacaacgtag     600

atgatccctt tacaaagttc cacattgata gacaagtttg ggacgagtta aaggctaagt     660

atgactctat taatgacgac aaatatgaag ttgtaattgt agatgggttt atgattttca     720
```

CDXDE_000000050

US 8,383,086 B2

35                                                                                              36

-continued

```
ataatactgg aatatcaaaa aaatttgatt tgaagatatt agtgcgtgct ccctatgaag      780

tactaaaaaa aaggagggct tccagaaaag gataccagac tttggattct ttctgggtgg      840

atccgccgta ttatttcgac gaatttgtgt atgaatctta tcgtgcaaat catgcgcagt      900

tatttgttaa tggagacgta gaaggtttac tagacccaag gaagtcaaag aatataaaag      960

agttcataaa tgatgatgac actccaattg cgaaaccttt aagctgggtg tgccaagaga     1020

ttctaaagct ttgtaaggat taggaaagcg ccacaaaatc gatgagaagt ataaaaaaaa     1080

aaaagtaaaa acaataaaaa taagaatgtg tacctcgata gataacttaa ataagacaat     1140

ttcagaacca caatattgat aacaccatcc cgattttga aattattttt ttggtgtaa      1199
```

```
<210> SEQ ID NO 2
<211> LENGTH: 1172
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

```
<400> SEQUENCE: 2
```

```
aaaggggcct ctggtgaccg cccctacctg gcatccctct aacccaggag gagcgtgggg       60

aaaggggctg tgggcctctc ggggagcgag ctgcgggtag cggcgcactg ggtacaggcg      120

cgcgcttggc tgtcgcctct tccgctgtgt ttgggaggac tcgaactggc gccaggaaat      180

attaggaagc tgtgattttc aaagctaatt atgaaaacat ttatcattgg aatcagtggt      240

gtgacaaaca gtggcaaaac aacactggct aagaatttgc agaaacacct cccaaattgc      300

agtgtcatat ctcaggatga tttcttcaag ccagagtctg agatagagac agataaaaat      360

ggattttgc agtacgatgt gcttgaagca cttaacatgg aaaaaatgat gtcagccatt      420

tcctgctgga tggaaagcgc aagacactct gtggtatcaa cagaccagga aagtgctgag      480

gaaattccca ttttaatcat cgaaggtttt cttctttta attataagcc ccttgacact      540

atatggaata gaagctattt cctgactatt ccatatgaag aatgtaaaag gaggaggagt      600

acaagggtct atcagcctcc agactctccg ggatactttg atggccatgt gtggcccatg      660

tatctaaagt acagacaaga aatgcaggac atcacatggg aagttgtgta cctggatgga      720

acaaaatctg aagaggacct cttttttgcaa gtatatgaag atcttaataca agaactagca      780

aagcaaaagt gtttgcaagt gacagcataa agacggaaca caacaaatcc ttcctgaagt      840

gaattaggaa actccaagga gtaatttaag aaccttcacc aagatacaat gtatactgtg      900

gtacaatgac agccattgtt tcatatgttt gatttttatt gcacatggtt ttcccaacat      960

gtggaacaat aaatatccat gccaatggac aggactgtac cttagcaagt tgctccctct     1020

ccagggagcg catagataca gcagagctca cagtgagtca gaaagtctcc actttctgaa     1080

catagctcta taacaatgat tgtcaaactt ttctaactgg agctcagagt aagaaataaa     1140

gattacatca caatccaaaa aaaaaaaaaa aa                                    1172
```

```
<210> SEQ ID NO 3
<211> LENGTH: 1134
<212> TYPE: DNA
<213> ORGANISM: Homo sapiens
```

```
<400> SEQUENCE: 3
```

```
aatcatcttg ttggccctga cctcgttgga aaacgaagct ccccgcaggg tcccggcctc       60

tagggctgct gtgcgggcgg gggtggcctg gagctatttc cattcggcgg cgggaacagg      120

tgccggcgcc tccgcccat ccccagggc cgcctccccc ggggcggcct ccaggctgcc      180

gagacctata aaggcgccag gttttctcaa tgaagccggg acgcactccg gagcgcactg      240
```

US 8,383,086 B2

37                                                                     38

-continued

```
cgtggtcgca ccctacccgg gctgccttgg aagtcgtccc cgccgcccct ccgcaccggc   300

atgaagctca tcgtgggcat cggaggcatg accaacggcg gcaagaccac gctgaccaac   360

agcctgctca gagccctgcc caactgctgc gtgatccatc aggatgactt cttcaagccc   420

caagaccaaa tagcagttgg ggaagacggc ttcaaacagt gggacgtgct ggagtctctg   480

gacatggagg ccatgctgga caccgtgcag gcctggctga gcagcccgca gaagtttgcc   540

cgtgcccacg gggtcagcgt ccagccagag gcctcggaca cccacatcct cctcctggaa   600

ggcttcctgc tctacagcta caagccctg gtggacttgt acagccgccg gtacttcctg   660

accgtcccgt atgaagagtg caagtggagg agaagtaccc gcaactacac agtccctgat   720

cccccggcc tcttcgatgg ccacgtgtgg cccatgtacc agaagtatag gcaggagatg   780

gaggccaacg gtgtggaaagt ggtctacctg gacggcatga agtcccgaga ggagctcttc   840

cgtgaagtcc tggaagacat tcagaactcg ctgctgaacc gctcccagga atcagccccc   900

tccccggctc gcccagccag gacacaggga cccggacgcg gatgcggcca cagaacggcc   960

aggcctgcag cgtcccagca ggacagcatg tgagcgtttc cctatggggg tgtctgtacg   1020

taggagagtg gaggcccac tcccagttgg gcgtcccgga gctcagggac tgagccccaa   1080

gacgcctctg taacctcgct gcagcttcag tagtaaactg ggtcctgttt tttt           1134
```

```
<210> SEQ ID NO 4
<211> LENGTH: 240
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 4

Met Thr Ser Lys Lys Val Ile Leu Val Ala Leu Ser Gly Cys Ser Ser
1               5                   10                  15

Ser Gly Lys Thr Thr Ile Ala Lys Leu Thr Ala Ser Leu Phe Thr Lys
            20                  25                  30

Ala Thr Leu Ile His Glu Asp Asp Phe Tyr Lys His Asp Asn Glu Val
        35                  40                  45

Pro Val Asp Ala Lys Tyr Asn Ile Gln Asn Trp Asp Ser Pro Glu Ala
    50                  55                  60

Leu Asp Phe Lys Leu Phe Gly Lys Glu Leu Asp Val Ile Leu Gln Thr
65                  70                  75                  80

Gly Lys Ile Ala Thr Lys Leu Ile His Asn Asn Asn Val Asp Asp Pro
                85                  90                  95

Phe Thr Lys Phe His Ile Asp Arg Gln Val Trp Asp Glu Leu Lys Ala
            100                 105                 110

Lys Tyr Asp Ser Ile Asn Asp Asp Lys Tyr Glu Val Val Ile Val Asp
        115                 120                 125

Gly Phe Met Ile Phe Asn Asn Thr Gly Ile Ser Lys Lys Phe Asp Leu
    130                 135                 140

Lys Ile Leu Val Arg Ala Pro Tyr Glu Val Leu Lys Lys Arg Arg Ala
145                 150                 155                 160

Ser Arg Lys Gly Tyr Gln Thr Leu Asp Ser Phe Trp Val Asp Pro Pro
                165                 170                 175

Tyr Tyr Phe Asp Glu Pro Val Tyr Glu Ser Tyr Arg Ala Asn His Ala
            180                 185                 190

Gln Leu Phe Val Asn Gly Asp Val Glu Gly Leu Leu Asp Pro Arg Lys
        195                 200                 205

Ser Lys Asn Ile Lys Glu Phe Ile Asn Asp Asp Asp Thr Pro Ile Ala
    210                 215                 220
```

CDXDE_000000052

US 8,383,086 B2

39
40

-continued

```
Lys Pro Leu Ser Trp Val Cys Gln Glu Ile Leu Leu Cys Lys Asp
225                 230                 235                 240


<210> SEQ ID NO 5
<211> LENGTH: 199
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 5

Met Lys Thr Phe Ile Ile Gly Ile Ser Gly Val Thr Asn Ser Gly Lys
1               5                   10                  15

Thr Thr Leu Ala Lys Asn Leu Gln Lys His Leu Pro Asn Cys Ser Val
        20                  25                  30

Ile Ser Gln Asp Asp Phe Phe Lys Pro Glu Ser Glu Ile Glu Thr Asp
        35                  40                  45

Lys Asn Gly Phe Leu Gln Tyr Asp Val Leu Glu Ala Leu Asn Met Glu
    50                  55                  60

Lys Met Met Ser Ala Ile Ser Cys Trp Met Glu Ser Ala Arg His Ser
65                  70                  75                  80

Val Val Ser Thr Asp Gln Glu Ser Ala Glu Glu Ile Pro Ile Leu Ile
                85                  90                  95

Ile Glu Gly Phe Leu Leu Phe Asn Tyr Lys Pro Leu Asp Thr Ile Trp
                100                 105                 110

Asn Arg Ser Tyr Phe Leu Thr Ile Pro Tyr Glu Glu Cys Lys Arg Arg
            115                 120                 125

Arg Ser Thr Arg Val Tyr Gln Pro Pro Asp Ser Pro Gly Tyr Phe Asp
        130                 135                 140

Gly His Val Trp Pro Met Tyr Leu Lys Tyr Arg Gln Glu Met Glu Asp
145                 150                 155                 160

Ile Thr Trp Glu Val Val Tyr Leu Asp Gly Thr Lys Ser Glu Glu Asp
                165                 170                 175

Leu Phe Leu Gln Val Tyr Glu Asp Leu Ile Gln Glu Leu Ala Lys Gln
            180                 185                 190

Lys Cys Leu Gln Val Thr Ala
            195


<210> SEQ ID NO 6
<211> LENGTH: 230
<212> TYPE: PRT
<213> ORGANISM: Homo sapiens

<400> SEQUENCE: 6

Met Lys Leu Ile Val Gly Ile Gly Gly Met Thr Asn Gly Gly Lys Thr
1               5                   10                  15

Thr Leu Thr Asn Ser Leu Leu Arg Ala Leu Pro Asn Cys Cys Val Ile
        20                  25                  30

His Gln Asp Asp Phe Phe Lys Pro Gln Asp Gln Ile Ala Val Gly Glu
        35                  40                  45

Asp Gly Phe Lys Gln Trp Asp Val Leu Glu Ser Leu Asp Met Glu Ala
    50                  55                  60

Met Leu Asp Thr Val Gln Ala Trp Leu Ser Ser Pro Gln Lys Phe Ala
65                  70                  75                  80

Arg Ala His Gly Val Ser Val Gln Pro Glu Ala Ser Asp Thr His Ile
                85                  90                  95

Leu Leu Leu Glu Gly Phe Leu Leu Tyr Ser Tyr Lys Pro Leu Val Asp
                100                 105                 110
```

US 8,383,086 B2

41

42

-continued

```
Leu Tyr Ser Arg Arg Tyr Phe Leu Thr Val Pro Tyr Glu Glu Cys Lys
            115                 120                 125

Trp Arg Arg Ser Thr Arg Asn Tyr Thr Val Pro Asp Pro Pro Gly Leu
        130                 135                 140

Phe Asp Gly His Val Trp Pro Met Tyr Gln Lys Tyr Arg Gln Glu Met
145                 150                 155                 160

Glu Ala Asn Gly Val Glu Val Val Tyr Leu Asp Gly Met Lys Ser Arg
                165                 170                 175

Glu Glu Leu Phe Arg Glu Val Leu Glu Asp Ile Gln Asn Ser Leu Leu
            180                 185                 190

Asn Arg Asn Ser Gln Glu Ser Ala Pro Ser Pro Ala Arg Pro Ala Arg Thr
            195                 200                 205

Gln Gly Pro Gly Arg Gly Cys Gly His Arg Thr Ala Pro Ala Ala
        210                 215                 220

Ser Gln Gln Asp Ser Met
225                 230


<210> SEQ ID NO 7
<211> LENGTH: 229
<212> TYPE: PRT
<213> ORGANISM: Schizosaccharomyces pombe

<400> SEQUENCE: 7

Met Thr Arg Lys Thr Ile Ile Val Gly Val Ser Gly Ala Ser Cys Ser
1                   5                   10                  15

Gly Lys Ser Thr Leu Cys Gln Leu Leu His Ala Ile Phe Glu Gly Ser
            20                  25                  30

Ser Leu Val His Glu Asp Asp Phe Tyr Lys Thr Asp Ala Glu Ile Pro
        35                  40                  45

Val Lys Asn Gly Ile Ala Asp Trp Asp Cys Gln Glu Ser Leu Asn Leu
    50                  55                  60

Asp Ala Phe Leu Glu Asn Leu His Tyr Ile Arg Asp His Gly Val Leu
65                  70                  75                  80

Pro Thr His Leu Arg Asn Arg Glu Asn Lys Asn Val Ala Pro Glu Ala
                85                  90                  95

Leu Ile Glu Tyr Ala Asp Ile Ile Lys Glu Phe Lys Ala Pro Ala Ile
            100                 105                 110

Pro Thr Leu Glu Gln His Leu Val Phe Val Asp Gly Phe Met Met Tyr
        115                 120                 125

Val Asn Glu Asp Leu Ile Asn Ala Phe Asp Ile Arg Leu Met Leu Val
    130                 135                 140

Thr Asp Phe Asp Thr Leu Lys Arg Arg Glu Ala Arg Thr Gly Tyr
145                 150                 155                 160

Ile Thr Leu Glu Gly Gly Phe Trp Gln Asp Pro Pro His Tyr Phe Glu Asn
                165                 170                 175

Tyr Val Trp Pro Gly Tyr Val His Gly His Ser His Leu Phe Val Asn
            180                 185                 190

Gly Asp Val Thr Gly Lys Leu Leu Asp Lys Arg Ile Gln Leu Ser Pro
        195                 200                 205

Ser Ser Lys Met Ser Val Arg Asp Asn Val Gln Trp Ala Ile Asn Ser
        210                 215                 220

Ile Leu Asn Ala Leu
225


<210> SEQ ID NO 8
<211> LENGTH: 243
```

US 8,383,086 B2

43                                                              44

-continued

```
<212> TYPE: PRT
<213> ORGANISM: Saccharomyces cerevisiae

<400> SEQUENCE: 8

Thr Pro Tyr Ile Ile Gly Ile Gly Ala Ser Gly Ser Gly Lys Thr
1               5                   10                  15

Ser Val Ala Ala Lys Ile Val Ser Ser Ile Asn Val Pro Trp Thr Val
            20                  25                  30

Leu Ile Ser Leu Asp Asn Phe Tyr Asn Pro Leu Gly Pro Glu Asp Arg
        35                  40                  45

Ala Arg Ala Phe Lys Asn Glu Tyr Asp Phe Asp Glu Pro Asn Ala Ile
    50                  55                  60

Asn Leu Asp Leu Ala Tyr Lys Cys Ile Leu Asn Leu Lys Glu Gly Lys
65                  70                  75                  80

Arg Thr Asn Ile Pro Val Tyr Ser Phe Val His His Asn Arg Val Pro
                85                  90                  95

Asp Lys Asn Ile Val Ile Tyr Gly Ala Ser Val Val Val Ile Glu Gly
            100                 105                 110

Ile Tyr Ala Leu Tyr Asp Arg Arg Leu Leu Asp Leu Met Asp Leu Lys
        115                 120                 125

Ile Tyr Val Asp Ala Asp Leu Asp Val Cys Leu Ala Arg Arg Leu Ser
    130                 135                 140

Arg Asp Ile Val Ser Arg Gly Arg Asp Leu Asp Gly Cys Ile Glu Gln
145                 150                 155                 160

Trp Glu Lys Phe Val Lys Pro Asn Ala Val Lys Phe Val Lys Pro Thr
                165                 170                 175

Met Lys Asn Ala Asp Ala Ile Ile Pro Ser Met Ser Asp Asn Ala Thr
            180                 185                 190

Ala Val Asn Leu Ile Ile Asn His Ile Lys Ser Lys Leu Glu Leu Lys
        195                 200                 205

Ser Asn Glu His Leu Arg Glu Leu Ile Lys Leu Gly Ser Ser Pro Ser
    210                 215                 220

Gln Asp Val Leu Asn Arg Asn Ile Ile His Glu Leu Pro Pro Thr Asn
225                 230                 235                 240

Gln Val Leu


<210> SEQ ID NO 9
<211> LENGTH: 232
<212> TYPE: PRT
<213> ORGANISM: Escherichia coli

<400> SEQUENCE: 9

Gln Thr Leu Met Thr Pro Tyr Leu Gln Phe Asp Arg Asn Gln Trp Ala
1               5                   10                  15

Ala Leu Arg Asp Ser Val Pro Met Thr Leu Ser Glu Asp Glu Ile Ala
            20                  25                  30

Arg Leu Lys Gly Ile Asn Glu Asp Leu Ser Leu Glu Glu Val Ala Glu
        35                  40                  45

Ile Tyr Leu Pro Leu Ser Arg Leu Leu Asn Phe Tyr Ile Ser Ser Asn
    50                  55                  60

Leu Arg Arg Gln Ala Val Leu Glu Gln Phe Leu Gly Thr Asn Gly Gln
65                  70                  75                  80

Arg Ile Pro Tyr Ile Ile Ser Ile Ala Gly Ser Val Ala Val Gly Lys
                85                  90                  95

Ser Thr Thr Ala Arg Val Leu Gln Ala Leu Leu Ser Arg Trp Pro Glu
            100                 105                 110
```

CDXDE_000000055

US 8,383,086 B2

45                                                                46

-continued

```
His Arg Arg Val Glu Leu Ile Thr Thr Asp Gly Phe Leu His Pro Asn
        115                 120                 125

Gln Val Leu Lys Glu Arg Gly Leu Met Lys Lys Lys Gly Phe Pro Glu
    130                 135                 140

Ser Tyr Asp Met His Arg Leu Val Lys Phe Val Ser Asp Leu Lys Ser
145                 150                 155                 160

Gly Val Pro Asn Val Thr Ala Pro Val Tyr Ser His Leu Ile Tyr Asp
                165                 170                 175

Val Ile Pro Asp Gly Asp Lys Thr Val Val Gln Pro Asp Ile Leu Ile
            180                 185                 190

Leu Glu Gly Leu Asn Val Leu Gln Ser Gly Met Asp Tyr Pro His Asp
        195                 200                 205

Pro His His Val Phe Val Ser Asp Phe Val Asp Phe Ser Ile Tyr Val
    210                 215                 220

Asp Ala Pro Glu Asp Leu Leu Gln
225                 230


<210> SEQ ID NO 10
<211> LENGTH: 71
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 10

ctatttagag taaggatatt ttttcggaag ggtaagaggg accaacttct tctgtgcggt    60

atttcacacc g                                                         71


<210> SEQ ID NO 11
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 11

atgaccgcac cattggtagt attgggtaac ccacttttag atttccaagc agattgtact    60

gagagtgcac                                                           70


<210> SEQ ID NO 12
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 12

aagctagagg gaacacgtag ag                                             22


<210> SEQ ID NO 13
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 13

ttatcttgtg cagggtagaa cc                                             22


<210> SEQ ID NO 14
<211> LENGTH: 70
```

CDXDE_000000056

US 8,383,086 B2

47                                                                          48

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 14

cgatcttcat catttatttc aattttagac gatgaaacaa gagacacatt agattgtact      60

gagagtgcac                                                             70


<210> SEQ ID NO 15
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 15

aaaatacttt gaatcaaaaa atctggtcaa tgcccatttg tattgatgat ctgtgcggta      60

tttcacaccg                                                             70


<210> SEQ ID NO 16
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 16

atgtcccatc gtatagcacc ttcc                                             24


<210> SEQ ID NO 17
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 17

gcctctaatt attctcaatc acaacc                                           26


<210> SEQ ID NO 18
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 18

aaactttcag ggctaaccac ttcgaaacac atgctggtgg taagggattg agattgtact      60

gagagtgcac                                                             70


<210> SEQ ID NO 19
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 19

gaacagaaaa gcacccctct cgaacccaaa gtcataacca caattcctct ctgtgcggta      60

tttcacaccg                                                             70


<210> SEQ ID NO 20
<211> LENGTH: 23
```

CDXDE_000000057

US 8,383,086 B2

49

50

-continued

```
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 20

ggatagatta cctaacgctg gag                                          23


<210> SEQ ID NO 21
<211> LENGTH: 22
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 21

ttgtacttca gggctttcgt gc                                           22


<210> SEQ ID NO 22
<211> LENGTH: 70
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 22

aatagcgtgc aaaagctatc gaagtgtgag ctagagtaga acctcaaat agattgtact    60

gagagtgcac                                                         70


<210> SEQ ID NO 23
<211> LENGTH: 69
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 23

ctaatcctta caaagcttta gaatctcttg gcacacccag cttaaaggtc tgtgcggtat    60

ttcacaccg                                                          69


<210> SEQ ID NO 24
<211> LENGTH: 24
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 24

accaacttgc attttaggct gttc                                         24


<210> SEQ ID NO 25
<211> LENGTH: 26
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 25

taagttatct atcgaggtac acattc                                       26


<210> SEQ ID NO 26
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer
```

CDXDE_000000058

US 8,383,086 B2

51                                                                          52

-continued

```
<400> SEQUENCE: 26

cgctgcacat atgacttcga aaaaagtgat attagttgc                           39


<210> SEQ ID NO 27
<211> LENGTH: 41
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 27

ccgtctcgag ctaatcctta caaagcttta gaatctcttg g                       41


<210> SEQ ID NO 28
<211> LENGTH: 63
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 28

ccggcccatg gcgcaccacc atcaccacca tcatatgaaa acatttatca ttggaatcag   60

tgg                                                                 63


<210> SEQ ID NO 29
<211> LENGTH: 38
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 29

gcggggatcc ttatgctgtc acttgcaaac acttttgc                           38


<210> SEQ ID NO 30
<211> LENGTH: 39
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 30

ccgcggatcc atgaaaacat ttatcattgg aatcagtgg                          39


<210> SEQ ID NO 31
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 31

gccgctcgag ttatgctgtc acttgcaaac actt                               34


<210> SEQ ID NO 32
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 32

ggcaggcata tgaagctcat cgtgggcatc g                                  31
```

CDXDE_000000059

US 8,383,086 B2

53           54

-continued

```
<210> SEQ ID NO 33
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 33

gctcgctcga gtcacatgct gtcctgctgg gac                              33


<210> SEQ ID NO 34
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Eukaryotic nicotinamide riboside kinase
      consensus sequence
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(2)
<223> OTHER INFORMATION: "Xaa" denotes an aliphatic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (3)..(3)
<223> OTHER INFORMATION: "Xaa" denotes His or Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: "Xaa" denotes a hydrophilic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (8)..(8)
<223> OTHER INFORMATION: "Xaa" denotes an aromatic amino acid residue

<400> SEQUENCE: 34

Xaa Xaa Xaa Xaa Asp Asp Phe Xaa Lys
1               5
```

What is claimed is:

1. A pharmaceutical composition comprising nicotinamide riboside in admixture with a carrier, wherein said composition is formulated for oral administration.

2. The pharmaceutical composition of claim 1, wherein the nicotinamide riboside is isolated from a natural or synthetic source.

3. The pharmaceutical composition of claim 1, wherein the formulation comprises a tablet, troche, capsule, elixir, suspension, syrup, wafer, chewing gum, or food.

4. The pharmaceutical composition of claim 1, further comprising one or more of tryptophan, nicotinic acid, or nicotinamide.

5. The pharmaceutical composition of claim 1 which increase NAD+ biosynthesis upon oral administration.

* * * * *

CDXDE_000000060

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.          : 8,383,086 B2                                                    Page 1 of 1
APPLICATION NO.     : 13/445289
DATED               : February 26, 2013
INVENTOR(S)         : Charles M. Brenner

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

At Item (57) in the Abstract:

Please delete "prvided."
Please insert --provided.--

In the claims:

In column 54, line 42, please delete "increase"
In column 54, line 42, please insert --increases--

Signed and Sealed this
Twenty-fourth Day of September, 2013

Teresa Stanek Rea
*Deputy Director of the United States Patent and Trademark Office*

CDXDE_000000061

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,383,086 B2 | Page 1 of 1 |
| APPLICATION NO. | : 13/445289 | |
| DATED | : February 26, 2013 | |
| INVENTOR(S) | : Charles M. Brenner | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

At Column 1, please delete Lines 14-16 and insert in its place the following:
--This invention was made with government support under grant number CA077738 awarded by the National Institutes of Health. The government has certain rights in the invention.--

Signed and Sealed this
Eleventh Day of February, 2020

Andrei Iancu
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

Page 1

1                                    VOLUME:     I

                                     PAGES:      1-282

2                                    EXHIBITS:   213-220

3              UNITED STATES DISTRICT COURT

4                DISTRICT OF DELAWARE

5              CA No. 1:18-CV-01434-CFC-JLH

6    _____

7    CHROMADEX, INC., et al.,                )

8                    Plaintiffs,             )

9              vs.                           )

10   ELYSIUM HEALTH, INC.,                   )

11                   Defendant.              )

12   _____)

13      HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

14

15                 REMOTE VIDEOTAPED DEPOSITION OF

16   ROBERT W. SOBOL, PhD, called as a witness by and on

17   behalf of the Defendant, pursuant to the applicable

18   provisions of the Federal Rules of Civil Procedure,

19   Rule 30(b)(6), before P. Jodi Ohnemus (remotely),

20   RPR, RMR, CRR, CA-CSR #13192, NH-LSR #91, MA-CSR

21   #123193, and Notary Public within and for the

22   Commonwealth of Massachusetts, at Mobile, Alabama,

23   Colorado, on Tuesday, April 13, 2021, commencing at

24   8:30 a.m. (CDT)

25

Page 2

```
 1   APPEARANCES:

 2                       (Via Videoconference)

 3                       COVINGTON & BURLING LLP

 4                       BY:  Evan Krygowski, Esq.

 5                       R. Jason Fowler, Esq.

 6                       850 Tenth Street, NW

 7                       Washington, DC  20001-4956

 8                       202 662-6000

 9                       ekrygowski@cov.com

10                       jfowler@cov.com

11                       For plaintiffs and the deponent

12

13                       (Via Videoconference)

14                       FOLEY HOAG LLP

15                       BY:  Marco Quina, Esq.

16                       Jenny Shum, Esq.

17                       Brendan Jones, Esq.

18                       Seaport West

19                       155 Seaport Boulevard

20                       Boston, MA  02210=2600

21                       617 832-1000

22                       mquina@foleyhoag.com

23                       jshum@foleyhoag.com

24                       bjones@foleyhoag.com

25                       For the defendant
```

```
                                        Page 3

 1    APPEARANCES:   (CONT'D)

 2

 3                   (Via Videoconference)

 4                   PATTERSON BELKNAP WEBB & TYLER

 5                   Matthew Weiss, Esq.

 6                   1133 Avenue of the Americas

 7                   New York, NY   1003606710

 8                   212 366-2455

 9                   Mweiss@pbwt.com

10                   For the Trustees of

11                   Dartmouth College

12

13    ALSO PRESENT:

14                   (Via Videoconference)

15                   Nico Martorello, Video Operator

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                  I N D E X

2

3   TESTIMONY OF:                          PAGE

4

5   ROBERT W. SOBOL, PhD

6

7   (By Mr. Quina)                          8

8   (By Mr. Krygowski)                    277

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

1                    E X H I B I T S

2  EXHIBIT              DESCRIPTION                    PAGE

3    Exhibit 213        Opening Expert Report of        22

4                       Robert W. Sobol, PhD

5    Exhibit 214        Rebuttal Expert Report of       69

6                       Robert W. Sobol, PhD,

7                       Regarding the Validity of US

8                       Patent Nos. 8,197,807 and

9                       8,383,086

10   Exhibit 215        Reply Expert Report of          73

11                      Robert W. Sobol, PhD

12   Exhibit 216        article:  "Nicotinamide         81

13                      Riboside is a Major NAD+

14                      Precursor Vitamin in Cow

15                      Milk

16   Exhibit 217        Article:  "Kinetic Alpha        99

17                      Deuterium Isotope

18                      Effects..."

19   Exhibit 197        previously marked              117

20   Exhibit 218        email, 5/17/2019,              145

21                      ELY_DEL0029971-976

22   Exhibit 219        document titled "D. Del.        148

23                      18-1434-CFC," ELY_DEL

24                      0036167-169

25   Exhibit 2          previously marked              195

1    **Exhibit 220        Beilstein Journal of Organic      266**

2                        **Chemistry,**

3                        **ELY_DEL0037990-019**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

 1   member -- so, you know, another -- another lawyer.

