IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | **REDACTED PUBLIC VERSION** |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 18-1434-CFC |
| ELYSIUM HEALTH, INC., | ) ) | |
| Defendant. | ) ) ) | |

**ELYSIUM HEALTH'S STATEMENT OF FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT (NO 2.) OF NON-INFRINGEMENT OF CLAIM 2 OF EACH ASSERTED PATENT**

*Of Counsel:*

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Marco J. Quina
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210
Phone: (617) 832-1000

Dated: April 27, 2021

ASHBY & GEDDES
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

{01683162;v1 }

Pursuant to Paragraph 20 of the Scheduling Order (D.I. 40), Defendant Elysium Health, Inc. submits the following concise statement of material facts in support of its motion for summary judgment of non-infringement of each asserted patent's claim 2.

***

1. **Since the termination of the supply agreement between ChromaDex and Elysium,** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓.

Ex. H[1] (Sobol Opening Rpt.) at ¶ 40.

2. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Ex. H (Sobol Opening Rpt.) at ¶ 42; Ex. G (Adams Rebuttal Report) at ¶ 30; *Id.* at ¶¶ 31-40; Ex. L (ELY_DEL0017823) at ELY_DEL0017829-33;

3. **The specification of the patents cite to a paper by Tanimori as exemplifying "chemical synthesis" of NR.**

---

[1] Exhibits referenced herein are attached to the Declaration of Marco J. Quina, filed contemporaneously herewith.

Ex. A ('807 patent) at 28:58-63; Ex. B ('086 patent) at 28:16-21.

**4. Tanimori discloses chemical syntheses of NR.**

Ex. D (Tanimori[2]); Ex. A ('807 patent) at 28:58-63; Ex. B ('086 patent) at 28:16-21; Ex. E (Larsen Tr.) at 154-56; Ex. F (Sobol Tr.) at 126-27.

**5. Scheme 1 of Tanimori employs a three-step process to chemically synthesize NR: (1) formation of nicotinamide riboside triacetate; (2) replacement of the acetate groups in nicotinamide riboside triacetate with hydrogen atoms to form NR; and (3) removal of impurities to obtain the synthesized NR product.**

Ex. D (Tanimori) at ELY_DEL0000584.  Ex. E (Larsen Tr.) at 155-64.

**6. The chemically synthesized NR of Tanimori is the result Tanimori obtains after Tanimori has performed purifications using chromatography on activated charcoal and crystallization.**

Ex. D (Tanimori) at ELY_DEL0000583-584; Ex. E (Larsen Tr.) at 156-164; Ex. F (Sobol Tr.) at 126-27, 134; *see* Ex. I (Larsen Reply Rpt.) at ¶ 39.

---

[2] Tanimori et al., An Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues, Bioorg. Med. Chem. Lett., 12:1135-37 (2002).

7. ███████████████████████████████████

████████████████████████████████████████

████████████████████████



Ex. H (Sobol Opening Rpt.) at ¶ 92; Ex. M (ELY_DEL0029971-976) at

ELY_DEL0029971.

8. **Plaintiffs' expert Dr. Sobol was unable to identify** ███████

████████████████████████████████████

Ex. F (Sobol Tr.) at 142-43.

9. ███████ **do not contain nicotinamide riboside.**

Ex. F (Sobol Tr.) at 140.

<table>
<tr><td>

*Of Counsel:*

Donald R. Ware
dware@foleyhoag.com
Jeremy A. Younkin
jyounkin@foleyhoag.com
Marco J. Quina
mquina@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts  02210
Phone:  (617) 832-1000

Dated:  April 27, 2021

</td><td>

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*

</td></tr>
</table>

## CERTIFICATE OF COMPLIANCE

This brief complies with the type, font and word limitations set forth in this Court's Standing Order Regarding Briefing in All Cases, dated November 6, 2019. This brief contains 424 words (excluding the title page, table of contents, table of authorities, signature block, and certificate of compliance).  This brief has been prepared in 14-point Times New Roman font.

Date: April 27, 2021

ASHBY & GEDDES

*/s/ Andrew C. Mayo*

_____
Steven J. Balick (#2114)
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
sbalick@ashbygeddes.com
amayo@ashbygeddes.com

*Attorneys for Defendant*