IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHROMADEX, INC. and TRUSTEES )
OF DARTMOUTH COLLEGE, )
                      )         **REDACTED PUBLIC VERSION**
                      )
        Plaintiffs, )
                      )         C.A. No. 18-1434-CFC
   v. )
                      )
ELYSIUM HEALTH, INC., )
                      )
        Defendant.

**DECLARATION OF MARCO J. QUINA IN SUPPORT OF ELYSIUM
HEALTH'S MOTION FOR SUMMARY JUDGMENT (NO. 2) OF NON-
INFRINGEMENT OF CLAIM 2 OF EACH ASSERTED PATENT**

I, Marco J. Quina, declare as follows:

1.      I am counsel for Defendant Elysium Health, Inc. and I submit this

Declaration in Support of Defendant Elysium Health's Motion for Summary

Judgment (No. 2) of Non-Infringement of each Asserted Patent's Claim 2.

2.      Attached as **Exhibit A** is a true and correct copy of excerpts of U.S.

Patent No. 8,383,807.

3.      Attached as **Exhibit B** is a true and correct copy of excerpts of U.S.

Patent No. 8,383,086.

4.      Attached as **Exhibit C** is a true and correct copy of excerpts of the

transcript of the Markman hearing in this case held on December 18, 2020.

5.      Attached as **<u>Exhibit D</u>** is a true and correct copy of Tanimori et al.,

An Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues,

*Bioorg. Med. Chem. Lett*., 12:1135–37 (2002).

6.      Attached as **<u>Exhibit E</u>** is a true and correct copy of excerpts from the

Deposition Transcript of Dr. Robert Larsen, taken April 7, 2021.

7.      Attached as **<u>Exhibit F</u>** is a true and correct copy of excerpts from the

Deposition Transcript of Dr. Robert Sobol, taken April 13, 2021.

8.      Attached as **<u>Exhibit G</u>** is a true and correct copy of an excerpt of the

Rebuttal Expert Report of James D. Adams, Ph.D. dated March 9, 2021.

9.      Attached as **<u>Exhibit H</u>** is a true and correct copy of excerpts of the

Opening Expert Report of Robert W. Sobol, Ph.D. Regarding Elysium's

Infringement of U.S. Patent Nos. 8,197,807 and 8,383,086, dated February 9, 2021.

10.      Attached as **<u>Exhibit I</u>** is a true and correct copy of excerpts of the

Reply Expert Report of Robert D. Larsen, Ph.D. dated March 30, 2021.

11.      Attached as **<u>Exhibit J</u>** is a true and correct copy of excerpts from the

Patent Owner Preliminary Response filed by Trustees of Dartmouth College in

IPR2017-01796, dated November 3, 2017.

12.      Attached as **<u>Exhibit K</u>** is a true and correct copy of excerpts from

Plaintiffs' First Amended Infringement Contentions, dated January 26, 2021.

13.    Attached as **<u>Exhibit L</u>** is a true and correct copy of an excerpt of the document bates-labeled ELY_DEL0017823-892.

14.    Attached as **<u>Exhibit M</u>** is a true and correct copy of an excerpt of the document bates-labeled ELY_DEL0029971-976.


I declare under penalty of perjury that the foregoing is true and correct. Executed this 27th day of April, 2021, in Waltham, MA.

*/s/ Marco J. Quina*

_____

Marco J. Quina

# EXHIBIT A



GRF 12/14/20
1

US008197807B2

(12) **United States Patent**     (10) **Patent No.:**     **US 8,197,807 B2**
Brenner                          (45) **Date of Patent:**     **Jun. 12, 2012**

(54) **NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME**

(75) Inventor: **Charles M. Brenner**, Lyme, NH (US)

(73) Assignee: **Trustees of Dartmouth College**, Hanover, NH (US)

(*) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 213 days.

(21) Appl. No.: **11/912,400**

(22) PCT Filed: **Apr. 20, 2006**

(86) PCT No.: **PCT/US2006/015495**
§ 371 (c)(1),
(2), (4) Date: **Nov. 20, 2007**

(87) PCT Pub. No.: **WO2006/116322**
PCT Pub. Date: **Nov. 2, 2006**

(65) **Prior Publication Data**
US 2008/0206221 A1     Aug. 28, 2008

(51) Int. Cl.
A61K 38/45     (2006.01)
C07H 17/00     (2006.01)
A61P 35/00     (2006.01)
(52) U.S. Cl. .............. **424/94.5;** 514/45; 514/25; 435/15
(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

7,491,743 B2* 2/2009 Cuny et al. ................... 514/397

FOREIGN PATENT DOCUMENTS

WO          0132888     5/2001

OTHER PUBLICATIONS

Saunders et al 1 Tiazofurin is phosphorylated by three enzymes from Chinese Hamster Ovary Cells. Cancer Research 50, 5269-5274, Sep. 1, 1990.*
Saunders et al 2 Phosphorylation of 3-Deazaguanosine by nicotinamide riboside kinase in Chinese Hamster Ovary Cells.*
Tanimori et al, Bioorganic. Med. Chem Lett. 12:1135-1137, 2002.*
Stubberfield et al NAD+ depletion and cytotoxicity in isolated hepatocytes. Biochemical Pharmacology 1988; 37(20): 3967-74 Abstract included.*
Stubberfield et al (NAD+ depletion and cytotoxicity in isolated hepatocytes (Biochemical Pharmacology 1988; 37(20): 3967-74 see abstract.*
Berger NA et al. (Poly (ADP-ribose in the cellular response to DNA damage), Radiation research Jan. 1985; 101(1): 4-15 see abstract.*
Berger et al., "Modulation of Nicotinamide Adenine Dinucleotide and Poly(Adenosine Diphosphoribose) Metabolism by the Synthetic "C" Nucieoside Analogs, Tiazofurin and Selenazofurin", J. Clin. Invest. 1985 75:702-705.
Han et al., "Cellular Uptake Mechanism of Amino Acid Ester Prodrugs in Caco-2/hPEPT1 Cells Overexpressing a Human Peptide Transporter", Pharmaceutical Research 1998 15(9):1382-1386.
Genbank Accession No. AK001663 Jan. 9, 2008.
Genbank Accession No. YNL129W—Nov. 7, 2005.
NCBI Accession No. NP_060351 [gi:8923530] with Revision History Jul. 4, 2000-Jun. 3, 2007.

NCBI Accession No. NP_733778 [gi:24762248] with Revision History—Nov. 2, 2002-Jul. 5, 2007.
NCBI Accession No. NM_017881 [gi:8923529] with Revision History—Jul. 4, 2000-Nov. 17, 2006.
NCBI Accession No. AK000566 [gi:7020748] with Revision History—Feb. 22, 2000-Sep. 12, 2006.
NCBI Accession No. BC001366 [gi: 33876100] with Revision History—Dec. 12, 2000-Jul. 15, 2006.
NCBI Accession No. BC036804 [gi:22477870] with Revision History—Aug. 26, 2002-Mar. 25, 2004.
NCBI Accession No. BC026243 [gi:20072207] with Revision History—Apr. 8, 2002-Mar. 25, 2004.
NCBI Accession No. NM_170678 [gi:24762247] with Revision History Nov. 7, 2002-Nov. 17, 2006 NM_170678.2 which replaces NM_170678 is provided.
NCBI Accession No. CAG61927 [gi:49528270] with Revision History—Jun. 30, 2004-Nov. 14, 2006.
NCBI Accession No. Z71405 [gi:1302065] with Revision History—May 6, 1996v-Aug. 11, 1997.
NCBI Accession No. AX877238 [gi:40031974]—Dec. 17, 2003.
NCBI Genbank Accession No. AX877238 [gi:40031974]Dec. 17, 2003.
Bieganowski et al., "Discoveries of Nicotinamide Riboside as a Nutrient and Conserved NRK Genes Establish a Preiss-Handler Independent Route to NAD+ in Fungi and Hunams", Cell 2004 117:495-502.
Farquhar et al., "Synthesis and antitumor evaluatiobn of bis[(pivaloyloxy)methyl]2'-deoxy-t-fluorouridine 5'-monophosphate (FdUMP):a stategy to introduce nucleotides into cells", J Med Chem 1994 37(23):3902-3909.
Sasiak et al., "Purification and Properties of a Human Nicotinamide Ribonucleoside Kinas", Archives of Biochemistry and Biophysics 1996 333(2):414-418.
Saunders et al., "Phosphorylation of 3-Deazaguanosine by Nicotinamide Riboside Kinse in Chinese Hamster Ovary Cells", Cancer Research 1989 49:6593-6599.
Bieganowski et al., "Eukaryotic NAD+ Synthetase Qns1 Contains an Essential, Obligate Intramolecular Thiol Glutamine Amidotransferase Domain Related to Nitrilase", J. Biol. Chem. 2003 278(35):33049-33055.
Boon et al., "An anatomy of normal and malignant gene expression", Proc. Natl. Acad. Sci. 2002 99(17):11287-11292.
Burkle, Alexander, "Physiology and pathophysiology of poly(ADP-ribosyl)ation", BioEssays 2001 23:795-806.
Fleischmann et al., "Whole-Genome Random Sequencing and Assembly of Haemophilus influenzae Rd", Science 1995 269:496-512.
Gingrich et al., "Codehydrogenase I and other Pyridinium Compounds as V-Factor for Hemophilus influenzae and H. parainfluenzae", J. Bacteriol. 1944 47:535-550.
Godek et al., "In Vitro Evaluation of Nicotinamide Riboside Analogs against Haemophilus influenzae", Antimicrobal Agents and Chemotherapy 1990 34(8):1473-1479.

(Continued)

*Primary Examiner* — Kagnew H Gebreyesus
(74) *Attorney, Agent, or Firm* — Licata & Tyrrell P.C.

(57) **ABSTRACT**

The present invention relates to isolated nicotinamide riboside kinase (Nrk) nucleic acid sequences, vectors and cultured cells containing the same, and Nrk polypeptides encoded thereby. Methods for identifying individuals or tumors susceptible to nicotinamide riboside-related prodrug treatment and methods for treating cancer by administering an Nrk nucleic acid sequence or polypeptide in combination with a nicotinamide riboside-related prodrug are also provided. The present invention further provides screening methods for isolating a nicotinamide riboside-related prodrug and identifying a natural source of nicotinamide riboside.

**3 Claims, 1 Drawing Sheet**



Exhibit #
Pl. Ex. 01
04/15/2021 - JLH

CDXDE_000000001

US 8,197,807 B2

27                                                                           28

compared with a known control or standard. A known control can be a statistically significant reference group of individuals that are susceptible or lack susceptibility to treatment with a nicotinamide riboside-related prodrug to provide diagnostic or predictive information pertaining to the individual or tumor upon which the analysis was conducted.

As described herein, nicotinamide riboside isolated from deproteinized whey fraction of cow's milk was sufficient to support NRK1-dependent growth in a qns1 mutant. Accordingly, mutant strains generated herein will be useful in identifying other natural or synthetic sources for nicotinamide riboside for use in dietary supplements. Thus, the present invention also encompasses is a method for identifying such natural or synthetic sources. As a first step of the method, a first cell lacking a functional glutamine-dependent NAD+ synthetase is contacted with an isolated extract from a natural or synthetic source. In one embodiment, the first cell is a qns1 mutant (i.e., having no NAD+ synthetase) carrying the QNS1 gene on a URA3 plasmid. While any cell can be used, in particular embodiments a yeast cell is used in this method of the invention. A qns1 mutant strain has normal growth on 5-fluoroorotic acid (i.e., cured of the URA3 QNS1 plasmid) as long as it is supplied with nicotinamide riboside.

As a second step of the method, a second cell lacking a functional glutamine-dependent NAD+ synthetase and a functional nicotinamide riboside kinase is contacted with the same isolated extract from the natural or synthetic source of the prior step. Using a qns1 and nrk1 double mutant, it was demonstrated herein that the NRK1 gene is necessary for growth on nicotinamide riboside: qns1 and nrk1 are synthetically lethal even with nicotinamide riboside. This deletion strain is useful in this screening assay of the invention as it allows one to distinguish between nicotinamide riboside, NMN and NAD+ as the effective nutrient.

As a subsequent step of the method, the growth of the first cell and second cell are compared. If the isolated extract contains a nicotinamide riboside, the first cell will grow and the second cell will not.

Synthetic sources of nicotinamide riboside can include any library of chemicals commercially available from most large chemical companies including Merck, Glaxo, Bristol Meyers Squibb, Monsanto/Searle, Eli Lilly and Pharmacia. Natural sources which can be tested for the presence of a nicotinamide riboside include, but are not limited to, cow's milk, serum, meats, eggs, fruit and cereals. Isolated extracts of the natural sources can be prepared using standard methods. For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats and the like before being tested on the mutants strains of the invention. Any source of nicotinamide riboside that scores positively in the assay of the invention can be further fractionated and confirmed by standard methods of HPLC and mass spectrometry.

