IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHROMADEX, INC. and TRUSTEES OF DARTMOUTH COLLEGE,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ELYSIUM HEALTH, INC.,<br><br>　　　　　　Defendant. | C.A. No. 18-1434-CFC |

## FINAL JUDGMENT

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1.　　The Court having granted Elysium Health, Inc.'s Motion (D.I. 182) for Summary Judgment (No. 1) of Invalidity under 35 U.S.C. § 101, Final Judgment of invalidity of claims 1, 2, and 3 of U.S. Patent No. 8,197,807 and claim 2 of U.S. Patent No. 8,383,086 is hereby entered in favor of Defendant Elysium Health, Inc. and against Plaintiffs ChromaDex, Inc. and Trustees of Dartmouth College.

2.　　All other pending motions are denied as moot.

3.　　Any motion for attorney fees and/or costs—including any bill of costs under Fed. R. Civ. P. 54(d) and/or D. Del. LR 54.1, or motion pursuant to 35 U.S.C. § 285 or Fed. R. Civ. P. 54(d)(2)—shall be considered timely if filed and served (1) within 30 days after issuance of the mandate by the Federal Circuit in

{01729912;v1 }

any appeal; or (2) in the event that no appeal is filed, within 30 days after the expiration of the time for filing a notice of appeal from this judgment under Fed. R. App. P. 3 and 4.

    This is a final, appealable judgment.

_____  10·6·21
The Honorable Colm F. Connolly
Chief Judge