# United States Court of Appeals for the Federal Circuit

---

**CHROMADEX, INC., TRUSTEES OF DARTMOUTH COLLEGE,**
*Plaintiffs-Appellants*

v.

**ELYSIUM HEALTH, INC.,**
*Defendant-Appellee*

---

2022-1116

---

Appeal from the United States District Court for the District of Delaware in No. 1:18-cv-01434-CFC-JLH, Chief Judge Colm F. Connolly.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

February 13, 2023
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court