 2          So I'm just not -- I'm not saying

 3   they're -- I'm not saying they're true.  I just

 4   don't recall it off the top of my head.

 5      Q.   Okay.  So I assume you don't have any

 6   recollection of the substance of any conversation

 7   you had with an economics expert that plaintiffs

 8   were offering; correct?

 9      A.   You know, this a huge amount of

10   information here.  So it's kind of hard to remember

11   every conversation I've had, but -- so I don't

12   recall every specific word that was said in these

13   dozens of videoconferences over the past several

14   months.  I'm sorry.

15      Q.   What is your research focus?

16      A.   Mechanisms of DNA damage and repair in

17   human cancers.

18      Q.   Is your research specifically focused on

19   NAD precursors?

20      A.   No.  That's a component that we -- we

21   evaluate in how these NAD precursors impact

22   mechanisms of DNA damage and repair.

23      Q.   And you understand NR is an NAD precursor?

24      A.   Correct.

25      Q.   And you've done some research on NR?

Page 55

1      Q.    So you've done research using nicotinamide

2   as a -- as an NAD precursor within the last couple

3   of years; correct?

4      A.    I believe so.  Again, I'd have to check

5   exactly what was used in that report from -- first

6   author Anna Wilk.  There were a variety of

7   precursors evaluated in that -- in that paper.

8      Q.    Okay.  What other NAD precursors do you

9   recall having evaluated in that paper?

10      A.    So there would have been NR; there would

11   have been NAM; you know, nicotinamide

12   mononucleotide; it would have been NMN; and

13   nicotinic acid, and nicotinamide.  So, kind of, the

14   standard spectrum of the precursors.

15      Q.    You mentioned nicotinic acid, that's an

16   NAD precursor?

17      A.    Uh-huh.

18      Q.    Can you answer verbally, please.

19      A.    Yes, sorry.  Yeah.

20            Again, I'd have to check exactly the --

21   the report to know -- to -- to remember exactly

22   each compound that was used, but we have used all

23   of those compounds at various times.

24      Q.    Okay.  And you've used NMN as an NAD

25   precursor; correct?

Page 74

1    correction here.

2        Q.    Do you understand that this case relates

3    to a molecule called nicotinamide riboside?

4        A.    Correct.

5        Q.    And what is nicotinamide riboside?

6        A.    It is a small molecule that is understood

7    to be a NAD -- as of 2004, understood to be a

8    precursor in the biosynthesis of NAD, for example.

9        Q.    Is nicotinamide riboside a molecule that's

10   found in nature?

11       A.    Yes.

12       Q.    Is nicotinamide riboside a molecule that's

13   naturally found in our bodies?

14       A.    I believe so.

15       Q.    Is nicotinamide riboside a vitamin?

16       A.    As I understand it, it is now considered

17   to be a vitamin related to NAD biosynthesis, yes.

18       Q.    Does nicotinamide riboside occur naturally

19   in cow's milk?

20       A.    Yes.

21       Q.    Have you ever heard of something called a

22   biosynthetic pathway?

23       A.    Yes.

24       Q.    What is a biosynthetic pathway?

25       A.    So that would be a term used to describe

Page 82

1   is present in the raw cow milk samples.

2        Q.   Okay.  So you'll agree with me -- strike

3   that.

4             You'll agree with me that nicotinamide

5   appears naturally in cow's milk; correct?

6        A.   Yes.  Correct.

7        Q.   Look with me at the first page of

8   Trammell, the very last paragraph.

9        A.   Okay.  I see.

10       Q.   And Trammell in this paper reports that

11  "It has long been known that NAD+ precursors in

12  milk include nicotinamide and tryptophan."

13       A.   Correct.  I see that sentence.

14       Q.   And do you agree with that sentence, that

15  milk includes both nicotinamide and tryptophan

16  naturally?

17       A.   Correct.

18       Q.   And this Trammell paper, one of the

19  authors of this paper is Doctor Brenner; correct?

20       A.   Yes.

21       Q.   And another author of the paper is Marie

22  Migaud?

23       A.   I see that, yes.

24       Q.   And that's the same Marie Migaud that's

25  your colleague at University of South Alabama;

Page 83

1    correct?

2         A.    Correct.

3         Q.    Have you ever talked to Doctor Migaud

4    about her work on this paper?

5         A.    No, actually.

6         Q.    You didn't have occasion to talk to her

7    about her work on this paper in connection with

8    providing your opinions in this case?

9         A.    Definitely not with regards to this case,

10   and it just so happens I never talk with her about

11   this particular paper as well, but I certainly

12   wouldn't have talked with her about the case.

13        Q.    Okay.  Doctor Migaud, that's fair to say

14   that she's somebody you have -- you have access to

15   in the course of your work?

16        A.    Yes.  She's a colleague here at the

17   university, yeah.

18        Q.    And in doing your investigation in

19   connection with this case, you didn't ask her

20   questions about her work, even though she was one

21   of the authors of the paper you cited --

22        A.    No, of course not.

23        Q.    -- we were discussing?

24        A.    No.

25        Q.    Have you heard of nicotinic acid?

Page 84

1      A.    Yes.

2      Q.    What is it?

3      A.    It's also a precursor to NAD.  Some also

4  refer to it as niacin.  So...

5      Q.    And was it known before 2004 that

6  nicotinic acid was an NAD precursor?

7      A.    Yes.

8      Q.    And is nicotinic acid orally bioavailable?

9      A.    As far as I know, yes.

10     Q.    And was it known before 2004 that

11  nicotinic acid was orally bioavailable?

12     A.    I believe so, yes.

13     Q.    Are there dietary supplements containing

14  nicotinic acid that increase NAD biosynthesis upon

15  oral administration?

16     A.    That, I do not know.

17     Q.    Are there dietary supplements containing

18  nicotinic acid?

19     A.    That, I'm -- I would think is yes.  The

20  answer to that, I would guess, is yes, but I

21  haven't seen one in front of me.  So...

22     Q.    Were dietary supplements containing

23  nicotinic acid available before 2004?

24     A.    Again, I don't have a document in front of

25  me, but I would guess yes.

```
                                                    Page 90
 1   report.

 2       Q.    Go to Exhibit 213, which is your opening

 3   report.

 4       A.    Sure.  I have it open.

 5       Q.    Uh-huh.  Can you please go to paragraph

 6   27, which is on page 11.

 7       A.    Okay.  Paragraph 27 I got.  Okay.

 8       Q.    In your report, about halfway through that

 9   paragraph, do you see there is a sentence that says

10   "In humans"?

11       A.    Yes.

12       Q.    And you say "In humans, an NAD deficit

13   causes a disease called pellagra"?

14       A.    I see that.

15       Q.    And so you will -- you agree with me that

16   pellagra is a -- a disease related to a deficit in

17   NAD in a human?

18       A.    Correct.

19       Q.    And then you continue, and you say in the

20   next sentence "Pellagra is" -- let me start over.

21            In the next sentence you say "Pellagra is

22   treated by supplementing the diet with vitamin B3,

23   such as nicotinamide and nicotinic acid, which are

24   converted into NAD in the body."

25            Do you see that?
```

1   that starts with "NAD+"?

2      A.   Yes.

3      Q.   And do you see the last sentence of

4   that -- of that paragraph?

5      A.   Yes.

6      Q.   And do you see in that sentence Trammell

7   and colleagues, including Doctor Migaud, reported

8   that "...although pellagra is described as" a

9   "niacin deficiency, at a cellular level, pellagra

10   is a disease of NAD+ depletion as a result of diets

11   deficient in NAD [verbatim] precursors."

12      A.   I see that.

13      Q.   So at least as of 2016 scientists were

14   still reporting in papers that pellagra was a

15   disease of NAD depletion; correct?

16      A.   Right.  But I -- just to -- just to

17   correct for the record, tryptophan is an NAD

18   precursor.  And so if you -- in going back to

19   the -- the information that I provide in the

20   report, there are reports suggesting that a more

21   accurate way of describing it is a disease in

22   tryptophan biosynthesis deficiency, so -- or

23   deficient in tryptophan biosynthesis.

24      Q.   Do you disagree that at a cellular level

25   pellagra is a disease of NAD depletion?

```
                                                        Page 93
 1        A.    No.   At a cellular level, that would be
 2    fair to say.
 3        Q.    Do you agree that -- strike that.
 4              Do you agree that tryptophan is naturally
 5    present in milk?
 6        A.    Yes.
 7        Q.    And do you agree that it's the tryptophan
 8    in milk that treats pellagra?
 9        A.    That was my understanding, yes.
10        Q.    Is tryptophan orally bioavailable?
11        A.    I would say yes.
12        Q.    And tryptophan is a naturally occurring
13    molecule?
14        A.    Correct.
15        Q.    You'll agree that milk is formulated for
16    oral administration; correct?
17              MR. KRYGOWSKI:  Objection.  Form.
18        A.    I don't know that it's formulated.  I
19    think it's -- it can be consumed.  I don't think I
20    would refer to it as formulated, to be honest.
21        Q.    Is milk a -- a composition that is
22    administered orally?
23        A.    Usually.
24        Q.    Okay.  And is -- is milk something that
25    humans and animals are able to consume?
```

Page 94

1          A.    Most of us, yes.

2                Okay.  Don't need to see that paper

3    anymore.

4          Q.    And milk is -- strike that.

5                Prior to 2004 are you aware that milk had

6    been -- had been orally administered to humans or

7    other animals?

8          A.    Well, I don't know about the phrase

9    "orally administered."  I think people drank milk,

10   yes.

11         Q.    And they presumably drank milk using their

12   mouths?

13         A.    Yes.

14         Q.    Okay.  You'll agree with me that milk is a

15   food?

16         A.    Correct.

17         Q.    Have you ever heard of a disease called

18   black tongue?

19         A.    Yes, I think I referred to it in my

20   report, yes.

21         Q.    Okay.  And black tongue is a -- is a form

22   of pellagra that occurs in dogs?

23         A.    As I understand it, yes.

24         Q.    And -- and pellagra -- strike that.

25                Black tongue is also an NAD deficiency

Page 95

1   disease; correct?

2       A.   At the cellular level, that sounds

3   correct, yes.

4       Q.   And it's the -- in your opinion,

5   tryptophan in milk that treats black tongue in

6   dogs?

7       A.   I believe that was one of the conclusions

8   drawn from a whole series of studies, yes.

9           MR. QUINA:  Okay.  We've been going for a

10  little while -- almost an hour -- do you want to

11  take a break?

12          THE WITNESS:  It's up to you.

13          MR. QUINA:  Okay.  Let's take a break.

14  Ten minutes.

15          THE WITNESS:  Okay.

16          VIDEO OPERATOR:  We are off the record at

17  12:23 p.m.

18          (Recess was taken.)

19          VIDEO OPERATOR:  It's 12:35.  We are on

20  the record.

21      Q.   Welcome back.

22          Does nicotinamide riboside degrade over

23  time to release nicotinamide?

24      A.   In -- in what context?  In a -- in a

25  sample or in the body?

Page 192

1    buttermilk.

2         Q.    Okay.   Well, we'll get there.   But you'll

3    agree with me that there's lactose in -- in cow's

4    milk; right?

5         A.    I agree.

6         Q.    Okay.   And lactose is a sugar; correct?

7         A.    Correct.

8         Q.    Skim milk also contains lactose; correct?

9         A.    Correct.

10        Q.    And buttermilk also contains lactose;

11   correct?

12        A.    Correct.

13        Q.    Skim milk is a food?

14        A.    Skim milk is a food, yes.

15        Q.    And butter -- buttermilk is also a food?

16        A.    Yes.

17        Q.    Skim milk is consumed orally; correct?

18        A.    Correct.

19        Q.    And buttermilk is consumed orally;

20   correct?

21        A.    Correct.

22        Q.    Okay.   Can you look at the '807 patent.

23   It's Exhibit 197.

24        A.    I got it.

25        Q.    Can you look at claim 1, please.

1   view of isolated would be it would be substantially

2   free of materials from the source.

3       Q.   And is that -- is that your -- is that

4   your view of -- of what isolated mean or is that --

5   is that the court's construction of isolated?

6       A.   I'm looking at the court's construction.

7   The term is "substantially free from at least some

8   of the other components."  So...

9       Q.   Okay.  Isn't it correct that the -- claim

10  construction says that the nicotinamide riboside is

11  separated or substantially free from at least some

12  of the other components?

13      A.   That -- that is correct.  That is the

14  sentence.

15      Q.   Okay.  So the question is, is -- did you

16  understand it to mean that the NR must be present

17  in any threshold amount in the composition?

18      A.   They don't speak to a threshold amount,

19  no.

20      Q.   So if a composition is free from other

21  components from the source but the NR is in only

22  trace amounts in the composition, would that be

23  isolated NR?

24          MR. KRYGOWSKI:  Objection.  Incomplete

25  hypothetical.

Page 204

1  are just little snippets in a box that I'm looking

2  at, but it does -- it suggests here that the

3  isolated nicotinamide riboside, which, again, is

4  defined as a composition and that "...increases NAD

5  biosynthesis upon oral administration" to an animal

6  relative to the level if it were not --

7      Q.   Okay.  So in -- in applying your opinions

8  in this case, did you interpret this claim to

9  require that the isolated nicotinamide riboside be

10  responsible for increasing NAD biosynthesis?

11      A.   Well, again, I think the way the claim is

12  constructed, it's the composition, unless I'm

13  misinterpreting that.  So, I mean, I'm just reading

14  the words.  The composition "...increases NAD

15  biosynthesis upon oral administration," etcetera.

16      Q.   And this claim is a -- the composition in

17  this claim is a composition comprising isolated

18  nicotinamide riboside with one or more of

19  tryptophan, nicotinic acid or nicotinamide; right?

20      A.   As I read it, yes.

21      Q.   Okay.  So in -- in the claim, if the

22  tryptophan nicotinic acid or nicotinamide in a

23  composition increased NAD biosynthesis upon oral

24  administration -- strike that.

25           Let me ask it this way:  In the claim the

Page 205

1    tryptophan, nicotinic acid, or nicotinamide can be

2    responsible for the increase in NAD biosynthesis as

3    a composition; correct?

4              MR. KRYGOWSKI:  Objection.  Incomplete

5    hypothetical.  Calls for a legal conclusion.

6        A.    My interpretation is that it's -- the

7    nicotinamide riboside that is the question we're

8    discussing here today.

9        Q.    So is it or is it not your opinion that

10   for a composition to be within these claims, the

11   nicotinamide riboside needs to be responsible for

12   the increase in NAD biosynthesis?

13             MR. KRYGOWSKI:  Objection.  Incomplete

14   hypothetical.

15       A.    If I'm just doing my job and -- and

16   reviewing what is being constructed here, what I

17   see in front of me that the claims state or that

18   were constructed, its composition is formulated for

19   oral administration and it increases NAD

20   biosynthesis upon oral administration.

21             So it refers to the composition.

22       Q.    Okay.

23       A.    Not one thing over another.

24       Q.    What was the thing you just said at the

25   end there?

Page 233

1   improve or prolong the health or well-being of

2   humans or other animals."

3       Q.   Okay.  Does it require any other

4   functional properties?

5           MR. KRYGOWSKI:  Objection.  Asked and

6   answered.

7       A.   As I stated, I was simply using the terms,

8   the court's construction terms as written.

9       Q.   Okay.  Will you agree with me that if a

10  composition has antipellagra effects, it is a

11  composition that can be used to improve or prolong

12  the health or well-being of a human or other

13  animal?

14      A.   Can you say that again?

15      Q.   Sure.  Will you agree with me that if a

16  composition has antipellagra effects, it is a

17  composition that can be used to -- used to improve

18  or prolong health or well-being of humans or other

19  animals?

20      A.   That would be fair to say probably.

21      Q.   Turn to page 61 of your rebuttal report.

22      A.   Is this the 214?

23      Q.   Exhibit 214, yes.

24      A.   Okay.  And page number again?  Sorry.

25      Q.   Could you turn to page 61 of your rebuttal

Page 239

1   biosynthesis upon oral administration.

2          So there is an outcome required based on

3   how you -- on how the -- the isolation or the

4   amount, however you want to refer to it; there

5   are -- there needs to be a -- as I said before on

6   multiple occasions, whereas there's no number here

7   such as there needs to be one milligram or some

8   other, you know, hypothetical number.

9          There is a biological implication that the

10  number needs to be sufficient and the isolation

11  needs to be sufficient to achieve that biological

12  outcome.

13     Q.   And the -- the claims don't specify any

14  particular amount that the composition must

15  increase NAD biosynthesis; correct?

16          MR. KRYGOWSKI:  Objection.  Asked and

17  answered.

18     A.   Correct.  It doesn't indicate an amount.

19  It just indicates as -- as written, "increase the

20  NAD biosynthesis upon oral administration."  And

21  then if you look further with regard to the court's

22  construction, that would be relative to the level

23  if the composition were not in --

24          (Court Reporter comment.)

25     Q.   Okay.  So the biological outcome specified

Page 240

1    by the claims of the '807 patent are -- is that the

2    composition increases NASD biosynthesis upon oral

3    administration; correct?

4         A.   That's exactly what's written, yes.

5         Q.   Let me ask that question again 'cause I

6    might have misspoken.

7              The biological outcome specified by the

8    claims of the '807 patent are that the composition

9    increases NAD biosynthesis upon oral

10   administration; correct?

11        A.   Yes.  What's written here is "Said

12   composition is formulated for oral administration

13   and increases NAD biosynthesis upon oral

14   administration."

15             So there -- that would be correct.

16        Q.   Okay.  Turn to Exhibit 2, the '086 patent.

17        A.   Okay.

18        Q.   Again, go to the claims.

19        A.   I'm there.

20        Q.   All right.  Where does claim 2 require

21   that the composition increase NAD biosynthesis with

22   a surety and in an amount far beyond that which can

23   be achieved from naturally occurring NR?

24        A.   So those words are not in the claim

25   construction or claims.  That was my presentation

Page 241

1   of -- that was in my report, not in the claims as

2   written.

3       Q.   Okay.  Go back to your rebuttal report.

4       A.   I have it.

5       Q.   Can you go to paragraph 165, which is on

6   page 71.

7       A.   I am there.

8       Q.   Okay.  Okay.  Go to the end of that

9   paragraph which goes on the next page, 72.

10      A.   Okay.

11      Q.   Do you see the next-to-last sentence of

12  that paragraph you say, "The asserted claims

13  expressly rely on the resulting changes from NR as

14  it is found in nature when compared to the NR in

15  the claimed compositions"?

16      A.   Yes, I see the sentence.

17      Q.   What changes from the NR in nature do the

18  asserted claims require?

19      A.   That it's isolated and separated from --

20  to use the term specifically here --

21  "substantially free from at least some of the other

22  components associated with the source."

23           So if we were talking about something

24  purified from a natural source, that would be free

25  from those components.  And, again, as I stated

# EXHIBIT D

Page 1

UNITED STATES PATENT AND TRADEMARK OFFICE

BEFORE THE PATENT TRIAL AND APPEAL BOARD


_____
                                        )
ELYSIUM HEALTH, INC.,                   )
                                        )
              Petitioner,               )
                                        )
      vs.                               ) Case
                                        )
                                        ) IPR2017-01795
                                        )
TRUSTEES OF DARTMOUTH COLLEGE,          )
                                        )
              Patent Owner.             )
                                        )
_____)




        DEPOSITION of ZHAOHUI SUNNY ZHOU, Ph.D.
              Thursday, August 2, 2018
                    9:00 a.m.
                Foley Hoag, LLP
              Boston, Massachusetts




Reported By:
Michael D. O'Connor, RMR, CRR, CRC

Elysium Health Exhibit 1026
Page 1 of 42

Zhaohui Sunny Zhou, Ph.D. - August 2, 2018

2 (Pages 2 to 5)

Page 2

```
 1
 2
 3
 4
 5
 6
 7                    Thursday, August 2, 2018
 8                    9:00 a.m.
 9
10                    DEPOSITION of ZHAOHUI SUNNY
11  ZHOU, Ph.D., held at Foley Hoag, LLP, 155
12  Seaport Boulevard, Seaport West, Boston,
13  Massachusetts, pursuant to notice, before
14  Michael D. O'Connor, Registered Merit
15  Reporter, Certified Realtime Reporter,
16  Certified Realtime Captioner, and Notary
17  Public in and for the Commonwealth of
18  Massachusetts.
19
20
21
22
23
24
25
```

Page 3

```
 1  A P P E A R A N C E S :
 2
 3  ATTORNEYS FOR PETITIONER:
 4      FOLEY HOAG LLP
 5      155 Seaport Boulevard
 6      Boston, Massachusetts 02210
 7      (617) 832-3077
 8      BY:   JEREMY YOUNKIN, ESQ.
 9            jyounkin@foleyhoag.com
10            BRENDAN JONES, Ph.D.
11            bjones@foleyhoag.com
12
13  ATTORNEYS FOR THE PATENT OWNER:
14      STEPTOE & JOHNSON LLP
15      115 South LaSalle Street, Suite 3100
16      Chicago, Illinois 60603
17      (312) 577-1264
18      BY:   JOHN L. ABRAMIC, ESQ.
19            jabramic@steptoe.com
20
21
22
23
24
25
```

Page 4

```
 1  A P P E A R A N C E S (Continued):
 2
 3  ATTORNEYS FOR THE PATENT OWNER:
 4      STEPTOE & JOHNSON LLP
 5      One Market Street
 6      San Francisco, California 94105
 7      (415) 365-6711
 8      BY:   JAMIE L. LUCIA, ESQ.
 9            jlucia@steptoe.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1              I N D E X
 2
 3  Deposition of:                        Page
 4  ZHAOHUI SUNNY ZHOU, Ph.D.
 5    By Mr. Younkin                        6
 6
 7              ******
 8
 9           E X H I B I T S
10
11  No.                                   Page
12  Exhibit 1023  Document submitted to the
13                FDA, dated 3/8/16, Bates
14                000001 - 000099            76
15
16  Exhibit 1025  Document entitled,
17                "Nicotinic Acid,
18                Nicotinamide, and
19                Nicotinamide Riboside: A
20                Molecular Evaluation of
21                NAD+ Precursor Vitamins in
22                Human Nutrition"            70
23
24              ******
25
```

Elysium Health Exhibit 1026
Page 2 of 42

Zhaohui Sunny Zhou, Ph.D. - August 2, 2018

22 (Pages 82 to 85)

Page 82

1  been exposed to NR in milk.
2      Q.      But the sentence, does it say some
3  humans are exposed to milk which may or may not
4  contain NR, right?
5      A.      That's really what it says, right.
6      Q.      Well, that's not what it says.  It
7  says, "Humans are exposed to NR via dietary
8  sources such as milk," right?
9      A.      As an FDA examiner, as a
10 scientist, that's how the sentence should be
11 interpreted.
12     Q.      Okay.  Let's look at the last
13 sentence of this section or before the table.
14 "Thus, the estimated amount of NR ingested by
15 humans from the equivalent of 710 milliliters
16 per day (three cups) of cow's milk, is
17 approximately" 345 "micrograms per day," right?
18             MR. ABRAMIC:  I think it says
19             "545."
20     Q.      Oh, yes.  545.  Sorry.
21     A.      Yes.  That's the statement.
22     Q.      So the statement is extrapolating,
23 right, and drawing a conclusion about the
24 amount of NR ingested by humans when they drink
25 three cups of cow's milk, right?