Nicotinic acid is an effective agent in controlling low-density lipoprotein cholesterol, increasing high-density lipoprotein cholesterol, and reducing triglyceride and lipoprotein (a) levels in humans. See, e.g., Miller (2003) *Mayo Clin. Proc.* 78(6):735-42). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations, its use is limited because of a side effect of heat and redness termed flushing, which is significantly effected by the nature of formulation. Further, nicotinamide protects against stroke injury in model systems, due to multiple mechanisms including increasing mitochondrial NAD+ levels and inhibiting PARP (Klaidman, et al. (2003) *Pharmacology* 69(3):150-7). Altered levels of NAD+ precursors have been shown to effect the regulation of a number of genes and lifespan in yeast (Anderson, et al. (2003) *Nature* 423(6936):181-5).

NAD+ administration and NMN adenylyltransferase (Nmnat1) expression have also been shown to protect neurons from axonal degeneration (Araki, et al. (2004) *Science* 305: 1010-1013). Because nicotinamide riboside is a soluble, transportable nucleoside precursor of NAD+, nicotinamide riboside can be used to protect against axonopathies such as those that occur in Alzheimer's Disease, Parkinson's Disease and Multiple Sclerosis. Expression of the NRK1 or NRK2 genes, or direct administration of nicotinamide riboside or a stable nicotinamide riboside prodrug, could also protect against axonal degeneration.

NMN adenylyltransferase overexpression has been shown to protect neurons from the axonopathies that develop with ischemia and toxin exposure, including vincristine treatment (Araki, et al. (2004) *Science* 305:1010-1013). Vincristine is one of many chemotherapeutic agents whose use is limited by neurotoxicity. Thus, administration of nicotinamide riboside or an effective nicotinamide riboside prodrug derivative could be used to protect against neurotoxicity before, during or after cytotoxic chemotherapy.

Further, conversion of benign *Candida glabrata* to the adhesive, infective form is dependent upon the expression of EPA genes encoding adhesins whose expression is mediated by NAD+ limitation, which leads to defective Sir2-dependent silencing of these genes (Domergue, et al. (March 2005) *Science*, 10.1126/science.1108640). Treatment with nicotinic acid reduces expression of adhesins and increasing nicotinic acid in mouse chow reduces urinary tract infection by *Candida glabrata*. Thus, nicotinamide riboside can be used in the treatment of fungal infections, in particular, those of *Candida* species by preventing expression of adhesins.

Accordingly, agents (e.g., nicotinamide riboside) that work through the discovered nicotinamide riboside kinase pathway of NAD+ biosynthesis could have therapeutic value in improving plasma lipid profiles, preventing stroke, providing neuroprotection with chemotherapy treatment, treating fungal infections, preventing or reducing neurodegeneration, or in prolonging health and well-being. Thus, the present invention is further a method for preventing or treating a disease or condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis by administering an effective amount of a nicotinamide riboside composition. Diseases or conditions which typically have altered levels of NAD+ or NAD+ precursors or could benefit from increased NAD+ biosynthesis by treatment with nicotinamide riboside include, but are not limited to, lipid disorders (e.g., dyslipidemia, hypercholesterolaemia or hyperlipidemia), stroke, neurodegenerative diseases (e.g., Alzheimer's, Parkinsons and Multiple Sclerosis), neurotoxicity as observed with chemotherapies, *Candida glabrata* infection, and the general health declines associated with aging. Such diseases and conditions can be prevented or treated by supplementing a diet or a therapeutic treatment regime with a nicotinamide riboside composition.

The source of nicotinamide riboside can be from a natural or synthetic source identified by the method of the instant invention, or can be chemically synthesized using established methods (Tanimori (2002) *Bioorg. Med. Chem. Lett.* 12:1135-1137; Franchetti (2004) *Bioorg. Med. Chem. Lett.* 14:4655-4658). In addition, the nicotinamide riboside can be a derivative (e.g., L-valine or L-phenylalanine esters) of nicotinamide riboside. For example, an L-valyl (valine) ester on the 5' O of acyclovir (valacyclovir) improved the pharmacokinetic properties of the drug by promoting transport and

CDXDE_000000017

US 8,197,807 B2

| 53 | 54 |

-continued

```
<210> SEQ ID NO 31
<211> LENGTH: 34
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 31

gccgctcgag ttatgctgtc acttgcaaac actt                        34


<210> SEQ ID NO 32
<211> LENGTH: 31
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 32

ggcaggcata tgaagctcat cgtgggcatc g                           31


<210> SEQ ID NO 33
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 33

gctcgctcga gtcacatgct gtcctgctgg gac                         33


<210> SEQ ID NO 34
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Eukaryotic nicotinamide riboside kinase
      consensus sequence
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(2)
<223> OTHER INFORMATION: "Xaa" denotes an aliphatic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (3)..(3)
<223> OTHER INFORMATION: "Xaa" denotes His or Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: "Xaa" denotes a hydrophilic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (8)..(8)
<223> OTHER INFORMATION: "Xaa" denotes an aromatic amino acid residue

<400> SEQUENCE: 34

Xaa Xaa Xaa Xaa Asp Asp Phe Xaa Lys
1               5
```

What is claimed is:

1. A composition comprising isolated nicotinamide riboside in combination with one or more of tryptophan, nicotinic acid, or nicotinamide, wherein said combination is in admixture with a carrier comprising a sugar, starch, cellulose, powdered tragacanth, malt, gelatin, talc, cocoa butter, suppository wax, oil, glycol, polyol, ester, agar, buffering agent, alginic acid, isotonic saline, Ringer's solution, ethyl alcohol, polyester, polycarbonate, or polyanhydride, wherein said composition is formulated for oral administration and increases NAD+ biosynthesis upon oral administration.

2. The composition of claim 1, wherein the nicotinamide riboside is isolated from a natural or synthetic source.

3. The composition of claim 1, wherein the formulation comprises a tablet, troche, capsule, elixir, suspension, syrup, wafer, chewing gum, or food.

* * * * *

# EXHIBIT B



US008383086B2

(12) **United States Patent**

Brenner

(10) **Patent No.:** **US 8,383,086 B2**
(45) **Date of Patent:** ***Feb. 26, 2013**

(54) **NICOTINAMIDE RIBOSIDE KINASE COMPOSITIONS AND METHODS FOR USING THE SAME**

(75) Inventor: **Charles M. Brenner**, Lyme, NH (US)

(73) Assignee: **Trustees of Dartmouth College**, Hanover, NH (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

This patent is subject to a terminal disclaimer.

(21) Appl. No.: **13/445,289**

(22) Filed: **Apr. 12, 2012**

(65) **Prior Publication Data**

US 2012/0251463 A1    Oct. 4, 2012

**Related U.S. Application Data**

(63) Continuation of application No. 11/912,400, filed as application No. PCT/US2006/015495 on Apr. 20, 2006, now Pat. No. 8,197,807.

(51) **Int. Cl.**
| | |
|---|---|
| *A61K 38/45* | (2006.01) |
| *A61K 31/7088* | (2006.01) |
| *C07H 17/00* | (2006.01) |
| *A61P 35/00* | (2006.01) |

(52) **U.S. Cl.** .......... **424/48**; 424/94.5; 435/15; 435/194; 514/25; 514/44 R

(58) **Field of Classification Search** ........................ None
See application file for complete search history.

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

WO        0132888        5/2001

OTHER PUBLICATIONS

Bieganowski et al., "Discoveries of Nicotinamide Riboside as a Nutrient and Conserved NRK Genes Establish a Preiss-Handler Independent Route to NAD+ in Fungi and Humans," Cell 2004 117:495-502.
Bieganowski et al., "Eukaryotic NAD+ Synthetase Qns1 Contains an Essential, Obligate Intramolecular Thiol Glutamine Amidotransferase Domain Related to Nitrilase," J. Biol. Chem. 2003 278 (35):33049-33055.
Berger et al., "Modulation of Nicotinamide Adenine Dinucleotide and Poly(Adenosine Diphosphoribose) Metabolism by the Synthetic "C" Nucleoside Analogs, Tiazofurin and Selenazofurin," J. Clin. Invest. 1985 75:702-705.
Berger et al., "Poly ADP-ribose in the cellular response to DNA damage," Radiation Research Jan. 1985:101 (1):4-15 (see abstract).
Boon et al., "An anatomy of normal and malignant gene expression," Proc. Natl. Acad. Sci. 2002 99 (17):11287-11292.
Burkle, A. "Physiology and pathophysiology of poly(ADP-ribosyl)ation," BioEssays 2001 23:795-806.
Farquhar et al., "Synthesis and antitumor evaluation of bis[(pivaloyloxy)methyl]2'-deoxy-4-5-fluorouridine

5'-monophosphate (FdUMP):a strategy to introduce nucleotides into cells,"J Med Chem 37(23):3902-3909.
Fleischmann et al., "Whole-Genome Random Sequencing and Assembly of Haemophilus Influenzae Rd," Science 1995 269:496-512.
Gingrich et al., "Codehydrogenase I and Other Pyridinium Compounds as V-Factor for Hemophilus Influenzae and H. Parainfluenzae," J. Bacteriol. 1994 47:535-550.
Godek et al., "In Vitro Evaluation of Nicotinamide Riboside Analogs Against Haemophilus Influenzae," Antimicrobial Agents and Chemotherapy 1990 34(8):1473-1479.
Han et al., "Cellular Uptake Mechanism of Amino Acid Ester Prodrugs in Caco-2/hPEPT1 Cells Overexpressing a Human Peptide Transporter," Pharmaceutical Research 1998 15(9):1382-1386.
Holdsworth et al., "A fraction derived from brewer's yeast inhibits cholesterol synthesis by rat liver preparations in vitro," Br. J. Nutr. 1991 65:285-299.
Leder et al., "Synthesis of Nicotinamide Mononucleotide by Human Erythrocytes in Vitro", J. Biol. Chem. 1951 189:889-899.
Li et al., "A Novel Muscle-specific Beta 1 Integrin Binding Protein (MIBP) that Modulates Myogenic Differentiation," J. Cell Biol. 1999 147:1391-1397.
Li et al., "The muscle integrin binding protein (MIBP) interacts with alpha7beta1 integrin and regulates cell adhesion and laminin matrix deposition," Developmental Biology 2003 261:209-219.
Sasiak et al., "Purification and Properties of a Human Nicotinamide Ribonucleoside Kinase," Archives of Biochemistry and Biophysics 1996 333(2):414-418.
Saunders et al., "Phosphorylation of 3-Deazaguanosine by Nicotinamide Riboside Kinase in Chinese Hamster Ovary Cells," Cancer Research 1989 49:6593-6599.
Saunders et al., "Tiazofurin Is Phosphorylated by Three Enzymes from Chinese Hamster Ovary Cells", Cancer Research 1990 50:5269-5274.
Shifrine et al., "Bacteriology—A Growth Factor for *Haemophilus* Species secreted by a Pseudomonad", Nature 1960 187:623.
Stubberfield et al., "NAD+ depletion and cytotoxicity in isolated hepatocytes", Biochem. Pharm. 1998 37(20):3967-3974.
Tanimori et al., "An Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues," Bioorganic. Med. Chem. Lett. 2002 12:1135-1137.
Ziegler, M., "New functions of a long-known molecule—Emerging roles of NAD in cellular signaling," Eur. J. Biochem. 2000 267:1550-1564.
NCBI Accession No. NP_060351 [gi:8923530] with Revision History Jul. 4, 2000-Jun. 3, 2007.
NCBI Accession No. NP_733778 [gi:24762248] with Revision History—Nov. 2, 2002-Jul. 5, 2007.
NCBI Accession No. NM_017881 [gi:8923529] with Revision History—Jul. 4, 2000-Nov. 17, 2006.
NCBI Accession No. AK000566 [gi:7020748] with Revision History—Feb. 22, 2000-Sep. 12, 2006.
NCBI Accession No. BC001366 [gi:33876100] with Revision History—Dec. 12, 2000-Jul. 15, 2006.

(Continued)

*Primary Examiner* — Kagnew H Gebreyesus

(74) *Attorney, Agent, or Firm* — Licata & Tyrrell P.C.

(57) **ABSTRACT**

The present invention relates to isolated nicotinamide riboside kinase (Nrk) nucleic acid sequences, vectors and cultured cells containing the same, and Nrk polypeptides encoded thereby. Methods for identifying individuals or tumors susceptible to nicotinamide riboside-related prodrug treatment and methods for treating cancer by administering an Nrk nucleic acid sequence or polypeptide in combination with a nicotinamide riboside-related prodrug are also prvided. The present invention further provides screening methods for isolating a nicotinamide riboside-related prodrug and identifying a natural source of nicotinamide riboside.

**5 Claims, 1 Drawing Sheet o-**

US 8,383,086 B2

27

sources which can be tested for the presence of a nicotinamide riboside include, but are not limited to, cow's milk, serum, meats, eggs, fruit and cereals. Isolated extracts of the natural sources can be prepared using standard methods. For example, the natural source can be ground or homogenized in a buffered solution, centrifuged to remove cellular debris, and fractionated to remove salts, carbohydrates, polypeptides, nucleic acids, fats and the like before being tested on the mutants strains of the invention. Any source of nicotinamide riboside that scores positively in the assay of the invention can be further fractionated and confirmed by standard methods of HPLC and mass spectrometry.