Page 83

1      A.      Yes, it's about.  We know or you
2  know we have documents that shows different
3  milk, organic and different vendors of milk
4  have different amounts of NR.  So this is
5  about.  That's why it says "about" there.
6             MR. YOUNKIN:  Why don't we take a
7             break.
8             (Recess taken at 11:02 a.m. and
9             reconvening at 11:19 a.m.)
10 BY MR. YOUNKIN:
11     Q.      Dr. Zhou, do you agree that
12 pellagra is caused by a deficiency in NAD+?
13     A.      I'm not a medical doctor.  That's
14 my understanding, deficiency of NAD is at least
15 linked to pellagra.  I'm not exactly sure it's
16 causing that or not.
17     Q.      But it's linked?
18     A.      It's linked.
19     Q.      So pellagra reflects an NAD
20 deficiency, correct?
21     A.      I think so, yes.
22     Q.      And do you agree that the
23 Goldberger and Tanner article concluded that
24 buttermilk prevents pellagra?
25     A.      Yes.  I looked at a paper and see

Page 84

1  their evidence in humans, yes, prevents
2  pellagra.
3      Q.      And do you agree that black tongue
4  reflects a deficiency in NAD as well?
5      A.      Just from reading.  I even know
6  less about the chemistry of NAD in dogs.
7      Q.      But based on your reading of the
8  literature, that's your understanding, correct?
9      A.      Yes.
10     Q.      And do you agree Goldberger
11 concluded that skim milk contains the
12 quote/unquote black tongue preventative?
13     A.      Yes, that's his statement.
14     Q.      And that's because there's
15 something in the milk that increased NAD
16 biosynthesis, right?
17     A.      That's the hypothesis.  They may
18 be working through another mechanism, but at
19 least that's one of the hypothesis accepted by
20 people and by reading the paper, I agree with
21 that as well.
22     Q.      And do you also agree with the
23 hypothesis that the buttermilk that was used in
24 the Goldberger and Tanner article prevented
25 pellagra because something in that buttermilk

Page 85

1  increased NAD+ biosynthesis?
2      A.      Very likely that's the mechanism,
3  yes.
4             MR. YOUNKIN:  I have no further
5             questions.
6             MR. ABRAMIC:  I have no questions.
7             (Whereupon the deposition
8             concluded at 11:21 a.m.)
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Elysium Health Exhibit 1026
Page 22 of 42

# EXHIBIT E

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1434 (CFC) |
| ELYSIUM HEALTH, INC., | ) ) | **HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY** |
| Defendant. | ) ) | |

**OPENING EXPERT REPORT OF ROBERT W. SOBOL, PH.D. REGARDING ELYSIUM'S INFRINGEMENT OF U.S. PATENT NOS. 8,197,807 AND 8,383,086**

Exhibit
0213

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

### TABLE OF CONTENTS

I.      Introduction ............................................................................................................. 3

II.     Scope of Opinions ................................................................................................. 3

III.    Education and Experience ..................................................................................... 4

IV.     Materials Considered ............................................................................................ 6

V.      Legal Standards .................................................................................................... 6

        A.      Level of skill in the art ............................................................................... 7

        B.      Direct Infringement ................................................................................... 7

        C.      Willful Infringement .................................................................................. 8

VI.     Claim Construction ............................................................................................... 8

VII.    Background .......................................................................................................... 10

        A.      The Technology of the Asserted Patents .............................................. 10

                1.      $NAD^+$ is an essential co-factor in cellular metabolism. ........... 10

                2.      NR is a $B_3$ vitamin that is converted into $NAD^+$ in cells ......... 12

        B.      Elysium's Basis Product ........................................................................... 15

VIII.   Elysium's Infringement of the '807 Patent ....................................................... 20

        A.      Elysium Infringes Independent Claim 1 ............................................... 20

                1.      "A composition comprising isolated nicotinamide riboside" ............ 20

                2.      "in combination with one or more of tryptophan, nicotinic acid, or nicotinamide," ........................................................................... 24

                3.      "wherein said combination is in admixture with a carrier comprising a sugar, starch, cellulose, powdered tragacanth, malt, gelatin, talc, cocoa butter, suppository wax, oil, glycol, polyol, ester, agar, buffering agent, alginic acid, isotonic saline, Ringer's solution, ethyl alcohol, polyester, polycarbonate, or polyanhydride" ........................................................................... 26

                4.      "wherein said composition is formulated for oral administration" ........... 28

                5.      "and increases NAD+ biosynthesis upon oral administration." ............... 29

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

B.     Elysium Infringes Claim 2 .................................................................................32

C.     Elysium Infringes Claim 3 .................................................................................41

IX.    Elysium's Infringement of the '086 Patent ....................................................................42

A.     The Requirements of Independent Claim 1 ......................................................42

1.     "A pharmaceutical composition comprising nicotinamide riboside in admixture with a carrier"...................................................................43

2.     "wherein said composition is formulated for oral administration." ..........46

B.     Elysium Infringes Claim 2 .................................................................................47

X.     Elysium's Infringement of the Asserted Patents Is Willful .............................................48

XI.    ChromaDex's Tru Niagen Product ................................................................................50

XII.   Comparison of the Asserted Patents to Other Patents Licensed by the Parties ................51

XIII.  CONCLUSIONS..........................................................................................................54

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

**Figure 1: The structure of NAD$^+$**



Samuel A.J. Trammell *et al.*, *Nicotinamide Riboside is uniquely and orally bioavailable in mice and humans*, Nature Communications, vol. 7, no. 1, pp. 1–14, at 3 (2016) (ELY_DEL0010011) ("Brenner 2016").

27.　　Cellular metabolism utilizes numerous redox reactions that require NAD$^+$. For example, NAD$^+$ is necessary for multiple redox reactions in the citric acid cycle, which is a biochemical pathway in all aerobic organisms for releasing stored energy from carbohydrates, fats, and proteins. Consequently, a deficit of NAD$^+$ poses severe health consequences for organisms. In humans, an NAD$^+$ deficit causes a disease called pellagra, whose symptoms include diarrhea, rash, hair loss, paralysis, dementia, and even death. Pellagra is treated by supplementing the diet with vitamin B$_3$, such as nicotinamide and nicotinic acid, which are converted into NAD$^+$ in the body.

28.　　NAD$^+$ also plays a number of biological roles unrelated to redox reactions. As one example, NAD$^+$ is consumed by a class of enzymes called sirtuins. Sirtuins help regulate metabolism, and some experiments suggest that enhanced sirtuin activation may extend an

11

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

organism's lifespan. Some scientists hypothesize that $NAD^+$ and other sirtuin activators may have anti-aging properties.

### 2. NR is a $B_3$ vitamin that is converted into $NAD^+$ in cells

29.    Vitamin $B_3$ is a family of related compounds that are converted to $NAD^+$ in the body. *See, e.g.*, ELY_DEL0010160 (Elysium website) at 161. Prior to Dr. Charles Brenner's work on NR, there were two known members of the vitamin $B_3$ family: nicotinic acid (or niacin) and nicotinamide (or niacinamide). Extensive research into vitamin $B_3$ has demonstrated its important benefits. *See, e.g.*, Brenner 2004 (BRENNER_000015192) at 495. For example, nicotinic acid is prescribed to treat and prevent dyslipidemias. *See, e.g.*, Brenner 2004 (BRENNER_000015192) at 499–500; '807 Patent at 8:61–9:9. However, nicotinic acid has the undesirable side effect of itchy or even painful flushing of the skin. *See, e.g.*, Brenner 2004 (BRENNER_000015192) at 500; Brenner 2016 (ELY_DEL0010011) at 2; '807 Patent at 8:61–9:9.

30.    Dr. Charles Brenner discovered in 2004 that NR is another member of the vitamin $B_3$ family, like nicotinamide and nicotinic acid, that is converted into $NAD^+$ in cells. Martha H. Stipanuk and Marie A. Caudill, *Biochemical, Physiological, and Molecular Aspects of Human Nutrition - E-Book*, p. 541 (Elsevier Health Sciences, 2013) (citing Brenner 2004 (BRENNER_000015192)). Dr. Brenner's discovery was described in the February 10, 2004 patent application, to which the Asserted Patents claim priority, as well as in Brenner 2004 (BRENNER_000015192). The structures of the $B_3$ vitamins NR, nicotinamide (Nam), and nicotinic acid (Na) are shown in Figure 2.

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

## XIII.  CONCLUSIONS

For the reasons set forth above, it is my opinion that Elysium's Basis Product meets each and every claim element of claims 1–3 of the '807 Patent and claim 2 of the '086 Patent. It is therefore my opinion that Elysium's importation into the United States and/or Elysium's commercial manufacture, offers to sell, sales, or uses within the United States of the Basis Product would infringe each of the Asserted Claims.

Dated:  2/9/2021

_____
Robert W. Sobol, Ph.D.

54

# EXHIBIT F

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-1434 (CFC) |
| v. | ) ) | |
| ELYSIUM HEALTH, INC., | ) ) | **HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY** |
| Defendant. | ) | |

**REBUTTAL EXPERT REPORT OF ROBERT W. SOBOL, PH.D.
REGARDING THE VALIDITY OF U.S. PATENT NOS. 8,197,807 AND 8,383,086**

Exhibit
0214

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

## TABLE OF CONTENTS

I.    Introduction and Summary of Opinions ............................................................. 1

II.   Education and Experience............................................................................ 2

III.  Materials Considered ................................................................................ 2

IV.   Legal Standards...................................................................................... 3

    A.    Presumption of Validity and Burden of Proof .......................................... 3

    B.    Level of Skill in the Art .................................................................... 3

    C.    Patentable Subject Matter ................................................................. 4

    D.    Anticipation.................................................................................. 4

    E.    Obviousness ................................................................................. 5

    F.    Enablement .................................................................................. 6

    G.    Written Description......................................................................... 7

V.    Claim Construction .................................................................................. 8

VI.   Background ........................................................................................... 9

    A.    Scientists knew about the critical importance of $NAD^+$ in human health for decades before the inventions of the '807 and '086 Patents.................................. 9

    B.    Prior to Dr. Brenner's 2004 publications, researchers did not recognize administration of NR as a way to increase $NAD^+$ levels despite the scientific community's keen interest in increasing $NAD^+$ levels and frequent use of other $NAD^+$ precursors, such as nicotinic acid and nicotinamide................................................................................... 11

    C.    Before Dr. Brenner's invention, NR was not understood as an $NAD^+$ precursor in mammals that could be used to enhance $NAD^+$ levels through oral administration ............................................................................ 18

    D.    The scientific community was unaware of the importance of NR as an orally available $B_3$ vitamin until Dr. Brenner's pioneering work in 2004 ............ 27

    E.    Dr. Adams' assertion that the use of isolated NR to increase $NAD^+$ biosynthesis would be obvious is contrary to patent filings by Elysium that treat the use of NR to address $NAD^+$-related disorders as patentable well after 2004 ................................................................................... 29

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

F.   The tryptophan in milk, not the trace amounts of NR, is responsible for milk's anti-pellagra effects ................................................................... 34

G.   The trace amounts of NR in milk, which Dr. Brenner first reported in 2004, have not been shown to increase $NAD^+$ production .................................... 39

VII.   The Asserted Patents ................................................................................ 41

A.   The '807 Patent ................................................................................ 41

1.   Specification ........................................................................ 41

2.   The Asserted Claims ............................................................. 45

3.   Prosecution History .............................................................. 46

B.   The '086 Patent ................................................................................ 54

1.   Specification ........................................................................ 54

2.   The Asserted Claim .............................................................. 54

3.   Prosecution History .............................................................. 54

C.   Inter Partes Review of the Asserted Patents ...................................... 56

1.   The '796 Proceeding ............................................................. 56

2.   The '795 Proceeding ............................................................. 57

VIII.   The Asserted Claims Are Directed to Patentable Subject Matter ..................... 60

A.   Overview ......................................................................................... 60

B.   Two-Step Analysis of Patentable Subject Matter ............................... 63

1.   The '807 Patent .................................................................... 63

a)   Overview of the Asserted Claims ................................. 63

b)   Step One: The Asserted Claims are Distinct From Natural Phenomena/Products of Nature ....................... 64

c)   Step Two: The Asserted Claims Contain an Inventive Concept ...................................................... 70

2.   The '086 Patent .................................................................... 73

IX.   The Asserted Claims Are Neither Anticipated Nor Obvious ............................ 74

A.   The Scope and Content of the References Relied on by Dr. Adams ........ 74

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

1.      Adams (U.S. Patent No. 5,736,529)......................................................... 74

2.      Bova (U.S. Patent No. 6,080,428) ........................................... 79

3.      Brenner Two Pathways (Brenner, *Revealing Two Pathways to NAD*, Presentation at Dartmouth College, Hanover, New Hampshire (Dec. 2002))........................................................... 80

4.      Capuzzi (Capuzzi *et al.*, *Niacin Dosing: Relationship to benefits and Adverse Effects*, Current Athero. Reports, 2:64–71 (2000))............. 85

5.      Crowley (Crowley *et al.*, *The NAD+ precursors, nicotinic acid and nicotinamide protect cells against apoptosis induced by a multiple stress inducer, deoxycholate*, Cell Death and Differentiation, 7:314–26 (2000)) .................................................................... 87

6.      Goldberger I (Joseph Goldberger *et al.*, *A Study of the Blacktongue-Preventative Action of 16 Foodstuffs, with Special Reference to the Identity of Blacktongue of Dogs and Pellagra of Man*, Public Health Reports, 43(23):1385–454 (1928)) .......................... 89

7.      Goldberger II (Joseph Goldberger and W.F. Tanner, *A Study of the Treatment and Prevention of Pellagra*, Public Health Reports, 39(3):87–107 (1924))................................................................ 91

8.      Holdsworth (Holdsworth *et al.*, *A fraction derived from brewer's yeast inhibits cholesterol synthesis by rat liver preparations in vitro*, British Journal of Nutrition, 65:285–99 (1991)) ............................. 93

9.      Kasarov (Kasarov and Moat, *Convenient Method for Enzymatic Synthesis of $^{14}$C-Nicotinamide Riboside*, Analytical Biochemistry, 56, 181–86 (1972))......................................................................... 96

10.     Magni (Magni *et al.*, *Enzymology of NAD+ homeostasis in man*, Cell. Mol. Life Sci., 61:19–34 (2004)) ..................................................... 98

11.     Murray (Murray *et al.*, *Increased Plasma Tryptophan in HIV-Infected Patients Treated with Pharmacologic Doses of Nicotinamide*, Nutrition, 17:654–56 (2001)) .......................................... 101

12.     Sasiak (Sasiak *et al.*, *Purification and Properties of a Human Nicotinamide Ribonucleoside Kinase*, Archives of Biochem. And Biophys., 333(2):414–18 (1996)) ........................................................ 103

13.     Saunders I (Saunders *et al.*, *Phosphorylation of 3-Deazaguanosine by Nicotinamide Riboside Kinase in Chinese Hamster Ovary Cells*, Cancer Res., 49:6593–6599 (1989)) ....................................................... 104

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

14.     Saunders II (Saunders *et al.*, *Tiazofurin Is Phosphorylated by Three Enzymes from Chinese Hamster Ovary Cells*, Cancer Res., 50:5269–5274 (1990)) ............................................................. 105

15.     Skim Milk .......................................................................... 106

16.     Tanimori (Tanimori *et al.*, A*n Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues*, Bioorg. Med. Chem. Lett., 12:1135–37 (2002)) ....................................................... 112

B.      The Asserted Claims of the '807 Patent Are Not Anticipated ........................... 113

1.      Skim milk does not anticipate claims 1–3 of the '807 Patent ................. 113

        a)      Independent claim 1 of the '807 Patent is not anticipated by skim milk ..................................................................... 114

                (1)     Skim milk is not a composition comprising NR because the NR is not isolated ........................................ 114

                (2)     Skim milk is not a composition comprising NR because the NR is present only in trace amounts ............ 119

                (3)     The trace amounts of NR in skim milk have not been proven to increase $NAD^+$ biosynthesis upon oral administration ......................................... 121

        b)      Dependent claims 2 and 3 of the '807 Patent are not anticipated by skim milk ............................................. 124

2.      Goldberger I does not anticipate claims 1–3 of the '807 Patent ............. 125

        a)      Independent claim 1 of the '807 Patent is not anticipated by Goldberger I ................................................................. 126

                (1)     The skim milk of Goldberger I is not a composition comprising NR because the NR is not isolated .............. 126

                (2)     The skim milk of Goldberger I is not a composition comprising NR because the NR is present only in trace amounts ................................................ 131

                (3)     The trace amounts of NR in the skim milk of Goldberger I have not been proven to increase $NAD^+$ biosynthesis upon oral administration ................. 133

        b)      Dependent claims 2 and 3 of the '807 Patent are not anticipated by Goldberger I ....................................... 136

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

3.      Goldberger II does not anticipate claims 1–3 of the '807 Patent............ 137

        a)      Independent claim 1 of the '807 Patent is not anticipated by
                Goldberger II.................................................................................. 138

                (1)     The buttermilk of Goldberger II is not a
                        composition comprising NR because the NR is not
                        isolated ........................................................................... 138

                (2)     The buttermilk of Goldberger II is not a
                        composition comprising NR because the NR is
                        present only in trace amounts ......................................... 142

                (3)     The trace amounts of NR in the buttermilk of
                        Goldberger II have not been proven to increase
                        NAD$^+$ biosynthesis upon oral administration ................ 144

        b)      Dependent claims 2 and 3 of the '807 Patent are not
                anticipated by Goldberger II ......................................................... 148

4.      Holdsworth does not anticipate claims 1–3 of the '807 Patent.............. 149

        a)      Independent claim 1 of the '807 Patent is not anticipated by
                Holdsworth.................................................................................... 150

                (1)     Holdsworth does not disclose a composition
                        comprising isolated NR.................................................... 150

                (2)     Holdsworth does not disclose a composition in an
                        admixture with a carrier .................................................. 153

                (3)     Holdsworth does not disclose isolated NR "in
                        combination with one or more of tryptophan,
                        nicotinic acid, or nicotinamide"...................................... 154

                (4)     Holdsworth does not disclose a composition that
                        increases NAD+ biosynthesis upon oral
                        administration .................................................................. 155

        b)      Dependent claims 2 and 3 of the '807 Patent are not
                anticipated by Holdsworth ............................................................ 156

C.      The Asserted Claims of the '807 Patent and the '086 Patent Are Not
        Obvious ...................................................................................................... 157

1.      Holdsworth would not have rendered obvious claims 1–3 of the
        '807 Patent ................................................................................................ 157

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

a)     Independent claim 1 of the '807 Patent would not have been obvious over Holdsworth ................................................... 158

      (1)    Holdsworth fails to disclose or suggest numerous limitations of claim 1 of the '807 Patent ........................ 158

      (2)    A POSA would have had no motivation, absent hindsight, to arrive at the limitations in the Asserted Claims from the *in vitro* cholesterol experiments described in Holdsworth ................................................ 162

      (3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claim 1 based on the disclosure of Holdsworth ................................................ 164

b)     Dependent claims 2 and 3 of the '807 Patent would not have been obvious over Holdsworth ........................................... 166

2.    Holdsworth in combination with additional references would not have rendered obvious the Asserted Claims of the '807 Patent .............. 166

a)     Holdsworth and Bova would not have rendered obvious claims 1–3 of the '807 Patent ....................................... 167

b)     Holdsworth and Capuzzi would not have rendered obvious claims 1–3 of the '807 Patent ....................................... 171

c)     Holdsworth and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ....................................... 174

d)     Holdsworth and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ....................................... 179

e)     Holdsworth, Bova, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 183

f)     Holdsworth, Bova, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 185

g)     Holdsworth, Capuzzi, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ........................ 186

h)     Holdsworth, Capuzzi, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ........................ 187

3.    Sasiak in combination with additional references would not have rendered obvious claims 1–3 of the '807 Patent .................................... 189

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

a)    Sasiak and Murray would not have rendered obvious claims 1–3 of the '807 Patent ................................................................ 189

    (1)    Sasiak and Murray fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent ............................................................................... 189

    (2)    A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3 from the combination of Sasiak and Murray .................. 193

    (3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Sasiak and Murray ..................................... 195

b)    Sasiak and Adams would not have rendered obvious claims 1–3 of the '807 Patent ................................................................ 197

    (1)    Sasiak and Adams fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent ............................................................................... 197

    (2)    A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3 from the combination of Sasiak and Adams ................... 201

    (3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Sasiak and Adams ..................................... 204

c)    Sasiak and Crowley would not have rendered obvious claims 1–3 of the '807 Patent ....................................................... 206

    (1)    Sasiak and Crowley fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent ............................................................................... 206

    (2)    A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3 from the combination of Sasiak and Crowley ................ 210

    (3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Sasiak and Crowley ................................... 212

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

d)   Sasiak, Murray, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 215

e)   Sasiak, Adams, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 219

f)   Sasiak, Crowley, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 224

g)   Sasiak, Murray, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 228

h)   Sasiak, Adams, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 232

i)   Sasiak, Crowley, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ........................................ 236

4.   Brenner Two Pathways in combination with additional references would not have rendered obvious claims 1–3 of the '807 Patent ........... 240

a)   Brenner Two Pathways and Murray would not have rendered obvious claims 1–3 of the '807 Patent ........................ 241

(1)   Brenner Two Pathways and Murray fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent .............................................................. 241

(2)   A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3 from the combination of Brenner Two Pathways and Murray .................................................................. 245

(3)   A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Brenner Two Pathways and Murray .......... 247

b)   Brenner Two Pathways and Adams would not have rendered obvious claims 1–3 of the '807 Patent ........................ 249

(1)   Brenner Two Pathways and Adams fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent .............................................................. 249

(2)   A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

from the combination of Brenner Two Pathways and Adams ................................................................... 253

(3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Brenner Two Pathways and Adams ......... 255

c)    Brenner Two Pathways and Crowley would not have rendered obvious claims 1–3 of the '807 Patent ......................... 257

(1)    Brenner Two Pathways and Crowley fail to disclose or suggest numerous limitations of claims 1–3 of the '807 Patent ................................................................ 257

(2)    A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claims 1–3 from the combination of Brenner Two Pathways and Crowley ................................................................ 261

(3)    A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claims 1–3 based on the disclosure of Brenner Two Pathways and Crowley ........ 263

d)    Brenner Two Pathways, Murray, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ................ 265

e)    Brenner Two Pathways, Adams, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ................ 269

f)    Brenner Two Pathways, Crowley, and Tanimori would not have rendered obvious claims 1–3 of the '807 Patent ................ 274

g)    Brenner Two Pathways, Murray, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ................ 279

h)    Brenner Two Pathways, Adams, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ................ 283

i)    Brenner Two Pathways, Crowley, and Kasarov would not have rendered obvious claims 1–3 of the '807 Patent ................ 287

5.    Brenner Two Pathways in combination with additional references would not have rendered obvious claim 2 of the '086 Patent................. 291

a)    Brenner Two Pathways and Murray would not have rendered obvious claim 2 of the '086 Patent .............................. 292

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

(1)      Brenner Two Pathways and Murray fail to disclose or suggest numerous limitations of claim 2 of the '086 Patent ...................................................................... 292

(2)      A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claim 2 from the combination of Brenner Two Pathways and Murray ...................................................................... 295

(3)      A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claim 2 based on the disclosure of Brenner Two Pathways and Murray .......... 297

b)      Brenner Two Pathways and Adams would not have rendered obvious claim 2 of the '086 Patent .............................. 299

(1)      Brenner Two Pathways and Adams fail to disclose or suggest numerous limitations of claim 2 of the '086 Patent ...................................................................... 299

(2)      A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claim 2 from the combination of Brenner Two Pathways and Adams ...................................................................... 302

(3)      A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claim 2 based on the disclosure of Brenner Two Pathways and Adams .......... 304

c)      Brenner Two Pathways and Crowley would not have rendered obvious claim 2 of the '086 Patent .............................. 306

(1)      Brenner Two Pathways and Crowley fail to disclose or suggest numerous limitations of claim 2 of the '086 Patent ...................................................................... 306

(2)      A POSA would have had no motivation, absent hindsight, to arrive at the limitations of claim 2 from the combination of Brenner Two Pathways and Crowley .................................................................... 309

(3)      A POSA would not have had a reasonable expectation of achieving a composition of isolated NR with the limitations of claim 2 based on the disclosure of Brenner Two Pathways and Crowley ........ 311

HIGHLY CONFIDENTIAL—ATTORNEY'S EYES ONLY

d)      Brenner Two Pathways, Murray, and Tanimori would not have rendered obvious claim 2 of the '086 Patent ...................... 313

e)      Brenner Two Pathways, Adams, and Tanimori would not have rendered obvious claim 2 of the '086 Patent ...................... 317

f)      Brenner Two Pathways, Crowley, and Tanimori would not have rendered obvious claim 2 of the '086 Patent ...................... 321

g)      Brenner Two Pathways, Murray, and Kasarov would not have rendered obvious claim 2 of the '086 Patent ...................... 325

h)      Brenner Two Pathways, Adams, and Kasarov would not have rendered obvious claim 2 of the '086 Patent ...................... 328

i)      Brenner Two Pathways, Crowley, and Kasarov would not have rendered obvious claim 2 of the '086 Patent ...................... 331

D.      Objective Indicia of Non-obviousness for the Asserted Patents ........................ 335

1.      The scientific community expressed skepticism that a fourth $NAD^+$ biosynthetic pathway in which NR was a precursor existed .................. 335

2.      The desire for a vitamin composition that increased $NAD^+$ biosynthesis was long sought after but had not been discovered until the claimed invention ....................................................................... 341

3.      The scientific community praised the claimed invention ...................... 344

4.      NR is unexpectedly orally bioavailable .................................................. 347

5.      Dartmouth has licensed the Asserted Patents ......................................... 349

6.      Elysium Copied the Asserted Claims to Manufacture and Sell its Basis Product ........................................................................................... 352

7.      ChromaDex's Tru Niagen® and Elysium's Basis products have received substantial industry praise ........................................................ 354

8.      ChromaDex's Tru Niagen® and Elysium's Basis products have enjoyed significant commercial success ................................................. 356

9.      Nexus with ChromaDex's Tru Niagen® and Elysium's Basis products ................................................................................................... 357

X.    The Asserted Claims Are Enabled ................................................................................... 358

A.      Overview ........................................................................................................... 358

B.      The Asserted Claims of the Dartmouth patents .................................................. 360

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

C.    Derivatives of NR Within the Scope of the Asserted Claims ............................. 362

D.    Undue Experimentation ....................................................................... 364

  1.    '807 Patent ............................................................................... 364

    a)    Claims 1 and 3 ................................................................ 365

      (1)    Breath of the Claims and Nature of the Invention .......... 365

      (2)    Quantity of Experimentation Needed to Make or Use the Invention Based on the Content of the Disclosure, Level of Predictability in the Art, and State of the Prior Art ........................................................ 367

      (3)    Existence of Working Examples and Amount of Direction Provided in the Specification .......................... 370

      (4)    The Level of One of Ordinary Skill in the Art ............... 371

      (5)    Claims 1 and 3 of the '807 Patent are Enabled .............. 372

    b)    Claim 2 ...................................................................... 373

      (1)    Breadth of the Claims and Nature of the Invention ........ 373

      (2)    Quantity of Experimentation Needed to Make or Use the Invention Based on the Content of the Disclosure, Level of Predictability in the Art, and State of the Prior Art ........................................................ 374

      (3)    Existence of Working Examples and Amount of Direction Provided in the Specification .......................... 376

      (4)    The Level of One of Ordinary Skill in the Art ............... 377

      (5)    Claim 2 of the '807 Patent is Enabled ........................... 377

  2.    '086 Patent ............................................................................... 377

XI.    The Asserted Claims Have Adequate Written Description ............................................. 378

  A.    '807 Patent ................................................................................. 381

    1.    Claims 1 and 3 of the '807 Patent ........................................................ 381

    2.    Claim 2 of the '807 Patent ................................................................ 384

  B.    '086 Patent ................................................................................. 386

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

XII.    Conclusion ................................................................................................................ 387

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## VI.     Background

### A.     Scientists knew about the critical importance of $NAD^+$ in human health for decades before the inventions of the '807 and '086 Patents

35.     Nicotinamide adenine dinucleotide ($NAD^+$) is a biological co-factor that plays a central role in cellular metabolism. As I described in Section VII.A of my Opening Report, which I incorporate here in its entirety, $NAD^+$ primarily serves as a vehicle for transferring electrons in the redox reactions of metabolism and is necessary for maintaining cellular energy levels. All cells contain $NAD^+$ due to its "immeasurable importance in cellular metabolism." John W. Foster and Albert G. Most, *Nicotinamide Adenine Dinucleotide Biosynthesis and Pyridine Nucleotide Cycle Metabolism in Microbial Systems*, Microbiol. Rev., 44:83–105 (1980) ("Foster").