Nicotinic acid is an effective agent in controlling low-density lipoprotein cholesterol, increasing high-density lipoprotein cholesterol, and reducing triglyceride and lipoprotein (a) levels in humans (see, e.g., Miller (2003) *Mayo Clin. Proc.* 78(6):735-42). Though nicotinic acid treatment effects all of the key lipids in the desirable direction and has been shown to reduce mortality in target populations, its use is limited because of a side effect of heat and redness termed flushing, which is significantly effected by the nature of formulation. Further, nicotinic acid protects against stroke injury in model systems, due to multiple mechanisms including increasing mitochondrial NAD+ levels and inhibiting PARP (Klaidman, et al. (2003) *Pharmacology* 69(3):150-7). Altered levels of NAD+ precursors have been shown to effect the regulation of a number of genes and lifespan in yeast (Anderson, et al. (2003) *Nature* 423(6936):181-5).

NAD+ administration and NMN adenylyltransferase (Nm-nat1) expression have also been shown to protect neurons from axonal degeneration (Araki, et al. (2004) *Science* 305: 1010-1013). Because nicotinamide riboside is a soluble, transportable nucleoside precursor of NAD+, nicotinamide riboside can be used to protect against axonopathies such as those that occur in Alzheimer's Disease, Parkinson's Disease and Multiple Sclerosis. Expression of the NRK1 or NRK2 genes, or direct administration of nicotinamide riboside or a stable nicotinamide riboside prodrug, could also protect against axonal degeneration.

NMN adenylytransferase overexpression has been shown to protect neurons from the axonopathies that develop with ischemia and toxin exposure, including vincristine treatment (Araki, et al. (2004) *Science* 305:1010-1013). Vincristine is one of many chemotherapeutic agents whose use is limited by neurotoxicity. Thus, administration of nicotinamide riboside or an effective nicotinamide riboside prodrug derivative could be used to protect against neurotoxicity before, during or after cytotoxic chemotherapy.

Further, conversion of benign *Candida glabrata* to the adhesive, infective form is dependent upon the expression of EPA genes encoding adhesins whose expression is mediated by NAD+ limitation, which leads to defective Sir2-dependent silencing of these genes (Domergue, et al. (March 2005) *Science,* 10.1126/science.1108640). Treatment with nicotinic acid reduces expression of adhesins and increasing nicotinic acid in mouse chow reduces urinary tract infection by *Candida glabrata.* Thus, nicotinic acid riboside can be used in the treatment of fungal infections, in particular, those of *Candida* species by preventing expression of adhesins.

Accordingly, agents (e.g., nicotinamide riboside) that work through the discovered nicotinamide riboside kinase pathway of NAD+ biosynthesis could have therapeutic value in improving plasma lipid profiles, preventing stroke, providing neuroprotection with chemotherapy treatment, treating fungal infections, preventing or reducing neurodegeneration, or in prolonging health and well-being. Thus, the present invention is further a method for preventing or treating a disease or

28

condition associated with the nicotinamide riboside kinase pathway of NAD+ biosynthesis by administering an effective amount of a nicotinamide riboside composition. Diseases or conditions which typically have altered levels of NAD+ or NAD+ precursors or could benefit from increased NAD+ biosynthesis by treatment with nicotinamide riboside include, but are not limited to, lipid disorders (e.g., dyslipidemia, hypercholesterolaemia or hyperlipidemia), stroke, neurodegenerative diseases (e.g., Alzheimer's, Parkinsons and Multiple Sclerosis), neurotoxicity as observed with chemotherapies, *Candida glabrata* infection, and the general health declines associated with aging. Such diseases and conditions can be prevented or treated by supplementing a diet or a therapeutic treatment regime with a nicotinamide riboside composition.

The source of nicotinamide riboside can be from a natural or synthetic source identified by the method of the instant invention, or can be chemically synthesized using established methods (Tanimori (2002) *Bioorg. Med. Chem. Lett.* 12:1135-1137; Franchetti (2004) *Bioorg. Med. Chem. Lett.* 14:4655-4658). In addition, the nicotinamide riboside can be a derivative (e.g., L-valine or L-phenylalanine esters) of nicotinamide riboside. For example, an L-valyl (valine) ester on the 5' O of acyclovir (valacyclovir) improved the pharmacokinetic properties of the drug by promoting transport and allowing cellular delivery of the nucleoside after hydrolysis by an abundant butyryl esterase (Han, et al. (1998) *Pharm. Res.* 15:1382-1386; Kim, et al. (2003) *J. Biol. Chem.* 278: 25348-25356). Accordingly, the present invention also encompasses derivatives of nicotinamide riboside, in particular L-valine or L-phenylalanine esters of nicotinamide riboside, which are contemplated as having improved pharmacokinetic properties (e.g., transport and delivery). Such derivatives can be used alone or formulated with a pharmaceutically acceptable carrier as disclosed herein.

An effective amount of nicotinamide riboside is one which prevents, reduces, alleviates or eliminates the signs or symptoms of the disease or condition being prevented or treated and will vary with the disease or condition. Such signs or symptoms can be evaluated by the skilled clinician before and after treatment with the nicotinamide riboside to evaluate the effectiveness of the treatment regime and dosages can be adjusted accordingly.

As alterations of NAD+ metabolism may need to be optimized for particular conditions, it is contemplated that nicotinamide riboside treatments can further be used in combination with other NAD+ precursors, e.g., tryptophan, nicotinic acid and/or nicotinamide.

Polypeptides, nucleic acids, vectors, dietary supplements (i.e. nicotinamide riboside), and nicotinamide riboside-related prodrugs produced or identified in accordance with the methods of the invention can be conveniently used or administered in a composition containing the active agent in combination with a pharmaceutically acceptable carrier. Such compositions can be prepared by methods and contain carriers which are well-known in the art. A generally recognized compendium of such methods and ingredients is Remington: The Science and Practice of Pharmacy, Alfonso R. Gennaro, editor, 20th ed. Lippingcott Williams & Wilkins: Philadelphia, Pa., 2000. A carrier, pharmaceutically acceptable carrier, or vehicle, such as a liquid or solid filler, diluent, excipient, or solvent encapsulating material, is involved in carrying or transporting the subject compound from one organ, or portion of the body, to another organ, or portion of the body. Each carrier must be acceptable in the sense of being compatible with the other ingredients of the formulation and not injurious to the patient.

CDXDE_000000047

US 8,383,086 B2

53                                                                    54

-continued

```
<210> SEQ ID NO 33
<211> LENGTH: 33
<212> TYPE: DNA
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Synthetic primer

<400> SEQUENCE: 33

gctcgctcga gtcacatgct gtcctgctgg gac                               33


<210> SEQ ID NO 34
<211> LENGTH: 9
<212> TYPE: PRT
<213> ORGANISM: Artificial Sequence
<220> FEATURE:
<223> OTHER INFORMATION: Eukaryotic nicotinamide riboside kinase
      consensus sequence
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (1)..(2)
<223> OTHER INFORMATION: "Xaa" denotes an aliphatic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (3)..(3)
<223> OTHER INFORMATION: "Xaa" denotes His or Ser
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (4)..(4)
<223> OTHER INFORMATION: "Xaa" denotes a hydrophilic amino acid residue
<220> FEATURE:
<221> NAME/KEY: MISC_FEATURE
<222> LOCATION: (8)..(8)
<223> OTHER INFORMATION: "Xaa" denotes an aromatic amino acid residue

<400> SEQUENCE: 34

Xaa Xaa Xaa Xaa Asp Asp Phe Xaa Lys
1               5
```

What is claimed is:

1. A pharmaceutical composition comprising nicotinamide riboside in admixture with a carrier, wherein said composition is formulated for oral administration.

2. The pharmaceutical composition of claim **1**, wherein the nicotinamide riboside is isolated from a natural or synthetic source.

3. The pharmaceutical composition of claim **1**, wherein the formulation comprises a tablet, troche, capsule, elixir, suspension, syrup, wafer, chewing gum, or food.

4. The pharmaceutical composition of claim **1**, further comprising one or more of tryptophan, nicotinic acid, or nicotinamide.

5. The pharmaceutical composition of claim **1** which increase NAD+ biosynthesis upon oral administration.

*   *   *   *   *

CDXDE_000000060

UNITED STATES PATENT AND TRADEMARK OFFICE

# CERTIFICATE OF CORRECTION

| | | |
|---|---|---|
| PATENT NO. | : 8,383,086 B2 | Page 1 of 1 |
| APPLICATION NO. | : 13/445289 | |
| DATED | : February 26, 2013 | |
| INVENTOR(S) | : Charles M. Brenner | |

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

On the Title Page:

At Item (57) in the Abstract:

Please delete "prvided."
Please insert --provided.--

In the claims:

In column 54, line 42, please delete "increase"
In column 54, line 42, please insert --increases--

Signed and Sealed this
Twenty-fourth Day of September, 2013

*Teresa Stanek Rea*

Teresa Stanek Rea
*Deputy Director of the United States Patent and Trademark Office*

CDXDE_000000061

UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.        : 8,383,086 B2                                    Page 1 of 1
APPLICATION NO.   : 13/445289
DATED             : February 26, 2013
INVENTOR(S)       : Charles M. Brenner

It is certified that error appears in the above-identified patent and that said Letters Patent is hereby corrected as shown below:

In the Specification

At Column 1, please delete Lines 14-16 and insert in its place the following:
--This invention was made with government support under grant number CA077738 awarded by the
National Institutes of Health. The government has certain rights in the invention.--

Signed and Sealed this
Eleventh Day of February, 2020

*Andrei Iancu*

Andrei Iancu
*Director of the United States Patent and Trademark Office*

# EXHIBIT C

```
 1                    IN THE UNITED STATES DISTRICT COURT

 2                    IN AND FOR THE DISTRICT OF DELAWARE

 3                              - - -

 4
        CHROMADEX, INC. and          :    CIVIL ACTION
 5      TRUSTEES OF DARTMOUTH         :
        COLLEGE,                      :
 6                                    :
                     Plaintiffs,      :
 7                                    :
            vs.                       :
 8                                    :
        ELYSIUM HEALTH, INC.,         :
 9                                    :
                     Defendant.       :    NO. 18-1434-CFC
10

11

12                                    Wilmington, Delaware
13                                    Thursday, December 17, 2020
                                      9:00 o'clock, a.m.
14                                    ***Telephone conference

15                              - - -

16      BEFORE:  HONORABLE COLM F. CONNOLLY, U.S.D.C.J.

17                              - - -

18      APPEARANCES:

19
                    YOUNG CONAWAY STARGATT & TAYLOR LLP
20                  BY:  ADAM W. POFF, ESQ.

21
                              -and-
22

23

24
                                      Valerie J. Gunning
25                                    Official Court Reporter
```

```
 1   APPEARANCES (Continued):

 2

 3              COVINGTON & BURLING LLP
               BY:  R. JASON FOWLER, ESQ.  and
 4                  CHRISTOPHER N. SIPES, ESQ.
                    (Washington, D.C.)
 5

 6                     -and-

 7

 8              PATTERSON BELKNAP WEBB & TYLER LLP
               BY:  JOSHUA R. STEIN, ESQ.
 9                  (New York, New York)

10                 Counsel for Plaintiffs

11

12              ASHBY & GEDDES
               BY:  STEVEN J. BALICK, ESQ.
13

14                     -and-

15

16              FOLEY & HOAG LLP
               BY:  DONALD R. WARE, ESQ. and
17                  MARCO QUINA, ESQ.
                    (Boston, Massachusetts)
18

19                 Counsel for Defendant

20                     -  -  -

21

22

23

24

25
```

1            THE COURT:  Then we've got a stipulated

2      construction.   I'm going to go with that.

3            So I'm going to construe term B to mean

4      nicotinamide riboside that is separated or substantially

5      free from at least some of the other components associated

6      with the source of the nicotinamide riboside.

7            All right.   Next, term C, plaintiff.

8            MR. SIPES:  Your Honor, Christopher Sipes again.

9            So now let's turn to slide 29.   This is the

10     term --

11            THE COURT:  I will tell you what, before you go

12     there, let me propose then this.   Can you live with term C

13     being construed as, the nicotinamide riboside is isolated

14     from a natural source or synthetic source and is not

15     chemically synthesized?

16            MR. SIPES:  Your Honor, the problem I have with

17     that is I don't know what that means.

18            THE COURT:  Yes.

19            MR. SIPES:  A synthetic source means what's in

20     there has been chemically synthesized and then it's

21     isolated.   If by that what is meant is there must be an

22     isolation step in obtaining the nicotinamide riboside, that

23     is our construction.   That if you do a chemical synthesis,

24     just like if you do a natural synthesis, if you just use the

25     milk, there's no isolation step.   If you remove the NR,

1    separate the NR out, there's an isolation step.  If you do a

2    chemical synthesis, there's no isolation step.  That's not

3    as isolated from a synthetic source.  If you then do an

4    isolation step, there is.

5              That's our construction, we can live with that.

6    What we're worried about, Your Honor, what Elysium is

7    actually arguing is --

8              THE COURT:  Wait, wait.  Time out.  Hold up.

9    You can live with it or not, because you're going to have an

10   uphill battle, but I thought maybe you just said you could

11   live with it.  Before you said you could live wit it.