36.     $NAD^+$'s importance to cellular metabolism and some details of $NAD^+$'s biosynthesis were well known decades before the inventions of the '807 and '086 Patents. For example, by 1938, the vitamin precursors to $NAD^+$, nicotinic acid and nicotinamide (today collectively called "niacin"), were known to possess essential nutritional activity, and by 1958, nicotinic acid's role in the synthesis of $NAD^+$ was understood. *See* Elvehjem *et al.*, *The Isolation and Identification of the Anti-Black Tongue Factor*, J. Biol. Chem. 123:137–149 (1938) ("Elvehjem") (CDXDE_000165896) at 145. Specifically, it was known that "nicotinic acid is phosphophosphoribosylated to nicotinic acid mononucleotide (NaMN), which is then adenylylated to form nicotinic acid adenine dinucleotide (NaAD), which in turn is amidated to form NAD+." Brenner 2004 (BRENNER_000015192) at 495. The biosynthesis and degradation of $NAD^+$ remained an area of research after the 1950s. *See, e.g.*, Kasarov (1971) (ELY_DEL0000514) at 181 ("We have been investigating the enzymes involved in the biosynthesis and degradation of NAD … ."); Ferraz (1978) (ELY_DEL0036272) at 431 (studying the hydrolysis of $NAD^+$). It was

9

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

known in 1980 that NAD and NAD-phosphate "participate in over 300 enzymatically catalyzed oxidation-reduction reactions. In addition, a number of reactions have been discovered in which NAD serves as a substrate." Foster at 83.

37.     The scientific literature in the decades leading up to the filing of the Asserted Patents repeatedly taught that cellular levels of $NAD^+$ play an important role in proper cellular functioning and human health. For example, Williamson disclosed in 1991 that increasing $NAD^+$ levels protects against "the secondary damaging effects of diabetes by affecting oxidation of sorbitol in insulin-independent cells." Williamson (ELY_DEL0000586) at Abstract. Jacobson (filed in 1999) described an invention "directed to methods and compositions of using organic molecules termed pro-NAD agents capable of enhancing dermal and epidermal skin cell NAD content with a resulting enhancement of DNA repair and other protective responses to genotoxic stress in skin." Jacobson (ELY_DEL0000607) at 1:14–18.

38.     Crowley described in 2000 that "[a] major drain on the $NAD^+$ pool would … eventually compromise energy production, resulting in the death of the cell." Crowley (ELY_DEL0000429) at 314. Crowley reported that increasing intracellular levels of $NAD^+$ can protect cells "against excessive DNA damage, ATP depletion and cell death." Crowley (ELY_DEL0000429) at 314–315.

39.     Murray in 2001 observed that "HIV infection leads to a decrease in intracellular [NAD]." Murray (ELY_DEL0000552) at 654. Murray reported experiments designed to increase $NAD^+$ levels as a treatment for the pellagra-like symptoms observed in HIV infected cells. Murray (ELY_DEL0000552) at 654.

40.     Even Dr. Adams recognized in 1996 that increasing $NAD^+$ levels could mitigate the damage caused by acute neural trauma. Dr. Adams' U.S. Patent No. 5,736,529 (filed

10

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

72.     Elysium's patent filings, however, reflect the understanding that it was not obvious, even 10 years after 2004, to use NR in place of nicotinic acid, nicotinamide, or other $NAD^+$ precursors. As I described above, a POSA did not understand NR to be an active or significant $NAD^+$ precursor prior to Dr. Brenner's 2004 discovery. *See* Sections VI.B and VI.D. The role of NR in $NAD^+$ synthetic pathways was very unclear, and it was far from obvious that NR could be administered to enhance $NAD^+$ biosynthesis. *See* Sections VI.C and VI.D. Thus, the use of isolated NR in compositions for oral administration to increase $NAD^+$ biosynthesis was clearly inventive in 2004.

**F.     ==The tryptophan in milk, not the trace amounts of NR, is responsible for milk's anti-pellagra effects==**

73.     Milk contains a miniscule amount of NR. Citing Trammell I (ELY_DEL0000555), Dr. Adams (in paragraph 51 of his report)[5] states that milk contains 4.3 ± 2.6 μmoles of NR per liter. *See* Trammell I (ELY_DEL0000555) at 557 & Table 1 (reporting the mean concentration of NR in 18 samples of raw cow milk). NR has a molecular weight of 255.25 grams per mole, or 0.00025525 grams per micromole. Thus, even using the upper limit of NR concentration, one liter of milk contains only about 1.1 milligrams of NR (= (4.3 μmol NR * 0.00025525 g/μmol) * 1000 mg/g). One liter is about 0.264 gallons (or about 3.79 liters in a gallon), so one gallon of milk contains about 4.17 milligrams of NR.

74.     One liter of milk weighs just over 1 kilogram, or approximately 1,030,000 milligrams. *See, e.g.*, Physical Properties of Milk, https://www.uoguelph.ca/foodscience/book/export/html/1988 (last accessed March 6, 2021)

---

[5] Dr. Adams cites Trammell I at 959. Dr. Adams' citation does not correspond to the pagination on the document cited in Appendix A, which purportedly begins with bates number ELY_DEL0000555. The numerical pages numbers, which are 1–7, also do not correspond to Dr. Adams' citations.

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

76.    Trammell I further reports that the concentration of commercial skim milk is even smaller than in raw cow milk. In addition to raw cow milk, Trammell I tested the concentration of NR in four samples of organic skim milk and four samples of conventional skim milk. *See* Trammell I (ELY_DEL0000555) at 556, 559 & Table 3. Trammell I reports that organic skim milk contains just $1.9 \pm 1.0$ μmol of NR per liter and conventional skim milk contains just $3.1 \pm 1.6$ μmol of NR per liter. The average of the eight skim milk samples is 2.3855 micromoles of NR per liter, which is about 0.61 milligrams of NR per liter. Thus, to match Elysium's recommended daily serving of NR, one would need to drink about 109 gallons of skim milk—which is, of course, an impossible quantity to consume. *E.g.*, Michaelsson 2014 (concluding that high milk intake–which was just three glasses of milk per day–was associated with higher mortality in men and women, and higher fracture incidence in women) (CDXDE_000166500); *see also* Lama 2019 (CDXDE_000166472) (describing the negative effects from drinking just one gallon of milk per day, including noting that one gallon of skim milk contains 1,328 calories, which thus means that 109 gallons of milk would equal an impossible 144,752 calories per day).

77.    Moreover, 1 liter of skim milk weighs just over 1 kilogram, or 1,033,000 milligrams. Thus, NR is present in skim milk at a concentration of approximately 0.000059% w/w ($= (0.61 \text{ mg} \div 1,033,000 \text{ mg}) * 100$). The NR in milk is therefore more than 1,500 times less concentrated than the minimum 0.1% of active compound that the Asserted Patents teach should be contained in an NR composition for oral administration. '807 Patent, 30:23–29. And the NR in skim milk is approximately 420,000 times less concentrated than the minimum 25% w/w suggested in the Asserted Patents for "isolated" polypeptides. '807 Patent, 9:23–33.

78.    Milk contains a substantial amount of tryptophan. Richard *et al.*, *L-Tryptophan: Basic Metabolic Functions, Behavioral Research and Therapeutic Indications*, Int'l

36

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

J. Tryptophan Res., 2:45–60, at 46 (2009) (CDXDE_000166546). Whole milk contains 732 milligrams of tryptophan per quart, or *2.928 grams* of tryptophan per gallon; 2% milk contains 551 milligrams of tryptophan per quart, or *2.204 grams* of tryptophan per gallon. Richard (CDXDE_000166546) at 46. That is, milk contains about 700 times more tryptophan than NR (2,928 mg/gallon ÷ 4.17 mg/gallon).

79.     Because the body uses tryptophan for many purposes, it is generally accepted that it takes 60 milligrams of tryptophan to provide 1 milligram of niacin (that is, 60 mg of tryptophan is viewed as 1 mg of niacin equivalent). *E.g.*, Fox & McSweeney 1998 at 280; M.K. Horwitt et al., *Tryptopha-Niacin Relationships in Man: Studies with Diets Deficient in Riboflavin and Niacin*, J. Nutrition 60:1–43, 32 (1956) (CDXDE_000166377). Using this conversion, a gallon of whole milk delivers about 48.8 milligram of niacin from tryptophan (2,928 mg ÷ 60 mg). Thus, the tryptophan in milk delivers about 12 times the niacin than does the NR (48.8 mg versus 4.17 mg). As pellagra or black-tongue may be seen as a niacin deficiency, which Dr. Adams acknowledges in his publications (*see* Yang 2004 at 43), the predominant "anti-pellagra factor" in milk is tryptophan.

80.     The scientific community has understood for decades that milk's anti-pellagra and anti-black tongue effects are the direct result of the tryptophan in milk. Elvehjem and co-workers first identified anti-black tongue factors while studying liver and liver extracts. *See* Elvehjem *et al.*, *The Isolation and Identification of the Anti-Black Tongue Factor*, J. Biol. Chem. 123:137–149 (1938) ("Elvehjem") (CDXDE_000165896) at 145. Elvehjem concluded that "nicotinic acid and nicotinic acid amide are active in the cure and prevention of canine black tongue and that the activity in liver in the treatment of this disease is undoubtedly due to its content of nicotinic acid amide." Elvehjem (CDXDE_000165896) at 145.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

81.     After Elvehjem's initial discovery of the anti-black tongue factors in liver, "one discrepancy was encountered." *New Research Casts Tryptophan in Role of Antipellagra Factor*, Chem. Eng. News, 30:4947–48 (1952) ("C&E News 1952") (CDXDE_000165909) at 4947. Goldberger had reported that milk and eggs have anti-pellagra and anti-black tongue effects, but milk and eggs contain very little nicotinic acid or nicotinamide. C&E News 1952 (CDXDE_000165909) at 4947. Indeed, milk contains even less NR than nicotinamide. Trammell I (ELY_DEL0000555) at 557. Elvehjem concluded that milk's high tryptophan content explained the "discrepancy." C&E News 1952 (CDXDE_000165909) at 4947. Indeed, Elvehjem reported that tryptophan, which is found in large amounts in milk, "has proved just as effective as niacin in the prevention and treatment of pellagra." C&E News 1952 (CDXDE_000165909) at 4947. Thus, a POSA would have understood from C&E News 1952 that tryptophan is the anti-pellagra factor in milk. C&E News 1952 (CDXDE_000165909) at 4947 ("New Research Casts Tryptophan in Role of Antipellagra Factor").

82.     The scientific community's understanding that tryptophan is an anti-pellagra factor has not changed since 1952. For example, a 1987 case study described the successful treatment of a woman suffering from pellagra using 2 g of tryptophan three times a day. *Pellagra Treated with Tryptophan*, Nutrition Reviews, 45:142–148, at 143 (1987) ("Nutrition Review 1987") (CDXDE_000166537). The author concluded, "It seems clear now that pellagra is not simply a disease of niacin deficiency, but more appropriately a disease of tryptophan metabolism." Nutrition Review 1987 (CDXDE_000166537) at 144; *see also* D. A. Bender, "Pellagra," in Encyclopedia of Food Sciences and Nutrition, pp. 4456–60 (2d ed., 2003) ("Bender 2003") (CDXDE_000165911) at 4456 ("Pellagra is a nutritional disease due to deficiency of the vitamin niacin and the essential amino acid tryptophan.").

38

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

83.    The scientific community's understanding that tryptophan is the anti-pellagra factor in milk also has not changed since 1952. A 2001 case study of the successful treatment of a boy with pellagra explained, "Milk and eggs, *which contain little niacin*, are good pellagra-preventive foods *because of their high content of tryptophan*." Ozturk *et al.*, *Pellagra; A Sporadic Pediatric Case with a Full Triad of Symptoms*, CUTIS, 68:31–34 (2001) ("Ozturk") (CDXDE_000166531) at 33 (emphasis added); *see also* "Pellagra," in Encyclopaedia Britannica Online, at p. 1 of 2 (2018) (available at https://www.britannica.com/science/pellagra) (CDXDE_000166535) ("Such foods as milk and eggs, although low in niacin, *will protect the body from pellagra because their proteins contain sufficient tryptophan for the synthesis of niacin*.") (emphasis added).

84.    Thus, I disagree with Dr. Adams statement that "[i]t is now known that the blacktongue preventative in milk are the NAD+ precursors nicotinamide and NR." *See* Adams Opening Report, ¶ 51. As described above, the scientific literature is clear that tryptophan is the anti-blacktongue factor in milk.

**G.    The trace amounts of NR in milk, which Dr. Brenner first reported in 2004, have not been shown to increase NAD$^+$ production**

85.    Dr. Adams' only citation for his conclusion that "the blacktongue preventative in milk are the NAD+ precursors nicotinamide and NR" is the 2016 article Trammell I (ELY_DEL0000555). *See* Adams Opening Report, ¶ 51. I disagree that Trammell shows that NR is the anti-blacktongue factor in milk.

86.    Trammell I measures the amounts of certain compounds in milk, including nicotinamide and NR. Trammell I (ELY_DEL0000555) at 557. Trammell I reports that milk contains trace amounts of NR (*i.e.*, 4.3 ± 2.6 micromoles per liter, or 1.1 milligrams NR per liter of milk). Trammell I (ELY_DEL0000555) at 557. As I described in Section VI.F above, the

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

amount of NR in milk is small enough that one would need to drink 60 gallons of milk per day to match the daily recommended dose of NR (250 mg) in two capsules of Basis®. A person could not safely drink anything close to this amount of milk.

87.     Trammell I does not, however, consider the amount of tryptophan in milk. *See* Trammell I (ELY_DEL0000555) at 557; Baur Dep. Tr. (Elysium's expert), IPR2017-01795, Exhibit 2003, at 10:17–11:10 (PTAB Apr. 26, 2018) (confirming that Trammell I does not consider tryptophan levels). Regardless, even before the inventions of the Asserted Patents, it was known that tryptophan levels are especially high in milk. Tryptophan was known to "contribute[] roughly 0.7 mg Niacin Equivalents (NE) per 100g milk," while niacin contributes only around 0.1 milligram per 100 grams of milk. P.F. Fox & P.L.H. McSweeney, *Dairy Chemistry and Biochemistry*, at 280 (1998) ("Fox & McSweeney 1998") (CDXDE_000165981). Since one NE is either 1 milligram niacin or 60 milligram tryptophan, a POSA would have known from Fox & McSweeney 1998 that there are about 420 milligrams of tryptophan in just 100 grams of milk. Fox & McSweeney 1998 (CDXDE_000165981) at 280.

88.     Contrary to Dr. Adams' assertion, Trammell I does not demonstrate that the trace amounts of NR in milk (~1.1 mg NR per liter milk) are sufficient to affect $NAD^+$ levels. Indeed, Elysium's expert from the IPR related to the '086 Patent, Dr. Joseph Baur, confirmed that Trammell I does not and cannot show an increase in $NAD^+$ biosynthesis from the trace amounts of NR in milk. *See also* Baur Dep. Tr. (Elysium's expert), IPR2017-01795, Exhibit 2003, at 15:3–10 (PTAB Apr. 26, 2018) (not possible to prove that NR in milk increases $NAD^+$ biosynthesis); Baur Dep. Tr. (Elysium's expert), IPR2017-01795, Exhibit 2003, at 46:22–47:12 (if a child drinks milk, "there's no proof that the milk drunk by that child was used to synthesize NAD."). For example, Trammell I includes no experiments demonstrating an increase in $NAD^+$ biosynthesis

40

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- The Asserted Claims are no more inventive than routine isolation steps. Adams Opening Report ¶¶ 166–69, 177.

- The Asserted Claims are no more inventive than the simple practice of drinking milk. Adams Opening Report, ¶¶ 170–72, 177.

For the reasons discussed below, I disagree.

141.    I am not a lawyer, but I understand from counsel that certain things are unpatentable. Specifically, I understand patents that do no more than claim laws of nature or natural phenomena themselves are not valid. However, I further understand that this should not be confused with the recognition that, by necessity, all claimed inventions are constrained by the laws of the natural world and at some level embody and incorporate them. Therefore, to the extent that an invention involves claims that in part rely on an underlying law of nature, this does not render a claim ineligible.

142.    The Asserted Claims are directed to compositions that include isolated NR in quantities far beyond that found in nature, formulated for oral administration to increase $NAD^+$ biosynthesis with a surety and in an amount far beyond that which can be achieved from naturally occurring NR, such as by consumption of natural sources like milk. These claims rely on the underlying scientific fact—discovered by Dr. Brenner—that NR utilizes a vitamin pathway in humans to increase the bioavailability of $NAD^+$, a fact that has many therapeutic implications and uses. The Asserted Claims do not merely claim this underlying fact, however, but rather are directed to applications of this knowledge in order to create compositions that facilitate therapeutic uses beyond what is simply found in nature. As such, the Asserted Claims are directed toward patentable subject matter.

61

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

actually "significant." Rather, Trammell I is merely reporting that of the total amount of $NAD^+$ precursors as a whole, NR represents about 40% of that amount. Similarly, Trammell's quoted statement that NR is "a major component of the NAD+ precursor vitamin concentration in cow milk" refers to the amount of NR relative to the small amounts of other NAD+ precursors present. Adams Opening Report, ¶ 150.

152.    A review of the NR levels in milk cited by Trammell I (4.3 ± 2.6 micromoles of NR per liter) makes clear that the NR present in an 8 oz. serving of milk is not a "significant" amount. Indeed, the presence of NR in milk is miniscule in comparison to the amount found in NR dietary supplements like Elysium's Basis product, which infringes the Asserted Claims. At 4.3 micromoles NR per liter, 1 liter of milk according to Trammell I contains approximately 1.1 milligrams NR (= (4.3 μmol NR * 0.00025525 g/μmol) * 1000 mg/g). At such a concentration, to receive the same amount of NR as Elysium's recommended serving of Basis (2 capsules totaling 250 mg of NR), one would have to drink just over 60 gallons of milk (= (250 mg/(1.1 mg/L) * (1 gallon / 3.785 L))). That is 960 8-oz. servings of milk. A composition formulated according to the Asserted Claims is not, as Dr. Adams suggests, anything close to a composition found in nature.

153.    A liter of milk weighs just over 1 kilogram, or 1,030,000 milligrams. Thus, NR is present in milk at a concentration of approximately 0.0000107% w/w (1.1 mg ÷ 1,030,000 mg). The NR in milk is therefore 255,000 times less concentrated than the 25% w/w suggested in the patent for isolated polypeptides.

154.    Dr. Adams cites to ChromaDex documents and statements from Dr. Brenner to establish that NR may be found in milk. Adams Opening Report, ¶¶ 156–57. While I do not dispute that NR may be found in milk (in miniscule amounts), this does not support Dr.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

Adams' conclusion that "claim 1 is directed to the naturally-occurring vitamins NR and nicotinamide, as they are found in natural compositions like cow's milk and breast milk." Adams Opening Report, ¶ 156. Dr. Brenner's claimed inventions apply the discovery of the NR vitamin pathway in humans to claimed compositions formulated for oral administration comprising isolated NR to achieve therapeutic effects beyond that capable in nature alone. He explains this distinction himself in his deposition, as well as why milk is referenced in his studies:

Q. How much nicotinamide riboside is in milk?

MR. QUINA: Objection to form.

A. Trace amounts. So there's, you know, five micromolar -- on order of five micromolar nicotinamide riboside in cow's milk.

Q. And you characterize that as trace; am I right?

A. Oh, yeah. So we would be -- you'd have to consume, I think, hundreds of thousands of servings of milk to get an effective amount of nicotinamide riboside. Obviously the invention referred to effective doses in order to increase NAD metabolism through the NR kinase pathway. So that's why we talked about isolated nicotinamide riboside and its activity. We -- the milk business came from using our discovery of the NR kinase pathway to assay things for milk and to be, you know, an initial way of determining whether something is in milk. It doesn't make milk equivalent to nicotinamide riboside.

Q. Is the nicotinamide riboside that's in milk or buttermilk or skim milk isolated?

MR. QUINA: Objection.

A. It is certainly not isolated.

Brenner Dep. Tr. at 330:11–331:14 (Dec. 21, 2020). Thus, while the Asserted Claims may be necessarily supported by the underlying natural science, they are appropriately directed beyond this to innovative applications made possible by Dr. Brenner's discoveries.

155.    Dr. Adams cites to two court opinions, *Funk Brothers* and *Natural Alternatives*, to support his position. Adams Opening Report, ¶¶ 159–62. I am not a lawyer, but I have been informed about the technology at issue in both cases and propositions for which the

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

cases stand. It is my opinion that the technology at issue in the *Natural Alternatives* decision is much more similar to the inventions claimed in the Asserted Patents than in the *Funk Brothers* decision. Similarly, as discussed further below, the propositions from the *Funk Brothers* case do not seem applicable here. Applying this information, it is my opinion that the Asserted Claims are directed to patentable subject matter.

156.    It is my opinion that the technology at issue in *Funk Brothers* was very different from the Asserted Patents. The patentee in *Funk Brothers* had discovered that mixing certain strains of bacteria maintained each strain's individual inoculation effect on different plant species without inhibiting the effects of the others. The inventor received a patent with claims covering these bacteria combinations, and a court later determined that the claims were not directed to patentable subject matter.

157.    I have been informed that these claims were deemed invalid because they attempted to claim the underlying natural, non-inhibitory properties of the bacteria combinations, rather than the additional efforts of the inventor in utilizing that knowledge to claim something beyond how the bacteria already acted in nature. Dr. Adams argues that this bacteria mixture invention is analogous to the Asserted Claims because "[t]hey do not require the NR to do anything different in the claimed composition than the NR already does in natural milk." Adams Opening Report, ¶ 160. I disagree. This conclusion is again premised on the false proposition that the NR in milk has the same therapeutic benefit as the "isolated NR" in the Asserted Claims. As I have already noted, the '807 and '086 Patents make clear that the claimed compositions contain therapeutic concentrations of NR beyond that found in nature. I believe a POSA would immediately recognize that this is distinct from natural compounds such as milk. As such, it does

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

not appear to me that the technology or lessons from *Funk Brothers* are applicable to the Asserted Claims.

158.     By contrast, the technology and takeaways from the *Natural Alternatives* case discussed by Dr. Adams seem much more applicable here. I understand that the claims at issue in the *Natural Alternatives* case covered compositions containing beta-alanine in concentrations greater than that found in nature. I have been informed that the court determined that these claims were patent eligible because the claimed compositions were distinct from the underlying natural compounds, as they had the potential for significant utility to be used in ways that beta-alanine appearing in nature cannot. This is very similar to the Asserted Claims. Just like the *Natural Alternatives* patent claims, the Asserted Claims here are not directed to NR itself, but rather to compositions containing *isolated* NR that can deliver therapeutic effects that are not possible from simply ingesting naturally occurring compounds containing NR.

159.     Dr. Adams argues that the *Natural Alternatives* technology and principles are not applicable here because the court, in defining the language used in the claims, explicitly recognized that the high doses of beta-alanine increased athletic performance to provide "significant utility . . . in a way that naturally-occurring beta-alanine cannot." Adams Opening Report, ¶ 161 (quoting *Natural Alts. Int'l, Inc. v. Creative Compounds, LLC*, 918 F.3d 1338, 1346 (Fed. Cir. 2019)). But, again, Dr. Adams' argument is predicated on the false assertion that "the claimed compositions here do not require any increase in performance that differentiates them from naturally-occurring compositions that include NR and nicotinamide." Adams Opening Report, ¶ 162. As I have explained above, this is incorrect. Like the *Natural Alternatives* technology, the Asserted Claims claim compositions containing an isolated substance (here, NR) beyond that found in nature to provide utility in a way naturally occurring NR cannot. As I discuss

68

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

above, Elysium's Basis product shows the claimed invention in action, with a single suggested dose of Basis requiring the ingestion of approximately *960* 8-oz servings of milk to achieve the same benefits. Incidentally, Dr. Adams acknowledges that the court in the *Natural Alternatives* case identified very similar properties, with the amount of beta-alanine in the claimed technology equating to "eating 109 Big Macs per day." Adams Opening Report, ¶ 161 n.170 (citing *Natural Alts. Int'l, Inc.*, 918 F.3d at 1346). Applying the same principles, the Asserted Claims therefore should be similarly patent eligible, as they have significant utility to be used in ways that NR appearing in nature cannot.

160. Dr. Adams argues that the recitation in the claims of "isolated NR" is immaterial and makes the compositions of the Asserted Claims no different than natural compositions containing NR. Adams Opening Report, ¶ 163. I note that Dr. Adams' applied interpretation, wherein skim milk may be considered to practice the Asserted Claims for having had milkfat removed as a way of "isolating" NR, ignores the disclosures of the Asserted Patents and incorporates an understanding of "isolated" that was previously rejected.

161. Specifically, I understand that Elysium made the same argument—that skim milk contains isolated NR—before the Patent Trial and Appeal Board ("the Board") in an inter partes review.[8] As was pointed out by the Board, this understanding is overly broad and ignores the clear scientific teachings of the patent. Though the Board included a definition of isolated NR

---

[8] I have been informed that an inter partes review is a trial proceeding conducted before the United States Patent Office, wherein a challenger may submit a petition arguing that certain patent claims are invalid. The challenger and patent owner submit their arguments to the Board, and then a panel of Administrative Patent Judges write a decision either canceling or maintaining the patent claims.

I note that this decision was handed down by the Board in relation to the '086 Patent. But, as Dr. Adams acknowledges, Adams Opening Report, ¶¶ 173–74, the analysis on this issue is largely the same with respect to both patents, given that the relevant understanding of "isolated NR" in the '807 Patent and NR that "is isolated" in the '086 Patent are similar.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

that incorporated a 25% (w/w) NR standard, they explained that the broadening of the Asserted Claims to natural products like milk was improper even without that specific quantitative standard. *Elysium Health, Inc. v. Trustees of Dartmouth College*, IPR2017-01795, Paper 39 at 27 (PTAB Jan. 16, 2019). The Asserted Patents clearly explain that if, for example, the NR in the claimed composition were to be isolated from a natural source, the isolation process is meant to facilitate the creation of a composition with properties beyond that found in nature. *See* '086 Patent, 27:4–8 ("For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats and the like"). The Asserted Patents make clear that the claims are directed to NR isolated in such a way to take advantage of the discovered therapeutic properties and administer amounts of NR greater than that possible from drinking milk. Thus, properly understood, in my opinion the Asserted Claims are directed to patentable subject matter.

c)      **Step Two: The Asserted Claims Contain an Inventive Concept**

162.    I have been informed that if, in the first step, it is determined that the patent claims are not directed to patent ineligible subject matter, the analysis ends there and the patents are not invalid. In step two, the analysis next considers whether or not there is an "inventive concept" that transforms the claim into a patent eligible application. Though it is my opinion that the patents are directed to patentable subject matter in step one, I respond to Dr. Adams' arguments on step two of the analysis as well.