12             MR. SIPES:  What I don't understand is what it

13   means to be isolated from a synthetic source but not

14   chemically synthesized, unless it's what we're saying, which

15   is --

16             THE COURT:  Right.  I mean, okay.  So then that

17   sounds like you can't live with it.  I mean, you may not

18   understand it, but this goes back to -- and I will listen to

19   you, but that's how I read the patent.  I mean, that's how I

20   read it.  I don't think it's a close call.  I actually am

21   going to say, if you want to pursue it, you're welcome to.

22             I think the argument borders on frivolous.  I

23   think it could not be clearer and I think some of the

24   statements that Dartmouth made in the IPR, I mean, I don't

25   know how you can, with a straight face -- well, you can

```
 1    argue with a straight face.  I don't mean to suggest that,
 2    but I do not know how that you can maintain the position,
 3    even putting aside what I think is clear language in the
 4    written description, but with what Dartmouth said in the
 5    IPR.
 6              So let's just get a quick yes or no on the
 7    record and you're happy to do it and then we'll engage in
 8    argument.  I'm just trying to save us some time.
 9              MR. SIPES:  Your Honor --
10              THE COURT:  Again, let's just hold on for the
11    argument.
12              First of all, defendant, let me ask you first:
13    Can you live with the construction of the disputed term as
14    "the nicotinamide riboside is isolated from a natural source
15    or synthetic source and is not chemically synthesized"?
16    Can you live with that, defendant?
17              MR. WARE:  Yes, Your Honor.
18              THE COURT:  Okay.  Now, Mr. Sipes, you can
19    answer yes or no, and if you answer no, then go ahead and
20    make your argument.
21              MR. SIPES:  Your Honor, we cannot live with
22    that.  What Elysium is arguing is adopting the chemical
23    synthesis encompasses isolation.  We can live with that with
24    the recognition that the patent distinguishes isolation from
25    synthesis, which we think is how a POSA distinguishes it.
```

1    So, yes.  As long as what we're saying is it's not --

2    chemically synthesized means there is not isolation, then we

3    can live with that.  But they have argued, which is why

4    we're being careful here, Your Honor, that the term

5    synthesis encompasses isolation, so that in essence they're

6    saying that nicotinamide riboside that is isolated from a

7    synthetic source does not include nicotinamide that is

8    isolated from a synthetic source.  That is what they are

9    arguing, because they are saying the term chemical synthesis

10   includes isolation.

11          As long as we're clear that chemical synthesis

12   and isolation are different things, the patent clearly uses

13   them differently.  It's exactly the phrase you're saying, is

14   synthesis and isolation are different things, and as long as

15   we understand that, something that is synthesized, something

16   that has one step isolation is a different step, that is our

17   position, that what is required here is that the

18   nicotinamide be isolated, have gone through an isolation

19   process, an isolation step.  But I don't want them

20   redefining synthesis to mean isolation to say, see, you

21   excluded isolated NR from a synthetic source and that's why,

22   because that's what they are arguing.  They are saying

23   synthesis means isolation.

24          We think the patent very clearly -- we're

25   arguing over the same passages -- distinguishes between an

1        isolation step and a synthesis step, but they want to

2        conflate the two and say, in giving up direct chemical

3        synthesis, you also gave up isolation, and obviously, it

4        doesn't give up isolation.  It says isolated from a

5        synthetic source and the patent distinguishes them, and that

6        is my hesitation, Your Honor, is I don't want them to come

7        back and say you gave up isolation.

8                    THE COURT:  All right.  Give me a couple of

9        minutes here.  I want to think about something.  Hold on.

10                   All right.  Mr. Sipes, my problem with your

11       proposal is this.  The way I read the written description or

12       the patent is to say essentially a distinction here is that

13       in one instance when you're having isolation from a

14       synthetic source, you're essentially beginning with a

15       synthetic source.  The chemical synthesis is, the way I

16       understand it is you're not, and you're essentially, you are

17       creating a synthetic source, but it's anticipated that at

18       the last step you're going to have some isolation, but it's

19       what you are beginning with.  And that's the only way I can

20       understand it gives meaning to all of the terms.

21                   Let me hear from the defendant on that.  Am I

22       off the mark on that, and if I am, please correct me.

23                   MR. WARE:  No.  I think Your Honor is exactly

24       right.  What the argument that we're hearing is that they

25       want to make nicotinamide riboside that is chemically

1    synthesized also be NR that is isolated from the synthetic

2    source so that claim 2 would apply to it.  And what they

3    are really saying is that, you know, when you do a chemical

4    synthesis as in chemistry, there are also byproducts.

5    They call that a broth or something that you end up with,

6    and so they say, as soon as you -- when you made it, made

7    this brand-new NR, as soon as you extract it from the

8    reaction, then all of a sudden it's isolated from a

9    synthetic source.

10            And so they create this artificial distinction

11   that says chemical synthesis doesn't involve any kind of

12   isolation or extraction or whatever.  There's absolutely

13   nothing in the specification that draws this distinction.

14            They did not present any expert testimony that

15   drew this distinction.  The expert testimony that was there

16   from Dr. Adams said exactly the opposite.  He said that in

17   any chemical synthesis, there's -- you end up with a

18   clarification step to extract the product.

19            Also, a couple other things just --

20            THE COURT:  Well, hold up.  You don't have to go

21   further.  All right.

22            So, Mr. Sipes, kind of the ball is back in your

23   court.

24            MR. SIPES:  Yes.

25            THE COURT:  It sound like you cannot live with

1    the construction I've given, it sound like.  Is that right?

2                MR. SIPES:  And because of exactly that

3    argument.  Really, it makes no sense.  Let's remember the

4    context here, Your Honor.  These were statements made in

5    response to an IPR where Elysium came in and said milk, skim

6    milk anticipates these claims, and we said it's not isolated

7    because there's no isolation step.

8                So they were basically taking in that case the

9    natural reaction broth, the milk, and saying, that's

10   isolated NR, and we're saying, no, it's not.  Skim milk,

11   butter milk, the fact that you are taking basically a

12   natural reaction broth.  And now they are saying, oh, nobody

13   would use a natural reaction broth.  But, no, that's their

14   argument and that's the point that was being made in this

15   response in the IPR, is that there has to be -- it's

16   isolated.  There has to be an isolation step.

17               Now, they are now trying to take that

18   distinction between the source with everything in it and

19   the isolated NR and say, you gave that up on the synthetic

20   side.

21               First of all, the claim language isolated from a

22   synthetic source is clearly referencing NR that has been

23   chemically synthesized and then isolated, but the whole

24   context in which those statements were made was in the

25   context of Elysium coming in and saying, milk is isolated

1    NR.  We were talking about these --

2              THE COURT:  All right.  But can I ask you, I

3    mean, like, basically, you would agree, right, under your

4    reading you can't have chemical synthesis without isolation,

5    can you?

6              MR. SIPES:  Yes, you can, but it wouldn't be

7    isolated NR, and the same way that you can have milk, you

8    could have a reaction broth that had NR in it and use that.

9    That's exactly the argument that Elysium was making in the

10   IPR.  You take just a source of the NR, that broth, and you

11   use that as a composition.  You can if that's what they

12   argued.  That's what they argued.  Our point was, no, it's

13   isolated.  You need to have an isolation step.

14             So we can tell you absolutely.  In fact,

15   although they're dancing around it, everyone agrees --

16             THE COURT:  Hold on.  The problem is that the

17   language in the written description is disjunctive.

18             MR. SIPES:  But, Your Honor, in this same way.

19   So imagine, for example, to use that same language but

20   instead of being naturally synthesized, we would understand

21   we were distinguishing isolated NR from milk.  There's no

22   difference when you say chemically synthesized.  It's

23   exactly the same point and that was exactly the context

24   here.

25             And, indeed, the interesting thing here is if

1    you look at those two sources, Tanimori and Franchetti,

2    Franchetti itself recognized that because they followed

3    Tanimori but then in the isolation, in an isolation step

4    couldn't get the NR.  It's replete in here.  There's a

5    difference between the source and then the isolation and

6    that's the whole context.

7           Now, remember, this whole argument over milk is

8    exactly the same point.  You create it, you have a broth.

9    That's not what we were claiming.  We were claiming it where

10   it is isolated, but we included it from natural or synthetic

11   source.  Nobody would have problems distinguishing milk from

12   isolated NR.  Similarly, there really is a clear distinction

13   between the reacting product and the NR.

14          Now, look, if you could synthesize it in a way

15   that in the broth you were so clean that you were

16   substantially free of the other reactive products that are

17   ordinarily there, then you might be isolated.  You wouldn't

18   be is isolated.  It would have been no step.  I mean, one

19   could hypothetically make that.  I suppose, if you developed

20   a cow that had milk where the milk was 99 percent pure NR,

21   you have that same issue, but there is no such cow.

22          But that point is isolated.  We're clearly

23   distinguishing the reaction broth from the step of

24   isolating, and that was central to the prosecution and to

25   the IPR, the difference between the raw source and the

1    isolated NR.  And they are taking statements from that

2    context.  Notice what they are relying on, too, are the

3    statements in the IPR, but even in the patent.  That was the

4    whole point of the patent.  NR had been around in milk, but

5    nobody had thought to isolate it.

6              Similarly, it may well be that somebody carrying

7    out a reaction had NR in a reaction broth, but that's not

8    isolated NR either.  It's not the broth.  It's the isolated

9    NR, and that's clearly what we were talking about.

10             MR. WARE:  Your Honor, could I bring this back

11   to the intrinsic evidence?

12             THE COURT:  Yes.

13             MR. WARE:  Just make a brief comment here.

14             THE COURT:  Yes.

15             MR. WARE:  So Mr. Sipes keeps citing about milk.

16   What we're talking about is chemical synthesis, and the

17   patent very clearly refers to this third way that you can

18   get NR and it can be chemically synthesized using

19   established methods, and then what it does is it points you

20   to two papers that set out established methods for

21   chemically synthesizing the NR.  And then when you read

22   those papers, you see that both of them go through a series

23   of steps to synthesize NR and it ends with extracting or

24   isolating the NR.

25             And Mr. Sipes just said, well, in Franchetti,

1     they tried to isolate and it was unsuccessful, and that's

2     what they say in their slide, but they don't quote what

3     follows after that.  It says, "Thus, we decided to

4     re-investigate the above methodology making changes in some

5     parameters to set up a stereoselective synthesis of NR," and

6     then when you read -- that's on page -- that's on the first

7     page of this paper, 4655, which is Exhibit 15.

8              And then on 4656, the next page, then they say,

9     we obtained a stereoselectivity and synthesis of NR by

10    condensation, et cetera, and they go through all of these

11    various steps.  And the last sentence in that paragraph is

12    describing the steps of their synthesis.  It says, the

13    nucleoside one was then purified by chromatography on

14    activated charcoal and isolated as a white solid.  In other

15    words, at the end of the synthesis, you have pulled out a

16    white solid nicotinamide that is the reaction product,

17    that's the NR that has been chemically synthesized.

18             So the intrinsic evidence really could not be

19    clearer that chemical synthesis includes all of these steps.

20    There was no distinction drawn that said the chemical

21    synthesis up until the point of isolation.  And the problem

22    is that if you accept Mr. Sipes' argument, then claim 2 is

23    the same as claim 1, because every time you chemically

24    synthesis and extracted it, it has been isolated from a

25    synthetic source, and there's no difference between claim 1

1    and claim 2.

2              And he says, well, you might just synthesize it

3    and not extract it or not isolate it, but that can't be

4    because claim 1 requires isolated nicotinamide riboside,

5    and so what they are describing as the synthesis where you

6    have not actually isolated the NR wouldn't fall.  It would

7    be excluded from claim 1 as well as claim 2.

8              So you end up -- again, you end up with a

9    dependent claim that has exactly the same scope as the

10   independent claim and it just can't be right.  Chemical

11   synthesis is, as the intrinsic evidence shows, chemical

12   synthesis is a series of steps in which you perform various

13   chemical reactions and end up isolating NR at the end of the

14   day.  And this distinction was never drawn in the patent and

15   this distinction was never drawn by Dartmouth in their

16   statements where they talked about how claim 2 excluded

17   chemically synthesized NR.  They didn't say chemically

18   synthesized NR that hasn't been isolated.  So I think it's

19   pretty straightforward.

20             THE COURT:  Okay.  Mr. Sipes, do you want to say

21   anything else?

22             MR. SIPES:  I do, Your Honor.  Actually, the

23   patentee did distinguish isolation from synthesis both in

24   the patent and in the IPR.  For example, in Exhibit 5, which

25   is what they point to, the response to the petition, on page

1   13, it says, as disclosed in the specification -- and this

2   is on our slide 30 and confirmed by the words of the claim

3   itself.  Isolated in claim 2 refers to the process of

4   isolating the nicotinamide riboside for use in the claimed

5   composition.  And the patent itself is clear, the different

6   steps of synthesis and isolation.  And actually, Franchetti

7   that he quoted from is, too.  Several places it

8   distinguishes the synthesis and then the isolation.  Even

9   the passage he just read has a synthesis and then which ends

10  with a today.  To make the NR and then refers to pure

11  fiction by chromatography.