163.    In his report, Dr. Adams argues that the Asserted Claims do not involve an inventive concept, more specifically:

- "Isolated NR" is the product of no more than well-understood, routine, and conventional activity. Adams Opening Report, ¶¶ 166–69.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

- The Asserted Claims are no different than drinking milk, which is a well-understood, routine, and conventional activity. Adams Opening Report, ¶¶ 170–72.

For the reasons discussed below, I disagree.

164.    First, Dr. Adams argues that "each element recited in the claims of the '807 patent is found in whole milk, except for the requirement that the NR in the composition has been 'isolated.'" Adams Opening Report, ¶ 167. Further, he argues that the claims are not "limited to a novel way of isolating NR," and therefore should not be considered an inventive concept. Adams Opening Report, ¶ 168. But Dr. Adams' opinion only considers, and dismisses, specific isolation *techniques* as potential inventive concepts. This does not properly consider the inventive concept of the Asserted Claims. It is not the specific techniques of isolation that transform the Asserted Claims beyond a law of nature or natural phenomenon—presuming for this step two analysis the Asserted Claims were directed to only these patent ineligible concepts in the first instance. Rather, the inventive concept is the pioneering decision to create a composition comprising isolated NR formulated for oral administration. This was not well-understood, routine, and conventional activity at the time of the invention; as I discuss further in Section VI, it was not until Dr. Brenner's work in 2004 that the scientific community even became aware of the importance of NR as an orally available vitamin or what it would do in the body.

165.    Dr. Adams also relies on the *Myriad* decision to support his argument. Adams Opening Report, ¶ 169. Specifically, he argues that, in the *Myriad* case, the court found that separating or isolating a gene from its surrounding genetic material was not an act of invention, so therefore isolating NR is not an inventive act. Adams Opening Report, ¶ 169 (citing *Ass'n for Molecular Pathology v. Myriad Genetics, Inc.*, 569 U.S. 576, 591 (2013)). I am not a lawyer, but I have been informed about the technology at issue in the *Myriad* case and the court's relevant

71

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

215.    In one particular experiment, Goldberger I reports an experiment using a diet that included skim milk as a supplement to the basic maize diet used in the first experiment. Goldberger I (ELY_DEL0000442) at 453–54. Of the five dogs tested, one dog developed "a well marked attack of blacktongue" thirty-seven days into the experiment, and another developed "slight transient evidence of an attack" at the end of one year. Goldberger I (ELY_DEL0000442) at 454 (p. 1404). The remaining three dogs did not demonstrate evidence of blacktongue during test periods ranging from nine months to one year. Goldberger I (ELY_DEL0000442) at 454. Goldberger I concludes that skim milk contains the blacktongue preventive, but only in "relatively small amount." Goldberger I (ELY_DEL0000442) at 454, 475.

216.    Goldberger I does not further describe the character or substance of the blacktongue preventive. Goldberger I does not report the isolation of any compound from the tested foodstuffs, including the blacktongue preventive.

217.    Goldberger I never mentions NR. A POSA reading Goldberger I would obtain no understanding about NR, its properties, or effects. Moreover, as discussed in more detail above in Section VI, in the years following the publication of Dr. Goldberger's work, efforts were made to understand the component of milk that treated pellagra (and blacktongue), and by the mid-1950s, it was understood that it is the tryptophan in milk that served as the "anti-pellagra" component. *See* C&E News 1952 (CDXDE_000165909) at 4947–4948. Milk contains far more tryptophan than niacin (or NR), and it is widely accepted that milk treats pellagra by delivering tryptophan. *See* Ozturk (CDXDE_000166531) at 33 ("Milk and eggs, which contain little niacin, are good pellagra-preventive foods because of their high content of tryptophan."). A POSA in 2004 would thus attribute the effects described in Goldberger I to the tryptophan in milk and would have

no expectation based on Goldberger I that isolated NR could increase NAD$^+$ biosynthesis (or for that matter an expectation of any utility for isolated NR).

218.    Goldberger I was previously cited by Elysium in petitions for inter partes review of the Asserted Patents. The PTAB declined to institute review of the '807 Patent over Goldberger I because Elysium had not shown that there was a reasonable likelihood that it would prevail in showing that the '807 Patent is unpatentable over Goldberger I. *Elysium Health Inc. v. Trustees of Dartmouth College*, No. IPR2017-01796, Paper 9 (Decision Denying Institution of U.S. Patent No. 8,197,807) (PTAB Jan. 18, 2018). The PTAB instituted review of the '086 Patent, but determined in its Final Written Decision that asserted claim 2 of the '086 Patent was not anticipated by Goldberger I and that claim 2 was not unpatentable. *Elysium Health Inc. v. Trustees of Dartmouth College*, No. IPR2017-01795, Paper 39 (Final Written Decision of U.S. Patent No. 8,383,086) (PTAB Jan. 16, 2019).

**7.    Goldberger II (Joseph Goldberger and W.F. Tanner, *A Study of the Treatment and Prevention of Pellagra*, Public Health Reports, 39(3):87–107 (1924))**

219.    Goldberger II is a 1924 Public Health Report article, which reports feeding experiments related to the treatment and prevention of pellagra in humans. Goldberger II (ELY_DEL0000480) at 482. In particular, Goldberger II reports studies using fresh meat and buttermilk to treat or prevent pellagra in groups of patients at the Georgia State Sanitarium. Goldberger II (ELY_DEL0000480) at 485.

220.    With respect to buttermilk, Goldberger II reports an experiment performed over the course of one year and which was completed with twenty-five patients. Goldberger II (ELY_DEL0000480) at 485. Of the twenty-five, sixteen had a history of pellagra and nine did not. Goldberger II (ELY_DEL0000480) at 485. During the year the experiment was performed, the patients were offered fresh, locally produced buttermilk as a beverage at each meal, totaling a daily

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

(ELY_DEL0036184) at 36186, 36188; Texas A&M (ELY_DEL0036539) at 36543–44; Kasipathy

Kailasapathy, Dairy Processing and Quality Assurance, *Chapter 4: Chemical Composition,*

*Physical, and Function Properties of Milk and Milk Ingredients* (eds. Ramesh C. Chandan et al.)

(2015) (CDXDE_000166420).

262.    Moreover, the trace amounts of NR in milk have not been proven sufficient

to affect $NAD^+$ levels upon oral administration. Dr. Adams asserts that Trammell demonstrates

that the trace amounts of NR in milk are sufficient to affect $NAD^+$ levels. Trammell I, however,

does not include any experiments demonstrating an increase in $NAD^+$ biosynthesis resulting from

1.1 milligrams of NR. Indeed, Elysium's expert from the IPR related to the '086 Patent, Dr. Joseph

Baur, confirmed that Trammell I does not and cannot show an increase in $NAD^+$ biosynthesis from

the trace amounts of NR in milk. *See* Baur Dep. Tr. (Elysium's expert), IPR2017-01795, Exhibit

2003, at 15:3–10 (PTAB Apr. 26, 2018) (stating that it is not possible to prove that NR in milk

increases $NAD^+$ biosynthesis); Baur Dep. Tr. (Elysium's expert), IPR2017-01795, Exhibit 2003,

at 46:22–47:12 (if a child drinks milk, "there's no proof that the milk drunk by that child was used

to synthesize NAD.").

263.    In contrast to the absence of evidence showing that the NR in milk increases

$NAD^+$ biosynthesis, it is well-established that the predominate antipellagra and anti-blacktongue

factor in milk is tryptophan. *E.g.*, "Pellagra," in Encyclopaedia Britannica Online, at p. 1 of 2

(2018) (available at https://www.britannica.com/science/pellagra) (CDXDE_000166535); D. A.

Bender, "Pellagra," in Encyclopedia of Food Sciences and Nutrition, pp. 4456–60 (2d ed., 2003)

("Bender 2003") (CDXDE_000165911) at 4456; Ozturk *et al.*, *Pellagra; A Sporadic Pediatric*

*Case with a Full Triad of Symptoms*, CUTIS, 68:31–34 (2001) ("Ozturk") (CDXDE_000166531);

*Pellagra Treated with Tryptophan*, Nutrition Reviews, 45:142–148, at 143 (1987); *New Research*

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

*Casts Tryptophan in Role of Antipellagra Factor*, Chem. Eng. News, 30:4947–48 (1952) ("C&E News 1952") (CDXDE_000165909) at 4947; Elvehjem *et al.*, *The Isolation and Identification of the Anti-Black Tongue Factor*, J. Biol. Chem. 123:137–149 (1938) ("Elvehjem") (CDXDE_000165896) at 145.

264.    Milk contains about 700 times more tryptophan than NR. Richard et al., *L-Tryptophan: Basic Metabolic Functions*, Behavioral Research and Therapeutic Indications, Int'l J. Tryptophan Res., 2:45–60, at 46 (2009) (CDXDE_000166546) (Whole milk contains 732 milligrams of tryptophan per quart, or 2.928 grams of tryptophan per gallon; 2% milk contains 551 milligrams of tryptophan per quart, or 2.204 grams of tryptophan per gallon; 2.928 milligrams per gallon ÷ 4.17 milligrams per gallon). The evidence thus supports the conclusion that the presence of tryptophan in milk, rather than the presence of trace amounts of NR, is responsible for any increase in NAD$^+$ levels as a result of milk consumption.

265.    Elysium admits that the trace amount of NR in milk is insufficient to increase NAD$^+$ biosynthesis. Elysium repeatedly asserts as much on its website. For example, one webpage on Elysium's website states "[w]hile NR and NMN can be found in trace amounts in various foods, though, one can't eat enough of anything to boost NAD+ levels." CDXDE_000165404 at 165405. And another webpage on Elysium's website similarly affirms that "[w]hile NR and pterostilbene are both found in trace amounts in foods – NR in milk and pterostilbene in certain types of berries – the natural decline of NAD+ in our cells as we age suggests that diet alone does not provide a sufficient amount of either compound to make up for the decline." Elysium Website, *Can I get the ingredients in Basis from my diet?* (CDXDE_000165957); *see also* Elysium Website, *Is Basis a natural product?*

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

contains 1,328 calories, which thus means that 109 gallons of milk would equal an impossible 144,752 calories per day).

295.    Even Elysium confirms that only small amounts of NR are present in milk. On its website, Elysium repeatedly states that only "trace amounts" of NR are naturally found in milk. CDXDE_000165404 at 165405; *see also* Elysium Website, *Can I get the ingredients in Basis from my diet?* (CDXDE_000165957); Elysium Website, *Is Basis a natural product?* (CDXDE_000165956); ELY_DEL0010142 at 143.

        (3)    **The trace amounts of NR in skim milk have not been proven to increase NAD$^+$ biosynthesis upon oral administration**

296.    That the NR in milk is not isolated is further shown by the fact that the trace amounts of NR in skim milk have not been proven to increase NAD$^+$ biosynthesis upon oral administration.

297.    Dr. Adams argues that the "NR in skim milk inherently is capable of increasing NAD+ biosynthesis" and alleges that Goldberger I establishes that oral administration of skim milk alone increases NAD$^+$ biosynthesis. *See* Adams Opening Report, ¶ 234. There is no evidence in Goldberger I that the NR in milk increases NAD$^+$ biosynthesis. First, the results of the experiment with skim milk in Goldberger I were marginal at best. Of the five dogs tested with skim milk, two of five dogs developed symptoms within the year of the study—that is, nearly 50% of the dogs developed symptoms. *See* Goldberger I (ELY_DEL0000442) at 454 (p. 1404). Goldberger I optimistically concludes that skim milk contains the blacktongue preventive, but acquiesces that it must be only in "relatively small amount." Goldberger I (ELY_DEL0000442) at 454, 475. It is my opinion that Goldberger I cannot be read to show that the trace amounts of NR in skim milk had any effect on NAD$^+$ biosynthesis; the reverse seems likely (as noted below, any effect on NAD$^+$ biosynthesis is likely attributable to tryptophan). Indeed, Dr. Joseph Baur,

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**

### XII.    Conclusion

1051.    For the reasons stated above, it is my opinion that claims 1–3 of the '807

Patent and claim 2 of the '086 Patent are not invalid under any of the identified grounds.

Dated: 3|9|2021

_____

Robert W. Sobol, Ph.D.

# EXHIBIT G

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4
         CHROMADEX, INC. and           :    CIVIL ACTION
 5       TRUSTEES OF DARTMOUTH         :
         COLLEGE,                      :
 6                                     :
                       Plaintiffs,     :
 7                                     :
             vs.                       :
 8                                     :
         ELYSIUM HEALTH, INC.,         :
 9                                     :
                       Defendant.      :    NO. 18-1434-CFC
10

11                              - - -

12
                                 Wilmington, Delaware
13                               Thursday, December 17, 2020
                                 9:00 o'clock, a.m.
14                               ***Telephone conference

15                              - - -

16       BEFORE:  HONORABLE COLM F. CONNOLLY, U.S.D.C.J.

17                              - - -

18       APPEARANCES:

19
                     YOUNG CONAWAY STARGATT & TAYLOR LLP
20                   BY:  ADAM W. POFF, ESQ.

21
                             -and-
22

23

24
                                     Valerie J. Gunning
25                                   Official Court Reporter
```

```
 1    APPEARANCES (Continued):

 2

 3                COVINGTON & BURLING LLP
                  BY:  R. JASON FOWLER, ESQ.  and
 4                     CHRISTOPHER N. SIPES, ESQ.
                       (Washington, D.C.)
 5

 6                     -and-

 7
                  PATTERSON BELKNAP WEBB & TYLER LLP
 8                BY:  JOSHUA R. STEIN, ESQ.
                       (New York, New York)
 9

10                  Counsel for Plaintiffs

11

12                ASHBY & GEDDES
                  BY:  STEVEN J. BALICK, ESQ.
13

14                     -and-

15
                  FOLEY & HOAG LLP
16                BY:  DONALD R. WARE, ESQ. and
                       MARCO QUINA, ESQ.
17                     (Boston, Massachusetts)