12          There's a clear distinction in English between

13  making something and isolating it, but that is exactly what

14  the patent is about.  The patent is about isolating the NR

15  from the sources.  And what they are trying to do is

16  distinguish -- conflate the synthesis and the isolation even

17  though what they rely on in the patent distinguishes between

18  isolation and synthesis.  These are separate steps.  They're

19  understood to be separate steps to a POSA.

20          The very intrinsic evidence he's talking about,

21  the Franchetti paper, talks about isolation or purification.

22  The patent talks about this.  And really, what would be left

23  of isolation from a synthetic source?  That is the whole

24  point.

25          Remember, again, it's about milk.  It's the same

1    idea on the synthetic side.  We would not be having this

2    debate if it was isolated from a natural source as opposed

3    to a natural production.  We would understand milk versus

4    isolation.  It's exactly the same distinction here with a

5    chemical synthesis.  And, in fact, contrary to what Mr. Ware

6    just said, the patentee directly said that it refers to the

7    process of isolation for use in the claimed composition.

8    That is inherent in this.  Not clearly encompassing NR that

9    was synthesized, but the key point is it then has to be

10   isolated.

11               THE COURT:  All right.

12               MR. WARE:  If I can just add two sentences.

13               THE COURT:  No, no, no, no.

14               MR. WARE:  Okay.  Thank you.

15               THE COURT:  Just hold for a second.  I'm going

16   to rule your way, so you can only hurt yourself.  Just give

17   me a second.

18               MR. WARE:  I will mute myself.

19               THE COURT:  All right.  I'm going to construe

20   this term to be "the nicotinamide riboside is isolated from

21   a natural source or synthetic source and is not chemically

22   synthesized."  I think that we have here a clear and

23   unequivocal disavowal by the plaintiff.

24               So we start with claim 1 of the '086 patent,

25   which was found invalid by the PTAB.  It reads, "A

pharmaceutical composition comprising nicotinamide riboside
in admixture with a carrier, wherein said composition is
formulated for oral administration."

Claim 2 depends from claim 1, and it further
requires that "the nicotinamide riboside is isolated from a
natural or synthetic source," and it is that phrase or this
phrase which is really the entirety of the claim that the
parties have asked me to construe.  The phrase also appears
in dependent claim 2 of the '807 patent.  Claim 2 of the
'807 contains almost identical language to claim 2 of the
'086 patent, but the only difference being that the '807
claims a composition instead of a pharmaceutical
composition.

Claim 1 of the '807 patent from which claim 2
depends is directed to a composition containing NR similar
to claim 1 of the '086 patent.

The differences between the two claims, or
independent claims, are mostly irrelevant to the
construction of this phrase, the exception being that the
composition in claim 1 of the '807 patent requires isolated
NR whereas claim 1 of the '086 patent does not require that
the NR be isolated.

Now, having considered the parties' arguments,
the specification, the prosecution histories, I'm going to
construe the phrase the way I've just articulated, and I've

1    arrived at this construction after concluding that the

2    inventor acted as his own lexicographer in distinguishing

3    synthetic sources of NR from NR which is chemically

4    synthesized, and that the patent owner, Dartmouth, disavowed

5    clearly and unequivocally any constructions to the contrary

6    during the IPRs of two patents.

7           So let's start with the lexicography.  The

8    pertinent portion of the written description is found at

9    column 23, lines 38 through -- hold on a second.

10          All right.  I'm sorry.  I had the wrong

11   citation.  I want to make sure it's clear, it's very clear

12   for the record, so let me just start over here.

13          The lexicography, which is the starting point,

14   is found at column 28, lines 58 through 63 of the '807

15   patent, so you can strike what I said earlier when I started

16   to recite the incorrect column.  Again, just be clear, we're

17   talking column 28, line 58 to 63.

18          The language in question reads, "The source of

19   nicotinamide riboside can be from a natural or synthetic

20   source identified by the method of the instant invention, or

21   can be chemically synthesized using established methods."

22          We've got a disjunction and the first part of

23   the disjunction says the source "can be from a natural or

24   synthetic source."  The second alternative in the

25   disjunction is that the source "can be chemically

1     synthesized using established methods."

2              The written description then goes on to cite two

3     scientific articles referred to by their respective first

4     authors, Tanimori and Franchetti.  And the written

5     description says that these scientific articles provide

6     "established methods."

7              Now, an artisan of ordinary skill reading this

8     excerpt would understand that the patentee is stating that

9     NR can be obtained in three different ways -- from a natural

10    source, from a synthetic source, or from chemical synthesis

11    described in the articles like Tanimori and Franchetti.  The

12    written description also explains how an artisan of ordinary

13    skill would obtain NR that is not chemically synthesized.

14    Specifically, it explains that, and I quote, "synthetic

15    sources of nicotinamide riboside can include any library of

16    chemicals commercially available from most large chemical

17    companies."  And I believe that is at column 27, lines 38 to

18    41 of the patent, and I just confirmed it is.

19             Now, further confirming that the two claim 2s in

20    the patent are imposing a source limitation on the NR are

21    the statements of the patent owner Dartmouth during the two

22    IPRs that I've mentioned.  In that case, in both cases,

23    Dartmouth disavowed that NR isolated from synthetic source

24    can overlap with NR which is chemically synthesized.

25             It's undisputed that a disavowal that's clear

1    and unequivocal during the prosecution history effectively

2    limits the scope of the claim and such a disavowal can occur

3    during prosecution before the issuance of a patent as well

4    as both before and after the institution of an IPR.  I refer

5    you there to Aylus Networks against Apple, found at 856

6    F3d., 1353 at page 1362.

7                    Now, in its preliminary response to the petition

8    for IPR review of the '807 patent, Dartmouth stated, and I

9    quote, claim 2 is narrower than claim 1 because it further

10   specifies that the nicotinamide riboside is isolated from a

11   natural or synthetic source to the exclusion of chemically

12   synthesizing the compound."  And then Dartmouth refers the

13   Examiner to column 28, line 58 through 63.  In other words,

14   the lexicography that we've been discussing.

15                    And the key language there is that Dartmouth

16   said that claim 1 is narrower because the isolation from the

17   natural or synthetic source is "to the exclusion of

18   chemically synthesizing the compound."

19                    And then Dartmouth went on to say, and I quote,

20   "Because claim 1 must necessarily be broader than claim 2,

21   and in light of the teachings of the specification,

22   nicotinamide riboside that is isolated from a natural or

23   synthetic source must be distinguished from nicotinamide

24   riboside that is chemically synthesized."  That's found at

25   DI 100-5 at 13 and 14.

1          And in its response to the 2017-01795, which

2     reviewed the '806 patent, Dartmouth said, "The construction

3     of 'isolated' must be consistent with the scope of claim 2,

4     which specifies that the nicotinamide riboside 'is isolated

5     from a natural or synthetic source' to the exclusion of the

6     third option of chemically synthesizing a compound."  That

7     is at DI 100-6 at page 18.

8          ChromaDex tries to avoid being held accountable

9     for the words of its co-plaintiff by arguing that these

10    statements are more naturally read to mean that claim 2

11    excludes NR that is chemically synthesized but not isolated

12    from a natural or synthetic source.  It makes that statement

13    at DI 99 at page 67.

14         I, however, do not find that reading natural at

15    all.  I do not see how Dartmouth could have been more clear

16    that chemically synthesized NR was excluded from the scope

17    of the dependent claims, and as I mentioned earlier, I think

18    the assertion to the contrary borders on being frivolous.

19    The Federal Circuit extended disavowal to IPRs for exactly

20    the situation we find ourselves in today, to "ensure that

21    claims are not argued one way in order to maintain their

22    patentability and in a different way against accused

23    infringers," and that's at the Aylus Networks case,

24    856 F3d., 1360.

25         These statements Dartmouth made during the IPRs

1    and the statement found in the shared written description

2    would make it unmistakable to an artisan of ordinary skill

3    that the inventor was distinguishing NR, that was chemically

4    synthesized from NR that was obtained from a synthetic

5    source, i.e., a chemical library.  The dependent claims then

6    are best understood as a source limitation.

7            For these reasons I will construe "the

8    nicotinamide riboside is isolated from a natural or

9    synthetic source" as is found in claim 2 of the '807 patent

10   and claim 2 of the '086 patent to mean "the nicotinamide

11   riboside is isolated from a natural source or synthetic

12   source and is not chemically synthesized."

13           All right.  The next term, term D.  Mr. Sipes?

14           MR. SIPES:  All right, Your Honor.  So that's in

15   combination with one or more of tryptophan, nicotinic acid

16   or nicotinamide.  The parties' proposals are set forth on

17   slide 42 of our deck, and the principal difference is

18   whether the claim language requires a particular process for

19   making the composition or the presence of both nicotinamide

20   riboside and either tryptophan nicotinic acid or

21   nicotinamide, the precursor.

22           THE COURT:  Right.  Now, let me tell you where I

23   am on this right now.  Obviously, I've got to hear the

24   arguments, but I'm in your camp on this one, but here's the

25   thing that bothers me.  It's just that we are essentially --

# EXHIBIT D



Pergamon

Bioorganic & Medicinal Chemistry Letters 12 (2002) 1135–1137

BIOORGANIC &
MEDICINAL
CHEMISTRY
LETTERS

# An Efficient Chemical Synthesis of Nicotinamide Riboside (NAR) and Analogues

Shinji Tanimori,* Takeshi Ohta and Mitsunori Kirihata

*Department of Applied Biological Chemistry, Graduate School of Agriculture and Life Sciences, Osaka Prefecture University, 1-1 Gakuen-cho, Sakai, Osaka 599-8531, Japan*

Received 17 December 2001; accepted 22 February 2002

**Abstract**—A simple and efficient synthesis of nicotinamide riboside (NAR) **1** and derivatives **4** and **5** via trimethylsilyl trifluoromethanesulfonate (TMSOTf)-mediated *N*-glycosilation followed by spontaneous deacetylation by treating with methanol is reported. © 2002 Elsevier Science Ltd. All rights reserved.

Nicotinamide riboside (NAR) **1** is important as a precursor of nicotinamide mononucleotide (β-NMN) **10**, which is a component for both chemical[1] and enzymatic[2] preparation of nicotinamide adeninedinucleotide (NAD$^+$) **2**. The importance of NAD$^+$ and derivatives such as NADP$^+$, NADH, and NADPH as coenzymes for cellular oxidation and reduction reactions is well known.[3] In addition, NAD$^+$ has been shown to be the precursor to cyclic ADP-ribose (cADPR) **3**, a newly discovered general mediator involved in Ca$^{2+}$ signaling.[4] Although there are numerous cADPR analogues synthesized previously due to their biological importance, to our knowledge, few examples concerning *N*-1-glycosidic derivatives have been reported.[5] To obtain these compounds, there was need for a reliable, practical synthesis of β-NMN and derivatives. Three essentially different pathways to the preparation of β-NMN are known: (i) enzymatic degradation of NAD$^+$,[6] (ii) condensation of 1-amino sugars with $N^1$-(2,4-dinitrophenyl)-3-aminocarbonylpyridinium halogenides,[7] and (iii) condensation of peracylated halo sugars with nicotinamide.[8] The biological process is not suitable for analogue synthesis. The chemical synthesis using halo sugars and/or 1-amino sugars was inefficient due to their instability. We describe here a simple and efficient synthesis of NAR **1** and its xylose and arabinose derivatives **4** and **5** using trimethylsilyl trifluoromethanesulfonate (TMSOTf)-mediated *N*-glycosilation[9] of tetraacetate **6**, **7** and **8** followed by spontaneous

deacetylation on treatment with methanol as the key steps.

The synthesis of NAR started from commercially available β-D-ribofuranose 1,2,3,5-tetraacetate **6** (Scheme 1). Reaction of **6** with nicotinamide in the presence of TMSOTf in acetonitrile at room temperature for 1 h followed by the addition of methanol produced $N^1$-(β-D-ribofuranosyl)-3-aminocarbamoylpyridinium triflate **1** via triacetate **9** (not isolated). The *N*-glycoside **1** thus obtained contained up to 13% of the α-anomer as determined by $^1$H NMR spectroscopy. The α-anomer was removed by chromatography on activated charcoal and crystallization to give β-**1** in 58% isolated yield. Along the same reaction pathway, the xylose and arabinose derivatives (β-**4** and α,β-mixture of **5**[10]) were also prepared starting from the corresponding tetraacetate **7** (α/β = 33:67) and **8** (α/β = 63:37)[11] in 67 and 78% yield, respectively (Scheme 2). In the latter case, the α-anomeric isomer was predominantly produced (α/β = 61:39) due to neighboring group participation and the mixture was not separable by chromatography on activated charcoal.

Thus, a simple and efficient method for the chemical synthesis of NAR and derivatives via TMSOTf-mediated *N*-glycosilation followed by spontaneous deacetylation by treating with methanol has been revealed in one-pot manner. Synthetic studies of other NAR derivatives directed toward the synthesis of NAD$^+$ analogues for the enzymatic studies of ADP-ribosylcyclase and NAD glycohydrolase[4] are currently under investigation.