18
                    Counsel for Defendant
19

20                     -  -  -

21

22

23

24

25
```

```
 1              THE COURT:  Mr. Sipes, let me ask you this:  I
 2   agree with what you just said.  Can you live with this
 3   construction as an alternative to either proposals by the
 4   parties, and that is we would construe isolated nicotinamide
 5   riboside to mean nicotinamide riboside that is separated or
 6   substantially free from at least some of the other
 7   components associated with the source of the nicotinamide
 8   riboside.
 9              MR. SIPES:  Your Honor, we can live with that,
10   but I think what that will lead to is further fights over
11   the construction down the road because --
12              THE COURT:  Right.
13              MR. SIPES:  We know --
14              THE COURT:  Let me interrupt.  I think I know
15   where you are going.  What it's going to be is, we're going
16   to have experts telling me whether something is
17   substantially free or not.
18              MR. SIPES:  Correct.
19              THE COURT:  They're going to basically be,
20   what's the level of impurity essentially.
21              MR. SIPES:  Correct.
22              THE COURT:  Right.  I mean, that seems to me to
23   probably be the right thing to do.
24              MR. SIPES:  Your Honor, this is always a problem
25   for me, is whether substantially free is an infringement
```

# EXHIBIT H

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, <br><br> Plaintiffs, <br><br> v. <br><br> ELYSIUM HEALTH, INC., <br><br> Defendant. | C.A. No. 18-1434-CFC |

**PLAINTIFFS CHROMADEX, INC. AND TRUSTEES OF DARTMOUTH COLLEGE'S FIRST SUPPLEMENTAL RESPONSES TO DEFENDANT'S SECOND SET OF INTERROGATORIES (NOS. 14–17)**

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Plaintiffs ChromaDex, Inc. ("ChromaDex") and Trustees of Dartmouth College ("Dartmouth") hereby provide their first supplemental responses to Defendant Elysium Health, Inc.'s ("Elysium's") Second Set of Interrogatories ("the Interrogatories") to Plaintiffs as follows.

**RECURRING OBJECTIONS**

1.      Plaintiffs object to these Interrogatories, and to the definitions and instructions therein, to the extent that they seek to impose obligations and burdens on Plaintiffs beyond those contemplated by the Federal Rules of Civil Procedure or applicable local rules and court orders. Plaintiffs will comply with their discovery obligations under these rules and orders but assume no further discovery obligations in responding to these Interrogatories.

2.      Plaintiffs object to these Interrogatories to the extent they attempt to impose multiple subparts in violation of Federal Rule of Civil Procedure 33(a).

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION SUBJECT TO PROTECTIVE ORDER**

3.      Plaintiffs object to these Interrogatories to the extent they are overly broad or unduly burdensome or to the extent they seek discovery that is not proportional to the needs of the case.

4.      Plaintiffs object to these Interrogatories to the extent that they are vague and ambiguous.

5.      Plaintiffs object to these Interrogatories to the extent that they purport to require Plaintiffs to provide information that is not in Plaintiffs' possession, custody, or control.

6.      Plaintiffs object to these Interrogatories to the extent that they seek information that is not relevant to any party's claim or defense.

7.      Plaintiffs object to these Interrogatories to the extent that they do not contain appropriate (or any) temporal limitations. To the extent Plaintiffs provide a response, such a response will be limited to the relevant timeframe.

8.      Plaintiffs object to these Interrogatories to the extent that they seek or implicate disclosure of information that is protected by attorney-client privilege, work-product immunity, joint defense privilege, or any other applicable privilege or protection ("privileged information"). Plaintiffs will not produce or provide privileged information in response to these Interrogatories. Any inadvertent disclosure of privileged information shall not constitute a waiver of any privilege or immunity.

9.      Plaintiffs object to these Interrogatories to the extent they require Plaintiffs to interpret patent claims, which have not yet been construed by the Court.

10.     To the extent Plaintiffs provide any confidential information or material in response to these Interrogatories, they will do so subject to the stipulated Protective Order. *See* D.I. 44.

11.     Plaintiffs object to these Interrogatories to the extent they seek information that is subject to confidentiality or non-disclosure agreements with persons or entities that are not parties

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER

to this action. Plaintiffs will provide such information only to the extent that Plaintiffs are permitted to do so under their respective agreements with such third parties and only after those third parties receive appropriate notice, are provided with a reasonable opportunity to respond, and do not object.

12.     Plaintiffs object to these Interrogatories to the extent they seek information that is subject to a protective order in another action or similar restriction.

13.     Plaintiffs object to these Interrogatories to the extent they seek information that is unreasonably cumulative or duplicative of information sought in other Interrogatories or other discovery in this litigation.

14.     Plaintiffs object to these Interrogatories to the extent they seek information that is equally accessible to Defendant through public sources or records, or can be obtained from some other source that is more convenient, less burdensome, or less expensive.

15.     Plaintiffs object to these Interrogatories to the extent that they seek information more easily or appropriately ascertained through document production or deposition testimony.

16.     Plaintiffs object to these Interrogatories as premature to the extent they seek disclosure of information in advance of the deadlines identified in the Scheduling Order ordered by the Court. Plaintiffs' responses to these Interrogatories are based on Plaintiffs' investigation to date. Discovery in this matter remains ongoing. Accordingly, additional information about facts and witnesses may be discovered. Plaintiffs reserve the right to use at trial and in any other proceeding in this action any such additional witnesses and evidence that may have been omitted from these responses for one of the foregoing reasons or otherwise and, without obligating Plaintiffs to do so, Plaintiffs reserve the right to further supplement these responses in the future.

17.     Plaintiffs object to these Interrogatories to the extent they seek information regarding activity occurring outside of the United States.

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION**
**SUBJECT TO PROTECTIVE ORDER**

18.     Plaintiffs object to the definition of "ChromaDex" as vague, ambiguous, overbroad, and unduly burdensome. For purposes of these responses, Plaintiffs will define this term to refer to Plaintiff ChromaDex, Inc.

19.     Plaintiffs object to the definition of "Dartmouth" as vague, ambiguous, overbroad, and unduly burdensome. For purposes of these responses, Plaintiffs will define this term to refer to Plaintiff Trustees of Dartmouth College.

20.     Plaintiffs object to the definition of "Documents" to the extent that it extends beyond the meaning of that term as used in Rule 34 of the Federal Rules of Civil Procedure.

21.     Plaintiffs object to the definition of  "Identify" "with respect to Documents" to the extent it requests Plaintiffs to provide "the author(s)," the "addressee(s)," and the "recipient(s) of the Document." These aspects of the definition are overbroad and lead to unduly burdensome requests for information and documents not within Plaintiffs' possession, custody, or control.

22.     Plaintiffs object to the definition of "Communication" to the extent it includes "persons seeing or hearing any information by any means" as overbroad and unduly burdensome.

23.     Plaintiffs object to the definition of "relate to," "related to," "relating to," "regarding," and "concerning" as overbroad, unduly burdensome, and seeking information that is not relevant to the claims or defenses of any party.

24.     These recurring objections are continuing in nature and are incorporated by reference in response to each of the Interrogatories set forth below. By responding to the Interrogatories, Plaintiffs do not waive any of the foregoing objections.

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER

## SPECIFIC RESPONSES TO INTERROGATORIES

### INTERROGATORY NO. 14:

For each Asserted Claim that You contend is not invalid under 35 U.S.C. § 101, state the complete factual and legal basis for Your contention, including Your detailed response to Elysium's Invalidity Contentions regarding invalidity under Section 101. For the sake of clarity, if you disagree with any aspect(s) of Elysium's Invalidity Contentions regarding invalidity under 35 U.S.C. § 101, Your response should include Your rebuttal to Elysium's contentions.

### RESPONSE:

Plaintiffs expressly incorporate their Recurring Objections as objections to this Interrogatory. Plaintiffs further object to this Interrogatory on the ground that it purports to require Plaintiffs to prove that the Patents-in-Suit are valid. Elysium carries the burden to prove that the Patents-in-Suit are invalid. Accordingly, Plaintiffs will respond only to the invalidity arguments made in Elysium's May 29, 2020 Invalidity Contentions. In addition, Plaintiffs object to this Interrogatory as premature to the extent it seeks the disclosure of information, including expert testimony, that is not yet required to be disclosed under the Court's Scheduling Order. Plaintiffs further object to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege or protection.

Subject to and without waiving these objections, Plaintiffs respond as follows. The Patents-in-Suit were duly issued by the U.S. Patent & Trademark Office and therefore are presumed to be valid. *See* 35 U.S.C. § 282. As a result, Elysium carries the burden to show invalidity by "clear and convincing evidence." *See Microsoft Corp. v. i4i Ltd. P'ship*, 131 S. Ct. 2238, 2242 (2011). Elysium has failed to meet its burden. Elysium's argument that the Patents-in-Suit are invalid under § 101 is vague and conclusory. Notably, Elysium fails to acknowledge, much less address, the Federal Circuit's recent decision in *Natural Alternatives Int'l, Inc. v. Creative Compounds, LLC*, 918 F.3d 1338, 1348 (Fed. Cir. 2019). That decision renders baseless Elysium's argument that the Patents-in-Suit are invalid under § 101 because "NR existed in nature before Dartmouth claimed it as an

5

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER

invention," Elysium Invalidity Contentions at 59. *See, e.g.*, *Natural Alternatives*, 918 F.3d at 1346 (finding claims patent-eligible because although the claimed component "may exist in nature … the quantities being administered do not, and … the claimed consumption greatly exceeds natural levels").

Discovery is ongoing and Plaintiffs reserve the right to supplement their response to this Interrogatory.

**INTERROGATORY NO. 15:**

For each Asserted Claim that You contend is not invalid under 35 U.S.C. § 102 or 35 U.S.C. § 103, state the complete factual and legal basis for Your contention, including your detailed response to Elysium's Invalidity Contentions regarding invalidity under Sections 102 or 103. For the sake of clarity, if You disagree with any aspect(s) of Elysium's Invalidity Contentions, Your response should include Your rebuttal to Elysium's contentions including, for example, Your contention as to why any asserted prior art reference does not constitute prior art under Section 102, why each asserted prior art reference or combination of references does not render any claim anticipated or obvious, and why the Asserted Patents are not invalid under Section 102(f) for failure to name the correct inventors.

**RESPONSE:**

Plaintiffs expressly incorporate their Recurring Objections as objections to this Interrogatory. Plaintiffs further object to this Interrogatory on the ground that it purports to require Plaintiffs to prove that the Patents-in-Suit are valid. Elysium carries the burden to prove that the Patents-in-Suit are invalid. Accordingly, Plaintiffs will respond only to the invalidity arguments made in Elysium's May 29, 2020 Invalidity Contentions. In addition, Plaintiffs object to this Interrogatory as premature to the extent it seeks the disclosure of information, including expert testimony, that is not yet required to be disclosed under the Court's Scheduling Order. Plaintiffs further object to this Interrogatory to the extent it seeks information that is protected by the attorney-client privilege, work-product doctrine, or any other applicable privilege or protection. Plaintiffs

CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER

35 U.S.C. § 112. A person having ordinary skill in the art would understand from the disclosures of the Patents-in-Suit that the inventor was in possession of the claimed invention, and how to make and use the claimed invention without undue experimentation. Elysium's contentions to the contrary are unsupported.

Elysium's contention that the term "increases NAD+ biosynthesis upon oral administration" in the '807 patent is indefinite is vague and conclusory, comprising a mere paragraph in its Invalidity Contentions, and fails to meet Elysium's burden to show by clear and convincing evidence that the Asserted Claims are invalid. Among other reasons, Elysium's contention lacks merit because the claim language, read in conjunction with the patent specifications and prosecution histories "inform, with reasonable certainty, those skilled in the art about the scope of the invention." *Nautilus, Inc. v. Biosig Instruments, Inc.*, 134 S.Ct. 2120, 2124 (2014). Elysium's contention to the contrary is unsupported.

Discovery is ongoing and Plaintiffs reserve the right to supplement their response to this Interrogatory.

Dated: January 26, 2021

YOUNG CONAWAY STARGATT
& TAYLOR, LLP

*Of Counsel:*
Christopher N. Sipes
R. Jason Fowler
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000

James F. Haley, Jr.
HALEY GUILIANO LLP
75 Broad Street
Suite 1000

/s/ Adam W. Poff
Adam W. Poff (No. 3990)
Pilar G. Kraman (No. 5199)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
pkraman@ycst.com

*Attorneys for Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College*

**CONTAINS HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY INFORMATION
SUBJECT TO PROTECTIVE ORDER**

New York, NY 10004
(646) 973-2500

# EXHIBIT I

Trials@uspto.gov
571-272-7822

Paper No. 39
Entered: January 16, 2019

UNITED STATES PATENT AND TRADEMARK OFFICE

———————————

BEFORE THE PATENT TRIAL AND APPEAL BOARD

———————————

ELYSIUM HEALTH INC.,
Petitioner,

v.

TRUSTEES OF DARTMOUTH COLLEGE,
Patent Owner.

———————

Case No. IPR2017-01795
Patent 8,383,086 B2

———————

Before SUSAN L.C. MITCHELL, CHRISTOPHER G. PAULRAJ, and
JOHN E. SCHNEIDER, *Administrative Patent Judges*.

SCHNEIDER, *Administrative Patent Judge.*

FINAL WRITTEN DECISION
*35 U.S.C. § 318(a) and 37 C.F.R. § 42.73*

IPR2017-01795
Patent 8,383,086 B2

Dec. 6–7. The parties have not challenged this construction during trial. Response 6–19; Reply 2–18. We find no reason in view of the full trial record before us to revise this construction and apply it in our analysis in this final decision.

## B. Anticipation

"Anticipation requires that all of the claim elements and their limitations are shown in a single prior art reference." *In re Skvorecz*, 580 F.3d 1262, 1266 (Fed. Cir. 2009). "A single prior art reference may anticipate without disclosing a feature of the claimed invention if such feature is necessarily present, or inherent, in that reference." *Allergan, Inc. v. Apotex Inc.*, 754 F.3d 952, 958 (Fed. Cir. 2014).

"Inherency may not be established by probabilities or possibilities. The mere fact that a certain thing may result from a given set of circumstances is not sufficient to establish inherency." *Scaltech Inc. v. Retec/Tetra L.L.C.*, 178 F.3d 1378, 1384 (Fed. Cir. 1999) (citations omitted).

A product is inherently anticipated where it is the natural result of the prior art process, even though it would be possible to prevent the formation of the product through extraordinary measures. *See Allergan*, 754 F.3d at 961.

### 1. Goldberger et al.

Goldberger et al. discloses a study of foodstuffs for the prevention of blacktongue in dogs. Ex. 1005, 1385. Blacktongue is a canine condition similar to pellagra in humans. *Id*. at 1385–86. Like pellagra, blacktongue is caused by a deficiency of NAD+. Ex. 1010, 2. In the study, dogs were fed a blacktongue producing diet along with several candidates for preventing blacktongue. Ex. 1005, 1387–88. Among the candidates evaluated by

15

ELY_DEL0001348

IPR2017-01795
Patent 8,383,086 B2

Goldberger et al. was milk, including skim milk. *Id.* at 1402–05. Goldberger et al. concluded that skim milk exercised a blacktongue preventative action. *Id.* at 1404.

Subsequent research has shown that one of the components in milk is nicotinamide riboside, a precursor of NAD+. Ex. 1007, 3 (Table 1), 5 (Table 3); Ex. 1008, 2 (milk a source of NR); Ex 1018, 838 (NR is found in milk); Ex. 1023, 22 (humans exposed to NR via dietary sources such as milk). Later studies also show that nicotinamide riboside increases the biosynthesis of NAD+. Ex. 1008, 6; Ex. 1018, 840.

Petitioner contends that all of the limitations of the claims of the '086 patent are disclosed by Goldberger et al. Pet. 8–18. Patent Owner contends that Goldberger et al. does not anticipate any of the claims of the '086 patent. Resp. 20–30.

Based on the full trial record before us, we conclude that Petitioner has established by a preponderance of the evidence that claims 1 and 3–5 are anticipated by Goldberger et al. A preponderance of the evidence, however, does not support the conclusion that claim 2 is anticipated by Goldberger et al.

### a. Claim 1

Claim 1 is directed to a pharmaceutical composition comprising nicotinamide riboside in admixture with a carrier and formulated for oral administration. We consider each of these claim limitations in turn.

ELY_DEL0001349

IPR2017-01795
Patent 8,383,086 B2

Patent Owner also contends that the skim milk used by Goldberger et al. is not a pharmaceutical composition. Resp. 21–22. Patent Owner contends that not all food qualifies as a pharmaceutical composition since a pharmaceutical composition must contain an active agent. Resp. 22. Patent Owner argues that since there is no evidence that the NR in milk is active, Petitioner has not shown that the skim milk of Goldberger et al. is a pharmaceutical composition under the proper claim construction. Resp. 22.

We have considered the parties' arguments as well as the evidence of record and conclude Petitioner has established by a preponderance of the evidence that the skim milk administered by Goldberger et al. is a "pharmaceutical composition" as we have construed that term.

Goldberger et al. report an experiment to determine if skim milk is effective in preventing blacktongue. Ex. 1005, 1404. Black tongue is caused by a deficiency of NAD+. Ex 1010, 2. Dr. Baur interprets the results of the experiment as establishing that milk alone improves the course of or prevents blacktongue. Ex. 1002 ¶ 21. Thus, the skim milk used by Goldberger et al. was administered to dogs "having a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis . . . such that the signs or symptoms of the disease are prevented or reduced" by the Goldberger's administration of the skim milk. Ex. 1001, col. 4, ll. 20–24.

As we previously addressed, Patent Owner's contention that foods are not pharmaceutical compositions is unpersuasive. Although we agree with Patent Owner that not all foods are necessarily pharmaceutical compositions, the Specification of the '086 patent expressly teaches that the pharmaceutical composition of the present invention can include food. Ex.

18

ELY_DEL0001351

IPR2017-01795
Patent 8,383,086 B2

Trammell II reports a study of the bioavailability of NR taken orally. Ex. 1008, 1. In the background discussion, the researchers report that milk is a source of such NR. *Id.* at 2.

Canto reports a study using NR to enhance oxidative metabolism and protect against high fat induced obesity. Ex. 1018, 838. In the introduction, Canto states that "NR is found in milk . . . constituting a dietary source for NAD+ production." *Id.*

Bogan, a literature review of NAD+ precursors, teaches that "NR is a newly discovered salvageable precursor of NAD+ that occurs in cow's milk." Ex. 1025, 119. Bogan also teaches that milk is a source of NR in vertebrates. *Id.* at 120. Bogan goes on to teach that milk, a natural source of NR, was shown to be effective in treating pellagra-like symptoms in animals. *Id.* at 121–122 (citing Ex. 1005)

A filing with the Food and Drug Administration relating to the safety of an NR supplement Niagen teaches that "[h]umans are exposed to NR via dietary sources such as milk." Ex. 1023, 22.

Dr. Baur states in his declaration:

> As it is now known that blacktongue in dogs is a disease caused by NAD+ deficiency, it follows that the resolution or prevention of blacktongue by milk supplementation, as shown in Goldberger et al., is direct evidence that the milk stimulated greater NAD+ biosynthesis upon oral administration. (Ex. 1005, Goldberger et al., at 1404.) This conclusion is confirmed by later studies, discussed above in paragraphs 13-14, directly demonstrating that oral intake of NR increases NAD+ concentration in multiple tissues. Thus, Goldberger et al. teaches the oral administration of a composition containing NR that necessarily increases NAD+ biosynthesis upon oral administration

Ex. 1002, ¶ 36.

20

ELY_DEL0001353

IPR2017-01795
Patent 8,383,086 B2

of the increase in NAD+ biosynthesis as the milk contained other NDA+ precursors. *Id.* at 28. Patent Owner argues that the references cited by Petitioner do not demonstrate that any NR that is present in milk increases biosynthesis of NAD+. Resp. 29.

We have considered the parties' arguments and conclude that a preponderance of the evidence supports the conclusion that claim 5 is anticipated by Goldberger et al.

As Petitioner points out, claim 5 calls for the *composition* of claim 1 to increase the biosynthesis of NAD+ production. Reply 26–27. The claim does not call for the NR present in the composition to necessarily cause the increased biosynthesis. *Id.*

Goldberger et al. demonstrates that feeding skim milk to dogs prevents blacktongue. Ex. 1005, 1404. Blacktongue is caused by a deficiency of NAD+. Ex. 1010, 2. We agree with Petitioner that the evidence of record demonstrates that the consumption of milk increases NAD+ biosynthesis. *See also* Ex. 1026, 84:3–85:3 (Dr. Zhou agreeing that literature teaches that black tongue reflects a deficiency in NAD and NAD+ biosynthesis in dogs increased with oral administration of milk).

We also find that Petitioner has shown sufficiently based on the evidence presented at trial that the skim milk used by Goldberger et al. increases NAD+ biosynthesis.

As discussed above with respect to claim 1, the evidence of record demonstrates that NR is an active agent in milk. Ex. 1007, 1; Ex. 1008, 1; Ex. 1018, 838; Ex. 1025, 119–120. The evidence of record also demonstrates that the NR in milk is used to produce NAD+ *in vivo*. For example, Canto teaches that NR is found in milk, "constituting a dietary

30

IPR2017-01795
Patent 8,383,086 B2

Goldberger and Tanner study was published. Tr. 69. Patent Owner argues that there is nothing in the present record that shows that NR was present in the buttermilk used by Goldberger and Tanner or that it was active. Resp. 33.

We have considered Patent Owner's arguments and find that there is sufficient evidence in the present record to establish that NR was necessarily present as an active agent in the buttermilk used by Goldberger and Tanner. Our conclusion is based on the teachings of the same post-filing references (Trammell I, Tramell II, Cato, Bogan, and the Niagen FDA filing) discussed above with regard to the anticipation ground based on Goldberger et al. Ex. 1007; Ex. 1008, Ex. 1018, Ex. 1025; Ex. 1023. Furthermore, Dr. Baur states in his declaration:

> As it is now known that pellagra is a disease caused by NAD+ deficiency, it follows that the prevention of pellagra by buttermilk supplementation demonstrated in Goldberger and Tanner is direct evidence that the buttermilk stimulated greater NAD+ biosynthesis upon oral administration. (Ex. 1006, Goldberger and Tanner, at 93.) This conclusion is confirmed by later studies, discussed above in paragraphs 13-14, directly demonstrating that oral NR increases NAD+ concentration in multiple tissues. Thus, although the authors did not know it at the time, Goldberger and Tanner inherently discloses an NR-containing composition that can be orally administered and increases NAD+ biosynthesis upon oral administration.

Ex. 1002 ¶ 43. The evidence of record establishes that NR is also present in buttermilk. NR is a water soluble component of milk. Ex. 1002, ¶ 12. Buttermilk is what remains when butter is removed from milk. Ex. 1011, 6. Thus buttermilk contains the same water soluble components of milk as skim milk. Ex. 1002, ¶ 12. Moreover, Goldberger and Tanner teach that for

35

IPR2017-01795
Patent 8,383,086 B2

treating pellagra, fresh milk and buttermilk are interchangeable. Ex. 1006, 95. Thus, we find that NR was present in the buttermilk used by Goldberger and Tanner. Additionally, for the reasons already discussed above, we are unpersuaded by Patent Owner's arguments that the NR in milk is not active because Trammell I teaches that NR in milk is bound to other components in milk. Resp. 33. Goldberger and Tanner expressly states that the buttermilk used was "fresh, locally produced, and of fair quality." Ex. 1006, 93. As such, there is no basis for us to speculate that the NR in such buttermilk Based on the foregoing analysis, we conclude Petitioner has established that the buttermilk used in Goldberger and Tanner was a pharmaceutical composition comprising NR as an active agent in an amount effective for the treatment or prevention of a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis.

      *ii.*    *In admixture with a carrier.*

      Petitioner contends that the buttermilk used in Goldberger and Tanner meets this limitation in that the NR is in a mixture with lactose and other components in milk that bind and stabilize the compound. Pet. 24. Petitioner relies on the Declaration of its expert Dr. Baur to support this contention. Ex. 1002 ¶ 32.

      For the same reasons provided with regard to the skim milk used in Goldberger et al., Patent Owner contends that the buttermilk in Goldberger and Tanner does not comprise an admixture of NR with a carrier, i.e., because the milk was not specifically prepared as an admixture of NR and a

ELY_DEL0001369

IPR2017-01795
Patent 8,383,086 B2

biosynthesis. Resp. 33. Patent Owner also contends that even if NAD+
biosynthesis was increased by the administration of buttermilk by
Goldberger and Tanner, there is no evidence that the NR in the milk was the
cause of the increase in NAD+ biosynthesis as the milk contained other
NDA+ precursors. *Id.* at 34. Patent Owner argues that the references cited
by Petitioner do not demonstrate that any NR occurring in milk increases
biosynthesis of NAD+. Resp. 34.

   We have considered the parties' arguments and conclude that a
preponderance of the evidence supports the conclusion that claim 5 is
anticipated by Goldberger and Tanner.

   As Petitioner points out, claim 5 calls for the composition of claim 1
to increase the biosynthesis of NAD+ production. Reply 26–27. The claim
does not call for the NR present in the composition to cause the increased
biosynthesis. *Id.*

   Goldberger and Tanner demonstrates that feeding buttermilk to
humans prevented pellagra. Ex. 1006, 8. Pellagra is caused by a deficiency
of NAD+. Ex. 1010, 2. The evidence of record demonstrates that the
consumption of milk increases NAD+ biosynthesis.

   Moreover, even if we accept Patent Owner's argument that claim 5
calls for the NR present in the composition to increase NR biosynthesis, we
find that a preponderance of the evidence supports the conclusion that the
skim milk used by Goldberger and Tanner increases NAD+ biosynthesis.

   As discussed above with respect to claim 1, the evidence of record
demonstrates that NR is an active agent in milk. Ex. 1007, 1; Ex. 1008, 1;
Ex. 1018, 838; Ex. 1025, 119–120. The evidence of record also
demonstrates that the NR in milk is used to create NAD+ in vivo. For

41

IPR2017-01795
Patent 8,383,086 B2

example, Canto teaches that NR is found in milk, "constituting a dietary source for NAD+ production." Ex. 1018, 1.

We, therefore, conclude that Petitioner has established by a preponderance of the evidence that claim 5 is anticipated by Goldberger and Tanner.

### III. CONCLUSION

For the foregoing reasons, we determine that Petitioner has shown by a preponderance of the evidence that: 1) claims 1 and 3–5 are unpatentable as anticipated by Goldberger et al.; and 2) claims 1 and 3–5 are unpatentable as anticipated by Goldberger and Tanner.

We also determine that Petitioner has not shown by a preponderance of the evidence that claim 2 is anticipated by either Goldberger et al. or Goldberger and Tanner.

### IV. ORDER

Accordingly it is ORDERED that claims 1 and 3–5 have been shown by a preponderance of the evidence to be unpatentable; and

FURTHER ORDERED that, because this is a Final Written Decision, parties to the proceeding seeking judicial review of the decision must comply with the notice and service requirements of 37 C.F.R. § 90.2.

42

ELY_DEL0001375

IPR2017-01795
Patent 8,383,086 B2

PETITIONER

Brendan T. Jones, Esq.
FOLEYHOAG LLP
bjones@foleyhoag.com

PATENT OWNER

John L. Abramic, Esq.
James R. Nuttall, Esq.
Harold H. Fox, Esq.
Jamie L. Lucia Lucia, Esq.
STEPTOE AND JOHNSON LLP
jabramic@steptoe.com
jnutall@steptoe.com
hfox@steptoe.com
jlucia@Steptoe.com

43

ELY_DEL0001376

# EXHIBIT J

No. 19-1630, 19-1682

# United States Court of Appeals for the Federal Circuit

ELYSIUM HEALTH, INC.

*Appellant*,

*v.*

TRUSTEES OF DARTMOUTH COLLEGE,

*Cross-Appellant.*

Appeal from the United States Patent and Trademark Office,
Patent Trial and Appeal Board in proceeding No. IPR2017-01795

## UNOPPOSED MOTION TO TERMINATE CROSS-APPEAL

John L. Abramic
  (Lead Counsel)
jabramic@steptoe.com
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1264
Facsimile: (312) 577-1370

Jamie L. Lucia
STEPTOE & JOHNSON LLP
1 Market Street,
Steuart Tower, Suite 1800
San Francisco, California 94105
Telephone: (415) 365-6711
Facsimile: (415) 365-6681

*Counsel for Cross-Appellant,*
*Trustees of Dartmouth College*

August 14, 2019

Pursuant to Fed. Cir. R. 27 and Fed. R. App. P. 42(b), Cross-Appellant, Trustees of Dartmouth College ("Cross-Appellant" or "Dartmouth"), by and through its counsel, respectfully moves for an order dismissing the above-captioned cross-appeal, Case No. 19-1682.

Cross-Appellant contacted counsel for Appellant, Elysium Health, Inc., who confirmed that they consent to the motion. Accordingly, Cross-Appellant respectfully requests that the Court dismiss the cross-appeal (Case No. 19-1682) and that each party bear its own costs and fees related to the cross-appeal.

Dated: August 14, 2019                          */s/ John L. Abramic*

                                        John L. Abramic