*Corresponding author. Tel.: +81-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; fax: +81-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; e-mail: tanimori@biochem.osakafu-u.ac.jp

0960-894X/02/$ - see front matter © 2002 Elsevier Science Ltd. All rights reserved.
PII: S0960-894X(02)00125-7

S. Tanimori et al. / Bioorg. Med. Chem. Lett. 12 (2002) 1135–1137

**Typical Experimental Procedure**

**Synthesis of 3-(N-D-ribofuranosylcarbamoyl)pyridinium triflate (β-1).** To a stirred solution of tetraacetate **6** (0.2 g, 0.63 mmol) and nicotinamide (86 mg, 0.70 mmol) in dry acetonitrile (5 mL), TMSOTf (1.0 mL, 5.17 mmol) was added dropwise at room temperature and the mixture was stirred for 1 h at the same temperature. Methanol (2.5 mL) was added to the mixture and stirred for 30 min, then the solvent was evaporated in vacuo. The residue was chromatographed on activated charcoal (eluted with $H_2O$ to 10% MeOH in $H_2O$) to give a colorless syrup after removal of the solvent. The syrup was dissolved in minimum amount of methanol and then ethyl acetate was added to produce β-**1** (0.15 g, 58%) as a white solid. $R_f = 0.41$ (n-BuOH/$H_2O$/AcOH = 5:3:2); IR $v_{max}$ cm$^{-1}$: 3410, 3101, 2934, 2112, 1739, 1698, 1639, 1591, 1553, 1411, 1229, 1167, 1100, 1032, 913, 840, 763, 679, 642, 577, 520; $^1H$ NMR δ ($D_2O$): 9.23 (1H, s, H-2), 8.96 (1H, d, $J = 6.1$ Hz, H-4), 8.81 (1H, d, $J = 7.9$ Hz, H-6), 8.06 (1H, dd, $J = 6.7$, 7.6 Hz, H-5), 5.70 (1H, d, $J = 8.9$ Hz, H-1′), 4.13–4.08 (1H, m, H-2′), 3.96–3.87 (2H, m, H-3′, H-4′), 3.78 (1H, dd, $J = 12.2$, 12.5 Hz, H-5′), 3.63 (1H, dd, $J = 2.6$, 9.0 Hz, H-5′); TOF-MS (DHBA): m/z 255.2 ([M−OTf]$^+$).



NAD$^+$ **2**                cADPR **3**



Scheme 1.



Scheme 2.

ELY_DEL0000584

**3-(*N*-D-Xylofuranosylcarbamoyl)pyridinium triflate (β-4).** $R_f = 0.32$ (*n*-BuOH/H$_2$O/AcOH = 5:3:2); $^1$H NMR δ (D$_2$O): 9.33 (1H, s, H-2), 8.99 (1H, d, $J = 6.1$ Hz, H-4), 8.82 (1H, d, $J = 8.8$ Hz, H-6), 8.10 (1H, dd, $J = 7.0$, 7.3 Hz, H-5), 5.58 (1H, d, $J = 8.5$ Hz, H-1′), 4.12 (1H, dd, $J = 5.4$, 11.5 Hz, H-2′), 3.64–3.85 (1H, m, H-4′), 3.54–2.95 (3H, m, H-3′, H-5′); TOF-MS (DHBA): *m/z* 254.6 ([M−OTf]$^+$).

**3-(*N*-D-Arabinofuranosylcarbamoyl)pyridinium triflate (α,β-5).** $R_f = 0.38$ and 0.27 (*n*-BuOH/H$_2$O/AcOH = 5:3:2); $^1$H NMR δ (D$_2$O): 9.33 (0.6H, s, H-2), 9.22 (0.4H, s, H-2), 9.03–8.97 (1H, m, H-4), 8.83 (0.4H, d, $J = 7.9$ Hz, H-6), 8.75 (0.6H, d, $J = 5.3$ Hz, H-6), 8.09 (0.6H, dd, $J = 7.0$, 7.3 Hz, H-5), 8.00 (0.4H, dd, $J = 7.3$, 7.3 Hz, H-5), 6.16 (0.4H, d, $J = 3.1$ Hz, H-1′), 5.52 (0.6H, d, $J = 8.5$ Hz, H-1′), 4.46 (0.4H, dd, $J = 5.4$, 8.7 Hz, H-4′), 4.32 (0.6H, dd, $J = 3.4$, 4.3 Hz, H-4′), 4.13–4.05 (1H, m, H-2′), 3.88 (0.6H, s, H-3′), 3.83 (0.4H, s, H-3′), 3.79–3.70 (1H, m, H-5′), 3.69–3.60 (1H, m, H-5′); TOF-MS (DHBA): *m/z* 255.9 ([M−OTf]$^+$).

## References and Notes

1. For a general survey, see: Jeck, R.; Woenckhaus, C. In *Methods in Enzymology*; Colowick, S. P.; Kaplan, N. O., Eds.; Academic: New York, 1979; Vol. 66, p 62.
2. Suhadolnik, R. J.; Lennon, M. B.; Uematsu, T.; Monahan, J. E.; Baur, R. *J. Biol. Chem.* **1977**, *252*, 4125, and references cited therein.
3. For a comprehensive review, see: Woenckhaus, C. *Top. Curr. Chem.* **1979**, 208.
4. Clapper, D. L.; Walseth, T. F.; Dargie, P. J.; Lee, H. C. *J. Biol. Chem.* **1987**, *262*, 9561.
5. Zhang, F.-J.; Gu, Q.-M.; Sih, C. J. *Bioorg. Med. Chem.* **1999**, *7*, 653.
6. Takei, S. *Agric. Biol. Chem.* **1970**, *34*, 23.
7. Kam, B. L.; Oppenheimer, N. J. *Carbohydr. Res.* **1979**, *77*, 275. Jeck, R.; Heik, P.; Woenckhaus, C. *FEBS Lett.* **1974**, *42*, 161.
8. Mikhailopulo, I. A.; Pricota, T. I.; Timoshchuk, V. A.; Akhrem, A. A. *Synthesis* **1981**, 388. Lee, J.; Churchil, H.; Choi, W.-B.; Lynch, J. E.; Roberts, F. E.; Volante, R. P.; Reider, P. J. *Chem. Commun.* **1999**, 729.
9. Ghosh, A. K.; Liu, W. *J. Org. Chem.* **1996**, *61*, 6175.
10. Kam, B. L.; Malver, O.; Marschner, T. M.; Oppenheimer, N. J. *Biochemistry* **1987**, *26*, 3453.
11. Jeffery, A.; Nair, V. *Tetrahedron Lett.* **1995**, *36*, 3627.

ELY_DEL0000585

# EXHIBIT E

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 1

1                 UNITED STATES DISTRICT COURT
2                    DISTRICT OF DELAWARE
3                 CA No. 1:18-CV-01434-CFC-JLH
4     CHROMADEX, INC., et al.,      )
                                    )
5              Plaintiffs,          )
                                    )
6     vs.                           )
                                    )
7     ELYSIUM HEALTH, INC.,         )
                                    )
8              Defendant.           )
9
10    ************************************************
11             VIDEOTAPED ORAL DEPOSITION OF
12                  DR. ROBERT LARSEN
13                    APRIL 7, 2021
14       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
15                 (Reported Remotely)
16    ************************************************
17        On the 7th day of April, 2021, at 8:53 a.m., the
18    videotaped oral deposition of the above-named witness
19    was taken at the instance of the Defendant, via Zoom,
20    before Michelle L. Munroe, Certified Shorthand
21    Reporter in and for the State of Texas, the Witness
22    located in Granbury, Texas, pursuant to the
23    Thirty-Sixth Emergency Order Regarding the COVID-19
24    State of Disaster, notice and the agreement
25    hereinafter set forth.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 2

1       A P P E A R A N C E S
2
   FOR THE PLAINTIFFS AND THE DEPONENT:
3     Mr Evan Krygowski (via Zoom)
     Mr R Jason Fowler (via Zoom)
4     COVINGTON & BURLING LLP
     850 Tenth Street, NW
5     Washington, DC 20001-4956
     202 662 5617 telephone
6     ekrygowski@cov com
     jfowler@cov com
7
8
   FOR THE DEFENDANT:
9     Mr Marco Quina (via Zoom)
     FOLEY HOAG LLP
10    155 Seaport Boulevard
     Boston, Massachusetts 02210-2698
11    mquina@foleyhoag com
12
     Mr Mathew Weiss (via Zoom)
13    PATTERSON BELKNAP WEBB & TYLER LLP
     1133 Avenue of the Americas
14    New York, New York 10036-6710
     mweiss@pbwt com
15
16
   ALSO PRESENT:
17    Phil Hall, Video Technician (via Zoom)
18
19
20
21
22
23
24
25

Page 3

1       I N D E X
   WITNESS            PAGE
2
   DR ROBERT LARSEN
3
     Examination by Mr Quina     4
4
5   DEPOSITION EXHIBITS      IDENTIFIED
6  Exhibit 193  Expert report of Robert D
        Larsen March 9, 2021     30
7
  Exhibit 194  Paper: Highly efficient and mild
8        synthesis of variously
        5-substituted-4-carbaldehyde-1,2,3-
9        triazole derivatives     58
10 Exhibit 195  Diagram       67
11 Exhibit 196  Paper by Tianle Yang, et al ,
        Syntheses of nicotinamide riboside
12       and derivatives: Effective agents
        for increasing nicotinamide adenine
13       dinucleotide concentrations in
        mammalian cells     80
14
  Exhibit 197  US Patent No 8,197,807   109
15
  Exhibit 198  Reply expert report of Robert
16        D Larsen, March 30, 2021   130
17 Exhibit 199  Tanimori paper     155
18
19
20
21
22
23
24
25

Page 4

1       P R O C E E D I N G S
2      THE VIDEOGRAPHER (VIA ZOOM):  Today is
3 Wednesday, April 7, 2021.  The time is 8:33 a.m.  We
4 are on the record.  Our court reporter is Michelle
5 Munroe.  Michelle?
6      DR. ROBERT LARSEN,
7 having been first duly sworn, testified as follows:
8      EXAMINATION
9 BY MR. QUINA (VIA ZOOM):
10  Q.  Good morning, Dr. Larsen.  My name is
11 Marco Quina from Foley Hoag.  I'll be taking your
12 deposition today.  It's nice to meet you.
13  A.  Nice to meet you.  Good morning.
14  Q.  Could you state your name and address for
15 the record, please.
16  A.  Robert D. Larsen, 709 Aqua Vista Drive,
17 Granbury, Texas 76049.
18  Q.  Do you understand you're testifying under
19 oath today?
20  A.  Yes, I do.
21  Q.  And have you been deposed before?
22  A.  No.
23  Q.  So I assume similarly you have never
24 testified as an expert before; is that fair to say?
25  A.  Not in this case.  I have had within

Page 5

1 companies as an expert for writing patents but not
2 in this case.
3  Q.  Let me clarify my question a little bit.
4     Have you ever testified in the litigation
5 context as an expert?
6  A.  No.
7  Q.  Okay.  Have you ever testified in
8 litigation before, either in a deposition or at
9 trial?
10  A.  No.
11  Q.  Okay.  So I'll go over some ground rules.
12 I'm sure counsel went over this with you as well,
13 but I'll do it again just to make sure we're on the
14 same page.
15     The first is try not to talk over each
16 other.  Understood?
17  A.  Okay.  Uh-huh.
18  Q.  And the reason for that is the court
19 reporter needs to take down everything I say and
20 everything you say.  And that makes her life a lot
21 easier.  It makes both our lives a lot easier.
22     Understood?
23  A.  Yes.
24  Q.  And let's try to talk slowly.  I'm -- I
25 suspect that we might get into some gnarly chemistry

2 (Pages 2 - 5)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 142

Page 144

1   Q.   Okay.
2   A.   There's a variety of containers so just
3 container.
4   Q.   And does a certain amount of time have to
5 pass for the NR to be packaged or is it packaged as
6 soon as I put it in a container?
7   A.   I don't --
8          MR. KRYGOWSKI (VIA ZOOM):  Objection;
9 form.
10   A.   I don't understand what you're asking.
11   Q.   Is the amount of time that it's in the
12 package meaningful to whether it has been packaged
13 or not?
14   A.   I don't know what you're getting at.
15   Q.   Let's say I take my NR, put it in a drum,
16 seal it, put the top on, 5 seconds later I take the
17 top off, pour it into a beaker.
18          Has that NR been packaged?
19   A.   Yes, been packaged.
20   Q.   Okay.  Let's say I take that NR and I put
21 it in my drum, seal the drum, half a second later I
22 take the top off, pour it into a beaker.
23          Has it been packaged?
24   A.   Once you package it, and particularly in
25 this case, it asks for -- it's labeled and you

Page 143

1   Q.   Those are obviously two sentences you
2 included in your report, correct?
3   A.   Yes.
4   Q.   What do you mean by packaging in your
5 report?
6   A.   Well, it's -- you take the compound that's
7 isolated; you put it in a package.  In this case, I
8 guess in the batch records, they are drums.
9   Q.   Could you put them in, like, a bottle?
10   A.   Sure.
11   Q.   Could you put them in a tube?
12   A.   That probably wouldn't be a good way to
13 store the compound.  And plus, it wouldn't be
14 something that you would consider as a normal way of
15 packaging a material.  Packaging would be a sealed
16 container generally.
17   Q.   Okay.  Could you put it in a box, a sealed
18 box?
19   A.   As long as it's sealed, yes, if it's
20 package and sealed.  It doesn't have to be sealed
21 but in terms you just wouldn't leave it out in the
22 open.
23   Q.   Okay.  So packaging means sealing it up
24 somehow in some sort of container?
25   A.   Put it in a container.