STEPTOE & JOHNSON LLP
115 S. LaSalle Street, Suite 3100
Chicago, IL 60603
Telephone: (312) 577-1264
Facsimile: (312) 577-1370

*Counsel for Cross-Appellant,*
*Trustees of Dartmouth College*

# EXHIBIT K

NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

———————————

**ELYSIUM HEALTH, INC.,**
*Appellant*

v.

**TRUSTEES OF DARTMOUTH COLLEGE,**
*Appellee*

———————————

2019-1630

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01795

-------------------------------------------------------------------------

**ELYSIUM HEALTH, INC.,**
*Appellant*

v.

**TRUSTEES OF DARTMOUTH COLLEGE,**
*Cross-Appellant*

_____

2019-1682

_____

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2017-01795

_____

# O R D E R

Trustees of Dartmouth College moves unopposed to voluntarily dismiss Appeal No. 19-1682, pursuant to Fed. R. App. P. 42(b).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. Appeal No. 19-1682 is DISMISSED under Fed. R. App. P. 42 (b).

(2) Each party shall bear its own costs in 19-1682.

(3) The revised official caption for 19-1630 is reflected above.

FOR THE COURT

August 19, 2019          /s/ Peter R. Marksteiner
                         Peter R. Marksteiner
                         Clerk of Court

**ISSUED AS A MANDATE:** August 19, 2019 (as to 2019-1682 only)

# EXHIBIT L

The Journal of Nutrition. First published ahead of print April 6, 2016 as doi: 10.3945/jn.116.230078.

The Journal of Nutrition
Genomics, Proteomics, and Metabolomics




# Nicotinamide Riboside Is a Major NAD+ Precursor Vitamin in Cow Milk[1–3]

**Exhibit 0216**

Samuel AJ Trammell,[4,5] Liping Yu,[4,6] Philip Redpath,[7] Marie E Migaud,[4,7] and Charles Brenner[4,5]*

[4]Department of Biochemistry, Carver College of Medicine, [5]Interdisciplinary Graduate Program in Genetics, and [6]Nuclear Magnetic Resonance Facility, Carver College of Medicine, University of Iowa, Iowa City, IA; and [7]Queen's University Belfast, School of Pharmacy, Belfast, Northern Ireland, United Kingdom

## Abstract

**Background:** Nicotinamide riboside (NR) is a recently discovered NAD+ precursor vitamin with a unique biosynthetic pathway. Although the presence of NR in cow milk has been known for more than a decade, the concentration of NR with respect to the other NAD+ precursors was unknown.

**Objective:** We aimed to determine NAD+ precursor vitamin concentration in raw samples of milk from individual cows and from commercially available cow milk.

**Methods:** LC tandem mass spectrometry and isotope dilution technologies were used to quantify NAD+ precursor vitamin concentration and to measure NR stability in raw and commercial milk. Nuclear magnetic resonance (NMR) spectroscopy was used to test for NR binding to substances in milk.

**Results:** Cow milk typically contained ~12 μmol NAD+ precursor vitamins/L, of which 60% was present as nicotinamide and 40% was present as NR. Nicotinic acid and other NAD+ metabolites were below the limits of detection. Milk from samples testing positive for *Staphylococcus aureus* contained lower concentrations of NR (Spearman $\rho = -0.58$, $P = 0.014$), and NR was degraded by *S. aureus*. Conventional milk contained more NR than milk sold as organic. Nonetheless, NR was stable in organic milk and exhibited an NMR spectrum consistent with association with a protein fraction in skim milk.

**Conclusions:** NR is a major NAD+ precursor vitamin in cow milk. Control of *S. aureus* may be important to preserve the NAD+ precursor vitamin concentration of milk. *J Nutr* doi: 10.3945/jn.116.230078.

**Keywords:** LC-MS, metabolomics, milk, nicotinamide adenine dinucleotide, pellagra-preventive factor

## Introduction

One hundred years ago, pellagra was common in the rural American South. One of the early treatments for pellagra was consumption of a 1.5–2 pints of cow milk (1). In 1937, nicotinamide and nicotinic acid (NA)[8] were identified as pellagra-preventive (PP) factors (2, 3), and tryptophan was subsequently discovered as a molecule with PP activity (4). Nicotinamide and NA, which are collectively termed *niacin*, contain a pyridine ring that can be salvaged to form NAD+ in 2 or 3 enzymatic steps, whereas tryptophan is the de novo precursor of NAD+, requiring 7 enzymatic steps (5). Largely because tryptophan can be incorporated into protein, oxidized as a fuel, and converted to many other metabolites such as serotonin, 50–60 mg tryptophan is considered the niacin equivalent of 1 mg nicotinamide or NA. In addition, much of the niacin equivalent in food is, in fact, NAD+ (6).

NAD+ and its phosphorylated and oxidized derivatives, NAD(P)+, NAD(H), and NAD(P)H, are essential hydride transfer cofactors in hundreds of oxidoreductase reactions and consumed substrates of several classes of enzymes with activities required for DNA repair, gene expression, regulation of energy metabolism, and calcium mobilization (7). NAD+ is one of the most abundant metabolites in the human body and is turned over at a rapid pace (8), requiring near-constant replenishment. Hence, although pellagra is described as niacin deficiency, at a cellular level, pellagra is a disease of NAD+ depletion as a result of diets deficient in NAD+ precursors.

It has long been known that the NAD+ precursors in milk include nicotinamide (9) and tryptophan (10). More recently, it has been discovered that milk also contains nicotinamide riboside (NR), another salvageable NAD+ precursor vitamin (11). Boosting NAD+ concentrations with NR extends life span in yeast (12)

[1] Supported by the Roy J. Carver Trust.

[2] Author disclosures: C Brenner is an inventor of intellectual property enabling commercial development of nicotinamide riboside. He is also a member of the Scientific Advisory Board and a stockholder of ChromaDex, Inc., which develops and sells nicotinamide riboside. SAJ Trammell, L Yu, P Redpath, and ME Migaud, no conflicts of interest.

[3] Supplemental Tables 1 and 2 are available from the "Online Supporting Material" link in the online posting of the article and from the same link in the online table of contents at http://jn.nutrition.org.

[8] Abbreviations used: NA, nicotinic acid; NR, nicotinamide riboside; PP, pellagra preventive; WaterLOGSY, water-ligand observed via gradient spectroscopy.

*To whom correspondence should be addressed. E-mail: charles-brenner@uiowa.edu.

© 2016 American Society for Nutrition.

Manuscript received January 14, 2016. Initial review completed February 12, 2016. Revision accepted March 1, 2016.
doi: 10.3945/jn.116.230078.

1 of 7

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

JN THE JOURNAL OF NUTRITION

Copyright (C) 2016 by the American Society for Nutrition

Elysium Health Exhibit 1007
Page 1 of 7

ELY_DEL0000555

and has been shown to prevent and treat metabolic (13–16) and neurodegenerative (17, 18) conditions in mouse models. Although these studies suggest that dairy products as a source of NR could be beneficial to many aspects of human health, the amount of NR in milk has not been established. In this work, we determine the complete NAD+ precursor vitamin concentration in individual and pooled commercial samples of cow milk with the use of an LC tandem MS (LC-MS/MS)–based method (19). Our results show that milk from *Staphylococcus aureus*–positive samples contained lower concentrations of NR and nicotinamide, and that milk sold as organic milk contained lower concentrations of NR than conventionally sourced milk. Moreover, we show that NR is stable in milk and bound by substances in milk and that ~40% of the NAD+ precursor vitamin concentration of cow milk is present as NR.

## Methods

*Milk quality and herd health measurements.* Milk flows and representative samples were obtained from 19 conventionally raised cows with a Dairy Herd Improvement Association testing meter. Samples were dispensed into 2-oz snap-cap Dairy Herd Improvement Association vials containing liquid bronopol for analysis by Dairy Lab Services of fat, protein, lactose, other solids, milk urea nitrogen, and somatic cells (FOSS). Additional aseptic individual milk samples were obtained for bacterial analysis after teats were sterilized with 70% ethanol before collecting 3 mL milk from each teat into $12 \times 75$-mm culture tubes. All samples were frozen before further analysis. Blood agar culture plates were inoculated with sample and then incubated at 37°C and evaluated for bacterial growth at 24 and 48 h. Bacterial growth was characterized by morphology, and samples were subjected to confirmatory tests to identify genus and species.

*Milk sample acquisition and preparations.* Nineteen milk samples from individual cows plus 8 skim milk samples (4 organic and 4 conventional) purchased in the Iowa City area were analyzed by LC-MS/MS. Two 50-μL aliquots were extracted from each milk sample. Each aliquot was dosed with either solution A [18.75 pmol [$^{18}O_1$]-NR, 18.75 pmol [$^{18}O_1$]-nicotinamide, 18.75 pmol [$D_3$, $^{18}O_1$]-1-methyl nicotinamide, and 150 pmol [$D_4$]-NA] or solution B, a $^{13}$C-labeled yeast extract at 1:50 dilution. Aliquots were extracted with 0.5 mL of 1.5% formic acid at room temperature. Each aliquot was vortexed for 10 s and then sonicated for 10 min in a bath sonicator. Aliquots were then centrifuged at a speed of $16,100 \times g$ for 10 min at room temperature. Extracts were transferred to fresh 1.5-mL centrifuge tubes and dried overnight via speed vacuum. Recovery was >90% for all metabolites of interest.

*NMR spectroscopy.* NR $^1$H resonances were assigned with $^1$H/$^{13}$C 2-dimensional heteronuclear multiple-quantum coherence and heteronuclear multiple-bond coherence experiments. NR binding to skim milk was analyzed with the use of water-ligand observed via gradient spectroscopy (WaterLOGSY) (20, 21). To analyze fractions of milk for NR-binding activity, 2 mL total milk was centrifuged for 1 h at 4°C at $16,100 \times g$. The supernatant was termed the *soluble fraction*, whereas the pellet resuspended in 2 mL 50 mmol/L sodium phosphate (pH 7) was termed the *particulate fraction*. NMR samples were prepared by adding 150 μL skim milk, skim milk soluble fraction, or resuspended skim milk particulate fraction to 352.2 μL buffer that contained 300 μL 50 mmol/L sodium phosphate (pH 7), 50 μL $D_2O$, and 2.2 μL NR stock, giving a final NR concentration in the NMR samples of 0.3 mmol/L. For the WaterLOGSY experiment, a $T_2$ relaxation filter of 100 ms was used just before data acquisition to suppress signals derived from macromolecules, and a water nuclear Overhauser effect mixing time of 1 s was used in the experiment. All NMR data were acquired with a Bruker Avance II 800-MHz NMR spectrometer equipped with a sensitive cryoprobe and recorded at 25°C. The $^1$H chemical shifts were referenced to 2,2-dimethyl-2-silapentane-5-sulfonate. NMR spectra

2 of 7   Trammell et al.

were processed with the NMRPipe package software (22) and analyzed with NMRView (23).

*NR stability assays.* [$^{18}O$]-labeled and [$^{13}C_1$, $D_1$]-NR were synthesized as described (24) (S Trammell, M Schmidt, B Weidemann, P Redpath, F Jaksch, R Dellinger, M Migaud, C Brenner, unpublished results, 2016). [$^{18}O$]-NR was suspended in conventional and organic milk samples or in water at pH 5, 7, or 11 at a concentration of 10 μmol/L and allowed to sit at room temperature. In total, 20-μL aliquots were collected at 0, 0.5, 1, 2, 4, and 8 h and extracted as described above.

*S. aureus growth experiments.* Strain RN3170 was a kind gift from Patrick Schlievert (University of Iowa) (25). Bacteria were streaked onto Todd-Hewitt (Becton & Dickinson) 2% agar plates, incubated overnight at 37°C, and then stored at 4°C. *S. aureus* was then inoculated into Todd-Hewitt media containing 50 mmol/L Bis-Tris (pH 6.7) and 10 μmol/L [$^{13}C_1$, $D_1$]-NR at a starting $OD_{600\,nm}$ of 0.1. Noninoculated medium was used as control for NR stability. All cultures were incubated at 37°C with constant shaking at 220 rpm, and 15-mL aliquots were collected at 0, 1, 2, 4, 6, and 8 h. $OD_{600\,nm}$ and pH values were recorded at each time point. Aliquots were centrifuged at $2060 \times g$ for 30 min at 4°C, at which time 1 mL culture medium was collected and snap-frozen in liquid nitrogen. The remainder of culture medium was aspirated and cell pellets were washed with 1 mL ice-cold PBS and centrifuged at $16,100 \times g$ for 10 min at 4°C. PBS was aspirated and pellets were flash frozen. Then, 50 μL media was analyzed with LC-MS/MS as described below. Cells were extracted with buffered ethanol (3 parts ethanol to 1 part 10 mmol/L HEPES, pH 7.1) heated to 80°C for 3 min with constant shaking at 1050 rpm. Extracts were clarified by centrifugation ($16,100 \times g$, 10 min, 4°C). Pellets were extracted again following the same procedure as above. Supernatants from both rounds of extraction were combined and dried via speed vacuum. Extracts were analyzed with LC-MS as described below.

*LC-MS and LC-MS/MS.* Media samples were diluted 1:1 with double-distilled $H_2O$. Standard solutions in double-distilled $H_2O$ were diluted 1:1 with noninoculated Todd-Hewitt media containing 50 mmol/L Bis-Tris and [$^{13}C_1$, $D_1$]-NR, producing a standard curve with the final concentrations of 0, 0.1, 0.3, 0.5, 1, 3, 5, and 10 μmol/L. Quality control samples at a final concentration of 0.75 and 7.5 μmol/L were also prepared by diluting standard 1:1 with media. Then, 10 μL of media samples, quality controls, and standards was injected and quantified with a Waters TQD mass spectrometer with the use of the acid separation chromatographic conditions described previously (19). Media were quantified with raw peak areas and converted to micromoles per liter with background-subtracted standard curves.

For cow milk, standards (final concentrations of the 0.08, 0.24, 0.8, 2.4, 8, 24, 80, and 120 μmol/L) and 2 quality control samples (final concentration of 2.5 and 25 μmol/L) were treated in the same manner as the samples and as described above. In total, 5 μL of samples, quality controls, and standards containing solution A or 10 μL of those containing solution B was loaded onto the column and quantified with a Waters TQD mass spectrometer according to the procedures previously described (19). Newly quantified metabolites in the acidic separation, *N*-methyl-nicotinamide, *N*-methyl-2-pyridone-5-carboxamide, and *N*-methyl-4-pyridone-5-carboxamide, were assayed with the following transitions: 1-methyl nicotinamide ($m/z = 137 > 94$), *N*-methyl-2-pyridone-5-carboxamide ($m/z = 153 > 107$), and *N*-methyl-4-pyridone-5-carboxamide ($m/z = 153 > 136$). Analyte peak areas were normalized to internal standard peak areas and converted to μmol/L with the standard curve. *S. aureus* cell pellets were suspended in 50 μL of 10 mmol/L ammonium acetate in LC-MS grade water. $A_{260\,nm}$ values for each sample were measured with a Thermo Scientific 2000c Nanodrop spectrophotometer operated in nucleic acid mode. Samples at 0- and 1-h time points were diluted 1:1 with either solution A or solution B. Samples at all remaining time points were diluted to a final $A_{260\,nm}$ value of 14 and then diluted 1:1 with solution A or B. All samples were analyzed according to the chromatography protocols previously described (19) and detected and quantified with a Waters Q-Tof Premier mass spectrometer operated in positive full-scan mode. The alkaline separation was altered by increasing

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

IN THE JOURNAL OF NUTRITION

the flow rate to 0.55 mL/min and shortening the runtime to 11.6 min. Separation was performed with the use of a modified gradient with initial equilibration at 3% B; a 0.9-min hold; a gradient to 50% B over 6.3 min, followed by a 1-min wash at 90% B; and a 3-min reequilibration at 3% B. When performing the alkaline separation, the scanning window was set to $m/z = 120-800$ with a scan rate of 0.1 and an interscan rate of 0.01. When performing the acid separation, the scanning window was set to $m/z = 120-600$ with a scan rate of 0.5 and an interscan delay of 0.05. In both cases, leucine enkephalin was infused and used for mass accuracy correction. Analyte peak areas were normalized to internal standard peak areas and converted to μmol/L with the standard curve. Nicotinamide concentrations were corrected for the contribution of $[^{12}C_1]$-nicotinamide and $[^{13}C_1]$-nicotinamide to the $[^{18}O_1]$-nicotinamide internal standard area counts. Enrichment for all metabolites was corrected for the natural abundance of the analyte, $^{13}C$ abundance, and the purity of the doubly labeled NR (95/5% $[^{13}C_1, D_1]$-NR/$[^{13}C_1]$-NR). The corrected concentrations of each analyte were converted to intracellular concentrations by calculating the total intracellular volume of *S. aureus* with an intracellular volume of 0.28 fL (26) and an assumption of $1 \times 10^9$ cells/mL per $OD_{600 \text{ nm}}$ (27).

*Statistical analysis.* Unless otherwise stated, all values are expressed as means ± SDs. Two-tailed, unpaired *t* tests were performed on all comparisons involving 2 groups. Outliers were identified with the robust regression and outlier removal method (28). Two-factor, repeated-measures ANOVA followed by Holm-Sidak's multiple-comparisons test was performed on experiments involving *S. aureus*. Media samples were compared with noninoculated medium within time points. Intracellular samples were compared with initial concentrations within condition. Spearman rank correlation coefficient was calculated for the concentration of nicotinamide and NR compared with the milk quality, herd health metrics, and breed. $P < 0.05$ was considered significant. Statistical analyses were performed with GraphPad Prism version 6.00 for Windows (GraphPad Software).

## Results

*NR is a major component of the NAD⁺ precursor vitamin concentration in cow milk.* The NAD⁺ metabolome of 19 individual cow milk samples was determined with LC-MS/MS and isotope dilution techniques. We define the NAD⁺ precursor vitamin concentration as the concentrations of salvageable NAD⁺ precursor (nicotinamide, NA, and NR) plus concentrations of the higher molecular weight species [nicotinic acid riboside, nicotinic acid mononucleotide, NAD⁺, nicotinic acid adenine dinucleotide, and NAD(P)⁺] from which a vitamin can be released by enzymatic or chemical decomposition. NAD(H) and NAD(P)H are oxidized in extraction, such that these metabolites, if present, would contribute to the peaks of NAD⁺ and NAD(P)⁺.

As shown in **Table 1**, in all 19 samples, nicotinamide and NR and no other NAD⁺ metabolite were quantifiable. Thus, neither NAD⁺ nor NA is a PP factor in milk. Excluding one unusual milk sample that contained 24 μmol nicotinamide/L and 27 μmol NR/L (**Supplemental Table 1**), milk samples contained 7.3 ± 1.5 μmol nicotinamide/L and 4.3 ± 2.6 μmol NR/L. To determine whether other parameters correlate with NAD⁺ precursor vitamin concentrations in the 18 remaining samples, breed was recorded and metrics of the health and milk quality of each cow were measured (**Supplemental Table 2**). As shown in **Table 2**, concentrations of NR positively correlated with concentrations of lactose ($P = 0.013$) and milk urea nitrogen ($P = 0.018$), whereas nicotinamide negatively correlated with somatic cell count ($P = 0.029$) and positively correlated with NR ($P = 0.011$). NR concentration negatively correlated with *S. aureus* infection ($P = 0.014$). Nicotinamide concentration also negatively correlated with *S. aureus* infection, but the correlation was not significant ($P = 0.09$). When we recalculated concentrations of NR and nicotinamide in the 12 samples without *S. aureus* infection or extremely high concentrations of NAD⁺ precursor vitamins, nicotinamide rose to 7.7 ± 1.2 μmol/L and NR rose to 5.1 ± 2.6 μmol/L. Thus, although it was clear from previous work that there is no NA in cow milk (9), there has been a substantial underreporting of NAD⁺ precursor vitamin on account of lack of an assay for NR.

*S. aureus depletes NR and nicotinamide.* Because the presence of *S. aureus* was associated with lower concentrations of NR and nicotinamide, we tested whether *S. aureus* growth might directly alter the concentrations of these metabolites in rich media. Before testing stability in the presence of *S. aureus*, we investigated the stability of $[^{18}O]$-NR in pasteurized cow milk or in water adjusted to pH values of 5.0, 7.0, and 11.0. As shown in **Figure 1A**, $[^{18}O]$-NR was stable in pasteurized milk and in water at neutral pH but exhibited lesser stability at pH 5.0 and pH 11.0, with pH 11.0 producing nearly complete hydrolysis within 1 h. We measured the pH of cow milk in 4 store-bought milk brands and determined the pH to be $6.72 \pm 0.01$.

Bacteria might alter concentrations of NR found in milk by incorporating NR intact into NAD⁺ and/or by converting NR into nicotinamide or NA, either of which could be subsequently incorporated into NAD⁺. To distinguish between these possibilities, we synthesized a double-labeled NR containing a $^{13}C$ in the

**TABLE 1** Mean NAD⁺ metabolomes of 18 raw cow milk samples[1]

| Metabolome, μmol/L | Total ($n = 18$) | *S. aureus* negative ($n = 12$) | *S. aureus* positive ($n = 6$) |
|---|---|---|---|
| Nicotinamide | $7.3 \pm 1.5^2$ | $7.7 \pm 1.2$ | $6.4 \pm 1.7$ |
| NR | $4.3 \pm 2.6$ | $5.1 \pm 2.6$ | $2.7 \pm 1.9$ |
| NA | <1.0 | <1.0 | <1.0 |
| NMN | <0.4 | <0.4 | <0.4 |
| NAD⁺ | <0.08 | <0.08 | <0.08 |
| NAR | <0.04 | <0.04 | <0.04 |
| NAD(P)⁺ | <0.02 | <0.02 | <0.02 |
| NAAD | <0.01 | <0.01 | <0.01 |

[1] NA, nicotinic acid; NAAD, nicotinic acid adenine dinucleotide; NAR, nicotinic acid riboside; NMN, nicotinamide mononucleotide; NR, nicotinamide riboside.
[2] Mean ± SD (all such values).

**TABLE 2** Correlations of cow milk NR and nicotinamide concentrations with breed and indicators of milk quality[1]

| | NR, μmol/L | Nicotinamide, μmol/L |
|---|---|---|
| Breed | −0.28 | −0.21 |
| Fat, % | −0.14 | −0.39 |
| Protein, % | −0.21 | −0.13 |
| Lactose, % | $0.58^*$ | 0.5 |
| Nonfat solids, % | −0.13 | −0.07 |
| Total solids, % | −0.08 | −0.3 |
| Somatic cell count, ×$10^3$ cells/mL | −0.38 | $−0.52^*$ |
| Urea nitrogen, mg/dL | $0.55^*$ | 0.27 |
| *S. aureus* | $−0.57^*$ | 0.41 |
| NR, μmol/L | | $0.58^*$ |

[1] Spearman correlation coefficients were determined between NAD⁺ precursor vitamins and milk quality and cow breed with data from Supplemental Table 1 (except cow 3) and Supplemental Table 2. $*P < 0.05$. NR, nicotinamide riboside.

Nicotinamide riboside concentrations in cow milk 3 of 7

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

Elysium Health Exhibit 1007
Page 3 of 7
ELY_DEL0000557

IN THE JOURNAL OF NUTRITION

**FIGURE 1**  NR is stable in milk and is degraded by *S. aureus*. (A) Stability of [$^{18}$O]-NR in 4 store-bought brands of skim milk and in water at pH 5, 7, and 11 ($n = 3$) was assessed with LC-MS/MS. NR metabolism by *S. aureus* was determined with [$^{13}C_1$, $D_1$]-NR and LC-MS (B–H). (B–F) Extracellular concentration of [$^{13}C_1$, $D_1$]-NR, nonlabeled Nam, [$^{13}C_1$]-Nam, nonlabeled $NA$, and [$^{13}C_1$]-NA in Todd-Hewitt + 50 mmol/L Bis-Tris (pH 6.7) media containing 10 μmol/L [$^{13}C_1$, $D_1$]-NR incubated at 37°C without or with *S. aureus* RN3170 inoculation ($n = 3$ for inoculated media). In each panel, the concentration of the metabolite is shown in the noninoculated media ($n = 1$). (G) Intracellular concentration of endogenous or $^{13}C_1$ enriched Nam. (H) Intracellular concentration of endogenous $^{13}C_1$-, or $^{13}C_1$, $D_1$–enriched NAD$^+$ from extracts of *S. aureus* RN3170 cell pellets ($n = 3$/time point). For intracellular measurements, a Holm-Sidak multiple-comparisons post hoc test was performed to test for statistical significance compared with time point zero for each metabolite (B and G). For extracellular measurements, a Holm-Sidak multiple-comparisons test was performed to test for statistical significance compared with noninoculated medium within each time point (C–F and H). Data are represented as means ± SEMs. *$P < 0.05$, **$P < 0.01$, and ***$P < 0.001$. NA, nicotinic acid; Nam, nicotinamide; NR, nicotinamide riboside.



Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

nicotinamide moiety and a $D_1$ in the ribose. Incorporation of NR into the bacterial NAD$^+$ pool would be accompanied by a 2-Da mass shift ($m/z$ 664 → 666), whereas breakdown of NR to nicotinamide or NA would be accompanied by appearance of 1-Da shifts in the peaks of these metabolites and a 1-Da mass shift in bacterial NAD$^+$.

Three individual colonies of *S. aureus* strain RN3170 were cultured separately in Todd-Hewitt media supplemented with 10 μmol [$^{13}C_1$, $D_1$]-NR/L and buffered at pH 6.7 with 50 mmol Bis-Tris/L. The inoculated media and a noninoculated medium control were incubated at 37°C with constant shaking over an 8-h period. Clarified media and cell pellets were collected and analyzed by LC-MS/MS and LC-MS. The pH of the clarified media was also recorded at each time point. The pH consistently remained between 6.5 and 6.7 until between the 6- and 8-h time points, at which time the pH rose to 7.8. As shown in Figure 1B, [$^{13}C_1$, $D_1$]-NR was stable in noninoculated medium over the time course of the experiment. However, *S. aureus* inoculation significantly decreased the concentration of extracellular NR

within 1 h and eliminated the presence of NR as an extracellular metabolite within 4 h. As shown in Figure 1C, singly labeled nicotinamide appeared in growth media within 1 h. As shown in Figure 1D–F, at 4 h, there was a simultaneous rise in singly labeled cellular NAD$^+$, singly labeled cellular nicotinamide, and extracellular NA.

Todd-Hewitt media contain beef heart extract, nicotinamide, and NA (29). As shown in Figure 1G, H, nonlabeled nicotinamide was exhausted within 4 h, whereas the nonlabeled NA slowly declined. Thus, *S. aureus* principally uses NR as an extracellular source of nicotinamide. Consistent with nicotinamide deamination (30–32), *S. aureus* can also degrade NR and nicotinamide to NA. Because NR was eliminated by 4 h and the rise in pH occurred after 6 h, pH-mediated mechanisms cannot be responsible for *S. aureus*–mediated instability.

*NR concentration as a function of organic certification.* Milk with organic certification requires avoidance of synthetic

4 of 7  Trammell et al.

**TABLE 3** NAD⁺ precursor concentrations in commercial cow milk¹

| | Organic | | | | | Conventional | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Brand A | Brand B | Brand C | Brand D | All | Brand A | Brand B | Brand C | Brand D | All |
| Nicotinamide, μmol/L | 2.4 | 7.1 | 5.0 | 7.9 | 5.6 ± 2.5 | 5.6 | 0.67 | 8.9 | 5.4 | 5.2 ± 3.4 |
| NR, μmol/L | 3.1 | 0.84 | 2.2 | 1.4 | 1.9 ± 1.0 | 2.5 | 1.7 | 5.4 | 2.7 | 3.1 ± 1.6 |

¹ Values are expressed as means ± SDs. $n = 4$. NR, nicotinamide riboside.

chemical inputs, irradiation, genetically modified seed, and adherence to certain standards of feed, housing, and breeding (33). Because one or more of these variables could affect NAD⁺ precursor vitamin concentrations in milk, we purchased 4 brands of conventional and 4 brands of organic milk and quantified the NAD⁺ metabolome. As observed in milk samples from individual cows, only nicotinamide and NR were above the limit of quantification (Table 3). In 3 of 4 conventional samples and 3 of 4 organic samples, the concentration of nicotinamide exceeded that of NR. Moreover, the concentration of nicotinamide was similar in conventional (5.2 ± 3.4 μmol/L) and organic (5.6 ± 2.5 μmol/L) milk. In the samples we obtained, NR tended to have a higher concentration in conventional (3.1 ± 1.6 μmol/L) compared with organic (1.9 ± 1.0 μmol/L) milk. We note that only one brand of store-bought milk had a combined NAD⁺ precursor vitamin concentration (8.9 μmol nicotinamide/L plus 5.4 μmol NR/L) that was higher than the mean of *S. aureus*–negative individual cow samples (7.7 μmol nicotinamide/L plus 5.1 μmol NR/L). NR concentration may be lower as a function of organic dairy practices, but sample sizes were too small for adequate assessment. Future work following NR concentration before and after processing in conventional and organic dairies will be necessary to assess NR concentration as a function of dairy practices.

*NR is a bound metabolite in cow milk.* Although a higher level of *S. aureus* infection in organic milk production (32)

could potentially account for lower concentrations of NR in organic milk, there was no change in nicotinamide and no appearance of NA that would be consistent with bacterial exposure. As shown in Figure 1, NR is more stable in milk than in water, suggesting that the metabolite might be complexed to a protective factor.

Organic dairies frequently ultrapasteurize milk at 135°C for 2 s, whereas most conventional dairies pasteurize at 72°C for 15 s (34). Although ultrapasteurization is employed to kill bacterial spores, it might damage a macromolecule responsible for the stabilization of NR. WaterLOGSY NMR measurements were used to detect and map protons in NR (Figure 2A, E) that are potentially bound by slower rotating macromolecules in milk (20, 21). As shown in Figure 2B and 2F, when NR was added to conventional or organic skim milk, 4 aromatic protons (H2, H4, H5, and H6) from the nicotinamide moiety of NR produced positive WaterLOGSY signals consistent with protein binding from both sources of milk. Interestingly, when conventional and organic milk were separated into soluble and resuspended particulate fractions, the conventional soluble fraction retained more NR-binding activity than did the organic soluble fraction (Figure 2C and 2G). Consistent with denaturation of an NR-binding protein by heat, the solubilized organic particulate fraction produced stronger NR Water-LOGSY signals than did the solubilized conventional particulate fraction (Figure 2D and 2H).

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

IN THE JOURNAL OF NUTRITION



**FIGURE 2** NR binding to milk demonstrated by NMR. Organic and conventional skim milk was separated into soluble and resuspended particulate fractions. NR was added to the nonfractionated milk and to the fractions. NR binding was analyzed with NMR as described. (A, E) Normal 1-dimensional ¹H NMR spectra of NR. (B–D, F–H) WaterLOGSY spectra of NR in the presence of milk. (A) NR alone. (B) NR + total conventional milk. (C) NR + conventional milk (soluble fraction). (D) NR + conventional milk (particulate fraction). (E) NR alone. (F) NR + total organic milk. (G) NR + organic milk (soluble fraction). (H) NR + organic milk (particulate fraction). The assigned ¹H resonances of the nicotinamide ring aromatic protons are labeled. ¹H, proton; NR, nicotinamide riboside; ppm, parts per million; WaterLOGSY, water-ligand observed via gradient spectroscopy.

Nicotinamide riboside concentrations in cow milk    5 of 7

**Elysium Health Exhibit 1007**
**Page 5 of 7**
ELY_DEL0000559

## Discussion

The data presented in this article show that ~60% of the NAD⁺ precursor vitamin concentration of cow milk is present as nicotinamide, whereas ~40% is present as NR. Although we occasionally detected cow milk samples with higher concentrations of NR than nicotinamide, we did not detect NAD⁺, NA, or any other NAD⁺ metabolite in any sample. In samples from individual cows, the presence of *S. aureus*, the most common cause of cattle mastitis (35, 36), was associated with lower concentrations of NR and nicotinamide. We also showed that *S. aureus* degraded NR into nicotinamide and NA and used the nicotinamide as a precursor of intracellular NAD⁺. These data are consistent with the ability of *S. aureus* to use either nicotinamide or NA for NAD⁺ synthesis (37) with nicotinamide utilization requiring deamination to NA (30–32).