Page 145

1 actually ask for quality check or in the case of
2 hold, the material for further processing, then
3 that's indicative of holding -- packaging material
4 and holding it.
5   Q.   Okay.  How long do I need to hold the
6 material in the package for it to be packaged?
7   A.   Once it's packaged, it's packaged.
8   Q.   And why is packaging significant to your
9 opinions?
10   A.   It shows that you have completed the
11 synthesis.  There's no further chemical steps on
12 that material.  It's packaged and labeled.
13   Q.   Do you package and label it or do you just
14 need to package it?
15   A.   In this case it's labeled.  Generally, you
16 wouldn't put something in the package and then
17 forget what's in there.  You would put some sort of
18 a label on it to indicate what's in there.
19 Otherwise, how would you trust what's in there when
20 you go back.
21   Q.   Go to paragraph 48 of your opinion.
22   A.   Okay.  I'm there.
23   Q.   Do you see the last sentence of that
24 paragraph starts with, The fact that?
25   A.   Uh-huh.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 154

1 Dr. Larsen.
2        THE WITNESS (VIA ZOOM):  You mean open
3 it up from my files or download it from the --
4        MR. KRYGOWSKI (VIA ZOOM):  Do you see
5 up in the top right corner there's a download button?
6        THE WITNESS (VIA ZOOM):  Okay.  I
7 gotcha.
8    Q.   That solves it on my end.  Can you work
9 off a downloaded copy instead of your copy?
10   A.   It hasn't opened up yet.
11   Q.   Sure.
12   A.   I don't know where it is.  Okay.  Got it.
13 Where are we again?
14   Q.   Let me start over again just so we have a
15 clear record.  I think we were pretty far along.
16       So on paragraph 37 of your report, you
17 excerpt out one of the synthesis schemes for NR that
18 is shown in Tanimori, correct?
19   A.   Yes.
20   Q.   And you'll agree with me Tanimori
21 describes a chemical synthesis of NR, right?
22   A.   Uh-huh.  Yes.
23   Q.   And this scheme here you show that is
24 Scheme 1 in the Tanimori paper?
25   A.   I don't have the paper in front of me.  I

Page 155

1 assume.
2    Q.   I won't make you assume.  I'll show it to
3 you.  I'll mark that.  I have just introduced
4 Exhibit 199.  Let me know when you have it.
5        (Exhibit 199 marked.)
6        MR. KRYGOWSKI (VIA ZOOM):  Do you have
7 it, Dr. Larsen?
8        THE WITNESS (VIA ZOOM):  Am I supposed
9 to be -- I'm sorry.
10   Q.   If you have Exhibit 199.
11   A.   Okay.  All right.
12   Q.   Do you have it?
13       MR. KRYGOWSKI (VIA ZOOM):  Yes.
14   A.   Yes.
15   Q.   Okay.  Is Exhibit 199 the Tanimori paper
16 that's referenced in the patent as a way which NR
17 can be chemically synthesized using established
18 methods?
19   A.   Yes.
20   Q.   In your report you -- at paragraph 37 you
21 excerpt out Scheme 1 of Tanimori, correct?
22   A.   Correct.  Now should I be looking at the
23 Tanimori paper or the --
24   Q.   We'll work off of the Tanimori paper, but
25 I might refer you back to your report.

Page 156

1        So Scheme 1 of the Tanimori paper shows
2 the chemical synthesis of NR, correct?
3    A.   Correct, they labeled as beta NAR 1.
4    Q.   Correct.  That was the question I was
5 going to ask as my next question.
6        So in this -- in this scheme the product
7 of Tanimori's chemical synthesis is identified as
8 beta (NAR) 1, correct?
9    A.   Correct.
10   Q.   And in this scheme, Tanimori describes a
11 chemical synthesis of beta (NAR) 1, correct?
12   A.   Correct, as the triflate salt.
13   Q.   Okay.  And there are three steps in this
14 synthesis scheme, the synthesis of beta (NAR) 1,
15 right?
16       MR. KRYGOWSKI (VIA ZOOM):  Objection;
17 mischaracterizes the document.
18   A.   It's considered a one-pot synthesis as he
19 describes it and the material is not isolated until
20 the beta (NAR) 1.
21   Q.   Okay.  But the first reaction shown here
22 is a formation of NR triacetate, correct?
23   A.   I'm sorry?
24   Q.   Let me ask that a little bit more
25 precisely.

Page 157

1        The first reaction here shown in Scheme 1
2 is formation of an NR triacetate salt, correct?
3    A.   Yes, as a triacetate derivative.
4    Q.   And that's a triacetate derivative of NR,
5 right?
6    A.   As drawn here, yes.
7    Q.   So the first step in this -- in this
8 synthesis scheme is formation of an NR triacetate
9 salt, correct?
10   A.   Correct.
11   Q.   And then the second step in this synthesis
12 scheme is replacement of the acetate groups with
13 hydrogen atoms to form what is referred to here as
14 (NAR) 1, correct?
15       MR. KRYGOWSKI (VIA ZOOM):  Objection;
16 mischaracterizes the document.
17   A.   Can you repeat that question?
18   Q.   Sure.  The second step in this synthesis
19 scheme is replacing of the acetate groups with
20 hydrogen atoms to form what's shown here as (NAR) 1?
21       MR. KRYGOWSKI (VIA ZOOM):  Objection;
22 mischaracterizes the document.
23   A.   This is an isolated intermediate, a
24 one-pot reaction.  Once the intermediate is formed,
25 they directly add methanol.

40 (Pages 154 - 157)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 158

1    Q.   And adding methanol causes the -- causes
2 the NR triacetate to be deprotected and the acetate
3 groups are removed and replaced with hydrogen atoms,
4 correct?
5         MR. KRYGOWSKI (VIA ZOOM):  Objection;
6 form.
7    Q.   What was your answer?
8    A.   Correct.
9    Q.   So the second reaction to the synthesis
10 scheme is removal of acetate groups to form a
11 deprotected molecule, correct?
12   A.   Yes.
13   Q.   And in that second step, that results in
14 something identified as (NAR) 1 in Scheme 1,
15 correct?
16        MR. KRYGOWSKI (VIA ZOOM):  Objection;
17 mischaracterizes the document.
18   A.   So you're referring to (NAR) 1 what that
19 is showing?  I'm unclear what your question is.
20   Q.   The deprotection reaction results in a --
21 in a compound that Tanimori identifies as (NAR) 1,
22 correct?
23   A.   That's how he labeled it, yes.
24   Q.   And he's labeled (NAR) 1 as a mixture of
25 alpha and beta anomers of NR, correct?

Page 159

1    A.   That's what he indicates, yes.
2    Q.   So that (NAR) 1, it includes 87 percent
3 beta NR?
4    A.   That's what he indicates.
5    Q.   And then the third -- the third step of
6 this scheme is -- are a couple of purifications to
7 removal impurities from (NAR) 1, correct?
8         MR. KRYGOWSKI (VIA ZOOM):  Objection;
9 mischaracterizes the document.
10   A.   It's treated with charcoal as part of a
11 purification.
12   Q.   And it's also -- chromatography has been
13 done on it?
14   A.   He indicates --
15        MR. KRYGOWSKI (VIA ZOOM):  Objection;
16 form.
17   A.   He indicates in the paper that he uses
18 charcoal for chromatography.
19   Q.   And he also does a crystallization?
20        MR. KRYGOWSKI (VIA ZOOM):  Objection;
21 form.
22   Q.   Correct?
23   A.   He isolates the white solid.  I wouldn't
24 say it's necessarily crystallization.  He hasn't
25 confirmed whether he isolates crystals.

Page 160

1    Q.   In Scheme 1 here it says he's performing a
2 crystallization, correct?
3    A.   He isolates the white solid.  He doesn't
4 characterize it other than other forms.  So
5 crystallization, he's kind of using that loosely.
6    Q.   Okay.  And that -- in that third arrow
7 there in Scheme 1, why is he performing
8 chromatography on activated charcoal and then
9 crystallizing?
10        MR. KRYGOWSKI (VIA ZOOM):  Objection;
11 form.
12   A.   He states that he's removing the alpha
13 isomer (sic).
14   Q.   Removing the what?
15   A.   The alpha anomer.
16   Q.   Okay.  And he's removing other impurities
17 as well, correct, when he's doing chromatography on
18 it, on charcoal?
19   A.   That's what he states.  I don't have any
20 evidence for that other than what he states about
21 the purpose of removing the alpha anomer.
22   Q.   But that -- in that third arrow of his
23 chemical synthesis, Tanimori is removing some
24 reaction impurities such as the alpha isomer,
25 correct?

Page 161

1    A.   Let me go see what he says.  Page 1136, he
2 says, The residue was chromatographed on activated
3 charcoal to give -- he doesn't -- at least in this
4 statement he doesn't say anything about removing
5 impurities.
6    Q.   But he's removing the alpha anomer as part
7 of that step, correct?
8         MR. KRYGOWSKI (VIA ZOOM):  Objection;
9 asked and answered.
10   A.   On the page -- the first page -- 1135 in
11 the paragraph he states, The alpha anomer was
12 removed by chromatography and activated charcoal.
13   Q.   So in that third arrow of Tanimori's
14 chemical synthesis, he's removing the alpha anomer
15 and isolating the beta anomer, correct?
16   A.   In the subsequent after he concentrates to
17 a syrup.
18   Q.   So after he concentrates to a syrup, he is
19 removing the alpha anomer and isolating the beta
20 anomer, correct?
21        MR. KRYGOWSKI (VIA ZOOM):  Objection;
22 asked and answered.
23   A.   From what this -- he says in the text,
24 he's removing the alpha anomer.
25   Q.   And he's doing that in that third arrow of

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

Page 162

1 the Tanimori's scheme, correct?
2    A.   He says, chromatography activated
3 charcoal.
4    Q.   And in that part of the synthesis when
5 he's conducting a chromatography on activated
6 charcoal, he's removing the alpha anomer, correct?
7    A.   That's what he says in the text.
8         MR. KRYGOWSKI (VIA ZOOM):  Objection;
9 asked and answered.
10   Q.   And that alpha anomer is a reaction
11 impurity, correct?
12   A.   Correct.
13   Q.   Okay.  Here in the Tanimori synthesis
14 scheme from the start until the beta (NAR) 1,
15 there's three arrows, right?
16   A.   You're back at Scheme 1?
17   Q.   Yes.
18   A.   Your question again.
19   Q.   So in Scheme 1 of Tanimori from the start
20 until the beta (NAR) 1, there's three arrows,
21 correct?
22   A.   Three arrows, but it's one-pot reaction.
23 Go ahead.
24   Q.   The first arrow shows the formation of a
25 triacetate salt of NR, correct?

Page 163

1    A.   Correct.
2    Q.   The second arrow shows the deprotection of
3 that triacetate salt of NR, correct?
4    A.   Correct.
5    Q.   The third arrow shows a step of removing
6 reaction impurities such as the alpha anomer from
7 the NR to obtain the beta (NAR) 1, correct?
8         MR. KRYGOWSKI (VIA ZOOM):  Objection;
9 mischaracterizes the document.
10   A.   This is a part of a continuous process.  I
11 mean, it shows an arrow to show that he's doing
12 chromatography and activated charcoal.  Generally
13 that would be part of the workup.
14   Q.   Are all of these -- are all of these
15 arrows happening simultaneously?
16   A.   Sequentially.
17   Q.   Okay.  So he's not adding the MeOH.  What
18 is MeOH by the way?
19   A.   Methanol.
20   Q.   He's not adding methanol before he's
21 creating the triacetate salt, is he?
22        MR. KRYGOWSKI (VIA ZOOM):  Objection;
23 form.
24   A.   Presumably from the way this is drawn,
25 he's adding methanol to compound 9.