Multiple aspects of cow nutrition are expected to contribute to concentrations of nicotinamide and NR in milk. In particular, feeding of herds with nicotinamide and NA (38, 39) is likely to produce cows that transmit higher concentrations of nicotinamide and NR into milk. In addition, it will be interesting to determine whether NR is actively transported by mammary glands (40).

Although PP factors in food include NAD⁺, NAD⁺ precursors, and tryptophan, high doses of NR appear to have some protective activities for metabolic and neurodegenerative conditions. The ability of milk to bind and preserve the integrity of NR makes dairy products potentially good sources of supplemented NR. Further research is needed to maximize NR concentration of conventional and organic milk and to identify the molecular basis of NR binding to milk.

### Acknowledgments

We thank Leo I Timms at Iowa State University for individual milk samples, Patrick M Schlievert for the *S. aureus* strain, and Fiorenza Ianzini for assistance in manuscript preparation. SAJT and CB designed the research, analyzed the results, and wrote the manuscript; SAJT performed the LC-MS with heavy standards synthesized by PR and MEM; and LY performed the NMR measurements. All authors read and approved the final manuscript.

### References

1. Goldberger J, Waring CH, Willets DG. The treatment and prevention of pellagra. Public Health Reports (1896–1970) 1914;29:2821–5.
2. Koehn CJ, Elvehjem CA. Further studies on the concentration of the antipellagra factor. J Biol Chem 1937;118:693–9.
3. Spies TD, Bean WB, Ashe WF. Recent advances in the treatment of pellagra and associated deficiencies. Ann Intern Med 1939;12:1830–44.
4. Krehl WA, Teply LJ, Sarma PS, Elvehjem CA. Growth-retarding effect of corn in nicotinic acid–low rations and its counteraction by tryptophane. Science 1945;101:489–90.
5. Bogan KL, Brenner C. Nicotinic acid, nicotinamide, and nicotinamide riboside: a molecular evaluation of NAD+ precursor vitamins in human nutrition. Annu Rev Nutr 2008;28:115–30.
6. Oduho GW, Baker DH. Quantitative efficacy of niacin sources for chicks: nicotinic acid, nicotinamide, NAD and tryptophan. J Nutr 1993;123:2201–6.
7. Belenky P, Bogan KL, Brenner C. NAD+ metabolism in health and disease. Trends Biochem Sci 2007;32:12–9.
8. Mori V, Amici A, Mazzola F, Di Stefano M, Conforti L, Magni G, Ruggieri S, Raffaelli N, Orsomando G. Metabolic profiling of alternative NAD biosynthetic routes in mouse tissues. PLoS One 2014;9:e113939.
9. Krehl WA, de la Huerga J, Elvehjem CA, Hart EB. The distribution of niacinamide and niacin in natural materials. J Biol Chem 1946;166:53–7.
10. Sutton TS, Esh GC. The nutrition of the newborn dairy calf: I. Changes in the tryptophan content of the blood plasma following birth and the ingestion of colostrum. J Dairy Sci 1947;31:183–7.
11. Bieganowski P, Brenner C. Discoveries of nicotinamide riboside as a nutrient and conserved NRK genes establish a Preiss-Handler independent route to NAD+ in fungi and humans. Cell 2004;117:495–502.
12. Belenky P, Racette FG, Bogan KL, McClure JM, Smith JS, Brenner C. Nicotinamide riboside promotes Sir2 silencing and extends lifespan via Nrk and Urh1/Pnp1/Meu1 pathways to NAD+. Cell 2007;129:473–84.
13. Cantó C, Houtkooper RH, Pirinen E, Youn DY, Oosterveer MH, Cen Y, Fernandez-Marcos PJ, Yamamoto H, Andreux PA, Cettour-Rose P, et al. The NAD(+) precursor nicotinamide riboside enhances oxidative metabolism and protects against high-fat diet-induced obesity. Cell Metab 2012;15:838–47.
14. Khan NA, Auranen M, Paetau I, Pirinen E, Euro L, Forsstrom S, Pasila L, Velagapudi V, Carroll CJ, Auwerx J, et al. Effective treatment of mitochondrial myopathy by nicotinamide riboside, a vitamin B3. EMBO Mol Med 2014;6:721–31.
15. Gariani K, Menzies KJ, Ryu D, Wegner CJ, Wang X, Ropelle ER, Moullan N, Zhang H, Perino A, Lemos V, et al. Eliciting the mitochondrial unfolded protein response via NAD+ repletion reverses fatty liver disease. Hepatology 2015 Sept 24 (Epub ahead of print; DOI: ).
16. Xu W, Barrientos T, Mao L, Rockman Howard A, Sauve Anthony A, Andrews Nancy C. Lethal cardiomyopathy in mice lacking transferrin receptor in the heart. Cell Rep 2015;13:533–45.
17. Gong B, Pan Y, Vempati P, Zhao W, Knable L, Ho L, Wang J, Sastre M, Ono K, Sauve AA, et al. Nicotinamide riboside restores cognition through an upregulation of proliferator-activated receptor-gamma coactivator 1alpha regulated beta-secretase 1 degradation and mitochondrial gene expression in Alzheimer's mouse models. Neurobiol Aging 2013;34:1581–8.
18. Brown KD, Maqsood S, Huang JY, Pan Y, Harkcom W, Li W, Sauve A, Verdin E, Jaffrey SR. Activation of SIRT3 by the NAD(+) precursor nicotinamide riboside protects from noise-induced hearing loss. Cell Metab 2014;20:1059–68.
19. Trammell SA, Brenner C. Targeted, LCMS-based metabolomics for quantitative measurement of NAD+ metabolites. Comput Struct Biotechnol J 2013;4:e201301012.
20. Dalvit C, Fogliatto G, Stewart A, Veronesi M, Stockman B. Water-LOGSY as a method for primary NMR screening: practical aspects and range of applicability. J Biomol NMR 2001;21:349–59.
21. Dalvit C, Pevarello P, Tatò M, Veronesi M, Vulpetti A, Sundström M. Identification of compounds with binding affinity to proteins via magnetization transfer from bulk water. J Biomol NMR 2000;18:65–8.
22. Delaglio F, Grzesiek S, Vuister G, Zhu G, Pfeifer J, Bax A. NMRPipe: a multidimensional spectral processing system based on UNIX pipes. J Biomol NMR 1995;6:277–93.
23. Johnson BA, Blevins R. NMR View: a computer program for the visualization and analysis of NMR data. J Biomol NMR 1994;4:603–14.
24. Yang T, Chan NY, Sauve AA. Syntheses of nicotinamide riboside and derivatives: effective agents for increasing nicotinamide adenine dinucleotide concentrations in mammalian cells. J Med Chem 2007;50:6458–61.
25. Thurmond MC, Tyler JW, Luiz DM, Holmberg CA, Picanso JP. The effect of pre-enrichment on recovery of *Streptococcus agalactiae*, *Staphylococcus aureus* and mycoplasma from bovine milk. Epidemiol Infect 1989;103:465–74.
26. Maass S, Sievers S, Zuhlke D, Kuzinski J, Sappa PK, Muntel J, Hessling B, Bernhardt J, Sietmann R, Volker U, et al. Efficient, global-scale quantification of absolute protein amounts by integration of targeted mass spectrometry and two-dimensional gel-based proteomics. Anal Chem 2011;83:2677–84.
27. Rasigade JP, Moulay A, Lhoste Y, Tristan A, Bes M, Vandenesch F, Etienne J, Lina G, Laurent F, Dumitrescu O. Impact of sub-inhibitory antibiotics on fibronectin-mediated host cell adhesion and invasion by *Staphylococcus aureus*. BMC Microbiol 2011;11:263.
28. Motulsky HJ, Brown RE. Detecting outliers when fitting data with nonlinear regression—a new method based on robust nonlinear regression and the false discovery rate. BMC Bioinformatics 2006;7:123.
29. Todd EW, Hewitt LF. A new culture medium for the production of antigenic streptococcal haemolysin. J Pathol Bacteriol 1932;35:973–4.

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

Elysium Health Exhibit 1007
Page 6 of 7

ELY_DEL0000560

JN THE JOURNAL OF NUTRITION

30. Bieganowski P, Brenner C. The reported human NADsyn2 is ammonia-dependent NAD synthetase from a pseudomonad. J Biol Chem 2003;278:33056–9.

31. Gazzaniga F, Stebbins R, Chang SZ, McPeek MA, Brenner C. Microbial NAD metabolism: lessons from comparative genomics. Microbiol Mol Biol Rev 2009;73:529–41.

32. Sorci L, Blaby IK, Rodionova IA, De Ingeniis J, Tkachenko S, de Crecy-Lagard V, Osterman AL. Quinolinate salvage and insights for targeting NAD biosynthesis in group A streptococci. J Bacteriol 2013;195:726–32.

33. USDA. National Organic Program [Internet]. [cited 2016 Jan 3]. Available from: http://www.ams.usda.gov/about-ams/programs-offices/national-organic-program.

34. Cappozzo JC, Koutchma T, Barnes G. Chemical characterization of milk after treatment with thermal (HTST and UHT) and nonthermal (turbulent flow ultraviolet) processing technologies. J Dairy Sci 2015;98:5068–79.

35. Ruegg P. Management of mastitis on organic and conventional dairy farms. J Anim Sci 2009;87(Suppl):43–55.

36. Cicconi-Hogan KM, Gamroth M, Richert R, Ruegg PL, Stiglbauer KE, Schukken YH. Associations of risk factors with somatic cell count in bulk tank milk on organic and conventional dairy farms in the United States. J Dairy Sci 2013;96:3689–702.

37. Knight BC. The nutrition of Staphylococcus aureus: the activities of nicotinamide, aneurin (vitamin B(1)) and related compounds. Biochem J 1937;31:966–73.

38. Jaster EH, Ward NE. Supplemental nicotinic acid or nicotinamide for lactating dairy cows. J Dairy Sci 1990;73:2880–7.

39. Cervantes A, Smith TR, Young JW. Effects of nicotinamide on milk composition and production in dairy cows fed supplemental fat. J Dairy Sci 1996;79:105–13.

40. Shennan DB, Peaker M. Transport of milk constituents by the mammary gland. Physiol Rev 2000;80:925–51.

Downloaded from jn.nutrition.org at UNIVERSITY OF IOWA LIBRARIES on April 13, 2016

JN THE JOURNAL OF NUTRITION

The author has requested enhancement of the downloaded file. All in-text references underlined in blue are linked to publications on ResearchGate.

Elysium Health Exhibit 1007
Page 7 of 7
ELY_DEL0000561

# EXHIBIT M

**TRU NIAGEN**     Products   Science   News   Blog   About   Login   🛒 0   ( **REFER** )   SHOP NOW



# What Does "Nature-Identical" Mean?

Imagine two molecules. One molecule exists in the natural world. The other is made in a lab. There is no structural or chemical difference between the two. Under a microscope and in the body, they look and behave the same, despite their contrasting origins.

When a man-made molecule structurally mirrors a naturally occurring molecule, it is referred to as "nature-identical."

## Why are nature-identical compounds important?

Our cells can do it all— repair, rebuild, defend, and energize. They're our smallest, hardest working parts.

Surprisingly, our cells are also a bit naive. While cells' nuclei act as command centers, cells are guided by biological signals rather than a formal consciousness.

Cells can't tell the difference between a natural molecule and its man-made doppelganger.

However, scientists have extensive experience with naturally-occurring nutrients. They understand the risks, benefits, and chemistry that defines these molecules. They understand how the human body typically responds. And they can use this knowledge to amplify the power of a natural molecule.

ELY_DEL0036883

**TRU NIAGEN**

The potential of nature-identical substrates can be of enormous benefit to your health. Creating a nature-identical molecule can make a nutrient or vitamin more easily obtainable.

Products   Science   News   Blog   About   Login

( REFER )    SHOP NOW

## Natural and nature-identical sources of nutrients.

The human body rarely produces micronutrients in ideal quantities. A nutrient must often be obtained externally (as food or a supplement) to achieve adequate levels. Commercial vitamins and supplements are typically nature-identical molecules that help to provide the sufficient quantity of a nutrient your body needs.

Take vitamin C, for example. "Humans, unlike most animals, are unable to synthesize vitamin C endogenously" (within their own bodies). Vitamin C is a vital dietary component for immune function and protein metabolism. It is widely used and is available in dietary supplements and in foods like oranges, strawberries, and broccoli. Your cells, and your body at large, uses nature-identical and citrus-sourced vitamin C in the exact same way.

Some nutrients can be more challenging to obtain solely through organic material.

Nicotinamide riboside is an example of a naturally-occurring nutrient whose nature-identical form may offer a unique convenience.

Nicotinamide riboside is a form of vitamin B3. This molecule increases the production of NAD+ in all cells. Your mitochondria, the powerhouses within each cell, use NAD+ to generate the energy that powers cellular function and repair. Every cell needs NAD+ to perform properly, and as natural NAD+ production declines with age, our energy and functions experience the same slow-down.

Nicotinamide riboside is naturally present in milk (and avocados to a lesser extent). To receive an ideal serving of nicotinamide riboside from purely natural sources, you would have to drink more than 1000 glasses of milk per day.

This quota would be difficult to achieve. Also, for lactose-intolerant consumers, even a single glass of milk can be unpleasant. Fortunately, nicotinamide riboside is commercially available for the consumer in a nature-identical form called Niagen®. A single, 300mg serving of Niagen® provides a sufficient daily value of nicotinamide riboside for any adult.

## Doesn't nature-identical just mean synthetic?

Nature-identical molecules are synthesized in a laboratory and are created by scientists. Yet nature-identical is not a perfect synonym for synthetic.

While molecules like Niagen® are synthesized, they are identical chemical replicas of a naturally-occurring molecule. The same is true for the most popular nutrients on the market, like vitamin C and vitamin E.

However, new molecules can be created without using an existing ingredient as a guide.

**TRU NIAGEN** 

Whether a synthetic molecule is nature-identical depends on the process involved in its creation.

Products    Science    News    Blog    About    Login    🛒 0    ( REFER )    SHOP NOW

# Are synthetics unhealthy?

Synthetic molecules are not inherently unhealthy.

Many of the health products we rely on are synthetic, from vitamins to medications, to sports products.

In fact, most medications are entirely synthetic. When you reach for an over-the-counter painkiller like acetaminophen or ibuprofen, you are easing symptoms with a man-made product.

The safety of a product will depend on the characteristics of the substance. A question you need to ask yourself as you shop: "Is this molecule's compatibility with my health fostered by rigorous science?"

Clinical testing, quality control, and good manufacturing practices all lower the margins of error on a health product.

Synthetic is a neutral term. Whether a synthetic ingredient is healthy or unhealthy depends on the characteristics of the ingredient, the manufacturing process, and the unique needs of the consumer. Synthetic molecules can be genuinely beneficial, as long as they are scientifically validated.

# How do nature-identical molecules benefit me?

Used correctly, nature-identical ingredients can add another line of support to your health routine.

To get the most out of your nutrients, increase your consumption of vitamin-rich whole foods. Where further aid is needed, opt for a nature-identical supplement to fill in nutritional gaps. Natural and synthetic micronutrients can work together to give your system the best support.

When it comes to your health, always trust expert information, and remain curious about your unique nutritional needs.

Ultimately, nature-identical substances contribute to the accessibility of good health.

## Related Posts




ELY_DEL0036885

**TRU NIAGEN**

Products    Science    News    Blog    About    Login    🛒 0    (REFER)    SHOP NOW

## Is Nicotinamide Riboside Safe?

Nicotinamide riboside comes in many forms. Learn which types to trust and why.

**Explore**

## Micronutrient vs. Macronutrient vs. Cellular Nutrient

Macronutrients and micronutrients are the pillars of nutrition. But what are cellular nutrients? Find out the differences between these three forms.

**Explore**

## What Is a Dietary Supplement?

What are supplements made of? Discover the different kinds of ingredients that make a supplement today.

**Explore**

| Products | Company | Resources | Support | Subscribe |
|---|---|---|---|---|
| 150mg | About | Blog | Contact | |
| 300mg | News | Practitioners | FAQs | Enter your email address ◄ |
| Stick Packs | Patents | Affiliates | International | |
| Retail Locations | ChromaDex | Unauthorized NR | My Account | Join Our Newsletter To Stay Up To Date On Features And Releases |

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

© 2021 ChromaDex, Inc. All Rights Reserved.

& > ☐ Accessibility    Privacy    Terms    Disclaimer    Cookies

○ Chat

# EXHIBIT N

TruNiagen® for Mother and Child

January 2019

CDXDE_000057017

Exhibit
0141



# TruNiagen is GRAS, Found Naturally in Milk



| Metabolome, μmol/L | Total (n = 18) | S. aureus negative (n = 12) | S. aureus positive (n = 6) |
|---|---|---|---|
| Nicotinamide | 7.3 ± 1.5[2] | 7.7 ± 1.2 | 6.4 ± 1.7 |
| NR | 4.3 ± 2.6 | 5.1 ± 2.6 | 2.7 ± 1.9 |
| NA | <1.0 | <1.0 | <1.0 |
| NMN | <0.4 | <0.4 | <0.4 |
| NAD+ | <0.08 | <0.08 | <0.08 |
| NAR | <0.04 | <0.04 | <0.04 |
| NAD(P)+ | <0.02 | <0.02 | <0.02 |
| NAAD | <0.01 | <0.01 | <0.01 |

[1] NA, nicotinic acid; NAAD, nicotinic acid adenine dinucleotide; NAR, nicotinic acid riboside; NMN, nicotinamide mononucleotide; NR, nicotinamide riboside.
[2] Mean ± SD (all such values).

Trammell *et al* 2016 J Nutrition

| | Organic | | | | | Conventional | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Brand A | Brand B | Brand C | Brand D | All | Brand A | Brand B | Brand C | Brand D | All |
| Nicotinamide, μmol/L | 2.4 | 7.1 | 5.0 | 7.9 | 5.6 ± 2.5 | 5.6 | 0.67 | 8.9 | 5.4 | 5.2 ± 3.4 |
| NR, μmol/L | 3.1 | 0.84 | 2.2 | 1.4 | 1.9 ± 1.0 | 2.5 | 1.7 | 5.4 | 2.7 | 3.1 ± 1.6 |

[1] Values are expressed as means ± SDs, n = 4. NR, nicotinamide riboside.

NR is Also Present in Human Breast Milk (Unpublished Data)

9

CDXDE_000057025

# EXHIBIT O

## Small Molecule Production Questionnaire

**Date:**                          **August 13, 2005**

**Principal Investigator:**        **Charles Brenner**

**Project Title:**        **Protective Targeting of Sirt1 in the Peripheral Nervous System: Synthesis, Formulation and Pre-clinical Dosing of Nicotinamide Riboside as an Agent to Ameliorate Chemotherapy-Induced Neuropathy**

**Institution/Affiliation:**       **Dartmouth Medical School**

**Address:**                       **Norris Cotton Cancer Center**
                                   **Rubin 733—HB7937**
                                   **Lebanon, NH 03756**
**Phone Number:**                  **603-653-9922**

**Published Literature:**

Discovery of nicotinamide riboside as "V Factor" in blood, supporting growth of *Haemophilus influenza*:

Gingrich, W. and Schlenk, F.  1944.  Codehydrogenase I and other pyridinium compounds as V factor for Haemophilus influenzae and Haemophilus parainfluenzae.  *J. Bact.* **47**: 535-550.

Discovery of the nicotinamide riboside pathway in eukaryotes:

Bieganowski, P. and Brenner, C. 2004. Discoveries of nicotinamide riboside as a nutrient and conserved *NRK* genes establish a Preiss-Handler independent route to NAD+ in fungi and humans. *Cell* **117**: 495-502.

NAD and NAD biosynthesis as protective agents against vincristine-induced axonopathy:

Araki, T., Sasaki, Y., and Milbrandt, J. 2004. Increased nuclear NAD biosynthesis and *SIRT1* activation prevent axonal degeneration. *Science* **305**: 1010-1013.

Efficient synthesis of nicotinamide riboside:

Franchetti, P., Pasqualini, M., Petrelli, R., Ricciutelli, M., Vita, P., and Cappellacci, L. 2004. Stereoselective synthesis of nicotinamide beta-riboside and nucleoside analogs. *Bioorg Med Chem Lett* **14**: 4655-4658.

**Exhibit 0040**

BRENNER_000022837

1. Provide the Chemical Structure of the development candidate.



**(1)** nicotinamide beta-riboside
molecular weight 255.25
Pubchem 940, CAS Number 1341-23-7

2. Estimate the amount of small molecule required:
   a. For preclinical tasks included in the application <u>50 grams</u>.

   b. For clinical studies (if this level of support is requested). Estimate should be based on dose, schedule, # of patients, and duration of treatment. <u>Support for clinical studies has not been requested.</u>

3. If the small molecule is a natural product, give the details of collection procedures, location, and details on purification of crude material. <mark>The compound is a natural product that we have found in bovine milk at ~10 µM.</mark> Thus, purification of 50 grams of nicotinamide riboside from 25,000 liters of milk would be impractical. It has been asserted that bovine milk, essentially a quasi-industrial product, is a poor source of compounds that had not previously been detected and selected for and that there may be milk sources that are 10-100 times richer in nicotinamide riboside. While this would change the economics of extraction from a natural source versus synthesis, the search for better natural sources of nicotinamide riboside is not part of this request.

4. What is the estimated cost of collecting and purifying sufficient material for the tasks proposed in your application? <u>Not applicable.</u>

BRENNER_000022838

5.  If the small molecule is a synthetic compound, provide the complete synthetic procedure including copies of notebook pages. The following are details of Palmarisa Franchetti's published procedure:

**N-(2, 3, 5- Tri-*O*-benzoyl-β-D-ribofuranosyl-3-aminocarbonyl)pyridinium triflate (5).** To a stirred suspension of nicotinamide (**2**) (3.28 mmol, dried at 80°C for 12 h) in HMDS (54 mL), TMSCl (6.56 mmol) was added and the resulting mixture was refluxed for 5 h. Evaporation of the solvent gave the crude silylated compound **3**. 1-*O*-acetyl-2,3,5-tri-*O*-benzoyl-β-D-ribofuranose (**4**, 3.28 mmol) and then TMSOTf (4.26 mmol) were added dropwise to a solution of **3** in dry 1,2-dichloroethane (60 mL). The reaction mixture was heated at 45 °C for 2 h. The solvent was removed *in vacuo* to provide a residue which was dissolved in EtOAc and washed with saturated NaHCO3 (3 x 10 mL). The organic layers dried over anhydrous Na2SO4 were evaporated to dryness to give **5** as a white solid (2.2 g, 93%).

**β-Nicotinamide riboside (1).**
**5** (0.88 mmol) in methanolic ammonia (20 mL) was stirred at -5 °C for 24 h. The solvent was removed *in vacuo*, and the resulting oil was purified by chromatography on activated charcoal (Darco,12-20 mesh) eluting with water to 10% methanol. The obtained oil was washed with methanol to obtain **1** as a white foam.



6.  Please provide all available information on solubility of the small molecule. Greater than 100 mM in water. The triflate salt of the tribenzyl compound (5) is also highly soluble in water.

7.  Please provide all available information on the stability of the small molecule in storage and in solution. The small molecule is stable in phosphate buffer at -20 °C for months. The molecule can be detected in milk that has been homogenized, Pasteurized, defatted, shipped, etc. Additionally, we know that nicotinamide riboside is stable in blood because the compound was first described as "Factor V" from blood that supports growth of *Haemophilus influenza*, an organism that cannot make NAD from nicotinamide, nicotinic acid, or *de novo*.

8. Please provide all available information on the safe handling of the small molecule including known toxicities. If you have handled milk, you have handled nicotinamide riboside.

9. Please provide analytical data for identity and purity of the small molecule used in your biological assays.

In our laboratory, we purify and characterize by retention time on HPLC (2.86 min) and electrospray MS (255.2 Da). We then evaluate the activity of the compound by adding it at 10 μM to synthetic dextrose complete + 5-fluoro-orotic acid yeast plates. As first shown in *Cell* **117** (2004), pp. 495-502, nicotinamide riboside allows loss of the NAD synthetase gene (scored as 5-fluoro-orotic acid resistance) in a strain containing, but not deleted for, the nicotinamide riboside kinase gene. In addition, Palmarisa Franchetti has published the following TLC, proton and $^{13}$C NMR data.

TLC (BuOH/H2O/AcOH, 5:3:2) Rf = 0.38.

$^1$H NMR (300 MHz DMSO-d6): d (ppm) 3.60–3.80 (double q, J = 12.2 Hz, 2H, H5 0), 4.10 (m, 1H, H3 0), 4.20–4.35 (m, 1H, H4 0 , H2 0), 5.40 (t, J = 4.4 Hz, 1H, OH), 5.50 (d, J = 5.1 Hz, 1H, OH), 5.90 (d, J = 5.9 Hz, 1H, OH), 6.18 (d, J = 4.4 Hz, 1H, H1 0), 8.20 (br s, 1H, NH), 8.35 (t, J = 7.1 Hz, 1H, H5), 8.60 (br s, 1H, NH), 9.0 (d, J = 8.4 Hz, 1H, H4), 9.35 (d, J = 6.2 Hz, 1H, H6), 9.55 (s, 1H, H2).

$^1$H NMR (300 MHz D$_2$O): d (ppm) 3.75 (dd, J = 3.6, 12.8 Hz, 1H, H5 0), 3.90 (dd, J = 2.9, 13.2 Hz, 1H, H5 0), 4.20 (t, J = 4.6 Hz, 1H, H3 0), 4.25–4.40 (m, 2H, H2 0 , H4 0), 6.08 (d, J = 4.2 Hz, 1H, H1 0), 8.10 (dd, J = 6.2, 8.0 Hz, 1H, H5), 8.80 (d, J = 7.7 Hz, 1H, H4), 9.10 (d, J = 5.9 Hz, 1H, H6), 9.45 (s, 1H, H2).

$^{13}$C NMR (300 MHz D2O): d (ppm) 60.35 (C5 0), 69.91 (C3 0), 77.61 (C2 0), 87.80 (C4 0), 100.10 (C1 0), 128.59 (C5), 134.10 (C3), 140.53 (C2), 142.78 (C6), 145.81 (C4).

10. What is the greatest amount of material produced in your laboratory in a single batch? 2 grams

11. How much of the small molecule can you provide as a reference standard? Gram amounts.

12. If required, what quantity of material can you supply as bulk drug for preclinical pharmacology and toxicology studies? We can provide gram amounts as a reference for toxicology.

13. What is the anticipated route of administration for preclinical in vivo studies? This remains to be determined but, as the compound is in milk, we expect it to be orally available.

BRENNER_000022840

14. What is the anticipated route of administration for clinical studies? This remains to be determined but, as the compound is in milk, we expect it to be orally available.

15. Are there commercial sources of the small molecule?  If yes, provide details. No.

16. Have attempts been made to develop a clinically acceptable formulation for the drug candidate?  If yes, provide details of the formulations developed.  No.

17. Have attempts been made to develop an assay to measure drug levels in a relevant human fluid? If yes, provide details. Not yet.

BRENNER_000022841

# EXHIBIT P

Case 1:18-cv-01434-CFC-JLH   Document 231   Filed 05/04/21   Page 197 of 199 PageID #:
Case 8:16-cv-02277-CJC-DFM   Document 69-2   Filed 11/20/17   Page 1 of 21   Page ID
#:1392

Seeking Alpha$^{\alpha}$

# ChromaDex's (CDXC) CEO Frank Jaksch on Q1 2017 Results - Earnings Call Transcript

May 11, 2017 9:51 PM ET3 comments
by: SA Transcripts

Q1: 05-08-17 Earnings Summary

| SEC | *10-Q* | $\alpha$ | *News* |

EPS of $-0.05 misses by $-0.06 | Revenue of $4.45M (- 39.3% Y/Y) misses by $-3.55M

ChromaDex Inc. (NASDAQ:CDXC)

Q1 2017 Results Earnings Conference Call

May 11, 2017, 04:30 PM ET

**Executives**

Andrew Johnson - Director of IR

Frank Jaksch - CEO

Rob Fried - President, Chief Strategy Officer

Tom Varvaro - CFO

**Analysts**

Jeffrey Cohen - Ladenburg Thalmann

Bill Dezellem - Tieton Capital Management

Howard Horberg - Horberg Enterprises

Michael Kay - Kay Associates

Brant Snelson - Private Investor

**Operator**

Ladies and gentlemen thank you for standing by and welcome to the ChromaDex
Corporation's First Quarter 2017 Earnings Conference Call. My name is Karen, and I'll be
the conference operator today.

Cieslak Decl. Page002

**Exhibit
0142**

CONFIDENTIAL

CDXDE_000038390

Case 1:18-cv-01434-CFC-JLH Document 231 Filed 05/04/21 Page 198 of 199 PageID #:
Case 8:16-cv-02277-CJC-DFM Document 269 Filed 11/20/17 Page 17 of 21 Page ID
#:1408

**Frank Jaksch**

I mean, I can – Rob answer the question in one of the previous ones, is that we're currently evaluating whether you know, whether we're going to work with other parties and we're not prepared to comment quite yet on exactly what we're going to do, but we are going to look at those other relationships as we move forward with our own strategy. Rob, do you have anything to add to that?

**Rob Fried**

I don't. I know that...

**Michael Kay**

You know, I think this should be thought out very carefully because you know the company had a very bad experience when they tried to get into the retail business a few years ago and that turned out to be you know, a virtual disaster.

And one of the advantages of allowing a large number of companies to market and sell NIAGEN in various a loner and various combinations is that they then incur - they pay for a great deal of publicity about the product. You know, you could read about it in magazines in their literature.

And the other concern is, right now I paid $44 for the TRU NIAGEN, I think it was 60. And that's quite expensive, especially since you know, people really need to get 250 or even 500 milligrams to get an effect that seems, you know, what the studies indicate. So aren't you going to - isn't the price going to be exceedingly high limiting the number of people that could purchase NIAGEN, if you only - if you have a monopoly on it?

**Rob Fried**

This is Rob. Frank, do you like me to address...

**Frank Jaksch**

Yes, go ahead.

**Rob Fried**

This is also in response to some of perhaps your previous questions, which is science has understood the importance of nicotinamide adenine di-nucleotide for many, many decades. We understand that that is probably the most important metabolite in our body.

Cieslak Decl. Page018

CONFIDENTIAL

Case 1:18-cv-01434-CFC-JLH Document 231 Filed 05/04/21 Page 199 of 199 PageID #:
Case 8:16-cv-02277-CJC-DFM Document 27200 Filed 11/20/17 Page 18 of 21 Page ID
#:1409
And we understand the importance of increased ATP energy levels and its impact on helping the body to heal mutations and diseases and stress conditions related to energy metabolism. When you add all those things up it tends to flatter up all the conditions that we associate with age.

Combine that with the fact that ChromaDex has put a very, very strong patent portfolio together around nicotinamide riboside and it represents an opportunity that's not big, it's extremely big because you have a compound here that has an impact on the way we age, that we can perhaps be helpful to the general public and general public as they grow older and losing less of the function that we tend to associate with age, and that's an important public good. But it also represents a very, very, very significant opportunity.

If we have 170 million people presently buying supplements in America and who knows the actual number worldwide, there is a percentage of that community that would be interested in a safe compound which is derived from milk. Look the thing that moms get to their kids milk, the elixir that has exist in a high concentration in human vestigial [ph] There is a percentage of the population that would be interested in taking that compound, it has a positive effect.

The market opportunity is not a market opportunity, one thing compared to pterostilbene. The market opportunity is quite, quite significant and it's just about managing it properly. We are appreciative of those retail customers with whom we work, who do a good job, who represent the science properly, whose distribution clients is responsible or able to price it appropriately, generate a profit who are healthy well-run companies.

And we are open to having conversations with those, presently though there are too many companies misrepresenting the science, misrepresenting the benefits and presenting it in a manner that makes the ingredient look more common than indeed it is. It's a very rare and unique compound, a very rare and unique opportunity. We are going to price it in a way that is consumer friendly but not inexpensive. That's my answer to your question, I hope it's helpful.

### Michael Kay

Well, it's somewhat helpful, but I guess time will tell. Because you know, we'll see what happens. I hope things turn out well for consumers, as well as for the company of course.

### Operator

Thank you. And our final question for today comes from the line of Brant Snelson, a Private Investor.

Cieslak Decl. Page019

CONFIDENTIAL

CDXDE_000038407