Page 164

1    Q.   So this -- this shows some sequential
2 steps that he's performing to conduct this reaction,
3 correct?
4         MR. KRYGOWSKI (VIA ZOOM):  Objection;
5 mischaracterizes the document.
6    A.   So he's running a one-pot reaction to make
7 (NAR) 1 and he's doing chromatography to remove the
8 alpha anomer.
9    Q.   But he's -- he has three sequential steps
10 that he's doing in that one pod; is that correct?
11        MR. KRYGOWSKI (VIA ZOOM):  Objection;
12 mischaracterizes the document.
13   A.   I would not consider those three separate
14 steps.
15   Q.   Is he performing them at the same time?
16   A.   No.
17        MR. KRYGOWSKI (VIA ZOOM):  Objection;
18 form.
19   Q.   Okay.  He's performing those -- he's
20 performing them sequentially, correct?
21        MR. KRYGOWSKI (VIA ZOOM):  Objection;
22 form.
23   A.   Correct.
24   Q.   Okay.  Let's go back to step two.  In step
25 two, what does Tanimori have in this pot at the end

Page 165

1 of step two?
2         MR. KRYGOWSKI (VIA ZOOM):  Objection;
3 mischaracterizes the document and form.
4    A.   He doesn't label these -- this as step
5 two.
6    Q.   Okay.  At the end of the second arrow,
7 what does Tanimori have in his pot after he
8 deprotected the compound?
9    A.   As he indicates there, (NAR) 1.
10   Q.   And that's -- (NAR) 1 has got a mixture of
11 alpha and beta anomers, correct?
12   A.   As he has indicated.
13   Q.   And he also is going to have some methanol
14 in there too, right?
15   A.   I assume because he hasn't done anything
16 to that mixture.
17   Q.   And so before he gets to the beta (NAR) 1,
18 the beta (NAR) 1 indicated here, he has to take the
19 methanol out, right?
20   A.   It depends on what he wants to do.  Read
21 his experimental.
22   Q.   Look at page 1136.
23   A.   He says the solvent was evaporated.
24   Q.   So he -- at end the of step two he's
25 taking the methanol out, correct?

42 (Pages 162 - 165)

# EXHIBIT F

# REDACTED IN ITS ENTIRETY

# EXHIBIT G

# REDACTED IN ITS ENTIRETY

# EXHIBIT H

# REDACTED IN ITS ENTIRETY

# EXHIBIT I

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE, | ) ) ) | |
| Plaintiffs, | ) ) | C.A. No. 18-1434 (CFC) |
| v. | ) ) | **HIGHLY CONFIDENTIAL –** |
| ELYSIUM HEALTH, INC., | ) ) | **ATTORNEY'S EYES ONLY** |
| Defendant. | ) | |

**REPLY EXPERT REPORT OF ROBERT D. LARSEN, PH.D.**

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

## TABLE OF CONTENTS



HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

35.     As described above in Section VI, I understand the Court relied on the specification of the Asserted Patents to distinguish between NR chloride that is chemically synthesized and NR chloride that is isolated from a synthetic source.

> [T]he patentee is stating that NR can be obtained in three different ways -- from a natural source, from a synthetic source, or from chemical synthesis described in the articles like Tanimori and Franchetti. The written description also explains how an artisan of ordinary skill would obtain NR that is not chemically synthesized. Specifically, it explains that, and I quote, "synthetic sources of nicotinamide riboside can include any library of chemicals commercially available from most large chemical companies." And I believe that is at column 27, lines 38 to 41 of the patent, and I just confirmed it is.

*ChromaDex, Inc. v. Elysium Health, Inc.*, C.A. No. 18-1434, Markman Hearing Transcript, at 48:7–17 (Dec. 17, 2020). Dr. Adams also points to Tanimori and Franchetti as examples of chemically synthesized NR chloride. *See, e.g.*, Adams Rebuttal Report ¶ 58. Thus, the specification of the Asserted Patents explains the difference between NR chloride that is chemically synthesized and NR chloride that is isolated from a synthetic source. *See, e.g.*, '807 Patent at 27:39–42 (isolated from a synthetic source), 28:58–63 (chemically synthesized).

36.     ***NR Chloride that is chemically synthesized*** is the resulting product of a chemical synthesis. The specification of the Asserted Patents explains that NR chloride "can be chemically synthesized using established methods", such as the chemical syntheses described in Tanimori (2002) *Bioorg. Med. Chem. Lett.* 12:1135-1137 ("Tanimori") and Franchetti (2004) *Bioorg. Med. Chem. Lett.* 14:4655-4658 ("Franchetti").

37.     Tanimori describes a synthesis of NR triflate (**1**, shown below) that starts from β-D-ribofuranose 1,2,3,5-tetraacetate (**6**). Tanimori at 1135. To a solution of the tetraacetate and nicotinamide in acetonitrile is added trimethylsilyl trifluoromethanesulfonate (TMS triflate or TMSOTf), followed after an hour by methanol. Tanimori at 1136. Thirty minutes after the addition

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY

of methanol, the solvent is removed from the reaction mixture, and the residue is purified by chromatography. Tanimori at 1136. The resulting oil is crystalized from methanol and ethyl acetate to give NR triflate, which the authors characterize by IR spectroscopy, [1]H-NMR, and mass spectrometry. Tanimori at 1136.



Tanimori at 1136.

38.     Franchetti also describes a synthesis of NR triflate (**1**, shown below) from either 1,2,3,5-tetra-*O*-acetyl-β-D-ribofuranose (**7**) or 1-*O*-acetyl-2,3,5-tri-*O*-benzoyl-β-D-ribofuranose (**8**) using a protected form of nicotinamide (**4**). Franchetti at 4656. The triacetate compound (**9**) is deprotected with ammonia in methanol, and the resulting NR triflate is purified by chromatography on activated charcoal to complete the synthesis of NR triflate. Franchetti at 4656. The authors confirm the identity and purity of the NR triflate by [1]H-NMR and [13]C-NMR, and elemental analysis. Franchetti at 4656.

HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY



Scheme 1. Reagents and conditions: (a) TMSCl, HMDS, 120°C, 5h; (b) TMSOTf, ClCH$_2$CH$_2$Cl anhydrous, 45°C, 2h; (c) NH$_3$/CH$_3$OH, −5 °C, 6h; (d) NH$_3$/CH$_3$OH, −5°C, 48h.

Franchetti at 4656.

39.     The syntheses described in Tanimori and Franchetti would be readily understood and carried out by a person of ordinary skill in the art. They include sequences of chemical reactions and purification steps, and they end with an analysis to confirm the identity and determine the amount of the final product.

40.     *NR chloride that is isolated from a synthetic source* is different from NR chloride that is chemically synthesized. The specification of the Asserted Patents explains that a library of commercially available chemicals is a synthetic source of NR chloride. '807 Patent at 27:39–42. A person of ordinary skill in the art would be familiar with chemical libraries, or chemical collections, that consist of stored compounds. A person of ordinary skill in the art would therefore understand that NR isolated from a synthetic source, such as a chemical library, refers to

13

**HIGHLY CONFIDENTIAL – ATTORNEY'S EYES ONLY**



# EXHIBIT J

UNITED STATES PATENT AND TRADEMARK OFFICE
————————————

**BEFORE THE PATENT TRIAL AND APPEAL BOARD**
————————————

ELYSIUM HEALTH, INC.,
Petitioner

v.

TRUSTEES OF DARTMOUTH COLLEGE,
Patent Owner
————————————

**Case IPR2017-01796**

**Patent 8,197,807**
————————————

**PRELIMINARY RESPONSE TO PETITION FOR *INTER PARTES*
REVIEW OF U.S. PATENT NO. 8,197,807**

## <u>TABLE OF CONTENTS</u>

I.      INTRODUCTION ................................................................1

II.     BACKGROUND ..................................................................3

III.    CLAIM CONSTRUCTION .....................................................5

        A.      "isolated" Terms (Claims 1, 2)....................................6

                1.      Patent Owner's Proposed Constructions Are Consistent
                        With The Specification .............................................7

                2.      Patent Owner's Proposed Constructions Are Consistent
                        With The Claims ....................................................12

                3.      Petitioner's Proposed Constructions Should Not
                        Be Adopted ...........................................................14

IV.     PETITIONER HAS NOT DEMONSTRATED "A REASONABLE
        LIKELIHOOD OF PREVAILING" AGAINST AT LEAST ONE CLAIM
        OF THE '807 PATENT UNDER 35 U.S.C. § 314(a) ...................19

        A.      Ground 1: Petitioner Has Not Demonstrated A "Reasonable
                Likelihood Of Prevailing" As To Claims 1-3 Over
                Goldberger et al. ...................................................20

                1.      Goldberger et al. Does Not Disclose "isolated nicotinamide
                        riboside" ...............................................................20

                2.      Goldberger et al. Does Not Disclose Isolated Nicotinamide
                        Riboside "in admixture with a carrier" ........................22

                3.      Goldberger et al. Does Not Disclose A Composition That
                        "increases NAD+ biosynthesis upon oral administration" ....24

                4.      Goldberger et al. Does Not Disclose Nicotinamide Riboside
                        "isolated from a natural or synthetic source"..................26

        B.      Ground 2: Petitioner Has Not Demonstrated A "Reasonable
                Likelihood Of Prevailing" As To Claims 1-3 Over Goldberger
                and Tanner ...........................................................28

1.    Goldberger and Tanner Does Not Disclose "isolated
      nicotinamide riboside" .............................................................28

2.    Goldberger and Tanner Does Not Disclose Isolated
      Nicotinamide Riboside "in admixture with a carrier" .............30

3.    Goldberger and Tanner Does Not Disclose A
      Composition That "increases NAD+ biosynthesis
      upon oral administration" .........................................................32

4.    Goldberger and Tanner Does Not Disclose Nicotinamide
      Riboside "isolated from a natural or synthetic source" ...........34

V.    CONCLUSION.............................................................................37

cellular components of cow's milk so that the nicotinamide riboside can be isolated suitably for use in the claimed compositions.  *See* '807 patent, at 27:45-54, 33:30-45.  Accordingly, the specification supports Patent Owner's proposed construction of the phrase "is isolated from a natural or synthetic source" as "fractionated from other cellular components."

## 2.   Patent Owner's Proposed Constructions Are Consistent With The Claims

In light of the teachings in the specification, the '807 patent claim language also supports Patent Owner's claim construction proposals for the "isolated" terms, including that the Board should construe the broader phrases in which the "isolated" terms appear.   Although the word "isolated" appears in both independent claim 1 and dependent claim 2, the context in which the terms appear is critical for defining the terms in the manner dictated by the specification.

The phrase "isolated nicotinamide riboside" appears in claim 1, the only independent claim.   Claim 1 specifically claims compositions of the isolated nicotinamide riboside in combination with other components, the specific type of formulation, and the effect of those compositions:

> A composition comprising ***isolated nicotinamide riboside*** in combination with one or more of tryptophan, nicotinic acid, or nicotinamide, wherein said combination is in admixture with a carrier . . . wherein said composition is formulated for oral

administration   and   increases   NAD+   biosynthesis   upon   oral
administration.

'807 patent, at 53:59-54:58 (emphasis added).  As supported by the specification,
the "isolated nicotinamide riboside" recited in claim 1 refers to the nicotinamide
riboside molecule itself.  In other words, as used in claim 1, "isolated nicotinamide
riboside" is nicotinamide riboside that is substantially free from other molecules.

In contrast, claim 2 recites that "the nicotinamide riboside is isolated from a
natural or synthetic source."  '807 patent, at 54:60-61.  As disclosed in the
specification and confirmed by the words of the claim itself, "isolated" in claim 2
refers to the process of isolating the nicotinamide riboside for use in the claimed
compositions.  Claim 2 is narrower than claim 1 because it further specifies that the
nicotinamide riboside "is isolated from a natural or synthetic source," to the
exclusion of chemically synthesizing the compound.  *See* '807 patent, at 28:58-63.
The correct definition of the phrase in which "isolated" appears in claim 2 will
therefore be the one that is consistent with the scope of the claim itself.
Specifically, the construction should be consistent with the disclosure of standard
methods for isolating extracts from natural sources, such as fractionating
nicotinamide riboside from other cellular components.  *See* '807 patent, at 27:45-
54.

Accordingly, the claim language of dependent claim 2 confirms that the Board should construe the phrase "is isolated from a natural or synthetic source." Because claim 1 must necessarily be broader than claim 2, and in light of the teachings of the specification, nicotinamide riboside that "is isolated from a natural or synthetic source" must be distinguished from nicotinamide riboside that is chemically synthesized.  In other words, nicotinamide riboside that "is isolated from a natural or synthetic source" is nicotinamide riboside that is fractionated from other cellular components.

### 3.    Petitioner's Proposed Constructions Should Not Be Adopted

#### a.    *Petitioner's Proposed Constructions Are Inconsistent With the Specification and Claims*

Petitioner's proposed constructions ignore the teachings of the specification in favor of a single, incomplete, phrase pulled out of context.  Although Petitioner quotes the majority of the passage discussing "isolated" nucleic acids, Petitioner concludes that any molecule in the patent is "isolated" if it is "separate or substantially free from at least some of the other components of the naturally occurring organism."   Pet. at 6.   Although Petitioner claims its proposed constructions for the "isolated" terms are pulled from the specification, Petitioner's proposals are incomplete because they ignore the language of the claims themselves and the teachings in the specification regarding nicotinamide riboside.

14

# EXHIBIT K

# REDACTED IN ITS ENTIRETY

# EXHIBIT L

# REDACTED IN ITS ENTIRETY

# EXHIBIT M

# REDACTED IN ITS ENTIRETY

{00925327;v1 }